## WAIVER OF SERVICE OF SUMMONS

TO:    Louis A. Craco, Jr., Attorney for Plaintiff Jane A. Halbritter

I acknowledge receipt of your request that Stonehedge Acquisition Rome II, LLC and Stonehedge Acquisition Chittenango II, LLC waive service of a summons in the action of <u>Jane R. Halbritter v. Stonehedge Acquisition Rome II, LLC and Stonehedge Acquisition Chittenango II, LLC</u>, which is case number 07 CIV 3848, in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in this action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

On behalf of Stonehedge Acquisition Rome II, LLC and Stonehedge Acquisition Chittenango II, LLC, I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Stonehedge Acquisition Rome II, LLC and Stonehedge Acquisition Chittenango II, LLC be served with judical process in the manner provided by Fed. R. Civ. P. 4.

Stonehedge Acquisition Rome II, LLC and Stonehedge Acquisition Chittenango II, LLC will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against Stonehedge Acquisition Rome II, LLC and Stonehedge Acquisition Chittenango II, LLC if an answer or motion under Fed. R. Civ. P. 12 is not served upon you within 60 days after May 18, 2007.

Dated: May 29, 2007

Julie Grow Denton
McMahon & Grow
301 North Washington Street
Rome, New York, 13442-4350
(315) 336-4700
Attorneys for Stonehedge Acquisition Rome II, LLC and Stonehedge Acquisition Chittenango II, LLC