USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANE A. HALBRITTER,                              :

                    Plaintiff,        :        07 Civ. 3848 (WHP)

        -against-                            :        <u>SCHEDULING ORDER NO. 1</u>

STONEHEDGE ACQUISITION ROME II,                  :
LLC and STONEHEDGE ACQUISITION
CHITTENANGO II, LLC,                             :

                   Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel to the parties having appeared before the Court for an initial pre-trial conference on September 12, 2007, the following schedule is established on consent:

1. Defendants are to file and serve any motion to dismiss by September 26, 2007;

2. Plaintiff is to file and serve any opposition to the motion by October 10, 2007;

3. Defendants are to file and serve any reply on the motion by October 17, 2007;

4. Oral argument on the motion will be heard on October 26, 2007 at 10:15 a.m.;

5. All discovery is to be completed by January 15, 2008;

6. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by February 15, 2008; and

7.  A final pre-trial conference will be held on February 29, 2008 at 10:30 a.m.

Dated:   September 12, 2007
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Louis A. Craco, Esq.
Allegaert, Berger & Vogel, L.L.P.
111 Broadway
18th Floor
New York, NY 10006
*Counsel for Plaintiff*

Julie Grow Denton, Esq.
M. Stuart Goldberg, LLC
81 Main Street
White Plains, NY 10601
*Counsel for Defendants*

2