UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE A. HALBRITTER,

                Plaintiff,

  -v-

STONEHEDGE ACQUISITION ROME II, LLC
and STONEHEDGE ACQUISITION
CHITTENANGO II, LLC,

                Defendants.

Index No. 07-CV-3848

(WHP)

---

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant Stonehedge Acquisition Chittenango II, LLC, who is a Defendant in the above-referenced litigation, makes the following disclosure:

1.
Is party a publicly held corporation or other publicly held entity?
        *[check one]*      [] YES      [x] NO

2.
Does party have any parent corporations?,
        *[check one]*      [] YES      [x] NO

3.
Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?
        *[check one]*      [] YES      [x] NO

4.
Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
        *[check one]*      [] YES      [x] NO

5.
Is party a trade association?
        *[check one]*    [] YES    [x] NO

Dated: September 26, 2007

McMAHON and GROW

By: Julie Grow Denton, Esq.
Bar Roll No. JD8580
Attorneys for Defendant Stonehedge
Acquisition Chittenango II, LLC

Office and Post Office Address
301 North Washington Street
Post Office Box 4350
Rome, New York 13442-4350
Telephone: (315)336-4700
Telephone: (315)336-5851