USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JANE A. HALBRITTER,                :

                Plaintiff,      :     07 Civ. 3848 (WHP)

                -against-       :     SCHEDULING ORDER NO. 2

STONEHEDGE ACQUISITION ROME II,    :
LLC and STONEHEDGE ACQUISITION
CHITTENANGO II, LLC,               :

                Defendants.     :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Defendants having elected not to file the motion to dismiss that was the subject of the pre-motion conference held on September 12, 2007, the following revised schedule is established:

        1. The oral argument scheduled for October 26, 2007 is cancelled;

        2. All discovery is to be completed by January 15, 2008;

        3. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by February 15, 2008; and

        4. A final pre-trial conference will be held on February 29, 2008 at 10:30 a.m.

Dated:    October 4, 2007
            New York, New York

                            SO ORDERED:

                            _____
                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Counsel of Record*:

Louis A. Craco, Esq.
Allegaert, Berger & Vogel, L.L.P.
111 Broadway
18th Floor
New York, NY 10006
*Counsel for Plaintiff*

Julie Grow Denton, Esq.
M. Stuart Goldberg, LLC
81 Main Street
White Plains, NY 10601
*Counsel for Defendants*