LAW OFFICES
# McMahon and Grow
301 NORTH WASHINGTON STREET
P. O. BOX 4350
ROME, NEW YORK 13442-4350

TELEPHONE (315) 336-4700
FAX (315) 336-5851
www.mgglaw.com

DAVID C. GROW
JULIE GROW DENTON

JOHNSON D. McMAHON 1914-1963
ABRAHAM H. BAKER 1919-1950
OF COUNSEL
GEORGE B. GROW
RICHARD H. McMAHON
RICHARD D. SIMONS

[Stamp: OCT 26 2007 CHAMBERS OF WILLIAM H. PAULEY]

[Stamp: 10/30/07]

October 25, 2007

Hon. William H. Pauley, III
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

**VIA FEDERAL EXPRESS**

*[Handwritten: Application granted. The conference is adjourned to 12/7/07 at 11:15 a.m.]*

Re:   Halbritter v. Stonehedge Acquisition Rome II, LLC
      Case No. 07-CV-3848 (WHP)

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
10/29/07

Dear Judge Pauley:

I learned yesterday from your law clerk that a pre-motion conference has been scheduled in the above-captioned case for November 2, 2007. I indicated that I would be in attendance and would submit a letter responding to the arguments set forth in Mr. Craco's letter dated October 11, 2007.

I am now writing to inquire whether the conference can be put off for a week or two. The reason is that I just learned this morning that the managing member of the Defendant companies had a death in the family. His father passed away somewhat unexpectedly. Furthermore, since my client is of the Jewish faith, he will be in mourning for the next seven days.

The availability of my client is of some importance to me because he is also an attorney and requires his approval for all of my court submissions. Although I have attempted to reach him numerous times upon receipt of Mr. Craco's letter, I was unable to make contact. This morning I learned the reason why.

Any courtesies the Court would extend in granting this request would be much appreciated.

Sincerely yours,

Julie Grow Denton

cc:   Louis A. Craco, Jr., Esq. (via Federal Express)