THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE A. HALBRITTER,

                              Plaintiff,

                                                                    07 Civ. 3848 (WHP)

       -against-

STONEHEDGE ACQUISITION ROME II, LLC and
STONEHEDGE ACQUISITION CHITTENANGO II, LLC
-------------------------------------------------------------------X


**NOTICE OF APPEARANCE**

TO THE CLERK:

      Kindly enter the appearance of Goldberg, Rimberg & Frirdlander, PLLC as counsel of record for Defendants Stonehedge Acquisition Rome II, LLC and Stonehedge Acquisition Chittenango II, LLC in the above matter.

                                          Robert L. Rimberg, Esq.
                                          GOLDBERG RIMBERG &
                                          FRIEDLANDER, PLLC
                                          *Attorney for Defendants*
                                          115 Broadway, 3rd Floor
                                          New York, New York 10006
                                          (212) 697-3250

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JANE A. HALBRITTER,

                       Plaintiff,

                       07 Civ. 3848 (WHP)

      -against-

STONEHEDGE ACQUISITION ROME II, LLC and     **AFFIDAVIT OF SERVICE**
STONEHEDGE ACQUISITION CHITTENANGO II, LLC
------------------------------------------------------------------X

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

       The undersigned being duly sworn, deposes and says that he is not a party to this action, is over the age of 18 years and resides in the County of Kings. That on December 6, 2007 she caused a true copy of the annexed "NOTICE OF APPEARANCE" to be served as follows:

**VIA HAND DELIVERY**

To:    Allegaert, Berger & Vogel LLP
        *Attorney for Plaintiff*
        111 Broadway, 20th Floor
        New York, New York 10006

                                                  Dennis J. Urena

Sworn to before me this
6th day of December, 2007

Notary Public

BRAD COVEN
Notary Public, State Of New York
No. 02CO6090473
Qualified in Kings County
Commission Expires April 14, 20 11

07 Civ. 3848 (WHP)

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JANE A. HALBRITTER,

Plaintiff,

-against-

STONEHEDGE ACQUISITION ROME II, LLC and
STONEHEDGE ACQUISITION CHITTENANGO II, LLC
------------------------------------------------------------------------X

NOTICE OF APPEARANCE

GOLDBERG, RIMBERG & FRIEDLANDER PLLC
Attorneys for Defendants
115 Broadway, 3rd Floor
New York, New York 10006
(212) 697-3250