UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
JANE A. HALBRITTER,                :

               Plaintiff,         :   07 Civ. 3848 (WHP)

      -against-                  :   SCHEDULING ORDER NO. 3

STONEHEDGE ACQUISITION ROME II,    :
LLC and STONEHEDGE ACQUISITION
CHITTENANGO II, LLC,               :

               Defendants.        :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Counsel to the parties having appeared for a pre-motion conference on December 7, 2007, the following revised schedule is established on consent:

1. The parties shall serve and file their respective motions by January 4, 2008;

2. The parties shall serve and file oppositions to the motions by January 18, 2008;

3. The parties shall serve and file any replies by January 28, 2008;

4. Oral Argument concerning the motion shall be held on February 15, 2008 at 12:00 p.m.; and

5. Defendants' application to stay discovery is denied. Discovery shall be completed by February 1, 2008.

Dated:    December 7, 2007
           New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                    U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

*Counsel of Record*:

Louis A. Craco, Esq.
Allegaert, Berger & Vogel, L.L.P.
111 Broadway
18th Floor
New York, NY 10006
*Counsel for Plaintiff*

Julie Grow Denton, Esq.
M. Stuart Goldberg, LLC
81 Main Street
White Plains, NY 10601
*Counsel for Defendants*

Robert L. Rimberg, Esq.
Goldberg Rimberg & Friedlander, PLLC
115 Broadway, 3rd Fl
New York, NY 10006
*Counsel for Defendants*