Robert L. Rimberg (RLR 2453)
Joel S. Schneck (JSS7019)
GOLDBERG RIMBERG
& FRIEDLANDER, PLLC
115 Broadway, 3rd Floor
New York, NY 10006
(212) 697-3250
Attorneys for Defendants
Stonehedge Acquisition Rome II, LLC
and Stonehedge Acquisition Chittenango II, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE A. HALBRITTER,<br>                        Plaintiff,<br><br>-AGAINST-<br><br>STONEHEDGE ACQUISITION ROME II LLC and STONEHEDGE ACQUISITION CHITTENANGO II, LLC,<br>                        Defendants. | 07 Civ. 3848 (WHP)<br><br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE that defendants Stonehedge Acquisition Rome II LLC and Stonehedge Acquisition Chittenango II, LLC , by their attorneys, Goldberg, Rimberg and Friedlander PLLC, will move this Court, before the Hon. William H. Pauley, U.S.D.J., at the Federal Courthouse, Southern District of New York, 500 Pearl Street, New York, NY, 10007, on February 15, 2008, for an Order pursuant to Fed. R. Civ. Proc. 12(b)(1) and 28 U.S.C. § 1359 dismissing the action herein for a lack of subject matter jurisdiction.

Dated:    New York, New York
             January 4, 2008

By: *[signature]*

Robert L. Rimberg (RLR 2453)
Joel S. Schneck (JSS7019)
GOLDBERG RIMBERG
& FRIEDLANDER, PLLC
115 Broadway, 3rd Floor
New York, NY 10006
(212) 697-3250
Attorneys for Defendants
Stonehedge Acquisition Rome II,
LLC and Stonehedge Acquisition
Chittenango II, LLC

To: Allegaert Berger & Vogel LLP
    Attorney for Plaintiff
    111 Broadway – 20th Floor
    New York, New York 10006