**EXHIBIT - F**

# nationalgrid

www.nationalgrid.com

SERVICE FOR
GEORGE A ROSSI
100 W GARDEN ST
ROME NY 13440

BILLING PERIOD
Oct 19, 2007 to Nov 20, 2007

ACCOUNT NUMBER
58163-80109

PLEASE PAY BY
Dec 19, 2007

PAGE 3 of 4

AMOUNT DUE
$ ▓▓▓▓

## News About the Environment

[environmental information text — illegible]

### Fuel Sources & Air Emissions to Generate Electricity for National Grid
July 2005 - June 2006

**Fuel Sources**
- Biomass — less than 1%
- Coal — 11%
- Gas — 8%
- Hydro — 31%
- Nuclear — 43%
- [—] 4%
- [—] 1%
- [—] 2%
- [—] 1%

---

| | | |
|---|---|---|
| Basic Service Charge (including first 3 therms) | | ▓▓▓ |
| Over/Last 461 Therms | ▓▓▓ x 461 therms | ▓▓▓ |
| Next 47 Therms | ▓▓▓ x 47 therms | ▓▓▓ |
| Adjustment for Changes from Normal Weather | | ▓▓▓ |
| Delivery Service Adj(s) | ▓▓▓ x 511 therms | ▓▓▓ |
| Tariff Surcharge | 3.09276000% | ▓▓▓ |
| **Total Gas Delivery** | | $ ▓▓▓ |
| **Total Delivery Services** | | $ ▓▓▓ |

## Supply Services

### Electricity Supply

SUPPLIER Spark Energy, L.P.
3010 Briarpark Drive
Suite 550
Houston, TX 77042
PHONE 1-866-325-6449   ACCOUNT NO 30158

| | | |
|---|---|---|
| Electricity Supply | ▓▓▓ x 1693 kWh | ▓▓▓ |
| Tariff Surcharge | 1.01010000% | ▓▓▓ |
| **Total Electricity Supply** | | $ ▓▓▓ |

### Gas Supply

SUPPLIER National Grid

| | | |
|---|---|---|
| Gas Supply | 0.88817875 x 511 therms | ▓▓▓ |
| Merchant Function | 0.02222 x 511 therms | ▓▓▓ |
| Tariff Surcharge | 1.01010000% | ▓▓▓ |
| **Total Gas Supply** | | $ ▓▓▓ |
| **Total Supply Services** | | $ ▓▓▓ |

# nationalgrid

**SERVICE FOR**
GEORGE A ROSSI
100 W GARDEN ST
ROME NY 13440

**BILLING PERIOD**
Oct 19, 2007 to Nov 20, 2007

**ACCOUNT NUMBER**
58163-80109

**PLEASE PAY BY**
Dec 19, 2007

PAGE 2 of 4

**AMOUNT DUE**
$ ▓▓▓

## DETAIL OF CURRENT CHARGES

### Delivery Services

**Electricity Delivery**

| Service Period | No. of days | Current Reading | Previous Reading | Total Usage |
|---|---|---|---|---|
| Oct 19 - Nov 20 | 32 | 19441 Actual | 17748 Actual | 1693 kWh |

METER NUMBER 32175897    NEXT SCHEDULED READ DATE Dec 21

RATE   Electric SC1 T&D Non Heat

| | | |
|---|---|---|
| Basic Service (not including usage) | | ▓▓ |
| Delivery | ▓▓▓ x 1693 kWh | ▓▓ |
| Customer Service Credit | ▓▓▓ x 1693 kWh | ▓▓ |
| Delivery Adjustment | ▓▓▓ x 1693 kWh | ▓▓ |
| SBC/RPS | ▓▓▓ x 1693 kWh | ▓▓ |
| Transmission Rev Adj | ▓▓▓ x 1693 kWh | ▓▓ |
| Tariff Surcharge | 2.04082000% | |
| **Total Electricity Delivery** | | $ ▓▓ |

**Gas Delivery**

| Service Period | No. of days | Current Reading | Previous Reading | Measured CCF | Therm Factor | Therms Used |
|---|---|---|---|---|---|---|
| Oct 19 - Nov 20 | 32 | 3406 Actual | 2901 Actual | 505 | 1.0126 | 511 |

METER NUMBER 13922144    NEXT SCHEDULED READ DATE Dec 21

RATE  Gas SC1 Res Heat

**Enrollment Information**
To enroll with a supplier of choice or to find a supplier, you will need the following information about your account:
LDC Name: ...
Acct No: 58163-80109   Cycle: 17 Rose

