Case 1:07-cv-03848-WHP    Document 19-13    Filed 01/07/2008    Page 1 of 16

**EXHIBIT - G**

# Facer & Stamoulas, P.C.
### Attorneys At Law

1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

Statement

Mrs. Jane A. Halbritter
23 Sidney Street
Cambridge, MA  02139

| Date | Invoice no. | DUE DATE | CLIENT NO. | MATTER NO. | MATTER |
|---|---|---|---|---|---|
| 10/02/06 | 3642 | 11/02/06 | 643 | 001 | Legal Services |

| DATE | ATTY/ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/01/06 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 09/02/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 09/07/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 09/08/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 09/12/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/14/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 09/25/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/27/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 09/28/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/29/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| | | | | Total | 1,401.25 |

# Facer & Stamoulas, P.C.
### Attorneys at Law
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

**Statement**

Mrs. Jane A. Halbritter
23 Sidney Street
Cambridge, MA  02139

| Date | Invoice no. | DUE DATE | CLIENT NO. | MATTER NO. | MATTER |
|---|---|---|---|---|---|
| 11/02/06 | 3662 | 12/02/06 | 643 | 001 | Legal Services |

| DATE | ATTY/ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/02/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 10/05/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/09/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/13/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/16/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/20/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/23/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/27/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 10/30/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/31/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
|  |  |  |  |  | 958.75 |
|  |  |  |  | Total |  |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

## Statement

| Send to: |
|---|
| Mrs. Jane A. Halbritter |
| 23 Sidney Street |
| Cambridge, MA 02139 |

| Date | Invoice No. |
|---|---|
| 12/05/06 | 3686 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 01/04/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/02/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/03/06 | EFF | [redacted] | 1.75 | 295.00 | 516.25 |
| 11/08/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/09/06 | EFF | [redacted] | 1.75 | 295.00 | 516.25 |
| 11/10/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/15/06 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 11/16/06 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 11/17/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/20/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/21/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/21/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| | | | | Total | |

# Facer & Stamoulas, P.C.
### Attorneys At Law
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
23 Sidney Street
Cambridge, MA 02139

| Date | Invoice No. |
|---|---|
| 01/03/07 | 3714 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 02/03/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/10/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 12/11/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/12/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/13/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/14/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 12/15/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 12/18/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/18/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/18/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 12/18/06 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 12/18/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| | | | | Total | |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

# Statement

| Send to: |
|---|
| Mrs. Jane A. Halbritter<br>23 Sidney Street<br>Cambridge, MA 02139 |

| Date | Invoice No. |
|---|---|
| 02/05/07 | 3764 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 03/07/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 01/04/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 01/04/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 01/05/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 01/05/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 01/08/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 01/08/07 | MAS | [redacted] | 0.25 | 250.00 | 62.50 |
| 01/09/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 01/10/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 01/15/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 01/16/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

| Send to: | Date | Invoice No. |
|---|---|---|
| Mrs. Jane A. Halbritter<br>23 Sidney Street<br>Cambridge, MA 02139 | 03/05/07 | 3793 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 04/04/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 02/02/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 02/05/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 02/05/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 02/07/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 02/07/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 02/11/07 | MAS | [redacted] | 0.25 | 250.00 | 62.50 |
| 02/11/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 02/14/07 | MAS | [redacted] | 0.25 | 250.00 | 62.50 |
| 02/14/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 02/21/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 02/22/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| | | | | Total | |

Page 1

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 04/04/07 | 3808 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 05/04/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/01/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 03/02/07 | EFF | [redacted] | 2 | 295.00 | 590.00 |
| 03/08/07 | EFF | [redacted] | 2.25 | 295.00 | 663.75 |
| 03/12/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 03/14/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 03/15/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/16/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/16/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/19/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/21/07 | EFF | [redacted] | 0.55 | 295.00 | 162.25 |
| | | | | Total | |

