**EXHIBIT - H**

