**EXHIBIT - I**

12/05/2007 18:31   7185759842                FEIN & BEINERT                         PAGE 01/03

United Software Developers Inc. - MVR Records                                           Page 1 of 2

**UnitedSoftware Developers Inc.**

New York Vehicle Identification Report

12/05/2007 05:28:37 PM
Report Requested On: 12/05/2007 05:28:36 PM
Account #: 6426
Request Type: NAMEDOBSEX
Request String: HALBRITTER, JANE, A, 072252, F

REPORT PREPARED FOR
FEIN AND BEINERT, LLP
8002 KEW GARDENS ROAD
KEW GARDENS, NY. 11415

MULTIPLE RECORDS FIT YOUR SEARCH ARGUMENT(S)
YOUR SEARCH ARGUMENT WAS HALBRITTER,JANE 07/22/52F

### RECORD 1

| Name | DOB | Sex | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| HALBRITTER,JANE,A | 07/22/52 | FEMALE | 100 W GARDEN ST | ROME | NY | 13440 |

| Plate | Type | Year | Make | Expire |
|---|---|---|---|---|
| BBV4665 | PASSENGER | 01 | JAGUA | 11/12/03 |

### RECORD 2

| Name | DOB | Sex | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| HALBRITTER,JANE,A | 07/22/52 | FEMALE | 100 W GARDEN ST | ROME | NY | 13440 |

| Plate | Type | Year | Make | Expire |
|---|---|---|---|---|
| CMT9892 | PASSENGER | 04 | JAGUA | 12/07/05 |

### RECORD 3

| Name | DOB | Sex | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| HALBRITTER,JANE,A | 07/22/52 | FEMALE | 100 W GARDEN ST | ROME | NY | 13440 |

| Plate | Type | Year | Make | Expire |
|---|---|---|---|---|
| CPL9560 | PASSENGER | 99 | PORSC | 08/07/09 |

### RECORD 4

| Name | DOB | Sex | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| HALBRITTER,JANE,A | 07/22/52 | FEMALE | 100 W GARDEN ST | ROME | NY | 13440 |

| Plate | Type | Year | Make | Expire |
|---|---|---|---|---|
| CYK6697 | PASSENGER | 06 | BMW | 12/08/07 |

### RECORD 5

| Name | DOB | Sex | Address | City | State | Zip |
|---|---|---|---|---|---|---|
| HALBRITTER,JANE,A | 07/22/52 | FEMALE | 100 W GARDEN ST | ROME | NY | 13440 |

http://mvr2.softechinternational.com:8080/united/unitedmvr.asp                         12/5/2007

12/05/2007  18:31    7185759842    FEIN & BEINERT    PAGE  02/03

United Software Developers Inc. - MVR Records

Page 2 of 2

| Plate | Type | Year | Make | Expire |
|---|---|---|---|---|
| DFG2083 | PASSENGER | 04 | FORD | 04/29/09 |

http://mvr2.softechinternational.com:8080/united/unitedmvr.asp    12/5/2007

United Software Developers Inc. MVR Records                                   Page 1 of 1

 



New York Driving Record Report

12/05/2007 05:25:36 PM
Report requested on: 12/05/2007
Account # 6426
Quote back/ Pol #

**LICENSEE NAME/ADDRESS**
HALBRITTER, JANE A
100 W GARDEN ST
ROME, NY. 13440
County: ONEI

**REPORT PREPARED FOR**
FEIN AND BEINERT, LLP
8002 KEW GARDENS ROAD
KEW GARDENS, NY. 11415

| LICENSE NUMBER | D.O.B. | EYES | SEX | HGT | RACE | SOC.SEC |
|---|---|---|---|---|---|---|
| 506950013 | 07/22/1952 | BLUE | F | 5-4 | N/A | N/A |

| ORIG.ISSUED | ISSUED | EXPIRES | CLASS | STATUS |
|---|---|---|---|---|
|  |  | 07/22/2010 | *D* | VALID |

| RESTRICTIONS | ENDORSEMENTS | PRIOR STATE | PRIOR DL# | C.D.L.ISSUED |
|---|---|---|---|---|
| CORRECTIVE LENSES |  |  |  |  |

**MISCELLANEOUS AND STATE SPECIFIC INFORMATION**
RESTRICTIONS: CORRECTIVE LENSES

**DRIVING RECORD HISTORY**

```
TYPE   VIOL/SUS   CONV/REI   HISTORY ENTRY                                      PTS
----   --------   --------   -------------                                      ---
```

                        *** END OF RECORD ***