Case 1:07-cv-03848-WHP    Document 19-16    Filed 01/07/2008    Page 1 of 3

**EXHIBIT - J**

# Teugega Country Club
6801 Golf Course Road
Rome, NY 13440
(315) 337-7175

Ms. Jane Halbritter
8231 Bay Colony Drive
Naples, Fl  34108

| MEMBER | DATE |
|---|---|
| 02272 | Jul 31/07 |

AMOUNT PAID $ _____

| DATE | REF NO | DESCRIPTION | AMOUNT | SVC/GRAT | TAX | TOTAL |
|---|---|---|---|---|---|---|
| | | Balance Forward | | | | 2,030.40 |
| Jul27/07 | 3285 | Payment Received - Thank You Jane Halbritter | | | | -2,030.40 |
| Jul31/07 | SJ3000 | Unused Minimum House | 75.00 | 0.00 | 0.00 | 75.00 |
| | | Total For Jane Halbritter | 75.00 | 0.00 | 0.00 | 75.00 |

JUST A NOTE:
See enclosed flyer for details for volunteering at the PGA event!
(September 17th thru September 23rd)

- - -

Payments are due on the 25th of the month.

| | | | 75.00 | 0.00 | 0.00 | 75.00 |

House Minimum Spent    0.00                               Unspent Standard Minimum House    75.00

| MEMBER | CURRENT BAL | 30 DAYS BAL | 60 DAYS BAL | 90 DAY BAL | AMOUNT DUE |
|---|---|---|---|---|---|
| 02272 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |

Teugega Country Club

# Statement

# Teugega Country Club
6801 Golf Course Road
Rome, NY 13440
(315) 337-7175

Ms. Jane Halbritter
8231 Bay Colony Drive
Naples, Fl 34108

| MEMBER | DATE |
|---|---|
| 02272 | Aug 31/07 |

AMOUNT PAID $ _____

| DATE | REF NO. | DESCRIPTION | AMOUNT | SVC/GRAT | TAX | TOTAL |
|---|---|---|---|---|---|---|
|  |  | Balance Forward |  |  |  | 75.00 |
| Aug 28/07 | 5953978 | Payment Received - Thank You Jane Halbritter |  |  |  | -75.00 |
| Aug 3/07 | 011715 | Food | 11.95 | 2.15 | 1.08 | 15.18 |
| Aug 3/07 | 011715 | Food and Beverage | 28.90 | 5.20 | 2.60 | 36.70 |
| Aug 3/07 | 011715 | Bar | 4.25 | 0.77 | 0.38 | 5.40 |
| Aug 3/07 | 013547 | Bar | 12.45 | 2.24 | 1.12 | 15.81 |
| Aug 5/07 | 013610 | Food | 13.90 | 2.50 | 1.25 | 17.65 |
| Aug 5/07 | 024763 | Golf Cart | 12.00 | 0.00 | 1.08 | 13.08 |
| Aug 31/07 | SJ3133 | Unused Minimum House | 3.55 | 0.00 | 0.00 | 3.55 |
|  |  | Total For Jane Halbritter | 87.00 | 12.86 | 7.51 | 107.37 |

ANNUAL MEETING
Thursday, September 27, 2007
5:30 p.m.
Club House
- - -
Payments are due on the 25th of the month.

|  |  |  | 87.00 | 12.86 | 7.51 | 107.37 |

House Minimum Spent   71.45          Unspent Standard Minimum House   3.55

| MEMBER | CURRENT BAL. | 30 DAYS BAL. | 60 DAYS BAL. | 90 DAY BAL. | AMOUNT DUE |
|---|---|---|---|---|---|
| 02272 | 107.37 | 0.00 | 0.00 | 0.00 | 107.37 |

Teugega Country Club