**EXHIBIT - K**

**PINTO, MUCENSKI & WATSON, P.C.**
CERTIFIED PUBLIC ACCOUNTANTS

42 MARKET STREET, P.O. BOX 109, POTSDAM, NY 13676-0109
PHONE: 315-265-6080 · FAX: 315-265-3530
443 S. MAIN STREET, P.O. BOX 109, MASSENA, NY 13662-0109
PHONE: 315-769-7430 · FAX: 315-769-8377

MORRIS PINTO, CPA
WILLIAM M. DOX, CPA
EDWARD S. MUCENSKI, CPA
THOMAS C. PEET, CPA

JACQUELINE E. MILLER, CPA
ANN S. BRADBURD, CPA
BARBARA A. MARTEN, CPA

December 21, 2007

Mr. Louis A. Craco, Jr.
Allegaert Berger & Vogel, LLP
111 Broadway, 18th Floor
New York, NY 10006

FAX: 212-571-0555

Dear Lou:

Following up on our telephone call I am attaching the Applications for Extension for Jane Halbritter's 2006 Federal and New York State income tax returns. Please note that the address on both of these extensions is to a Florida address.

In addition, we have reviewed our UPS roster for 2006 and 2007. During this period of time it appears we sent twelve UPS packages to Jane. Two of them went to Cambridge, MA, six of them went to an address in Florida, and four were sent to the West Garden Street address in Rome.

If I can be of further assistance in this matter, please do not hesitate to call.

Very truly yours,

PINTO, MUCENSKI & WATSON, P.C.

*Ed Mucenski*
Edward S. Mucenski
Certified Public Accountant

Attachment

ESM/bam

2006    New York State Department of Taxation and Finance
**Application for Automatic Six-Month Extension of Time to File for Individuals**



IT-370

| | | |
|---|---|---|
| 1 | New York State income tax liability for 2006 | 1. _____ |
| 2 | New York City income tax liability for 2006 | 2. __REDACTED__ |
| 3 | Yonkers income tax liability for 2006 | 3. _____ |
| 4 | Sales and use tax due for 2006 *(enter this amount here and on line 1 below)* | 4. _____ |
| 5 | Total taxes *(add lines 1 through 4)* | 5. _____ |
| 6 | Total 2006 income tax already paid | 6. __REDACTED__ |
| 7 | Total payment *(subtract line 6 from line 5 and enter this amount here and on line 2 below)*. If line 6 is more than line 5, enter 0.00 | 7. _____ |

668301
12-02-06

▼ Detach here ▼

2006    New York State Department of Taxation and Finance    **IT-370**
**Application for Automatic Six-Month Extension of Time to File for Individuals**

To get this extension, you must pay in full the balance due with this form. Attach check or money order payable to **New York State Income Tax**; write your social security number and 2006 Income Tax on your remittance and staple it to the top of this form.

Your social security number (SSN): 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
Spouse's SSN:

Mark an X in the box for each tax that you are subject to:
New York State tax **X**    New York City tax ___    Yonkers tax ___

Your first name and middle initial: JANE
Your last name: HALBRITTER

Dollars    Cents

Spouse's first name and middle initial:
Spouse's last name:

1. Sales and use tax ... REDACTED

Mailing address (number and street or rural route): 8231 BAY COLONY DRIVE
Apartment number: 1702
2. Total payment _____

City, village, or post office: NAPLES
State: FL    ZIP code: 34108-7794

3701061019

3701061019    116444582    9    29623



**BAY COLONY
COMMUNITY ASSN.**
8700 BAY COLONY DRIVE
NAPLES, FLORIDA 34108
(239) 591-2202
FAX (239) 591-1685
www.bay-colony.org

# Statement

Mr. & Mrs. Arthur Halbritter
5218 Patrick Road
Verona, NY  13478

| 1150 | Jul 31/07 |
|---|---|
| MEMBER | DATE |

AMOUNT PAID $ _____

PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

REDACTED

## PINTO, MUCENSKI & WATSON, P.C.
### CERTIFIED PUBLIC ACCOUNTANTS

42 MARKET STREET, P.O. BOX 109, POTSDAM, NY 13676-0109
PHONE: 315-265-6080 · FAX: 315-265-3530
443 S. MAIN STREET, P.O. BOX 109, MASSENA, NY 13662-0109
PHONE: 315-769-7430 · FAX: 315-769-8377

MORRIS PINTO, CPA
WILLIAM M. DOX, CPA
EDWARD S. MUCENSKI, CPA
THOMAS C. PEET, CPA

JACQUELINE E. MILLER, CPA
ANN S. BRADBURD, CPA
BARBARA A. MARTEN, CPA

December 28, 2007

Louis A. Craco, Jr.
Allegaert, Berger & Vogel, LLP
111 Broadway, 18th Floor
New York, NY 10006

Fax: 212-571-0555

Dear Lou,

Attached please find a recap of U.P.S. packages sent to Jane from October 2006 through November 28, 2007. In addition I noticed that we had begun to change the address on some tax files to:

8231 Bay Colony Drive, Apt. 1702
Naples, FL 34108-7794

Hope this helps. Happy New Year!

Very truly yours,

Pinto, Mucenski & Watson, P.C.

Edward S. Mucenski, C.P.A.

ESM/sl

Attachment


ATTORNEY COPY

UPS Packages sent to Jane Halbritter

| Addressed To | Mailed On | Mailed To |
| --- | --- | --- |
| Jane Halbritter | 10/25/2006 | 23 Sydney St. Apt. 214 Cambridge, MA |
| Jane Halbritter | 10/16/2006 | 23 Sydney St. Apt. 214 Cambridge, MA |
| Jane Halbritter | 6/14/2006 | The Brighton 8231 Bay Colony Blvd., Naples Florida |
| Jane Halbritter | 11/28/2007 | 100 West Garden Street Rome NY |
| Jane Halbritter | 10/23/2007 | 100 West Garden Street Rome NY |
| Jane Halbritter | 10/8/2007 | 100 West Garden Street Rome NY |
| Jane Halbritter | 10/1/2007 | 100 West Garden Street Rome NY |
| Jane Halbritter | 2/7/2007 | 1200 Laurel Court Marco Island, FL |
| Jane Halbritter | 3/19/2007 | 8231 Bay Colony Drive, Apt. 1702 Naples |
| Jane Halbritter | 3/12/2007 | 1200 Laurel Court Marco Island, FL |
| Jane Halbritter | 1/3/2007 | 1200 Laurel Court Marco Island, FL |
| Jane Halbritter | 1/24/2007 | 1200 Laurel Court Marco Island, FL |