**EXHIBIT - L**

**DeAngelo Agency, Inc.**
2 Campion Rd
New Hartford, NY 13413-6203
Phone: 315-768-7900   Fax: 315-768-8474

| MEMO | | | Page 1 |
|---|---|---|---|
| ACCOUNT NO | OP | DATE | |
| JANEA-1 | MO | 09/18/2007 | |
| POLICY INFORMATION | | | |
| POLICY # | | | |
| I-680-1792C044-TIA-07 | | | |
| TYPE | | EFFECTIVE | EXPIRATION |
| PCKG | | 10/15/2007 | 10/15/2008 |

**Jane A. Halbritter**
100 W Garden Street
Rome, NY 13440

Dear Ms. Halbritter:                                   Re:  Commercial Package Policy

We are pleased to enclose the renewal of your Commercial Package
Policy, effective 10-15-07, with Travelers Ins. Co.

Please review and feel free to contact us anytime.

Thank you,

Mark Owens/Comm. Accts.

AGENT

ASSOCIATED NY INS AGCS
2 CAMPION ROAD
NEW HARTFORD NY 13413

00546



> This envelope includes:
>
> - Your auto renewal policy
>
> - Your auto insurance identification card(s)
>
> - Other important notices

JANE A HALBRITTER
100 W GARDEN ST
ROME NY 134403424

Dear Policyholder:

Your New York State Insurance Identification Cards are enclosed. Your automobile insurance card indicates that your policy provides at least the minimum coverage required by law.

If you are ever involved in an accident, you should report it to your agent or a Travelers claim office as soon as possible. Each ID card contains the information you will need, including the telephone numbers for reaching the nearest Travelers claim office, when reporting an accident or claim. But only use these numbers to report accident claims. Call your Travelers agent for all other insurance matters.

If you suspect FRAUD on any policy or claim, call Travelers 24-hour hotline (800)-6-FRAUD-0. Help us fight fraud.

## NEW YORK ID CARD IMPORTANT NOTICE

New York Part 32 Regulation, Section 32.12(b) requires Insurers to provide the following important insurance information for Policyholders:

- Financial security (insurance) shall be maintained without interruption during the entire registration period regardless of whether the vehicle is driven.

- License plates must be surrendered before insurance is cancelled or suspended without exception. This is in compliance with NYS law. Surrendering license plates before cancellation of insurance will prevent communications from DMV based on cancellation that insurers are required by law to report to DMV.

- Policyholders moving from NYS must coordinate the surrender of NYS license plates and cancellation of a NYS insurance policy with obtaining a new registration and insurance policy in another State. Again, this will prevent DMV communications based on cancellation reported by insurers.

- Insurers must provide policyholders with at least two identical ID cards for each vehicle insured. ID cards represent that insurance is provided for the named insured and the described vehicle, as applicable, as of the effective date shown thereon.



PL-10735 (NY) Rev. 08-01

010724/00546 F3115AHE 6476 11/07/07

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

341
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

NAME AND ADDRESS OF ISSUER:                     AGENT: OFK525
TRAVELERS
P.O. BOX 4831, SYRACUSE, NY, 13221483

HALBRITTER, JANE
100 W GARDEN ST
ROME NY 13440-3424

Policy Number:
97883442 101 2

Effective Date:   12:01 a.m.
12/07/2007

Expiration Date:   12:01 a.m.
12/07/2008

(Not acceptable to obtain
registration after 45 days from
effective date.)
Applicable with respect to the
following Motor Vehicle.

Year: 2006    Make: BMW

WBAEK134X6CN76140
Vehicle Identification Number

RENEWAL

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A
VEHICLE CHANGE (RE-REGISTRATION)
USING THE REPLACED VEHICLE'S
CURRENT REGISTRATION.

An authorized NEW YORK Insurer has issued an Owner's Policy of Liability
insurance complying with Article 6 (Motor Vehicle Financial Security Act) of
the NEW YORK Vehicle and Traffic Law to:

See Important Notice
On Reverse Side          FS-20
Rev. 8-01

---

## NEW YORK STATE INSURANCE IDENTIFICATION CARD

341
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

NAME AND ADDRESS OF ISSUER:                     AGENT: OFK525
TRAVELERS
P.O. BOX 4831, SYRACUSE, NY, 13221483

HALBRITTER, JANE
100 W GARDEN ST
ROME NY 13440-3424

Policy Number:
97883442 101 2

Effective Date:   12:01 a.m.
12/07/2007

Expiration Date:   12:01 a.m.
12/07/2008

(Not acceptable to obtain
registration after 45 days from
effective date.)
Applicable with respect to the
following Motor Vehicle.

Year: 2006    Make: BMW

WBAEK134X6CN76140
Vehicle Identification Number

RENEWAL

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A
VEHICLE CHANGE (RE-REGISTRATION)
USING THE REPLACED VEHICLES
CURRENT REGISTRATION.

