**EXHIBIT - N**

**ABV** Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

December 05, 2007

Jane R. Halbritter
100 West Garden Street
Rome, New York 13440

Invoice No.: 03501    16606

**Taxpayer ID. No. 11-3640790**

**REDACTED**

# CALLI CALLI & CULLY
### ATTORNEYS AND COUNSELORS AT LAW
Established 1921

COPY 

WILLIAM S. CALLI
HERBERT J. CULLY
WILLIAM S. CALLI, JR.
CAROLE CALLI PEREZ*

510 BLEECKER STREET
UTICA, NEW YORK 13501
(315) 733-0455

ROCCO R. CALLI (1897-1962)
JOSEPH S. MONESCALCHI (1923-1990)
HAROLD BURGER (1919-1992)

*Also Member of Maryland and District of Columbia Bar

FACSIMILES
REAL ESTATE: (315) 733-4301 • GENERAL: (315) 733-6591
E-MAIL: firm@callilaw.com
ELECTRONIC SERVICE NOT ACCEPTED

August 22, 2007

Ms. Jane Halbritter
100 W. Garden Street
Rome, New York 13440

File No.:

REDACTED

# CALLI CALLI & CULLY

## *ATTORNEYS AND COUNSELORS AT LAW*
Established 1921

WILLIAM S. CALLI
HERBERT J. CULLY
WILLIAM S. CALLI, JR.
CAROLE CALLI PEREZ*

COPY

510 BLEECKER STREET
UTICA, NEW YORK 13501
(315) 733-0455

ROCCO R. CALLI (1897-1962)
JOSEPH S. MONESCALCHI (1923-1990)
HAROLD BURGER (1919-1992)

*Also Member of Maryland and District of Columbia Bar

FACSIMILES
REAL ESTATE: (315) 733-4301 • GENERAL: (315) 733-6591
E-MAIL: firm@callilaw.com
ELECTRONIC SERVICE NOT ACCEPTED

**REMINDER**

June 28, 2007

Orig. Bill Date: Mar., 19, 2007

Ms. Jane Halbritter
100 W. Garden Street
Rome, NY 13440

S T A T E M E N T

2006c0318 WSC

****************************************************************************

REDACTED