**EXHIBIT - O**

AGENT

ASSOCIATED NY INS AGCS
2 CAMPION ROAD
NEW HARTFORD NY 13413

01157

**TRAVELERS**

This envelope includes:

- Your auto change policy

- Your auto insurance identification card(s)

JANE A HALBRITTER
8231 BAY COLONY DR
NAPLES FL 34108

Dear Policyholder:

Your New York State Insurance Identification Cards are enclosed. Your automobile insurance card indicates that your policy provides at least the minimum coverage required by law.

If you are ever involved in an accident, you should report it to your agent or a Travelers claim office as soon as possible. Each ID card contains the information you will need, including the telephone numbers for reaching the nearest Travelers claim office, when reporting an accident or claim. But only use these numbers to report accident claims. Call your Travelers agent for all other insurance matters.

If you suspect FRAUD on any policy or claim, call Travelers 24-hour hotline (800)-6-FRAUD-0. Help us fight fraud.

## NEW YORK ID CARD IMPORTANT NOTICE

New York Part 32 Regulation, Section 32.12(b) requires Insurers to provide the following important insurance information for Policyholders:

- Financial security (insurance) shall be maintained without interruption during the entire registration period regardless of whether the vehicle is driven.

- License plates must be surrendered before insurance is cancelled or suspended without exception. This is in compliance with NYS law. Surrendering license plates before cancellation of insurance will prevent communications from DMV based on cancellation that insurers are required by law to report to DMV.

- Policyholders moving from NYS must coordinate the surrender of NYS license plates and cancellation of a NYS insurance policy with obtaining a new registration and insurance policy in another State. Again, this will prevent DMV communications based on cancellation reported by insurers.

- Insurers must provide policyholders with at least two identical ID cards for each vehicle insured. ID cards represent that insurance is provided for the named insured and the described vehicle, as applicable, as of the effective date shown thereon.

PL-10735 (NY) Rev. 08-01                                                              004473/01157 F3115AH7 6483 11/18/07



# AUTOMOBILE POLICY DECLARATIONS

1. **Named Insured**

    JANE A HALBRITTER
    8231 BAY COLONY DR
    NAPLES FL 34108

    **Your Agency's Name and Address**

    ASSOCIATED NY INS AGCS
    2 CAMPION ROAD
    NEW HARTFORD NY 13413

    Your Policy Number : 978883442 101 2
    Your Account Number: B00544283

    For Policy Service Call   315-768-7900
    For Claim Service Call   1-800-CLAIM33

2. This is change number 1, which is effective November 16, 2007.
    * This change causes no additional or return premium for the policy period.
    * The policy period is from June 7, 2007 to December 7, 2007.
    * Your address has been changed.
    * These declarations replace all prior automobile policy declarations on the date on which this change is effective.

3. Your Vehicles                    Identification Numbers

    1   2006 BMW 650 CIC            WBAEK134X6CN76140

4. **Coverages, Limits of Liability and Premiums**

    Insurance is provided only where a premium is shown for the coverage.

    |   |   | 1<br>06 BMW<br>650 CIC |
    |---|---|---|
    | A | - Bodily Injury<br>$250,000 each person<br>$500,000 each accident | $   80 |
    | B | - Property Damage<br>$100,000 each accident | 60 |
    | C | - Medical Payments<br>$10,000 each person | 3 |
    | D | - Supplementary Uninsured/<br>Underinsured Motorists<br>$100,000 each person<br>$300,000 each accident<br>See Endorsement A31042<br>See Important Message | 23 |
    | E | - Collision<br>Actual Cash Value less<br>$1,000 deductible | 239 |

Continued on next page

Page 1 of 5

PL-7783 5-94   662/0FK525                                004475/01157 F3115AH7 5483 11/18/07



Named Insured: JANE A HALBRITTER
Policy Number: 978883442 101 2
Policy Period: June 7, 2007 to December 7, 2007.
Issued On: November 18, 2007

## 5. Information Used to Rate Your Policy (continued)

### Discounts Included in Your Premium

| | |
|---|---|
| Anti Theft | 06 BMW 650 CIC |
| Anti Lock Brake | 06 BMW 650 CIC |
| Passive Restraint | 06 BMW 650 CIC |
| Multiple Cars | |
| Account Discount | |

### Surcharges Included in Your Premium

Accidents and/or Traffic Violations Listed Below:

| | | |
|---|---|---|
| Accidents | 08/25/05 JANE | |

### Drivers

| | Date of Birth | Sex | Marital Status |
|---|---|---|---|
| JANE | 07-22-52 | Female | Single |
| GEORGE | 08-28-87 | Male | Single |

### Vehicles

| | Use of Vehicle | Class Code | Location of Vehicle |
|---|---|---|---|
| 06 BMW 650 CIC | Pleasure | 5401 | ROME NY |

It is important that the above information is correct to ensure that your policy is properly rated. If there are errors or changes to this information, please notify your Travelers representative immediately.

