**EXHIBIT - P**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MADISON

ARTHUR R. HALBRITTER,

                  Plaintiff,

- against -

JANE HALBRITTER,

                  Defendant.

Index No. 06-1530
RJI No. 06-0443-C

COPY

**STATEMENT OF NET WORTH**
(DRL §236)

Date of Commencement of Action:
December 26, 2006

Complete all items, marking "NONE," "INAPPLICABLE" and "UNKNOWN," if appropriate

**STATE OF NEW YORK    COUNTY OF ONONDAGA SS.:**

<u>JANE HALBRITTER</u>, the Defendant herein, being duly sworn, deposes and says that the following is an accurate statement as of <u>April 1, 2007</u>, of my net worth (assets of whatsoever kind and nature and wherever situated minus liabilities), statement of income from all sources and statement of assets transferred of whatsoever kind and nature and wherever situated:

Wife's present address
100 West Garden Street. Rome. New York 13440

DEFENDANT'S EXHIBIT
12/20/07 F
2pg SC

## CLIENT CERTIFICATION
## § 22 NYCRR 202.16(e)

I, the undersigned, **HEREBY CERTIFY**, under penalty of perjury, that I have carefully read and reviewed the annexed **STATEMENT OF NET WORTH**, and that all information contained in that document is true and accurate in all respects to the best of my knowledge and understanding.

**I FURTHER CERTIFY**, under penalty of perjury, that neither my attorney, nor anyone acting on my attorney's behalf, was the source of any of the information contained in the annexed document; that I provided all of the information contained in the annexed document to my attorney; and that I understand that my attorney, in executing the Attorney Certification required by §22 NYCRR 202.16(e), is relying entirely upon the information provided by me and upon my certification that all such information is true and accurate.

**I FURTHER CERTIFY**, that the annexed document includes all information which I provided to my attorney which is relevant to such document and that my attorney has not deleted, omitted or excluded any such information.

Dated: 4/24/07

_____
JANE HALBRITTER


## ATTORNEY CERTIFICATION

**I, JON W. BRENIZER, ESQ., HEREBY CERTIFY,** under the penalty of perjury and as an officer of the court that I have no knowledge that the substance of any of the factual submissions contained in this document is false.

Dated: April 27, 2007

_____
JON W. BRENIZER, ESQ.