**EXHIBIT - Q**

**NEW YORK STATE**

Skip to Content   Skip to Content Menu   Skip to Global Menu   Skip to Main Menu   Skip to Search

## Global Menu

Home|Board of Commissioners|About NYSIF|Contact Us|Related Web Sites|Forms|Fraud|How Do I?|Accessibility

Search NYSIF.
Type in a text and click "Search" to submit.

Search

# New York State Insurance Fund

## Main Menu

- Workers' Compensation
- Disability Benefits
- Safety & Risk Management
- Online Services

Board of Commissioners
Print

# Board of Commissioners

## Board Members


Chairman
Robert H. Hurlbut, President,
Hurlbut Trust


Vice Chairman
Donald T. DeCarlo, Esq.

The Law Offices of Donald T. DeCarlo


C. Scott Bowen, Director,
Government Relations & Economic Development, SUNY Binghamton



John F. Carpenter, Executive Vice President,
Streeter Associates
(Retired)



Jane A. Halbritter,
James Street Management, Inc.



Charles L. Loiodice, President/CEO,
Paris Maintenance Co., Inc.



William A. O'Loughlin, Jr., Resident Branch Manager,
O'Loughlin Financial Group

Patricia Smith, Commissioner of Labor,
ex officio

## Content Menu

- BOARD OF COMMISSIONERS