UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANE A. HALBRITTER,                           :

                Plaintiff,            :    07 Civ. 3848 (WHP)

           -against-                          :    <u>SCHEDULING ORDER NO. 4</u>

STONEHEDGE ACQUISITION ROME II,    :
LLC and STONEHEDGE ACQUISITION
CHITTENANGO II, LLC,                          :

                Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel to the parties having appeared for a conference on January 4, 2008, the following revised schedule is established on consent:

    1. All discovery shall be completed by February 15, 2008;

    2. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by February 29, 2008; and

    3. A final pre-trial conference will be held on March 7, 2008 at 11:30 a.m.

Dated:    January 8, 2008
             New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                      U.S.D.J.

*Counsel of Record*:

Louis A. Craco, Esq.
Allegaert, Berger & Vogel, L.L.P.
111 Broadway
18th Floor
New York, NY 10006
*Counsel for Plaintiff*

Julie Grow Denton, Esq.
M. Stuart Goldberg, LLC
81 Main Street
White Plains, NY 10601
*Counsel for Defendants*

Robert L. Rimberg, Esq.
Goldberg Rimberg & Friedlander, PLLC
115 Broadway, 3rd Fl
New York, NY 10006
*Counsel for Defendants*