**EXHIBIT 1**



| | | | |
|---|---|---|---|
| Account | 0000007000655907 | OF6 | 0 |
| Amount | 5000.00 | Tran | 000082 |
| Post Date | 20060306 | Routing | 021303618 |
| Sequence | 703006940 | | |
| Serial | 0000001937 | Acc Type | 0 |

> **JAMES STREET MANAGEMENT, INC.**
> 801 N JAMES ST.
> ROME, NY 13440
>
> 1949
>
> DATE 4-1-06
>
> PAY TO THE ORDER OF Lucen
>
> Five Thousand — 00/100         $5000 —
> DOLLARS
>
> **NBT BANK** of Rome, NY 348
>
> FOR _____
>
> ⑈001949⑈ ⑆021303618⑆ ⑈7000655907⑈  0000500000

| | | | |
|---|---|---|---|
| Account | 0000007000655907 | OF6 | 0 |
| Amount | 5000.00 | Tran | 000082 |
| Post Date | 20060407 | Routing | 021303618 |
| Sequence | 710196906 | | |
| Serial | 0000001949 | Acc Type | 0 |

710196906  04-07-06  891    7101969006
                            3032 00

BANK OF AMERICA NA
011000138 E4568 58 F26
04/06/06
0876108452

15 19 - 738886

PAY TO THE ORDER OF
BANK OF AMERICA
PITTSFORD, NEW YORK
P 022000127 4
FOR DEPOSIT ONLY
LEVCON LLC
8500876799

**EXHIBIT 2**

Detail COA Information

**USPS** Detail COA Information

COARS will not be available from 6:00 PM on Friday, December 14 through Noon Tuesday, December 18. ** hardware will added and a software upgraded to version 3.2 will b

Restricted Information
CARS Information is not Available

Back  New Search

### COARS History Record 1

| | |
|---|---|
| Effective Date: | 04/04/2006 |
| Orig Trans: | 060965037001393O |
| Mod Trans: | 063439001010O030 |
| Created: | 04/07/2006 00:58 |
| Updated: | 12/09/2006 |
| Old CRID: | C022 |
| New CRID: | B006 |
| Primary: | |

**Move Type:** IP
**Request:** Deleted
**Name:** JANE HALBRITTER
**Machine ID:** 5037
**Old Addr:** 100 W GARDEN ST;ROME, NY 13440-3424-00
**New Addr:** Box 770656;NAPLES, FL 34107-0656-56
**Status:** Active

### COARS History Record 2

| | |
|---|---|
| Primary: | HALB100 |
| Last Update: | 04/07/2006 |

**Move Type:** IP
**Request:** Added
**Effective Date:** 04/04/2006
**Orig Trans:** 060965037001393O
**Created On:** 04/07/2006 00:58
**Status:** Active
**Machine ID:** 5037
**Last modified by:** A239
**Name:** JANE HALBRITTER
**Old CRID:** C022
**Address:** ROME, NY 13440-3424-00
**New CRID:** B006
**Address:** NAPLES, FL 34107-0656-56
**Next Move:** Full  Last Name  Primary Address  Reduced Address
**New PO BOX 770656**



OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER

[Handwritten PS Form 3575 change of address form showing:
Start Date: 04/04/06
Name: HALBRITTER, Jane
OLD: 100 W Garden St, Rome, NY 13440
NEW: PO Box 770656, Naples, FL 34107
Signed 04/04/06]

**EXHIBIT 3**



| | | | | |
|---|---|---|---|---|
| Account | 0000007000655907 | | OF6 | 4 |
| Amount | 20000.00 | | Tran | 000082 |
| Post Date | 20060421 | | Routing | 021303618 |
| Sequence | 711105982 | | | |
| Serial | 0000001936 | | Acc Type | 0 |



Account 000000700000417216
Amount 10000.00
Post Date 20061116
Sequence 716765842
Serial 000000004061
OF6 4
Tran 000082
Routing 021303618
Acc Type 0

**EXHIBIT 4**

# Detail COA Information

## Detail COA Information

**Restricted Information**
COARS will not be available from 6:00 PM on Friday, December 14 through Noon Tuesday, December 18. ** **A\
hardware will added and a software upgraded to version 3.2 will be i

Back New Search    Hom

### Current CARS Information

Exclude Old 11-Digit

| | |
|---|---|
| Created On: | 04/09/2007 |
| Old CRID: | C022 |
| New CRID: | C007 |
| Primary: | HALB100 |

### Exclude COA

| | |
|---|---|
| Effective Date: | 04/02/2007 |
| Orig Trans: | 07099523900013370 |

**Name:** JANE HALBRITTER
**Old Addr:** 100 W GARDEN ST; ROME, NY 13440-3424-00
**New Addr:** 8231 BAY COLONY DR, APT 1702; NAPLES, FL 34108-7794-27

### COARS History Record 1

Primary: HALB100

- **Move Type:** IP    **Request:** Added
- **Effective Date:** 04/02/2007
- **Orig Trans:** 07099523900013370
- **Created On:** 04/09/2007 14:08    **Last Update:** 04/09/2007
- **Status:** Active
- **Last modified by:** A620
- **Machine ID:** 5239
- **Name:** JANE HALBRITTER
- **Old CRID:** C022
- **Address:** ROME, NY 13440-3424-00
- **New CRID:** C007
- **Address:** NAPLES, FL 34108-7794-27    New 8231 BAY COLONY DR, APT 1702
- **Next Move:** Full    Last Name    Primary Address    Reduced Address

**OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER**

(handwritten form)
1. Start Date: 4 02 07
3. Last Name: HALBRITTER
   First Name: Jane
7a. OLD Mailing Address: 100 W Garden St
   City: Rome   State: NY   ZIP: 13440
8a. NEW Mailing Address: 8231 Bay Colony Drive
   APT: 1702
   City: Naples   State: FL   ZIP: 34108
10. Date Signed: 04 02 07

Copyright© 2002-2007, Siemens. All Rights Reserved ( v3.1.1 Build 1073 ) coaweb-01
12/13/2007 01:30:34 PM