**Electric Usage**   **Gas Usage**
| Month | kWh | Month | Therms |
|---|---|---|---|
| Nov 06 | 2205 | Nov 06 | 190 |
| Dec 06 | 5147 | Dec 06 | 575 |
| Jan 07 | 5425 | Jan 07 | 715 |
| Feb 07 | 3830 | Feb 07 | 950 |
| Mar 07 | 2291 | Mar 07 | 742 |
| Apr 07 | 1650 | Apr 07 | 622 |
| May 07 | 1440 | May 07 | 229 |
| Jun 07 | 2870 | Jun 07 | 187 |
| Jul 07 | 2310 | Jul 07 | 117 |
| Aug 07 | 3241 | Aug 07 | 108 |
| Sep 07 | 3135 | Sep 07 | 114 |
| Oct 07 | 1660 | Oct 07 | 181 |
| Nov 07 | 1693 | Nov 07 | 511 |

**Choosing an Energy Supplier**: You can choose who supplies your energy. No matter which energy supplier you choose, National Grid will continue to deliver energy to you safely, efficiently and reliably. We will also continue to provide your customer service, including emergency response and storm restoration. National Grid is dedicated to creating an open energy market that lets you choose from a variety of competitive energy suppliers who may offer different pricing options. For information on alternate energy suppliers and how to choose, please visit us online at www.nationalgridus.com/energychoice



# nationalgrid

www.nationalgrid.com

SERVICE FOR
GEORGE A ROSSI
100 W GARDEN ST
ROME NY 13440

BILLING PERIOD
Oct 19, 2007 to Nov 20, 2007

ACCOUNT NUMBER  PLEASE PAY BY
58163-80109     Dec 19, 2007

PAGE 1 of 4

AMOUNT DUE
$ ▆▆▆



CUSTOMER SERVICE:
1-800-642-4272

AUTOMATED SERVICES:
1-888-932-0301

GAS OR ELECTRIC EMERGENCIES:
1-800-892-2345
(Does not place 911 emergency calls)

POWER OUTAGE OR DOWNED LINE:
1-800-867-5222

ADDRESS:
300 Erie Blvd West
Syracuse NY 13202

DATE BILL ISSUED:
Nov 21, 2007

ELECTRIC USAGE HISTORY (kWh)



## ACCOUNT BALANCE

Previous Balance
Payment Received  *No payments have been received during this billing period*
Balance Forward
Current Charges

Amount Due Now ▶   $ ▆▆▆

*To avoid late payment charges of 1.5%, your "Amount Due Now" must be received by Dec 19 2007.*

## SUMMARY OF CURRENT CHARGES

|                       | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---|---|---|
| Electric Service      | ▆▆▆ | ▆▆▆ | ▆▆▆ |
| Gas Service           | ▆▆▆ | ▆▆▆ | ▆▆▆ |
| Total Current Charges | $ ▆▆▆ | $ ▆▆▆ | $ ▆▆▆ |

❋ National Grid buys low cost energy that includes hydro electric power purchased from the New York Power Authority. These hydro purchases have a savings value of $ 13.96.

🖈 **OUR BUDGET PLAN CAN HELP:** Our Budget Plan can help you manage your monthly National Grid bills by helping to spread your payments more evenly across the year. To learn more or to sign up, visit www.nationalgridus.com. You can also call 1-888-932-0301. Please have your account number ready.

🖈 **STAY SAFE FROM CARBON MONOXIDE POISONING:** Protect yourself from dangerous carbon monoxide buildup which can be deadly. Symptoms include nausea, headaches and dizziness. If you suspect carbon monoxide poisoning, seek immediate medical attention and follow up with your fuel supplier for a safety check.



GAS USAGE HISTORY (Therms)

■ Actual  ☐ Estimated

KEEP THIS PORTION FOR YOUR RECORDS

RETURN THIS PORTION WITH YOUR PAYMENT

# nationalgrid

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 58163-80109 | Dec 19, 2007 | $ ▆▆▆ |

300 Erie Blvd West
Syracuse NY 13202

ENTER AMOUNT ENCLOSED

$

*Write account number on check and make payable to National Grid*

*AUTO**SCH 5-DIGIT 13317
GEORGE A ROSSI
POB 180                14277
ROME NY 13442-0180

NATIONAL GRID
300 ERIE BLVD WEST
SYRACUSE NY 13252

000076931 58163801091000027251353

# nationalgrid

## For Your Information

We want you to easily understand your bill, the terms we use and the charges that appear. Following is a brief explanation of items that appear on your bill, as well as payment programs and billing services we offer. If you have questions or want more detailed explanations, please visit our website at www.nationalgrid.com or call 1-800-642-4272.