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 05/02/07 | 3842 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 06/01/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/07 | EFF | | 0.5 | 295.00 | 147.50 |
| 04/05/07 | EFF | | 1 | 295.00 | 295.00 |
| 04/06/07 | EFF | | 2.25 | 295.00 | 663.75 |
| 04/06/07 | EFF | | 0.25 | 295.00 | 73.75 |
| 04/09/07 | EFF | | 1 | 295.00 | 295.00 |
| 04/11/07 | EFF | | 2.5 | 295.00 | 737.50 |
| 04/12/07 | EFF | | 3 | 295.00 | 885.00 |
| 04/12/07 | EFF | | 1 | 295.00 | 295.00 |
| 04/13/07 | EFF | | 0.25 | 295.00 | 73.75 |
| 04/14/07 | EFF | | 0.25 | 295.00 | 73.75 |
| 04/16/07 | EFF | | 0.75 | 295.00 | 221.25 |
| 04/16/07 | EFF | | 0.25 | 295.00 | 73.75 |
| | | | | Total | |

Page 1

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW
1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

| Send to: | | Date | Invoice No. |
|---|---|---|---|
| Mrs. Jane A. Halbritter<br>100 West Garden Street<br>Rome, New York 13440 | | 06/01/07 | 3871 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 07/01/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 05/02/07 | EFF | [redacted] | 2 | 295.00 | 590.00 |
| 05/02/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 05/02/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 05/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 05/03/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 05/04/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 05/07/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 05/07/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 05/08/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 05/08/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| | | | | Total | |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

## Statement

| Send to: | Date | Invoice No. |
|---|---|---|
| Mrs. Jane A. Halbritter<br>100 West Garden Street<br>Rome, New York 13440 | 07/03/07 | 3908 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 08/02/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 06/06/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 06/08/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 06/09/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 06/10/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 06/10/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 06/11/07 | EFF | [redacted] | 4 | 295.00 | 1,180.00 |
| 06/12/07 | EFF | [redacted] | 4.5 | 295.00 | 1,327.50 |
| 06/13/07 | EFF | [redacted] | 4 | 295.00 | 1,180.00 |
| 06/14/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 06/14/07 | EFF | [redacted] | 2.5 | 295.00 | 737.50 |
| 06/15/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| | | | | Total | |

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

**Send to:**
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York  13440

| Date | Invoice No. |
|---|---|
| 08/02/07 | 3920 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 09/02/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 07/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 07/05/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 07/06/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 07/09/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 07/11/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 07/12/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 07/13/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 07/13/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 07/16/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 07/16/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
|  |  |  |  | Total |  |

Page 1

## Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

# Statement

| Send to: | Date | Invoice No. |
|---|---|---|
| Mrs. Jane A. Halbritter<br>100 West Garden Street<br>Rome, New York 13440 | 09/04/07 | 3945 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 10/04/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 08/03/07 | EFF | [redacted] | 2 | 295.00 | 590.00 |
| 08/03/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 08/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 08/06/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 08/06/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 08/07/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 08/08/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 08/08/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 08/08/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 08/09/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| | | | | Total | |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

| Send to: |
|---|
| Mrs. Jane A. Halbritter<br>100 West Garden Street<br>Rome, New York 13440 |

| Date | Invoice No. |
|---|---|
| 10/03/07 | 3965 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 11/02/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/05/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/06/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/06/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 09/06/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 09/06/07 | MAS | [redacted] | 0.25 | 250.00 | 62.50 |
| 09/07/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 09/07/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 09/10/07 | EFF | [redacted] | 2 | 295.00 | 590.00 |
| 09/11/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/11/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| | | | | Total | |

# Statement

**FACER & STAMOULAS, P.C.**
ATTORNEYS AT LAW
1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

| Send to: | Date | Invoice No. |
|---|---|---|
| Mrs. Jane A. Halbritter<br>100 West Garden Street<br>Rome, New York 13440 | 11/01/07 | 3986 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 12/01/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/01/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/01/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 10/02/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 10/02/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 10/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 10/03/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 10/03/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/03/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 10/04/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/04/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| | | | | Total | |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

## Statement

| Send to: | Date | Invoice No. |
|---|---|---|
| Mrs. Jane A. Halbritter<br>100 West Garden Street<br>Rome, New York 13440 | 12/05/07 | 4018 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 01/04/08 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 11/02/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/02/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/02/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/02/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 11/04/07 | EFF | [redacted] | 1.75 | 295.00 | 516.25 |
| 11/05/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/05/07 | MAS | [redacted] | 2.25 | 250.00 | 562.50 |
| 11/06/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/06/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/07/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 11/07/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| | | | | Total | |