An authorized NEW YORK Insurer has issued an Owner's Policy of Liability
insurance complying with Article 6 (Motor Vehicle Financial Security Act) of
the NEW YORK Vehicle and Traffic Law to:

See Important Notice
On Reverse Side          FS-20
Rev. 8-01

🛑 DON'T PEEL STICKER FROM FRONT - SEE BACK!    **Keep this document to show to the police and courts.**

259297BV



WP0CA2985XU627908
1999 PORSC CONV
CPL9560   PAS 9

08/07/09

**8**   **09**



NEW YORK STATE REGISTRATION DOCUMENT

PAS
CPL9560
1999 PORSC    NONTRANSFERABLE
CONV WH    WP0CA2985XU627908
  2506 G 6  I2345847 NOV 29 2007
          WEB WEBCDA

Expires 08/07/09

HALBRITTER, JANE, A
100 W GARDEN ST                    16.00
ROME NY        13440   ANNUAL CHG
                       AMT PAID (INCL ADD CHG)
259297BV  VOID IF ALTERED EXCEPT FOR ADDRESS
                                   32.00

---

🛑 DON'T PEEL STICKER FROM FRONT - SEE BACK!    **Keep this document to show to the police and courts.**

259298BV



SALSF25496A921031
2006 LA/RO 4DSD
DMK5128   PAS 2

12/21/09

**12**   **09**

NEW YORK STATE REGISTRATION DOCUMENT

PAS
DMK5128
2006 LA/RO   NONTRANSFERABLE
4DSD WH     SALSF25496A921031
  5606 G 8  I2345866 NOV 29 2007
          WEB WEBCDA

Expires 12/21/09

HALBRITTER, JANE, A
100 W GARDEN ST                    43.00
ROME NY        13440   ANNUAL CHG
                       AMT PAID (INCL ADD CHG)
259298BV  VOID IF ALTERED EXCEPT FOR ADDRESS
                                   86.00

ASSOCIATED NY INS AGCS
2 CAMPION ROAD
NEW HARTFORD NY 13413
00546

JANE A HALBRITTER
100 W GARDEN ST
ROME NY 134403424

PL-8363

**TRAVELERS**

# TRAVELERS

## AUTOMOBILE POLICY CONTINUATION DECLARATIONS

1. Named Insured

    JANE A HALBRITTER
    100 W GARDEN ST
    ROME NY 134403424

    Your Agency's Name and Address

    ASSOCIATED NY INS AGCS
    2 CAMPION ROAD
    NEW HARTFORD NY 13413

    Your Policy Number : 978883442 101 2
    Your Account Number: B00544283

    For Policy Service Call  315-768-7900
    For Claim Service Call  1-800-CLAIM33

2. Your Total Premium for the Policy Period is $570.00.
   The policy period is from December 7, 2007 to June 7, 2008.

3. Your Vehicles

   | | | Identification Numbers |
   |---|---|---|
   | 1 | 2006 BMW 650 CIC | WBAEK134X6CN76140 |

4. Coverages, Limits of Liability and Premiums

    Insurance is provided only where a premium is shown for the coverage.

    |   |   | 1 <br> 06 BMW <br> 650 CIC |
    |---|---|---|
    | A | - Bodily Injury <br> $250,000 each person <br> $500,000 each accident | $ 76 |
    | B | - Property Damage <br> $100,000 each accident | 57 |
    | C | - Medical Payments <br> $10,000 each person | 2 |
    | D | - Supplementary Uninsured/ <br> Underinsured Motorists <br> $100,000 each person <br> $300,000 each accident <br> See Endorsement A31042 <br> See Important Message | 23 |
    | E | - Collision <br> Actual Cash Value less <br> $1,000 deductible | 225 |



Continued on next page                                                Page 1 of 5

**TRAVELERS**

Named Insured: JANE A HALBRITTER
Policy Number: 978883442 101 2
Policy Period: December 7, 2007 to June 7, 2008.
Issued On: November 7, 2007

---

## 5. Information Used to Rate Your Policy (continued)

### Discounts Included in Your Premium

- $40.00 Anti Theft             06 BMW 650 CIC
- $18.00 Anti Lock Brake        06 BMW 650 CIC
- $16.00 Passive Restraint      06 BMW 650 CIC
- $245.00 Multiple Cars
- $55.00 Account Discount

### Surcharges Included in Your Premium

+ $89.00 Accidents and/or Traffic Violations Listed Below:

      Accidents          08/25/05
                         JANE

### Drivers

| | Date of Birth | Sex | Marital Status |
|---|---|---|---|
| JANE | 07-22-52 | Female | Single |
| GEORGE | 08-28-87 | Male | Single |

### Vehicles

| | Use of Vehicle | Class Code | Location of Vehicle |
|---|---|---|---|
| 06 BMW 650 CIC | Pleasure | 5951 | ROME NY |

It is important that the above information is correct to ensure that your policy is properly rated. If there are errors or changes to this information, please notify your Travelers representative immediately.

---

## 6. Other Information

### Loss Payees

06 BMW 650 CIC                 FINANCIAL SERV VEH TRUST
VIN # WBAEK134X6CN76140        INS SERV CNTR PO BOX 390902
                               MINNEAPOLIS, MN 55439

Continued on next page
PL-7782 5-94   662/0FK525

Page 3 of 5

**DeAngelo Agency, Inc.**
2 Campion Rd
New Hartford, NY 13413-6203
Phone: 315-768-7900   Fax: 315-768-8474

| MEMO | | | Page 1 |
|---|---|---|---|
| ACCOUNT NO. | OP | DATE | |
| JANEA-1 | MO | 09/18/2007 | |
| POLICY INFORMATION | | | |
| POLICY # | | | |
| I-680-1792C044-TIA-07 | | | |
| TYPE | | EFFECTIVE | EXPIRATION |
| PCKG | | 10/15/2007 | 10/15/2008 |

**Jane A. Halbritter**
100 W Garden Street
Rome, NY 13440

Dear Ms. Halbritter:                                 Re: Commercial Package Policy

We are pleased to enclose the renewal of your Commercial Package
Policy, effective 10-15-07, with Travelers Ins. Co.

Please review and feel free to contact us anytime.

Thank you,

Mark Owens/Comm. Accts.