## 6. Other Information

### Loss Payees

| | |
|---|---|
| 06 BMW 650 CIC VIN # WBAEK134X6CN76140 | FINANCIAL SERV VEH TRUST INS SERV CNTR PO BOX 390902 MINNEAPOLIS,MN 55439 |

**TRAVELERS**

Named Insured: JANE A HALBRITTER
Policy Number: 978883442 101 2
Policy Period: June 7, 2007 to December 7, 2007.
Issued On: November 18, 2007

## FOR YOUR INFORMATION (continued)

Because you have purchased Rental Reimbursement Coverage, your Comprehensive Coverage has been broadened. We will now pay up to $30 a day, to a maximum of $900, for transportation expenses if your insured car is stolen.

Based on your selection of available No Fault coverages and options, here is a summary of your No Fault protection.

|  | Coverage Limit | Premium |
|---|---|---|
| Mandatory Basic Economic Loss | $ 50,000 | $ 36 |
| Optional Basic Economic Loss | $ 25,000 | $ 5 |
| Additional Personal Injury Protection | $100,000 | $ 12 |
| Aggregate No Fault Benefits Available | $175,000 | $ 53 |
| Maximum Monthly Work Loss | $ 4,000 | $ INCL |
| Other Necessary Expenses (per day) | $ 50 | $ INCL |
| Death Benefit | $ 2,000 | $ INCL |

If you want information on discounts available in New York, or want to know the circumstances under which you may remove surcharges from your policy and receive a refund, refer to the Rating Information form we send you each year, or contact your Travelers representative.

Your policy covers bodily injury to an insured's spouse under Coverage A (bodily injury) where an insured spouse becomes liable because of the death of or injury to his or her spouse, even where the injured spouse must prove the culpable conduct of the insured spouse. This applies only to motor vehicle liability insurance policies that satisfy the requirements of Article 6 of the New York Vehicle and Traffic law.



# TRAVELERS

## AUTOMOBILE POLICY DECLARATIONS

1. **Named Insured**

   JANE A HALBRITTER
   8231 BAY COLONY DR
   NAPLES FL 341083424

   **Your Agency's Name and Address**

   ASSOCIATED NY INS AGCS
   2 CAMPION ROAD
   NEW HARTFORD NY 13413

   Your Policy Number : 975303380 101 2
   Your Account Number: B00542960

   For Policy Service Call  315-768-7900
   For Claim Service Call  1-800-CLAIM33

2. This is change number 1, which is effective November 16, 2007.
   * This change causes no additional or return premium for the policy period.
   * The policy period is from August 15, 2007 to February 15, 2008.
   * Your address has been changed.
   * These declarations replace all prior automobile policy declarations on the date on which this change is effective.

3. **Your Vehicles**          **Identification Numbers**

   1    1999 PORSE BOXSTER           WP0CA2985XU627908
   2    2004 FORD EXPEDITION         1FMFU18L04LA07534
   3    2006 RANGE RANGE ROVE        SALSF25496A921031

4. **Coverages, Limits of Liability and Premiums**

   Insurance is provided only where a premium is shown for the coverage.

|   |   | 1<br>99 PORSE<br>BOXSTER | 2<br>04 FORD<br>EXPEDITION | 3<br>06 RANGE<br>RANGE ROVE |
|---|---|---|---|---|
| A | – Bodily Injury<br>$250,000 each person<br>$500,000 each accident | $ 69 | $ 253 | $ 107 |
| B | – Property Damage<br>$100,000 each accident | 51 | 193 | 80 |
| C | – Medical Payments<br>$10,000 each person | 1 | 7 | 4 |
| D | – Supplementary Uninsured/<br>Underinsured Motorists<br>$100,000 each person<br>$300,000 each accident<br>See Endorsement A31042<br>See Important Message | 23 | 23 | 23 |
| E | – Collision<br>Actual Cash Value less<br>$1,000 deductible | 88 | 305 | 231 |