### Paying Your Bill / Payment Options

- **DirectPay:** If you choose, National Grid will automatically withdraw your monthly bill payment from your checking or savings account. You will avoid the inconvenience of check writing, stamps, mailing and due dates. Your service bill will indicate your energy usage and the date of your next automatic withdrawal.
- **By Mail:** Send us your payment in the envelope provided with your bill. For your protection, please do not send cash. Put your 10-digit account number on your check or money order and include your bill stub. Please do not staple or paper clip your check to the stub.
- **In Person:** Pay at an authorized payment location by cash or check. Please bring your bill with you. Most locations charge a fee for providing this service. For the payment locations nearest you, visit our website or contact us.
- **Online:** Enroll online to receive and pay your bill online. The online function will begin with the next billing cycle following your enrollment.
- **Late Payment Charge:** To avoid Late Payment Charges, your payment must be received by the date shown on the front of the bill.

### Charges

Charges for electric or gas service are based on rates or prices approved by the New York State Public Service Commission (PSC). When changes in prices are approved by the PSC, information will be included with your bill. Complete price schedules are available on our web site or by contacting us.

**Basic Service:** A charge to cover costs for meter reading, billing, equipment and maintenance. This charge is the same regardless of how much energy is used during the billing period.

**Tariff Surcharge:** New York State and many local municipalities impose taxes on National Grid's revenue. These operating costs are recovered through a tariff surcharge applied to all rates and charges and may vary among taxing municipalities within the National Grid system area.

**Sales Tax:** In some areas National Grid is required to collect state and local sales taxes. Some school districts also impose taxes.

### Billing & Metering Charges

Within the "Delivery Services" section of your bill charges for Billing & Metering are included in the Basic Service Charge.

**Billing:** A charge to cover the calculating and rendering or your bill.

**Metering:** A charge to cover the procurement, installation, maintenance and reading of the meter.

### Energy Measurement Terms

**kWh:** The unit of electricity measured by your meter. kWh is an abbreviation for kilowatt-hour, or 1,000 watt-hours of electricity use. One kWh will light a 100-watt bulb for 10 hours. The number of kWhs is used to determine the electricity charges on your bill.

**Meter Multiplier:** Due to their design, some meters record a fraction of the total usage. The multiplier is used to convert the recorded meter reading on these types of meters to total actual consumption.

**CCF:** The unit of gas volume (100 cubic feet) as measured by your meter.

**Therm:** A unit of heat content equal to 100,000 British Thermal Units (BTU). A BTU represents the amount of heat required to raise the temperature of one pound of water by one degree Fahrenheit. The number of CCFs is multiplied by a conversion factor to determine the therms used. The number of therms is used to determine the gas charges on your bill.

### Electric Service

**Delivery:** National Grid's charges for bringing electricity from your supplier to your premise, regardless of supplier.

**Customer Service Credit:** A credit applied for customers who choose an electricity supplier other than National Grid.

**Delivery Adjustment:** An adjustment for Standard Rate Service customers which provides partial financial protection against the fluctuation between actual cost and forecast cost of electricity supply, upon which rates are established. The Company does not earn a profit from the electricity supply that it obtains for its customers.

**SBC/RPS:** These charges reflect costs associated with mandated public policy programs—low income assistance, energy efficiency programs, and certain research and development programs including the advancement of renewable energy resources.

**Transmission Revenue Adjustment:** A rate mechanism that compares actual transmission service revenue received by the Company with the forecasted transmission service revenue used, in part, to develop electric delivery prices. As a result of the monthly comparison, a difference determined in excess of the forecasted transmission revenue is refunded to customers, and a difference determined to be less than the transmission revenue is collected from customers.

**Electricity Supply:** The market price of electricity supply used during the billing period. If you choose an alternate supplier, the price will be what you agree upon with that supplier.

### Gas Service

**National Grid Gas Delivery Service Charge:** National Grid's charges for transporting gas across its distribution system to your premise, regardless of supplier.

**Adjustment for changes from normal weather:** A mechanism that adjusts customers' gas bills due to variations from normal weather during the heating months, October through May.

**Gas Supply:** A charge to reflect the Company's actual cost to purchase gas from suppliers and transport the gas to the Company's distribution system. If you choose an alternate supplier, the price will be what you agree upon with that supplier.

**Merchant Function Charge:** A charge to reflect the costs the Company incurs associated with the procurement of gas supplies. This charge will not be billed to you by the Company if you choose an alternate supplier.