Continued on next page                                      Page 1 of 5

002852/00272 F3115AHL 6483 11/18/07



Named Insured: JANE A HALBRITTER
Policy Number: 975303380 101 2
Policy Period: August 15, 2007 to February 15, 2008.
Issued On: November 18, 2007

## 5. Information Used to Rate Your Policy (continued)

### Discounts Included in Your Premium

| | | | |
|---|---|---|---|
| Anti Theft | 99 PORSE BOXSTER | 04 FORD EXPEDITION | 06 RANGE RANGE ROVE |
| Anti Lock Brake | 99 PORSE BOXSTER | 04 FORD EXPEDITION | 06 RANGE RANGE ROVE |
| Passive Restraint | 99 PORSE BOXSTER | 04 FORD EXPEDITION | 06 RANGE RANGE ROVE |

Multiple Cars

Account Discount

### Surcharges Included in Your Premium

Accidents and/or Traffic Violations Listed Below:

| | | |
|---|---|---|
| Accidents | 08/25/05 JANE | |

### Drivers

| | Date of Birth | Sex | Marital Status |
|---|---|---|---|
| JANE | 07-22-52 | Female | Single |
| GEORGE | 08-28-87 | Male | Single |

### Vehicles

| | Use of Vehicle | Class Code | Location of Vehicle |
|---|---|---|---|
| 99 PORSE BOXSTER | Pleasure | 5951 | ROME NY |
| 04 FORD EXPEDITION | Pleasure | 4834 | ROME NY |
| 06 RANGE RANGE ROVE | Pleasure | 3401 | ROME NY |

**It is important that the above information is correct to ensure that your policy is properly rated. If there are errors or changes to this information, please notify your Travelers representative immediately.**

## 6. Other Information

### Loss Payees

| | |
|---|---|
| 06 RANGE RANGE ROVE VIN # SALSF25496A921031 | U S BANK PO BOX 537 AMELIA, OH 451020537 |

Continued on next page
PL-7783 5-94    682/0FK525

**TRAVELERS J**

**Named Insured:** JANE A HALBRITTER
**Policy Number:** 975303380 101 2
**Policy Period:** August 15, 2007 to February 15, 2008.
**Issued On:** November 18, 2007

## FOR YOUR INFORMATION (continued)

Based on your selection of available No Fault coverages and options, here is a summary of your No Fault protection.

|  | Coverage Limit | Premium |
|---|---|---|
| Mandatory Basic Economic Loss | $ 50,000 | $ 228 |
| Optional Basic Economic Loss | $ 25,000 | $ 15 |
| Additional Personal Injury Protection | $ 25,000 | $ 18 |
| Aggregate No Fault Benefits Available | $100,000 | $ 261 |
| Maximum Monthly Work Loss | $ 2,500 | $ INCL |
| Other Necessary Expenses (per day) | $ 50 | $ INCL |
| Death Benefit | $ 2,000 | $ INCL |

If you want information on discounts available in New York, or want to know the circumstances under which you may remove surcharges from your policy and receive a refund, refer to the Rating Information form we send you each year, or contact your Travelers representative.

Your policy covers bodily injury to an insured's spouse under Coverage A (bodily injury) where an insured spouse becomes liable because of the death of or injury to his or her spouse, even where the injured spouse must prove the culpable conduct of the insured spouse. This applies only to motor vehicle liability insurance policies that satisfy the requirements of Article 6 of the New York Vehicle and Traffic law.

Page 5 of 5

PL-7783 5-94   862/0FK525                    002854/00272 F3115AHL 6483 11/18/07

# TRAVELERS

## AUTOMOBILE POLICY DECLARATIONS

| | |
|---|---|
| **1. Named Insured** | **Your Agency's Name and Address** |
| JANE A HALBRITTER<br>8231 BAY COLONY DR<br>NAPLES FL 34108 | ASSOCIATED NY INS AGCS<br>2 CAMPION ROAD<br>NEW HARTFORD NY 13413 |
| Your Policy Number : 978883442 101 2<br>Your Account Number: B00544283 | For Policy Service Call  315-768-7900<br>For Claim Service Call  1-800-CLAIM33 |

2. This is change number 1, which is effective December 7, 2007.
   * This change causes no additional or return premium for the policy period.
   * The policy period is from December 7, 2007 to June 7, 2008.
   * Your address has been changed.
   * These declarations replace all prior automobile policy declarations on the date on which this change is effective.