**Import Tax:** National Grid is required to collect a state tax on natural gas imported but not sold by National Grid. Only customers buying gas from suppliers other than National Grid are subject to an import tax.

### Estimating Your Usage

We will estimate your usage any time we are unable to obtain a reading. We base our estimate, generally, on your past usage, taking current weather conditions into account. Because our meters keep a continuous record of usage, any difference between estimated readings and actual usage will be reconciled with the next meter reading. To avoid estimated readings, you can take your own reading on or just before the scheduled date shown on your bill. Visit our website at www.nationalgrid.com, and give us the reading. Or, call it in at 1-888-932-0301.

### Payment Programs

National Grid has a number of payment programs and billing services to meet the varied needs of our customers:

- **Budget Plan:** Helps customers avoid high seasonal payments by spreading the cost for utility service over the entire year.
- **Bill Extender:** Gives to pay their monthly
- **Deferred Paymer** customers who hav and cannot pay t
- **Hospitalized** C customers tem tion to extend days from the

For more infor
www.national(
Customers with
bill should call 1-80



# national**grid**

www.nationalgrid.com

SERVICE FOR
GEORGE A ROSSI
100 W GARDEN ST
ROME NY 13440

BILLING PERIOD
Oct 19, 2007 to Nov 20, 2007

ACCOUNT NUMBER
58163-80109

PLEASE PAY BY
Dec 19, 2007

PAGE 3 of 4

AMOUNT DUE
$ ▬

### News About the Environment

National Grid provides you with periodic environmental information to let you know how the electricity you use is generated and how production and use of electricity affect the environment.

It also helps let you know what fuel its supplier(s) purchase your energy from used to generate electricity, the air emissions that resulted and how those emissions compare to statewide averages. Below is information on sulfur dioxide and nitrogen oxides both key pollutants that contribute to acid rain and smog, and carbon dioxide which contributes to global climate change.

Depending on fuel sources, size and location, the generation of electricity may also result in other public health, environmental and socio-economic impacts not disclosed here.

Complete information is available on the New York State Public Service Commission brochure *Environmental Disclosure Label*. You can get a copy by visiting the Public Service Commission web site at www.dps.state.ny.us.

**Fuel Sources & Air Emissions to Generate Electricity for National Grid**
July 2005 - June 2006

**Fuel Sources**
Biomass ........ less than 1%
Coal ............. 11%
Gas .............. 8%
Hydro ........... 31%
Nuclear ........ 43%
...... 1%
...... 1%
...... 2%
...... 1%

| | | | |
|---|---|---|---|
| Basic Service Charge (including first 3 therms) | | | ▬ |
| Over/Last 461 Therms | ▬ x | 461 therms | ▬ |
| Next 47 Therms | ▬ x | 47 therms | ▬ |
| Adjustment for Changes from Normal Weather | | | ▬ |
| Delivery Service Adj(s) | ▬ x | 511 therms | ▬ |
| Tariff Surcharge | 3.09278000% | | ▬ |
| | | **Total Gas Delivery** | $ ▬ |
| | | **Total Delivery Services** | $ ▬ |

## Supply Services

### Electricity Supply

SUPPLIER Spark Energy, L.P.
3010 Briarpark Drive
Suite 550
Houston, TX 77042
PHONE 1-866-325-6449   ACCOUNT NO 30158

| | | |
|---|---|---|
| Electricity Supply | ▬ x 1693 kWh | ▬ |
| Tariff Surcharge | 1.01010000% | ▬ |
| | **Total Electricity Supply** | $ 144.01 |

### Gas Supply

SUPPLIER National Grid

| | | |
|---|---|---|
| Gas Supply | ▬ x 511 therms | ▬ |
| Merchant Function | ▬ x 511 therms | ▬ |
| Tariff Surcharge | 1.01010000% | ▬ |
| | **Total Gas Supply** | $ ▬ |
| | **Total Supply Services** | $ ▬ |



# nationalgrid

www.nationalgrid.com

**SERVICE FOR**
JANE A REES
8163 GORE RD
ROME NY 13440

**BILLING PERIOD**
Jul 18, 2007 to Aug 15, 2007

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 48151-78104 | Sep 12, 2007 | |

C & I BUSINESS TEAM M-F 8-5
1-800-664-6729

AUTOMATED SERVICES
1-888-932-0301

GAS OR ELECTRIC EMERGENCIES
1-800-892-2345
(Does not replace 911 emergency medical service)

POWER OUTAGE OR DOWNED LINE
1-800-867-5222

ADDRESS
300 Erie Blvd West
Syracuse, NY 13202

DATE BILL ISSUED
**Aug 17, 2007**

**Enrollment Information**
To enroll with a supplier or change to another supplier, you will need the following information about your account:
Loadzone  Utica
Acct No: 48151-78104  Cycle: 14, REES

## ACCOUNT BALANCE

| | |
|---|---|
| Previous Balance | |
| Payment Received | No payments have been received during this billing period |
| Balance Forward | |
| Current Charges | |
| **Amount Due Now ▶** | |

To avoid late payment charges of 1.5%, your "Amount Due Now" must be received by Sep 12 2007.