3. Your Vehicles                          Identification Numbers

   1    2006 BMW 650 CIC                  WBAEK134X6CN76140

4. Coverages, Limits of Liability and Premiums

   Insurance is provided only where a premium is shown for the coverage.

   |   |   | 1<br>06 BMW<br>650 CIC |
   |---|---|---|
   | A | - Bodily Injury<br>$250,000 each person<br>$500,000 each accident | $   76 |
   | B | - Property Damage<br>$100,000 each accident | 57 |
   | C | - Medical Payments<br>$10,000 each person | 2 |
   | D | - Supplementary Uninsured/<br>Underinsured Motorists<br>$100,000 each person<br>$300,000 each accident<br>See Endorsement A31042<br>See Important Message | 23 |
   | E | - Collision<br>Actual Cash Value less<br>$1,000 deductible | 225 |

Continued on next page                                       Page 1 of 5



Named Insured: JANE A HALBRITTER
Policy Number: 978883442 101 2
Policy Period: December 7, 2007 to June 7, 2008.
Issued On: November 18, 2007

## 5. Information Used to Rate Your Policy (continued)

### Discounts Included in Your Premium

| | |
|---|---|
| Anti Theft | 06 BMW 650 CIC |
| Anti Lock Brake | 06 BMW 650 CIC |
| Passive Restraint | 06 BMW 650 CIC |
| Multiple Cars | |
| Account Discount | |

### Surcharges Included in Your Premium

Accidents and/or Traffic Violations Listed Below:

| | |
|---|---|
| Accidents | 08/25/05 JANE |

### Drivers

| | Date of Birth | Sex | Marital Status |
|---|---|---|---|
| JANE | 07-22-52 | Female | Single |
| GEORGE | 08-28-87 | Male | Single |

### Vehicles

| | Use of Vehicle | Class Code | Location of Vehicle |
|---|---|---|---|
| 06 BMW 650 CIC | Pleasure | 5951 | ROME NY |

It is important that the above information is correct to ensure that your policy is properly rated. If there are errors or changes to this information, please notify your Travelers representative immediately.

## 6. Other Information

### Loss Payees

| | |
|---|---|
| 06 BMW 650 CIC VIN # WBAEK134X6CN76140 | FINANCIAL SERV VEH TRUST INS SERV CNTR PO BOX 390902 MINNEAPOLIS,MN 55439 |

**TRAVELERS**

**Named Insured:** JANE A HALBRITTER
**Policy Number:** 978883442 101 2
**Policy Period:** December 7, 2007 to June 7, 2008.
**Issued On:** November 18, 2007

## FOR YOUR INFORMATION (continued)

Because you have purchased Rental Reimbursement Coverage, your Comprehensive Coverage has been broadened. We will now pay up to $30 a day, to a maximum of $900, for transportation expenses if your insured car is stolen.

---

Based on your selection of available No Fault coverages and options, here is a summary of your No Fault protection.

|  | Coverage Limit | Premium |
|---|---|---|
| Mandatory Basic Economic Loss | $ 50,000 | $ 33 |
| Optional Basic Economic Loss | $ 25,000 | $ 5 |
| Additional Personal Injury Protection | $100,000 | $ 12 |
| Aggregate No Fault Benefits Available | $175,000 | $ 50 |
| Maximum Monthly Work Loss | $ 4,000 | $ INCL |
| Other Necessary Expenses (per day) | $ 50 | $ INCL |
| Death Benefit | $ 2,000 | $ INCL |

---

If you want information on discounts available in New York, or want to know the circumstances under which you may remove surcharges from your policy and receive a refund, refer to the Rating Information form we send you each year, or contact your Travelers representative.

---

Your policy covers bodily injury to an insured's spouse under Coverage A (bodily injury) where an insured spouse becomes liable because of the death of or injury to his or her spouse, even where the injured spouse must prove the culpable conduct of the insured spouse. This applies only to motor vehicle liability insurance policies that satisfy the requirements of Article 6 of the New York Vehicle and Traffic law.

---

**TRAVELERS** 00446-R1

DE ANGELO AGENCY INC
2 CAMPION RD
NEW HARTFORD NY 13413

Date of this Notice     11/21/07
Account No.   7274A4122

CP 01 6640 G6640LK0 07324 00446 P1

JANE A HALBRITTER
100 GARDEN ST
ROME     NY   13440

Please contact your agent with any questions, future policy changes and all address changes.