## SUMMARY OF CURRENT CHARGES

| | DELIVERY SERVICES | SUPPLY SERVICES | TOTAL |
|---|---|---|---|
| Electric Service | | | |
| Gas Service | | Billed by supplier | |
| Total Current Charges | | | |

AUG 2 4 2007

**Electric Usage / Gas Usage**

| Month | kWh | Month | Therms |
|---|---|---|---|
| Aug 06 | 23040 | Aug 06 | 63 |
| Sep 06 | 18080 | Sep 06 | 129 |
| Oct 06 | 20000 | Oct 06 | 1622 |
| Nov 06 | 20960 | Nov 06 | 3332 |
| Dec 06 | 22000 | Dec 06 | 3899 |
| Jan 07 | 21600 | Jan 07 | 5225 |
| Feb 07 | 21200 | Feb 07 | 5946 |
| Mar 07 | 21680 | Mar 07 | 5812 |
| Apr 07 | 21120 | Apr 07 | 4262 |
| May 07 | 18160 | May 07 | 1240 |
| Jun 07 | 20960 | Jun 07 | 289 |
| Jul 07 | 19200 | Jul 07 | 76 |
| Aug 07 | 20560 | Aug 07 | 65 |

**Billed Demand Last 12 months**

| | |
|---|---|
| Minimum | 72 |
| Maximum | 105.6 |
| Average | 83.8 |

KEEP THIS PORTION FOR YOUR RECORDS
RETURN THIS PORTION WITH YOUR PAYMENT.

# nationalgrid

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 48151-78104 | Sep 12, 2007 | |

300 Erie Blvd West
Syracuse NY 13202

ENTER AMOUNT ENCLOSED
$

Write account number on check and make payable to National Grid

*AUTO**SCH 5-DIGIT 13317
JANE A REES
PO BOX 180
ROME NY 13442-0180

13095

NATIONAL GRID
300 ERIE BLVD WEST
SYRACUSE NY 13252

000373642  48151781045000741221255

**nationalgrid**
www.nationalgrid.com

8163 GORE RD
ROME NY 13440

Jul 16, 2007 to Aug 15, 2007

| ACCOUNT NUMBER | PLEASE PAY BY | AMOUNT DUE |
|---|---|---|
| 48151-78104 | Sep 12, 2007 | $ 7,412.21 |

## Save Paper Save Trees

### View and Pay Your Bill Online

**Quick**
Save time!

**Convenient**
Anytime, anyplace!

**Paperless**
Help the environment!

**And it's free!**

To enroll or find out more, visit us on the web:
nationalgridus.com/payonline

| | | | |
|---|---|---|---|
| Basic Service Charge (including first 3 therms) | | | 19.35 |
| Over/Last 62 Therms | 0.26966 x 62 therms | | 16.72 |
| Delivery Service Adj(s) | 0.009082 x 65 therms | | 0.59 |
| | **Total Gas Delivery** | | **$ 36.66** |
| | **Total Delivery Services** | | **$ 1,696.39** |

### Supply Services

**Electricity Supply**

SUPPLIER  National Grid

| | | |
|---|---|---|
| Electricity Supply | 0.09012 x 20560 kWh | 1,852.87 |
| Tariff Surcharge | 1.01010000% | 18.72 |
| Sales Tax | 9.00000000% | 168.44 |
| | **Total Supply Services** | **$ 2,040.03** |

▶ **For Your Information**
The following charges are already included in the "Delivery Services" portion of your bill. If you were to choose an alternate supplier, billing charges would be paid to National Grid by that supplier. For information on metering services visit, http://www.dps.state.ny.us/esco_metering.html.
**Billing & Metering Services**

| | |
|---|---|
| Electric Meter Ownership | 2.07 |
| Electric Meter Installation & Maintenance | 5.27 |
| Electric Meter Data Service/Reading | 1.70 |
| Billing | .53 |
| **Total Metering & Billing Services** | **$9.57** |