DE ANGELO AGENCY INC
(315) 768-7900

Insuring Company: THE TRAVELERS INDEMNITY COMPANY

# REINSTATEMENT NOTICE

We are pleased to tell you that your policy has been reinstated.

| POLICYHOLDER | POLICY IDENTIFICATION NUMBER |
|---|---|
| JANE A HALBRITTER | 2323Y21A CUP |
| **TYPE OF INSURANCE** | **POLICY PERIOD** |
| Umbrella Policy | 10/15/07 To 10/15/08 |

Receipt of funds dishonored upon presentment is not a valid means of reinstatement. Reinstatement will only occur when all conditions have been met. If these conditions have not been met the reinstatement will be null and void.

648826R    2007325    6485    208   0XJ940

CLD8REIN

AGENT

ASSOCIATED NY INS AGCS
2 CAMPION ROAD
NEW HARTFORD NY 13413



00272

> This envelope includes:
>
> - Your auto change policy
>
> - Your auto insurance identification card(s)

JANE A HALBRITTER
8231 BAY COLONY DR
NAPLES FL 341083424

Dear Policyholder:

Your New York State Insurance Identification Cards are enclosed. Your automobile insurance card indicates that your policy provides at least the minimum coverage required by law.

If you are ever involved in an accident, you should report it to your agent or a Travelers claim office as soon as possible. Each ID card contains the information you will need, including the telephone numbers for reaching the nearest Travelers claim office, when reporting an accident or claim. But only use these numbers to report accident claims. Call your Travelers agent for all other insurance matters.

If you suspect FRAUD on any policy or claim, call Travelers 24-hour hotline (800)-6-FRAUD-0. Help us fight fraud.

### NEW YORK ID CARD IMPORTANT NOTICE

New York Part 32 Regulation, Section 32.12(b) requires Insurers to provide the following important insurance information for Policyholders:

- Financial security (insurance) shall be maintained without interruption during the entire registration period regardless of whether the vehicle is driven.

- License plates must be surrendered before insurance is cancelled or suspended without exception. This is in compliance with NYS law. Surrendering license plates before cancellation of insurance will prevent communications from DMV based on cancellation that insurers are required by law to report to DMV.

- Policyholders moving from NYS must coordinate the surrender of NYS license plates and cancellation of a NYS insurance policy with obtaining a new registration and insurance policy in another State. Again, this will prevent DMV communications based on cancellation reported by insurers.

- Insurers must provide policyholders with at least two identical ID cards for each vehicle insured. ID cards represent that insurance is provided for the named insured and the described vehicle, as applicable, as of the effective date shown thereon.

PL-10735 (NY) Rev. 08-01

002849/00272 F311SAHL 6483 11/18/07

AGENT

ASSOCIATED NY INS AGCS
2 CAMPION ROAD
NEW HARTFORD NY 13413

01158

**TRAVELERS J**

> This envelope includes:
>
> - Your auto change policy
>
> - Your auto insurance identification card(s)

JANE A HALBRITTER
8231 BAY COLONY DR
NAPLES FL 34108

Dear Policyholder:

Your New York State Insurance Identification Cards are enclosed. Your automobile insurance card indicates that your policy provides at least the minimum coverage required by law.

If you are ever involved in an accident, you should report it to your agent or a Travelers claim office as soon as possible. Each ID card contains the information you will need, including the telephone numbers for reaching the nearest Travelers claim office, when reporting an accident or claim. But only use these numbers to report accident claims. Call your Travelers agent for all other insurance matters.

If you suspect FRAUD on any policy or claim, call Travelers 24-hour hotline (800)-6-FRAUD-0. Help us fight fraud.

### NEW YORK ID CARD IMPORTANT NOTICE

New York Part 32 Regulation, Section 32.12(b) requires Insurers to provide the following important insurance information for Policyholders:

- Financial security (insurance) shall be maintained without interruption during the entire registration period regardless of whether the vehicle is driven.

- License plates must be surrendered before insurance is cancelled or suspended without exception. This is in compliance with NYS law. Surrendering license plates before cancellation of insurance will prevent communications from DMV based on cancellation that insurers are required by law to report to DMV.

- Policyholders moving from NYS must coordinate the surrender of NYS license plates and cancellation of a NYS insurance policy with obtaining a new registration and insurance policy in another State. Again, this will prevent DMV communications based on cancellation reported by insurers.

- Insurers must provide policyholders with at least two identical ID cards for each vehicle insured. ID cards represent that insurance is provided for the named insured and the described vehicle, as applicable, as of the effective date shown thereon.

PL-10735 (NY) Rev. 08-01

004478/01158 F3115AH7 6483 11/18/07