**EXHIBIT 5**


# U·S AIRWAYS
### DIVIDEND MILES

Bank of America

**Customer Corner**

JANE HALBRITTER

**Account Number:**  **4356 0280 0299 1886**

## Your US Airways® Visa® Gold Card

### New Balance          $▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| Total Credit Line | $15,000.00 | Available Credit | $▮▮▮▮▮ |
| Cash Limit | $15,000.00 | Available Cash | ▮▮▮▮▮ |
| Overlimit Amount | $0.00 | Billing Date | 04/19/06 |
| Minimum Payment Due | $77.18 | Payment Due Date | 05/14/06 |

| | | |
|---|---|---|
| 24-Hour Customer Service | 1.800.441.0130 | Pay online! Visit |
| For Lost or Stolen Cards | 1.800.441.0130 | www.bankofamerica.com |

## US Airways Dividend Miles Summary

| | |
|---|---|
| Dividend Miles Account Number | 6716276 |
| Miles Earned on Purchases | 481 |
| Total Miles Earned This Cycle | 481 |

## Transactions   View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| Mar 21 | Mar 04 | 800 | SANKUSU          TOKYO (FOREIGN CURRENCY)          4,974 JPY (RATE) 116.18781 | |
| Mar 21 | Mar 05 | 998 | SANKUSU          TOKYO (FOREIGN CURRENCY)          3,690 JPY (RATE) 116.18388 | |
| Mar 21 | Mar 05 | 004 | SANKUSU          TOKYO (FOREIGN CURRENCY)          7,600 JPY (RATE) 116.17242 | |
| Mar 22 | Mar 07 | 336 | JR EAST SHOPPING CENTER SIBUYAKU (FOREIGN CURRENCY)          8,820 JPY (RATE) 116.97613 | |
| Mar 22 | Mar 07 | 343 | JR EAST SHOPPING CENTER SIBUYAKU (FOREIGN CURRENCY)          7,980 JPY (RATE) 116.97449 | |
| Apr 12 | Apr 11 | 379 | TWX*AOL PREMIUM SVCE 0406888-265-9269 NY | |
| Apr 12 | Apr 11 | 422 | PAY BY PHONE PAYMENT | |
| Apr 18 | Apr 16 | 595 | ALBERTSONS #4417  S9H  NAPLES      FL | |
| Apr 19 | Apr 19 | | INTERNATIONAL TRANSACTION FEE | |
| Apr 19 | Apr 19 | | PERIODIC FINANCE CHARGE | |

REDACTED

Please return remit coupon
with your payment ↓

 **Business Platinum Card** 03384/HP DOCUMENT 26-3 Filed Membership Rewards of 46



SMALL BUSINESS NETWORK℠

**488,499**
**Points Available**
at 03/31/06, when charges due are paid in full and all accounts are in good standing.

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
3727-150517-31001

Closing Date
04/23/06

Page 1 of 6

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|

REDACTED

**Please Pay By**
**05/08/06**
Please refer to page 2 for important information regarding your account

**Terms - Payable in full on receipt of Statement.**

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-8468.

## Activity   * Indicates posting date

### New Activity for JANE HALBRITTER
Card XXXX-XXXXX7-31001

Amount $

| 33/31/06* | PHONE PAYMENT RECEIVED-THANK YOU | | |
|---|---|---|---|
| 33/26/06* | 5% OPEN SAVINGS AT HERTZ | | |
| | HERTZ CAR RENTAL $▓▓ 03/26/06 | | |
| 04/14/06* | BONUS 10% SAVINGS ON FEDEX GROUND FROM | | |
| | MARCH 1 TO APRIL 15, 2006, | | |
| | FEDEX #857094821586 $▓▓ 03/30/06 | | |
| 04/14/06* | 5% OPEN SAVINGS AT FEDEX | | |
| | FEDEX #857094821586 $▓▓ 03/30/06 | | |

REDACTED

| 3/25/06 | ECKERD DRUG #5784   ROME       NY | | |
|---|---|---|---|
| | HEALTH CARE/PERSONAL | | |
| 6/06 | HERTZ CAR RENTAL   UTICA       NY | | |
| | Location | Date | |
| | Rental:   UTICA NY | 03/22/06 | |
| | Return:   UTICA NY | 03/26/06 | |
| | Agreement Number: 166050080 | | |
| | Renter Name: HALBRITTER /JANE | | |
| | Reference Number: 030027 | | |
| 3/26/06 | USPS 3571759550   ROME       NY | | |
| | USPS VENDING | | |
| 3/26/06 | AMERADA HESS   NAPLES       FL | | |
| | GAS/GROCERI501701009087 | | |

Please fold on the perforation below, detach and return with your payment ✂

Continued on Page 3

**ayment Coupon**

Account Number
3727-150517-31001

Please Pay By:
05/08/06

To Pay by Computer, visit open.americanexpress.com: To Pay by Phone, call 1-800-472-9297.

Please enter account number on all checks and correspondence.

JANE HALBRITTER
STONEHEDGE HEALTH
801 N JAMES ST
ROME NY  13440-3595

**Total Amount Due**

Make check payable to American Express.

Check here if address or telephone number has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000372715051731001 000397626000400283 23AA

Prepared For
JANE HALBRITTER  Case 1:07-cv-03848-WHP   Document 26-3   Filed 01/18/2008   Page 2 of 6
STONEHEDGE HEALTH                                                                    Page 6 of 46

Account Number
XXXX-XXXXX7-31001

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by phone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Authorization for Electronic Payments:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Late Fees:** We will assess fees for late payment in accordance with the Cardmember Agreement, as amended. To avoid fees for late payment, we must receive your payment for the amount due on this statement, not later than the closing date of your next statement.

**Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on your paper statement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest American Express Travel Service Office or other local American Express office.

**Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction which appears on your statement, write or call the Customer Service department as indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared.

**What We Need From You When You Have A Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe the error and explain why you believe there is an error. If you need more information, describe the item you are unsure about. While we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your claim.

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

**When contacting us:** 1. Tell us your name and account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make charges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer Service link online.

**Creditor:** American Express Travel Related Services Company, Inc.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-492-8468

Extended Payment
Option Customer
Service
1-800-403-1288



Correspondence

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
P.O. BOX 1270
NEWARK NJ
07101-1270

**Change of Address**
If correct on front
do not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

AMERICAN EXPRESS Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH
Account Number
XXXX-XXXXX-31001
Closing Date
04/23/06
Case 2:07-cv-03848-WHP Document 26-3 Filed 01/18/2008 Page 3 of 9 Page 7 of 46

## New Activity Continued

| | | | | Amount $ |
|---|---|---|---|---|
| 03/27/06 | BARNES & NOBLE NAPLES FL | | | |
| | BOOKS/SUPPLIES/GIFTS | | | |
| 03/28/06 | CVS STORE - 5187 NAPLES FL | | | |
| | HEALTH/BEAUTY-AIDS | | | |
| 03/30/06 | FEDEX #857094821586 ROME NY | | | |
| | 34109 | | | |
| | TO: - FL | | | |
| | FROM: LORCHA GIFFORD 13440 | | | |
| | 001 PRIORITY PAK 5LB AWB857094821586 | | | |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 | | | |
| 03/31/06 | MACY'S NAPLES FL | | | |
| | CRYSTAL STEM/BARWARE | | | |
| 03/31/06 | MACY'S NAPLES FL | | | |
| | SILVER HOLLOWARE | | | |
| 04/02/06 | PIER 1 IMPORTS000079NAPLES FL | | | |
| | IMPORTED GIFTS/ACC | | | |
| 04/02/06 | PIER 1 IMPORTS000079NAPLES FL | | | |
| | IMPORTED GIFTS/ACC | | | |
| 04/02/06 | TJMAXX 0084 NAPLES 50FL | | | |
| | 34105 | | | |
| | GENERAL MDSE | | | |
| 04/03/06 | USPS 1189290467 NAPLES FL | | | |
| | POSTAL SERVICES | | | |
| 04/03/06 | USPS 1162709552 NAPLES FL | | | |
| | USPS VENDING | | | |
| 04/06/06 | CITGO 7-ELEVEN 25386NAPLES FL | | | |
| | GAS/MSC92 062772538642 | | | |
| 04/09/06 | CARLETON SHEETS 800-375-3545 IL | | | |
| | HOME STUDY | | | |
| 04/09/06 | EXXONMOBIL5901286525NAPLES FL | | | |
| | PAY AT PUMP5901286525 | | | |
| 04/09/06 | BARNES & NOBLE NAPLES FL | | | |
| | BOOKS/SUPPLIES/GIFTS | | | |
| 04/10/06 | USPS 1189290467 NAPLES FL | | | |
| | POSTAL SERVICES | | | |
| 04/10/06 | USPS 1162709552 NAPLES FL | | | |
| | USPS VENDING | | | |
| 04/11/06 | USPS 1162709552 NAPLES FL | | | |
| | USPS VENDING | | | |
| 04/13/06 | EXXONMOBIL5901015023NAPLES FL | | | |
| | PAY AT PUMP5901015023 | | | |
| 04/13/06 | COSTCO MILTON WA | | | |
| | BUSINESS SERVICES | | | |
| 04/15/06 | SITE GENIE, LLC ROCHESTER MN | | | |
| | WEB PAGE HOSTING | | | |
| 04/16/06 | 335SEARS ROEBUCK NAPLES FL | | | |
| | 34119 | | | |
| | AUDIO / VISUAL | | | |
| | ALTERATIONS/GIFT WRAP | | | |
| | COMPUTERS/TELEPHONES/OF | | | |
| 04/16/06 | 335SEARS ROEBUCK NAPLES FL | | | |
| | 33936 | | | |
| | HARDWARE | | | |
| 04/17/06 | USPS 1162709552 NAPLES FL | | | |
| | USPS VENDING | | | |

REDACTED

Continued on reverse

spared For
ANE HALBRITTER
TONEHEDGE HEALTH

Account Number
XXXX-XXXXX-31001

Case 1:07-cv-03848-WHP Document 26-3 Filed 01/18/2008 Page 4 of 6 Page 8 of 46

## ew Activity Continued

| | | | Amount $ |
|---|---|---|---|
| 1/17/06 | THE HOME DEPOT #6358NAPLES FL<br>HOME SUPPLY WAREHOUSE | | |
| 1/17/06 | THE HOME DEPOT #6358NAPLES FL<br>HOME SUPPLY WAREHOUSE | | |
| 1/18/06 | EVOO BISTRO NAPLES FL<br>FOOD/BEVERAGE<br>FOOD/BEV<br>WAITER | | |
| 1/21/06 | EZ PASS PREPAID TOLL800-333-8655 NY<br>PREPAID TOLL | | |
| 1/22/06 | SW FLORIDA INT'L AIRFORT MYERS FL<br>PARKING FEES | | |
| 1/23/06 | SHELL OIL FORT MYERS FL<br>27541133503113416007350 | | |

REDACTED

**otal of New Activity**  New Charges
Payments/Credits

AMERICAN EXPRESS
Prepared For
JANE HALBRITTER
Case 1:07-cv-03848-WHP Document 26-3 Filed 01/18/2008 Page 5 of Page 9 of 46
Account Number
XXXX-XXXXX2-64001
Closing Date
05/08/06

## New Activity Continued

| | | | Amount $ |
|---|---|---|---|
| 05/03/06 | CVS STORE - 5824   NAPLES   FL<br>HEALTH/BEAUTY-AIDS | | ▬ |
| 05/03/06 | LANE BRYANT   -6749NAPLES   FL<br>WOMEN'S CLOTHING/ACC | | ▬ |
| 05/04/06 | LANE BRYANT.COM   954-364-4570   PA<br>CLOTHING | | ▬ |
| 05/05/06 | PUBLIX STR# 0249   NAPLES   FL<br>GROCERIES | | ▬ |
| 05/06/06 | SALLY BEAUTY SU 3068NAPLES   FL<br>BEAUTY SUPPLIES | | ▬ |
| 05/06/06 | PUBLIX STR# 0032   NAPLES   FL<br>GROCERIES | | ▬ |
| 05/07/06 | CALIFORNIA PIZZA 048NAPLES   FL<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | ▬ | ▬ |
| 05/08/06 | WALGREEN   041673NAPLES   FL<br>DRUG STORE/PHARMACY | | ▬ |

**Total of New Activity**

New Charges
Payments/Credits ▬

 **U·S AIRWAYS**
**D I V I D E N D   M I L E S**

**Bank of America**

**Customer Corner**

**IMPORTANT NOTICE.** We are changing the terms of the Cardholder Agreement that governs your credit card Account with us. These changes are set forth on and/or enclosed in this statement. Please read the information carefully and retain it for your records.

**IMPORTANT NOTICE.** The changes to the Cardholder Agreement that governs your credit card Account contained in the important legal notices set forth on and/or enclosed in this statement will apply while you are a qualifying Private or Premier customer with the exception of the changes in Sections 3.3.1.c, if applicable.

JANE HALBRITTER

**Account Number:**    4356 0280 0299 1886

**Your US Airways® Visa® Gold Card**



New Balance                    $▮▮▮▮

| | | | |
|---|---|---|---|
| Total Credit Line | $15,000.00 | Available Credit | $▮▮▮ |
| Cash Limit | $15,000.00 | Available Cash | $▮▮▮ |
| Overlimit Amount | $0.00 | Billing Date | 05/19/06 |
| Minimum Payment Due | $10.00 | Payment Due Date | 06/08/06 |

24-Hour Customer Service        1.800.441.0130
For Lost or Stolen Cards         1.800.441.0130        Pay online! Visit.
                                                                     www.bankofamerica.com

## US Airways Dividend Miles Summary

| | |
|---|---|
| Dividend Miles Account Number | 6716276 |
| Miles Earned on Purchases | 87 |
| Total Miles Earned This Cycle | 87 |

## Transactions    View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| Apr 20 | Apr 18 | 286 | EXXONMOBIL59 01015023  NAPLES      FL | |
| May 07 | May 06 | 208 | MICROSOFT ONLINE SVCS  800-3865550 WA | ▮▮▮ |
| May 07 | May 06 | 307 | PAYMENT - THANK YOU | ▮▮▮ |
| May 12 | May 11 | 727 | TWX*AOL PREMIUM SVCE 0506888-265-9269 NY | ▮▮▮ |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | | |
| Purchases | + | |
| Cash Advances | + | |
| Other Debits | + | |
| Credits | + | |
| FINANCE CHARGE | + | |
| Payments | – | |
| New Balance | = | |

## FREE Online Banking!

Take advantage of our FREE Online Banking service. Pay your credit card bill, review transaction activity and transfer balances to your Bank of America credit card.

Receive email alerts that tell you when your credit card payment is due or when a payment has posted, and more!

It's free, easy and convenient.

Enroll today at www.bankofamerica.com.

Please return remit coupon with your payment ↓

## Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 17.740% | 0.04861%v D | $0.00 | $0.00 P |
| Cash | 23.740% | 0.06505%v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE 17.740%**                    v=Variable



# Membership Rewards
# Monthly Statement and Program News

For questions about your
Membership Rewards account,

1-800-AXP-EARN
(297-3276)
www.americanexpress.com/rewards

American Express
Membership Rewards
P.O. Box 297813
Ft. Lauderdale, FL 33329-9785

**Statement Period**
**May 1, 2006         - May 31, 2006**
Account activity after this period does not appear on this statement

American Express®
MEMBERSHIP REWARDS

Prepared for
**JANE HALBRITTER**
Membership Rewards® Account Number
**1M84761600**

**Available Points**

**528,898**

Points are available when charges are paid in full and all your accounts are in good standing.

## Account Summary

| | |
|---|---:|
| Opening points balance | 499,390 |
| New points earned | +29,508 |
| Points transferred or redeemed | 0 |
| Reinstated points and adjustments | 0 |
| New points balance | =528,898 |

## New Points Earned
05/01/06 - 05/31/06

| | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---:|---:|---:|
| Gold<br>XXXX-XXXXX2-64001 | 20,214 | 0 | 20,214 |
| Business Platinum<br>XXXX-XXXXX7-31001 | 9,294 | 0 | 9,294 |
| Totals | 29,508 | 0 | 29,508 |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. Forfeited points can be reinstated for a fee by calling the number provided below. Eligible Card charges are outlined in the Membership Rewards program Terms and Conditions in your Membership Rewards Guide. If you have questions, please visit www.americanexpress.com/rewards or call 1-800-AXP-EARN (297-3276). From overseas, call collect 305-816-2799.

## Experience Golf Like Never Before!



Redeem points to play a round of golf at one of Troon Golf's exquisite courses! Troon Golf is a leader in luxury golf course management, operating golf courses around the world. As a guest at a Troon Golf-managed facility, you are treated like a member for a day and can be assured to find an unparalleled golf experience with championship playing conditions and impeccable service. Redeem Membership Rewards® points today for Troon Golf certificates.

To learn more about these rewards and redeem points, visit **www.americanexpress. com/rewards** or call **1-800-AXP-EARN (297-3276).**

(MR Message 2058)

Terms and conditions of the Membership Rewards program apply. For more information, visit www.americanexpress.com/rewards.

## Earn Double Points When You Purchase a Camera or Camcorder at SonyStyle.com!

**sony style**

Earn double points from 6/1/06 to 7/31/06 when you purchase a digital camera, camcorder, photo printer or digital imaging accessories at SonyStyle.com. Sony Cyber-Shot® digital cameras make it easy and fun to shoot and share. With Sony Handycam® camcorders, you can record direct to DVD or with the reality of high-definition.

Valid only at **www.sonystyle.com** or by calling **1-877-865-SONY** and enter promotion code: **Amex2006.** Offer may not be combined with other offers and not valid on previous purchases. (MR Bonus ID 5245)

To earn bonus points, you must be enrolled in the Membership Rewards® program ("Program") at the time of purchase and you must charge your purchase on an eligible, enrolled American Express® Card. Bonus points will be credited to your Program account 10-12 weeks after charges appear on your statement. Bonus ID: 5245. Bonus points will not be applied to back-ordered items and are not valid on tax and shipping. Valid only at www.sonystyle.com or 1-877-865-SONY. Bonus points are awarded on the purchases of A-stock (no outlet merchandise) digital cameras and camcorders (individual SKUs and camera bundles included), and digital imaging accessories (does not include software or media).

Continued on reverse

fers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be sclosing to the merchant that you meet these criteria.





## Experience the World Like Never Before



See the world with the wisdom and privileged access only a local staff can provide. Redeem Membership Rewards® points for travel with Abercrombie & Kent, the original luxury travel company. Specialists in small group escorted journeys and tailor-made private travel to more than 100 countries on all seven continents. Enjoy unexpected comforts and amenities, along with authentic cultural insights. On-site offices provide support 24/7. "Simply the best way to travel.®"

Terms and conditions of the Membership Rewards program apply. For more information, visit www.americanexpress.com/rewards.

To learn more about these rewards and redeem points, visit **www.americanexpress. com/rewards** or call **1-800-AXP-EARN (297-3276)**.

(MR Message 4378)

## Redeem Membership Rewards® Points for American Express® Gift Cards



American Express Gift Cards let the people you care about get exactly what they want, wherever they want. American Express Gift Cards are accepted in over a million places. From sushi to sporting goods to suede jackets, they're accepted in the U.S. wherever American Express® Cards are accepted. Give them to friends or family for holidays, birthdays, graduations, weddings or just to say, "thank you."

To review these rewards and redeem points, visit **www.americanexpress. com/rewards** or call **1-800-AXP-EARN (297-3276)**.

(MR Message 9160)

Terms and conditions of the Membership Rewards program apply. For more information, visit www.membershiprewards.com.

## Earn Double Points Every Day from Signature Days!



signature days

give a day to remember.

Signature Days Gift Cards offer the perfect gift--a memorable experience. Your recipient can drive their dream car, learn to skydive, golf on one of the world's finest courses, relax at a luxurious spa, or enjoy a meal prepared by a personal chef--more than 1,500 different activities nationwide. Use your American Express® Card and earn double Membership Rewards® points!

Offer valid through 12/31/06. To be eligible to earn bonus points, you must be enrolled in the Membership Rewards program at the time of purchase and charge your purchase to an eligible, enrolled American Express Card. Bonus points will be credited to your account within 6-8 weeks after charges appear on your billing statement. Bonus ID: 5132.

Signature Days has the perfect experience for every occasion. Visit **www.signaturedays. com** and start earn double points today. experience of a lifetime is just a click away!

(MR Bonus ID 5132)

## Earn Bonus Points at Wyndham Hotels & Resorts - Every Time You Stay!



Membership Rewards® enrollees who are also members of Wyndham ByRequest can earn 500 bonus points every time they stay at Wyndham Hotels & Resorts. Simply specify Membership Rewards points as your loyalty currency by entering your American Express® Card account number when you enroll in the Wyndham ByRequest program.

Offer valid through 12/31/06. Bookings on travel websites, other than Wyndham.com, are not eligible for Wyndham ByRequest benefits, including points. See www.wyndham.com/membershiprewards for details. To earn Membership Rewards bonus points, you must be enrolled in both the Membership Rewards program and the Wyndham ByRequest program at the time of stay and you must charge your stay on the same eligible, enrolled American Express Card included in your Wyndham ByRequest profile. Bonus points will be credited to your Membership Rewards account within 10-12 weeks after stay is completed. Bonus ID: 2395.

Earn 500 bonus points every time you stay at Wyndham Hotels & Resorts. See **wyndham. com/membership rewards** for complete details or to join the complimentary Wyndham ByRequest program. (MR Bonus ID 2395)

fers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.

**AMERICAN EXPRESS**

# Gold Card
## Statement of Account

**499,390**
Membership Rewards
Points Available
at 04/30/06, when charges due are paid in
full and all accounts are in good standing.

Prepared For
E HALBRITTER

| Account Number | Closing Date |
|---|---|
| 3727-682012-64001 | 06/08/06 |

Page 1 of 10

| Previous Balance $ | Payments/Credits $ | New Charges $ | **New Balance $** |
|---|---|---|---|

**Please Pay By**
**06/23/06**
Please refer to page 2
for important information
regarding your account

Your payment is due in full. Please pay by 06/23/06. Pay your bill online anytime, anywhere
at www.americanexpress.com/paybill.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer
Service at **1-800-327-2177.**



### Plan Your Trip at www.americanexpress.com/goldtravelguide
From the moment you think "vacation," we can help. Finding a good price on plane tickets is
great, but that's only one part of a trip. In fact, we can help you plan every phase of your
getaway. Simply by being an American Express® Gold Card member, you get special savings,
assistance, and more. You can: 1) learn about the latest travel opportunities, 2) find savings on
tickets, 3) receive help locating lost luggage and 4) get reimbursed for broken souvenirs.

Visit **www.americanexpress.com/goldtravelguide** to learn more and see what unforgettable
travel opportunities await you.

## Activity
*Indicates posting date

**New Activity for JANE HALBRITTER**
Card XXXX-XXXXX2-64001

| | | | | Amount $ |
|---|---|---|---|---|
| 06/03/06* | PHONE PAYMENT RECEIVED-THANK YOU | | | |
| /06* | MARISSA COLLECTIONS NAPLES FL | | | |
| | 003001017 WOMENS APPAREL/ACC | | | |
| 05/07/06 | ALVIN'S ISLAND #763 NAPLES FL | | | |
| | MEN'S/WOMEN'S CLOTHING | | | REDACTED |
| 05/14/06 | MARSHALLS 0796 NAPLES 50FL | | | |
| | 34108 | | | |
| | GENERAL MDSE | | | |
| 05/14/06 | SWEETBAY #1927 NAPLES FL | | | |
| | GROCERY/SUPERMARKETS | | | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

| Account Number | Please Pay By: |
|---|---|
| 3727-682012-64001 | **06/23/06** |

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL   34108

**Total Amount Due**

Note any address and/or
telephone number change
on reverse side. Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you may have.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372768201264001 00119757900120128900 08HH

**yments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the yment address shown on your statement and must include the remittance coupon from your statement. Payments must made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument able in US dollars and clearable through the US banking system, or through an electronic payment method payable in dollars and clearable through the US banking system. Your Account number must be included on all payments. If yment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we cept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your yment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be posited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord or tisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks ctronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, count number and check serial number to your financial institution, unless the check is not processable electronically or a s costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your count or asset account. When we process your check electronically, your payment may be debited to your bank or asset count as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or set account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset count for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial count you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next ses, if you have a credit balance on your Card Account we will not apply or allocate any part of that credit balance to y Extended Payment Account unless you contact us at a time the credit balance exists and instruct us in writing how you ant us to apply that credit balance. **Charge Card and Statement Information:** The Annual fee is $75.00   for the Basic rd Account and $35.00   for each Additional Card. An additional $5 is charged for billing addresses outside the US. Payment is e on receipt of your statement. You may discontinue your membership by contacting Customer Service. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments between your rd Account and your Sign & Travel and/or Extended Payment Option Account (if that account has been activated) (referred to as "Account" in the Sign & Travel and/or Extended Payment Option Agreement) d, within each of these accounts, to Charges in any order and manner determined by us in our sole discretion. In most **ansactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US lars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose onversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign rrency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest erbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business y, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your charge. arges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights mmary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more ormation about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address ted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem peared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your hts. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the spected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay e parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take y action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or vings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach   three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If u have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good th to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. u have this protection only when the purchase price was more than $50 and the purchase was made in your home ate or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the vertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of e six-month period following the date of the first statement indicating the credit balance, issue a check to you for the edit balance if the amount is $1.00 or more. **Important Notice to North Dakota Residents:** If the Account is past due r two or more billing periods, a late payment fee of 1.75% of all past due amounts will be added.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-327-2177
24 hours/7 days

Lost or Stolen Card
1-800-992-3404

Express Cash
1-800-CASH-NOW

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-327-2177



Correspondence

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

**hange of Address**
correct on front
not use

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name or Company Name changes, please call the Customer Service number on the back of your Card.
• If your address or phone number has changed to a **FOREIGN ADDRESS OR PHONE**, please call Customer Service.
• Please print clearly in blue or black ink only in the boxes provided.

treet Address

ty, State

p Code

rea Code and
ome Phone

rea Code and
ork Phone

mail (optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmember
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

Prepared For:
JANE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Closing Date
06/08/06

Page 3 of 10

## New Activity Continued

| | | Amount $ |
|---|---|---|
| 5/14/06 | LINENS N THINGS #684 NAPLES        FL<br>BED/BATH/ACCESSOIRES | |
| 5/16/06 | L'EGGS HANES BALI OU  SMITHFIELD   NC<br>APPAREL | |
| 5/16/06 | CAROLINA POTTERY    SMITHFIELD     NC<br>MISC. FOOD STORES | |
| 5/17/06 | WHITEHSE BLKMKT 3003 WASHINGTON    DC<br>Clothing & Accessories | |
| 5/19/06 | LORD AND TAYLOR    MCLEAN      VA<br>MDRN BRND SEPS PET | |
| 5/19/06 | SEPHORA #352-TYSON'SM CCLEAN       VA<br>COSMETIC STORE | |
| 5/19/06 | STEVEN MADDEN #63   MCLEAN     VA<br>SHOES | |
| 5/19/06 | FILENES BASEMENT510 WASHINGTON     DC<br>APPAREL/HOUSEWARE20036 | |
| 5/19/06 | SWAROVSKI JEWELRY USMCLEAN         VA<br>JEWELRY/CLOCK/SILVER | |
| 5/21/06 | MACY'S 83 ALBANY    ALBANY      NY<br>TREND/YA JEWELRY<br>Description<br>TREND BOTTOMS | |
| 5/21/06 | MACY'S 83 ALBANY    ALBANY      NY<br>SOCKS | |
| 5/21/06 | MACY'S 83 ALBANY    ALBANY      NY<br>IMPULSE<br>Description<br>ENZO<br>BETTER SHOES | |
| 5/21/06 | BWI GARAGE LOT     WASHINGTON     DC<br>PARKING LOT/GARAGE | |
| 5/21/06 | BORDERS BKS & MU   ALBANY      NY<br>BOOKS/SUPPLIES/GIFTS | |
| 5/21/06 | MALTRIVERBREWINGCO LATHAM        NY<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | |
| 5/21/06 | SHOPPERS FOOD & PHARLORTON        VA<br>GROCERY/SUPERMARKETS | |
| 5/23/06 | DILLARDS DEPT STORESWINSTON SALEM  NC<br>DEPARTMENT STOR<br>Description       Price<br>SLEEPWEAR<br>BRANDED PETITE COLL<br>BRANDED PETITE COLL<br>BRANDED PETITE COLL<br>BRANDED PETITE COLL<br>SALES TAX | |
| 5/23/06 | DILLARDS DEPT STORESWINSTON SALEM  NC<br>DEPARTMENT STOR<br>Description       Price<br>MOD TAILORED<br>MOD TAILORED<br>SALES TAX | |
| 5/23/06 | GAP #4807/THE     WINSTON SALEM   NC<br>APPAREL/ACCESSORIES | |

REDACTED

*Continued on reverse*

## New Activity Continued

| | | Amount $ |
|---|---|---|
| 5/24/06 | EXPRESS JACKSONVILLE      FL<br>EXPRESS APPAREL | |
| 5/24/06 | HEALTH SECRETS TV SH800-491-0672      CT<br>DIRECT MARKETER | |
| 5/24/06 | NINE WEST OUTLET #74JACKSONVILLE      FL<br>WOMAN'S APPAREL | |
| 5/26/06 | THE CHEESECAKE FACTONAPLES      FL<br>FOOD/BEV | |
| 5/29/06 | SAKS FIFTH AVE -723NAPLES OFF5      FL<br>CASUAL/ACTIVE<br>Description<br>UAL/ACTIVE<br>PETITES<br>GLASSES<br>ITIONAL PURCHAS | |
| 5/29/06 | GUESS #207          ESTERO          FL<br>CLOTHING | |
| 5/29/06 | COLE HAAN-ESTERO   ESTERO          FL<br>SHOES/ACC | |
| 5/29/06 | COLE HAAN-ESTERO   ESTERO          FL<br>SHOES/ACC | |
| 5/30/06 | BARNES & NOBLE      NAPLES      FL<br>BOOKS/SUPPLIES/GIFTS | |
| 5/30/06 | PUBLIX STR# 0249   NAPLES      FL<br>GROCERIES | |
| 5/30/06 | CLAIRES BOUTIQUES   NAPLES      FL<br>JEWELRY/ACCESSORIES | |
| :30/06 | HENRICK'S JEWELRY   2399925649      FL<br>JEWELRY REPAIR/SALES | |
| 5/30/06 | HENRICK'S JEWELRY   2399925649      FL<br>JEWELRY REPAIR/SALES | |
| 6/01/06 | CVS STORE - 1816   NAPLES      FL<br>HEALTH/BEAUTY-AIDS | |
| 6/02/06 | THE HOME DEPOT #6358NAPLES      FL<br>HOME SUPPLY WAREHOUSE | |
| 6/03/06 | TARGET STORES      NAPLES      FL<br>GENERAL MERCHANDISE | |
| 6/03/06 | BOOKS A MILLION   NAPLES      FL<br>BOOK STORE | |
| 6/03/06 | THE CHEESECAKE FACTONAPLES      FL<br>FOOD/BEV | |
| 6/03/06 | MARISSA COLLECTIONS NAPLES      FL<br>WOMENS APPAREL/ACC<br>CDRE PRA P3764R-8CP BOATNECK BEAD DRE<br>9999 ALT BD-L SHOULDERS-ADJ SLVLESS<br>9999 ALT DS-L SHRTN/LNGTHN FULL BOTTM | |
| 6/03/06 | HENRICK'S JEWELRY   2399925649      FL<br>JEWELRY REPAIR/SALES | |
| 6/03/06 | HENRICK'S JEWELRY   2399925649      FL<br>JEWELRY REPAIR/SALES | |
| 6/03/06 | HENRICK'S JEWELRY   2399925649      FL<br>JEWELRY REPAIR/SALES | |
| 04/06 | PUBLIX STR# 0249   NAPLES      FL<br>GROCERIES | |
| 6/05/06 | USPS 1189290467   NAPLES      FL<br>POSTAL SERVICES | |

REDACTED

Continued on next page

Prepared For
JANE HALBRITTER

AMERICAN
EXPRESS

Account Number
XXXX-XXXXX2-64001

Closing Date
06/08/06

Page 5 of 19

| w Activity Continued | | | | Amount $ |
|---|---|---|---|---|
| 06/05/06 | USPS 1162709552  NAPLES  FL | | | |
| | USPS VENDING | | | |
| 06/05/06 | MACARONI GRIL#218  NAPLES  FL | | | |
| | FOOD | | | |
| | FOOD | | | |
| | TIP | | | |
| 06/05/06 | MARSHALLS 0796  NAPLES  50FL | | | REDACTED |
| | 34108 | | | |
| | GENERAL MDSE | | | |

**Total of New Activity**                    New Charges
                                             Payments/Credits



**US AIRWAYS**

JANE HALBRITTER

**Bank of America**

**Customer Corner**

**Coming soon:** You will receive your new 2006 Privacy Policy for Consumers in your July statement. If you have other accounts with Bank of America, you may receive more than one copy of the 2006 Privacy Policy.

**IMPORTANT NEWS:** Due to system conversions, the miles you have earned that are displayed on your May or June Visa statement may not post to your US Airways Frequent Flyer account until July 2006. We apologize for this inconvenience and thank you for being a US Airways Visa customer.

**Account Number:** 4356 0280 0299 1886

## Your US Airways® Visa® Gold Card

**New Balance** $▓▓

| | | | |
|---|---|---|---|
| Total Credit Line | $15,000.00 | Available Credit | $▓▓ |
| Cash Limit | $15,000.00 | Available Cash | $▓▓ |
| Overlimit Amount | $0.00 | Billing Date | 06/19/06 |
| Minimum Payment Due | $10.00 | Payment Due Date | 07/09/06 |

24-Hour Customer Service     1.800.441.0130     Pay online! Visit
For Lost or Stolen Cards     1.800.441.0130     **www.bankofamerica.com**

## US Airways Dividend Miles Summary

| | |
|---|---|
| Dividend Miles Account Number | 6716276 |
| Miles Earned on Purchases | 32 |
| Total Miles Earned This Cycle | 32 |

## Transactions   View recent transactions and pay your bill online at www.bankofamerica.com.

| POST. DATE | TRANS. DATE | REF. NO. | DESCRIPTION | AMOUNT CR=CREDIT |
|---|---|---|---|---|
| May 20 | May 19 | 404 | MICROSOFT ONLINE SVCS   800-3865550 WA | ▓▓ |
| Jun 06 | Jun 05 | 742 | PAYMENT - THANK YOU | ▓▓ |
| Jun 12 | Jun 11 | 149 | TWX*AOL PREMIUM SVCE 0606888-265-9269 NY | ▓▓ |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | | |
| Purchases | + | |
| Cash Advances | + | |
| Other Debits | + | REDACTED |
| Credits | - | |
| FINANCE CHARGE | + | |
| Payments | - | |
| New Balance | = | |

## Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 17.990% | 0.04929%v D | $0.00 | $0.00 P |
| Cash | 23.990% | 0.06573%v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE 17.990%**      v=Variable

Please return remit coupon with your payment ↓

**Bank of America**

0008778 0001000 0003233 4356028002991886

BANK OF AMERICA
PO BOX 660687
DALLAS TX 75266-0687

20424 1 AT .308 06-19-2330-00MS-501-T=114

JANE HALBRITTER     **P0020424
PO BOX 770656
VANDERBILT BEACH, FL 34107-0656

| | Payment Coupon |
|---|---|
| **Account Number** | 4356 0280 0299 1886 |
| Payment Due Date | 07/09/06 |
| Total Minimum Payment Due | $10.00 |
| **New Balance:** $▓▓ | |

Amount Enclosed

$ ☐ ☐ ☐ ☐ ☐ . ☐ ☐

Make check or money order payable to Bank of America.

⑆5240 22250⑆0 103800 2991886⑈

**Account Summary**

| | |
|---|---|
| Previous Balance | |
| Purchases | + |
| Cash Advances | + |
| Other Debits | + |
| Credits | - |
| FINANCE CHARGE | + |
| Payments | - |
| New Balance | = |

REDACTED

## Finance Charge Summary

| | Corresponding APR | Daily (D) / Monthly (M) Periodic Rate | Average Daily Balance (ADB) | Minimum (M) / Periodic (P) Charge |
|---|---|---|---|---|
| Purchases | 17.740% | 0.04861%v D | $4,525.40 | $68.20 P |
| Cash | 23.740% | 0.06505%v D | $0.00 | $0.00 P |

**ANNUAL PERCENTAGE RATE 17.740%**                    v=Variable

## Spring Forward and Save time with Free Online Banking

As a Bank of America credit card customer you can access up-to-date account information with free Online Banking service. You can view your balance, transaction activity and payment information whenever you need it. Save time with Online Banking when you:

→ **Pay your credit card bill in seconds** - It's free, fast and payments can be made from any checking account at most financial institutions. Most payments are made on the same or next business day.
→ **Consolidate your balances**- Transfer your other credit card balances to your Bank of America card easily online.

You can also request credit limit increases, order convenience checks and more. It's easy and secure. Start saving time with your free Online Banking service - go to **www.bankofamerica.com** and enroll today.

PX056

**AMERICAN EXPRESS**
# Gold Card
## Statement of Account

**528,898**
Membership Rewards®
**Points Available**
at 05/31/06, when charges due are paid in
full and all accounts are in good standing.

...ed For
...JE HALBRITTER

| Account Number | Closing Date |
|---|---|
| 3727-682012-64001 | 07/09/06 |

Page 1 of 11

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| | | | |

**Please Pay By 07/24/06**
Please refer to page 2
for important information
regarding your account

## See Page 9    For A Notice Of Changes To Your Agreement In Connection With Change Of Issuer

Your payment is due in full.  Please pay by 07/24/06.  Pay your bill online anytime, anywhere
at www.americanexpress.com/paybill.

For assistance or questions about your account, contact us at  **www.americanexpress.com** or call Customer
Service at  **1-800-327-2177.**

## Have less paper flying around with online-only statements.

View your statements online and you'll save more than paper — you'll save time.
And you can review your statements online whenever you like, from wherever you like.

Choose online-only statements today at **americanexpress.com/onlineonly**

## Activity        * Indicates posting date

| Activity for JANE HALBRITTER XXX-XXXXX2-64001 | | Amount $ |
|---|---|---|
| ...0/06* | PHONE PAYMENT RECEIVED-THANK YOU | |
| 06/09/06 | HARRINGTON'S PROFESSNAPLES          FL PRESCRIPTIONS/SUNDRIES | |
| 06/14/06 | ANTHROPOLOGIE 466  WASHINGTON       DC URBAN CLOTHING | |
| 06/14/06 | SALON ALLOUS     WASHINGTON     DC HAIR CARE/SUPPLIES | |
| 06/14/06 | ANN TAYLOR STR: 0470WASHINGTON      DC WOMANS APPAREL/ACC | |

REDACTED

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment  ↓

**Payment Coupon**

| Account Number | Please Pay By: |
|---|---|
| 3727-682012-64001 | 07/24/06 |

Please enter account
number on all checks and
correspondence.

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL   34108

**Total Amount Due**

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side.  Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you may have.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372768201264001 001270810001270810 09HH

'ments: Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the ment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument able in US dollars and clearable through the US banking system, or through an electronic payment method payable in dollars and clearable through the US banking system. Your Account number must be included on all payments. If ment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we pt payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your ment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be osited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and sfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks tronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, ount number and check serial number to your financial institution, unless the check is not processable electronically or a costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your k or asset account. When we process your check electronically, your payment may be debited to your bank or asset ount as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or et account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset ount for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone ny other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial ount you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next . **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments between your d Account and your Sign & Travel and/or Extended Payment Option Account (if that account has been activated) ended Payment Account") (referred to as "Account" in the Sign & Travel and/or Extended Payment Option Agreement) , within each of these accounts, to Charges in any order and manner determined by us in our sole discretion. In most es, if you have a credit balance on your Card Account we will not apply or allocate any part of that credit balance to Extended Payment Account unless you contact us at a time the credit balance exists and instruct us in writing how you t us to apply that credit balance. **Charge Card and Statement Information:** The annual fee is $75.00  for the Basic d. The annual fee is $35.00  for up to five Additional Cards on your Account and $35.00  for each Additional Card on r Account after the first five. An additional $5 is charged for billing addresses outside the US. Payment is due ceipt of your statement. You may discontinue your membership by contacting Customer Service. **Transactions Made Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is cessed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is eptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified s from customary banking sources, on the conversion date or the prior business day, in each instance increased by . This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments h as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or stions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no r than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number cated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following rmation: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe e is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount uestion while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic ment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods ervices that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, may not have to pay the remaining amount due on the goods or services. You have this protection only when the chase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing ress. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all chases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit nce or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first ement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **Important ice to North Dakota Residents:** If the Account is past due for two or more billing periods, a late payment fee of 1.75% ll past due amounts will be added.



**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-327-2177
**24 hours/7 days**

**Lost or Stolen Card**
1-800-992-3404

**Express Cash**
1-800-CASH-NOW

**International Collect**
1-336-393-1111

**Hearing Impaired
(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille
Statements**
1-800-327-2177



**Correspondence**

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
PO BOX 360001
FT. LAUDERDALE
FL
33336-0001

---

**ange of Address**
rred on front
of use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- **For Name or Company Name changes, please call the Customer Service
  number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR
  PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

t Address

State

Code

Code and
e Phone

Code and
k Phone

il (optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmembe.
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

AMERICAN EXPRESS

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXXX-XXXXX

Closing Date
07/09/06

Page 3 of 11

Case 1:07-cv-03848-WHP Document 28-3 Filed 01/18/2008 Page 31 of 46

## Activity Continued

Amount $

| Date | Description | Amount |
|---|---|---|
| 06 | WHITEHSE BLKMKT 3018FORT MYERS    FL<br>Clothing & Accessories | |
| 06/16/06 | THE PAPER MERCHANT 2NAPLES    FL<br>GIFT ITEMS | |
| 06/16/06 | PUBLIX STR# 0249   NAPLES    FL<br>GROCERIES | |
| 06/16/06 | SMARTE CARTE IADAL WASHINGTON    DC<br>PARKING LOT/GARAGE | |
| 06/18/06 | WEST ELM    000024(866) 937-8356<br>CATALOG/RETAIL MERCHANT | |
| 06/18/06 | SMARTE CARTE RSWAP FORT MYERS    FL<br>PARKING LOT/GARAGE | |
| 06/20/06 | PARADIES- FT MYERS FT. MYERS    FL<br>GIFT/NOVELTY/SOUVENIR | |
| 06/20/06 | THE CHEESECAKE FACTONAPLES    FL<br>FOOD/BEV | |
| 6/21/06 | BLOOMINGDALES    NEW YORK    NY<br>RESTAURANT | |
| 6/21/06 | BLOOMINGDALES    NEW YORK    NY<br>NECKWEAR | |
| 6/21/06 | BLOOMINGDALES    NEW YORK    NY<br>ENZO | |
| 6/21/06 | BLOOMINGDALES    NEW YORK    NY<br>STATUS JEWELRY | |
| /06 | BLOOMINGDALES    NEW YORK    NY<br>DSGNR/BRDGE FOUNDATIONS<br>Description<br>STATUS INNERWEA | |
| 6/21/06 | BLOOMINGDALES    NEW YORK    NY<br>BETTER SOCIAL DRESSES<br>Description<br>PETITE SOCIAL D | |
| 6/21/06 | ALDO    NEY YORK    NY<br>SHOE STORE | |
| 6/22/06 | HUDSON NEWS JFK6   JAMAICA    NY<br>NEWS DEALERS/NEWSSTANDS | |
| 6/22/06 | NEW YORK SPORTS GR JAMAICA    NY<br>FOOD/BEVERAGE<br>FOOD-BEV | 17.00 |
| 6/24/06 | TARGET STORES    NAPLES    FL<br>GENERAL MERCHANDISE | |
| 6/24/06 | BEST BUY CO  0524 NAPLES    FL<br>ELECTRONICS/APPLIANCES | |
| 6/24/06 | MARISSA COLLECTIONS NAPLES    FL<br>WOMENS APPAREL/ACC | |
| 6/25/06 | SMARTE CARTE RSWAP FORT MYERS    FL<br>PARKING LOT/GARAGE | |
| 6/26/06 | DILLARD DEPT STORES NAPLES    FL<br>DEPARTMENT STOR<br>Description    Price<br>CONTEMPORARY<br>ANTONIO MELANI<br>SALES TAX | |

REDACTED

3093

Continued on reverse

## ew Activity Continued

| | | | Amount $ |
|---|---|---|---|
| 26/06 | DILLARD DEPT STORES NAPLES          FL | | ? |
| | DEPARTMENT STOR | | |
| | Description          Price | | |
| | DONNA KARAN | | |
| | DONNA KARAN | | |
| | SALES TAX | | |
| 27/06 | ORAL ROBERTS EVANGELTULSA          OK | | |
| | CONTRIBUTIONS/DONATIONS | | |
| 28/06 | THE FRESH MARKET  SNAPLES          FL | | |
| | GROCERIES/SUNDRIES | | |
| 29/06 | TJMAXX  0084        NAPLES      50FL | | |
| | 34105 | | |
| | GENERAL MDSE | | |
| 30/06 | THE HOME DEPOT #6358NAPLES          FL | | |
| | HOME SUPPLY WAREHOUSE | | |
| 30/06 | THE HOME DEPOT #6358NAPLES          FL | | |
| | HOME SUPPLY WAREHOUSE | | |
| 03/06 | MYOMED INC        OMAHA        NE | | |
| | SPECIALTY RETAIL STORE | | |
| 04/06 | PUBLIX STR# 0249   NAPLES      FL | | |
| | GROCERIES | | |
| 06/06 | DAVID A. FURS INC TOTOWA        NJ | | |
| | FURS | | |
| 06/06 | BOOKS A MILLION    NAPLES      FL | | |
| | BOOK STORE | | |
| 06/06 | BOOKS A MILLION    NAPLES      FL | | |
| | BOOK STORE | | |
| 06/06 | HENRICK'S JEWELRY  2399925649      FL | | |
| | JEWELRY REPAIR/SALES | | |
| 07/06 | DILLARD DEPT STORES NAPLES          FL | | |
| | DEPARTMENT STOR | | |
| | Description | | |
| | MAC | | |
| | ADDITIONAL ITEMS | | |
| 07/06 | REEVES PARK        2396431130      FL | | |
| | JEWELRY REPAIR/SALES | | |
| 08/06 | NOODLES ITALIAN CA NAPLES          FL | | |
| | FOOD & BEVERAGE | | |
| | FOOD-BEV | | |
| | TIP | | |

REDACTED

**otal of New Activity**                    New Charges
                                            Payments/Credits

9017




# Business Platinum Card®

Case 1:07-cv-03848-WHP    Document 26-3    Filed 01/1... Page 33 of 46

**Membership Rewards®**
... Points Available ...
at 06/30/06, when charges due are paid in
full and all accounts are in good standing.

Prepared For
JANE HALBRITTER
NEHEDGE HEALTH

Account Number
3727-150517-31001

Closing Date
07/24/06

Page 1 of 8

| Previous Balance $ | Payments/Credits $ | New Charges $ | **New Balance $** |
|---|---|---|---|
| | | | |

**Please Pay By**
**08/08/06**
Please refer to page 2
for important information
regarding your account

---

Terms - Payable in full on receipt of Statement.

---

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at
1-800-492-8468.

---

## Watch Your Savings Grow with OPEN Savings℠

Save at AT&T, Courtyard by Marriott®, FedEx, Hertz®, Hyatt Hotels & Resorts®, and more, just
by paying with your Business Card.* OPEN Savings is a built-in benefit of your Card, so the
savings are ongoing and will automatically appear on your statement. See the OPEN Savings
Summary on the back page of this statement to see how much you have saved. Visit
**opensavings.com** to learn more.

*Payment must be made with an American Express® Business Card. Savings will be credited to
your American Express Business Card billing statement. All savings referenced are in addition
to any offers made by participating companies. Participation and offers are subject to change
without notice. Terms and conditions apply.

---

## Activity     * Indicates posting date

**New Activity for JANE HALBRITTER**
Card XXXX-XXXXX7-31001

Amount $

| | |
|---|---|
| 07/24/06* | PHONE PAYMENT RECEIVED-THANK YOU |
| ../06* | MEMBERSHIP REWARDS CONSUMER TRAVEL CREDIT<br>GOODS AND SERVICES |
| 07/10/06* | MEMBERSHIP REWARDS CONSUMER TRAVEL CREDIT<br>GOODS AND SERVICES |
| 07/23/06* | 5% OPEN SAVINGS AT HERTZ<br>HERTZ CAR RENTAL $500.22 07/21/06 |
| 06/23/06* | CORPORATE PLATINUM CAR JANE HALBRITTER<br>PERIOD 08/06 THRU 07/07 |
| 06/23/06* | AIRFLIGHT INSURANCE PREMIUM<br>TKT NO. 99900371808410 |

**REDACTED**

Continued on Page 3

---

↑ Please fold on the perforation below, detach and return with your payment ↑

**Payment Coupon**

Account Number
3727-150517-31001

**Please Pay By:**
**08/08/06**

To Pay by Computer, visit
open.americanexpress.
com. To Pay by Phone,
call 1-800-472-9297.

Please enter account
number on all checks and
correspondence.

**Total Amount Due**

Make check payable to
American Express.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY CLNY DR1702
NAPLES FL  34108-7794

Check here if address or
telephone number has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001 001572002001572002 24dd

NE HALBRITTER
ONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 2 of 8

Case 1:07-cv-03848-WHP    Document 26-3    Filed 01/18/2008    Page 34 of 46

**ments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business . **Payments** must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer y phone, please submit your payment in the enclosed envelope with the payment coupon and the account ber indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment ade in any other form or at any other location, there may be a delay in processing. We reserve the right to process cks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing ber, account number and check serial number to your financial institution. Your checking account may be debited as n as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we rissue a draft against your account for the amount of the check.

**horization for Electronic Payments:** By using the American Express Pay By Phone or any r American Express electronic payment service, you will be authorizing American Express to initiate an tronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please us at www.americanexpress.com.

**e Fees:** We will assess fees for late payment in accordance with the Cardmember Agreement, as amended avoid fees for late payment, we must receive your payment for the amount due on this statement, not later than the ing date of your next statement. A $5 annual subscription fee to *Fortune Small Business* magazine is included in r annual fee. If you pay an annual fee but do not wish to receive the magazine, call the number on the back of the Card. **t or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on your paper ement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest American ress Travel Service Office or other local American Express office.

**nsactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US ars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose onversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign ency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest rbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business , in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your Charge. rges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information ut a transaction which appears on your statement, write or call the Customer Service department as indicated on your ement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent the first bill on which the error or problem appeared.

**at We Need From You When You Have A Billing Inquiry:** 1. Your name and account number; 2. The dollar unt of the suspected error; 3. Describe the error and explain why you believe there is an error. If you need e information, describe the item you are unsure about. While we are investigating the amount in question, you are obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your n.

**Case of Errors or Questions About Your Electronic Transfers:** Please contact us by visiting us online at .americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, -800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash rations, address indicated on your statement. If you think your statement, receipt, or transaction is wrong, se contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST ement on which the problem or error appeared.

**en contacting us:** 1. Tell us your name and account number; 2. Provide the dollar amount of the suspected error; escribe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error hy you need more information. We will investigate your complaint and correct any error promptly. If we take more than usiness days to do this, we will credit your account for the amount you think is in error, so that you will have use of the ey during the time it takes us to complete our investigation.

**dit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make ges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund at the Customer Service address indicated on your paper statement, or click on the Customer Service link online. **ditor:** American Express Travel Related Services Company, Inc.



**To Pay by Phone**
1-800-472-9297

**Customer Service**
1-800-492-8468
**24 hours/7 days**

**Express Cash**
1-800-CASH-NOW

**Lost or Stolen Card**
1-800-492-3344

**International Collect**
1-623-492-7719

**Hearing Impaired
(9am-5pm EST)**
TTY:  1-800-221-9950
FAX:  1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille
Statements**
1-800-492-8468

**Extended Payment
Option Customer
Service**
1-800-403-1288



**Correspondence**

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**nge of Address**
rect on front
t use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

t Address

State

ode

Code and
Phone

Code and
Phone
(optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmember
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

AMERICAN EXPRESS

Prepared For
JANE HALSTEAD
STONEHEDGE HEALTH

Account Number
XXX-XXXXXX-31001-3

Closing Date
07/24/06

Page 3 of 8

Case 1:07-cv-03848-WHP Document 26-3 Filed 01/18/2008 Page 35 of 46

## New Activity Continued

| | | | Amount $ |
|---|---|---|---|
| 06/23/06* | BAGGAGE INSURANCE PREMIUM | | |
| | TKT NO. 99900371808410 | | |
| 06/24/06 | COSTCO WHSE #00354 NAPLES FL | | |
| | WHOLESALE CLUBS | | |
| 06/27/06 | ALLSTATE PRIVATE CARNEW YORK NY | | |
| | 10011 | | |
| | RIDE DATE_TIME: JUN 22 2006 12:15P | | |
| | PICKUP ADDRESS: M:50 CENTRAL PARK SOUTH( | | |
| | FINAL DEST.: BTH | | |
| | TOTAL=$ | | |
| 06/27/06 | APPLE COMPUTER CUPERTINO CA | | |
| | COM*PUTER/SOFTWARE | | |
| | M226438720 | | |
| | 4129264629 | | |
| 06/27/06 | USPS 1189290467 NAPLES FL | | |
| | POSTAL SERVICES | | |
| 06/27/06 | SHERATON HOTELS FT L954-9203500 FL | | |
| | Arrival Date Departure Date | | |
| | 06/26/06 06/26/06 | | |
| | HOTEL/LODGING | | |
| | LODGING | | |
| 06/29/06 | OFFICEMAX, INC. 0159NAPLES FL | | |
| | OFFICE SUPPLIES 34105 | | |
| 06/29/06 | CIRCUIT CTY #3205 NORTH NAPLES FL | | |
| | CONSUMER ELECTRONICS | | |
| 06/30/06 | USPS 1189290467 NAPLES FL | | |
| | POSTAL SERVICES | | |
| 06/30/06 | USPS 1162709552 NAPLES FL | | |
| | USPS VENDING | | |
| 06/30/06 | USPS 1162709552 NAPLES FL | | |
| | USPS VENDING | | |
| 07/03/06 | OFFICEMAX, INC. 2410ORLANDO FL | | |
| | OFFICE SUPPLIES 32837 | | |
| 07/05/06 | USPS 1189290467 NAPLES FL | | |
| | POSTAL SERVICES | | |

REDACTED

Continued on Page 4

Please detach here

### Travel Insurance Premium Refund Form

If you have been charged an insurance premium for one of the reasons listed on the back of this form, please 1) provide the information requested and 2) check the reason for your refund. Attach additional pages if necessary. Please deduct the total premium refund from your payment and return this form with payment.
In order to receive a refund you must fill out this form completely. Failure to do so may result in a delay in processing or a denial of your request. If you are claiming for an uninsured person you must indicate his/her name on the back of the form.

Account Number
3727-150517-31001

| Vendor Name | Ticket/Rental Amount | Ticket/Rental Agreement No. | Month Billed | No. of Premiums | Program | Premium Amount | Total | |
|---|---|---|---|---|---|---|---|---|
| Airline* | | 001643835 | March | 1 | Airflight | $- | | EXAMPLE |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | Total No. of premiums | |

Use the back of this form or attach additional pages for additional premium refund requests.

(Please check the reason for request to ensure a timely Refund.
See reverse side of your refund form for explanation.)

- [ ] Non-fare airline services charge (excess baggage, itinerary change, upgrade, cancellation, or any other non-air transportation charge).
- [ ] An uninsured person (someone other than yourself, your spouse, your dependent children under age 23*, or your Additional Cardmembers and their spouses or dependent children under age 23*).
  * For NY residents only, under age 19.
- [ ] Non-scheduled airline flight (e.g. charter).
- [ ] Cancelled trip.

- [ ] Uninsured car rental vehicle (e.g. cargo van or motorcycle)
- [ ] Two or more premium charges for same car rental.
- [ ] Cancelled car rental/ no show.
- [ ] Other charges unrelated to the actual car rental (e.g. gas).
- [ ] Car rental in an excluded country

Total Refund Requested

$

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX XXXXX7-31001

Page 4 of 8

Case 1:07-cv-03848-WHP    Document 26-3    Filed 01/18/2008    Page 36 of 46

## New Activity Continued                                                    Amount $

| Date | Description |
|---|---|
| 07/05/06 | PAVILLION BP      NAPLES      FL<br>BP<br>PAY AT PUMP684139921002 |
| 07/07/06 | USPS 1189290467   NAPLES      FL<br>POSTAL SERVICES |
| 07/07/06 | VERIZON WIRELESS   NAPLES     FL<br>34103<br>TELECOMMUNICATION EQUIPMENT AND TELEPHON |
| 07/07/06 | NAPLES PACKAGING & SNAPLES      FL<br>SHIPPING/PACKAGING |
| 07/08/06 | EZ PASS PREPAID TOLL800-333-8655   NY<br>PREPAID TOLL |
| 07/08/06 | BEST BUY CO  0524 NAPLES    FL<br>ELECTRONICS/APPLIANCES |

REDACTED

Computer ?

| Date | Description |
|---|---|
| 07/10/06 | AMERICAN EXPRESS TVL PHOENIX     AZ<br>DELTA AIR LINES |

| | From: | To: | Carrier: | Class: |
|---|---|---|---|---|
| | NAPLES FL | ATLANTA GA | DL | L1 |
| | | BOSTON MA | DL | L1 |
| | | ATLANTA GA | DL | U2 |
| | | NAPLES FL | DL | U2 |

Ticket Number: 00677706153935          Date of Departure: 08/08
Passenger Name: HALBRITTER/JANE
Document Type: PASSENGER TICKET

| Date | Description |
|---|---|
| 07/10/06 | AMERICAN EXPRESS TVL PHOENIX     AZ<br>DELTA AIR LINES |

| | From: | To: | Carrier: | Class: |
|---|---|---|---|---|
| | NAPLES FL | ATLANTA GA | DL | Q7 |
| | | LAGUARDIA INTL A/P | DL | Q7 |
| | | SYRACUSE NY | | |
| | | ATLANTA GA | DL | Q7 |

Ticket Number: 00677706155501          Date of Departure: 07/18
Passenger Name: HALBRITTER/JANE
Document Type: PASSENGER TICKET

| Date | Description |
|---|---|
| 07/10/06 | COSTCO WHSE #00354  NAPLES     FL<br>WHOLESALE CLUBS |
| 07/10/06 | COSTCO WHSE #00354  NAPLES     FL<br>WHOLESALE CLUBS |

Continued on Page 5

Enrollees are due a premium refund if premiums were charged for cancelled trips, uninsured persons (someone other than yourself, spouse, dependent children under age 23* or Additional Cardmembers, their spouses, or dependent children under age 23*), itinerary changes, upgrading of class, non-scheduled airline flights, excess baggage or any other non-air transportation charges. Enrollees are also due a premium refund if premiums were billed for a cancelled car rental or no show, an uninsured car rental vehicle, if two premiums were charged for the same car rental, or other charges unrelated to the actual car rental, if premiums were billed for a car rental in an excluded country.
For NY residents only: Dependents under the age of 19 are covered for Automatic Flight Insurance.

**Uninsured Name** _____

**Relationship to You** _____

| Vendor Name | Ticket/Rental Amount | Ticket/Rental Agreement No. | Month Billed | No. of Premiums | Program | Premium Amount | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXXXXXXX731002

Closing Date
07/24/06

Page 5 of 8

Case 5:07-cv-03848-WHP    Document 26-3    Filed 01/18/2008    Page 37 of 46

## New Activity Continued

Amount $

| | | | |
|---|---|---|---|

07/11/06  AMERICAN EXPRESS TVL PHOENIX    AZ
DELTA AIR LINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SYRACUSE NY | ATLANTA GA | DL | Q0 |
| | GREENVILLE SC | DL | Q0 |
| | ATLANTA GA | DL | H0 |
| | NAPLES FL | DL | K3 |

Ticket Number: 00677708318335          Date of Departure: 07/12
Passenger Name: SCANLON/ALICIA
Document Type: PASSENGER TICKET

07/12/06*  BAGGAGE INSURANCE PREMIUM
TKT NO. 00677706155501

07/12/06*  BAGGAGE INSURANCE PREMIUM
TKT NO. 00677706153935

07/12/06*  AIRFLIGHT INSURANCE PREMIUM
TKT NO. 00677706155501

07/12/06*  AIRFLIGHT INSURANCE PREMIUM
TKT NO. 00677706153935

REDACTED

07/12/06  BROOKSTONE #473   ATLANTA     GA
GENERAL MERCHANDISE

07/14/06  DELTA AIR LINES   GREENVILLE  SC

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| GREENVILLE SC | ATLANTA GA | DL | Y0 |
| | FT MYERS FLORIDA | DL | Y0 |
| | ATLANTA GA | DL | Y0 |
| | SYRACUSE NY | DL | Y0 |

Ticket Number: 00621574376382          Date of Departure: 07/14
Passenger Name: SCANLON/ALICIA
Document Type: ADDITIONAL COLLECTION

07/14/06  DELTA AIR LINES   GREENVILLE  SC

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| GREENVILLE SC | ATLANTA GA | DL | Y0 |
| | FT MYERS FLORIDA | DL | Y0 |

Ticket Number: 00621574475104          Date of Departure: 07/14
Passenger Name: HALBRITTER/JANE
Document Type: PASSENGER TICKET

07/14/06  DELTA AIR LINES   GREENVILLE  SC

| From: | To: | Carrier: |
|---|---|---|
| GREENVILLE SC | ATLANTA GA | DL |

Ticket Number: 00607634491251          Date of Departure: 07/14
Passenger Name: HALBRITTER/JANE
Document Type: MISCELLANEOUS TAX(S)/FEE(S)

07/14/06  MARRIOTT MARRIOTT MAGREENVILLE     SC

| Arrival Date | Departure Date | No of Nights |
|---|---|---|
| 07/12/06 | 07/14/06 | 2 |

LODGING

07/14/06  SW FLORIDA INT'L AIRFORT MYERS     FL
PARKING FEES

07/14/06  PF CHANG'S #9906  NAPLES      FL
RESTAURANT FOOD AND BEV
FOOD/BEV
TIP

07/15/06*  AIRFLIGHT INSURANCE PREMIUM
TKT NO. 00621574475104

07/15/06*  BAGGAGE INSURANCE PREMIUM
TKT NO. 00621574475104

07/15/06  SITE GENIE, LLC   ROCHESTER    MN
WEB PAGE HOSTING

Continued  on reverse

ared For
NE HALBRITTER
ONEHEDGE HEALTH
Account Number
XXXX-XXXXXX7-31001
Case 1:07-cv-03848-WHP    Document 26-3    Filed 01/18/2008    Page 38 of 46
Page 6 of 8
Amount $

## w Activity Continued

| | | |
|---|---|---|
| 16/06 | BEST BUY CO   0524 NAPLES        FL | |
| | ELECTRONICS/APPLIANCES | |
| .6/06 | THE RITZ-CARLTON HOTNAPLES       FL | |
| | LODGING | |
| 17/06 | USPS 1189290467   NAPLES        FL | |
| | POSTAL SERVICES | |
| 17/06 | VERIZON WIRELESS   NAPLES        FL | |
| | 34109 | |
| | TELECOMMUNICATION EQUIPMENT AND TELEPHON | |
| 18/06 | DELTA AIR LINES   FT MYERS    FL | |
| | Routing Details Not Available | |
| | Ticket Number: 00626040019172        Date of Departure: 07/18 | |
| | Passenger Name: HALBRITTER/JANE | |
| | Document Type: EXCESS BAGGAGE | |
| 19/06 | ASURION LOCK\LINE  866-667-2535    TN | |
| | MERRIMAC PHONE INS DEDU | |
| 20/06 | AMTRAK        VOICE RESPONSDC | |
| | Routing Details Not Available | |
| | Ticket Number: 55467811802079        Date of Departure: 07/20 | |
| | Passenger Name: VRU/8734A | |
| | Document Type: VENDOR SALE | |
| 21/06 | AIR TKT SERVICE FEE ISSUED BY AMEX | |
| | HALBRITTER/JANE TKT# 00677706153 | |
| | 93 | |
| 21/06 | AIR TKT SERVICE FEE ISSUED BY AMEX | |
| | HALBRITTER/JANE TKT# 00677706155 | |
| | 50 | |
| ^1/06 | AIRLINE TKT EXCHANGE FEE ISSUED BY AMEX | |
| | SCANLON/ALICIA TKT# 00677708318 | |
| | 33 | |
| /21/06* | AIRFLIGHT INSURANCE PREMIUM | |
| | TKT NO. 00677708318335 | |
| /21/06* | BAGGAGE INSURANCE PREMIUM | |
| | TKT NO. 00677708318335 | |
| /21/06 | HERTZ CAR RENTAL   SYRACUSE      NY | |
| | Location              Date | |
| | Rental:  SYRACUSE NY   07/18/06 | |
| | Return:   UTICA NY      07/21/06 | |
| | Agreement Number: 574694886 | |
| | Renter Name: HALBRITTER /JANE | |
| | Reference Number: 070022 | |
| /24/06 | SHERWIN-WILLIAMS   ROME        NY | |
| | PAINT SUPPLIES | |

REDACTED

*(handwritten)* Had to rent car in FL.

## otal of New Activity

New Charges
Payments/Credits


Prepared For
JANE H. VAN HORN
STONEHEDGE HEALTH

Account Number
XXXX-XXXXXX-31004

Page 7 of 8

Case 7:07-cv-08538-WHP   Document 26-3   Filed 07/18/2008   Page 39 of 46

|  | | Total Savings to Date For This Account | Savings Since Jan 2006 | Savings This Period Through Jul 23 |
|---|---|---|---|---|
| $ | | ▬▬▬ | ▬▬▬ | ▬▬▬ |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2006 |
|---|---|---|---|---|---|
| FEDEX - GROUND, EXPRESS AND INTERNATIONAL SHIPMENTS | Ongoing | | | | |
| HYATT - HOTELS & RESORTS IN THE U.S. | Ongoing | | | | |
| HERTZ - CAR RENTALS | Ongoing | | | | |
| FEDEX - 10% BONUS SAVINGS ON GROUND UP TO $30 IN SAVINGS PER CARD ACCOUNT | Expired | | | | |
| AMERICAN EXPRESS GIFT CARDS - GIFTING SOLUTIONS | Ongoing | | | | |
| AT&T - LOCAL AND LONG DISTANCE SMALL BUSINESS CALLING PLANS | Ongoing | | | — |  |
| COURTYARD BY MARRIOTT - FOR PARTICIPATING HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing | | | — |  |
| FAIRFIELD INN BY MARRIOTT - FOR PARTICIPATING HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing | | | | REDACTED |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - DOCUMENT SOLUTIONS AND BUSINESS SERVICES | Ongoing | | | | |
| RUBY TUESDAY - CASUAL DINING | Ongoing | | | | |
| SPRINGHILL SUITES BY MARRIOTT - FOR PARTICIP. HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing | | | | |
| UNITEDHEALTH ALLIES - HEALTH DISCOUNT CARD MEMBERSHIP | Ongoing | | | | |
| USA TODAY - ALL SUBSCRIPTIONS | Aug 31, 2006 | | | | |
| WINGATE INNS - HOTELS IN THE U.S. | Ongoing | | | | |
| 0-FLOWERS.COM - FLOWERS AND GIFTS | Ongoing | | | | |

Totals

---

Other Ways To Save!

## Did You Know? You Can Use Your Business Card at -



OPEN FOR BUSINESS

**ULINE** - Uline is a leading nationwide distributor of shipping, packaging and warehouse supplies. Over 1,000 box sizes in stock! Call **1-800-295-5510** or go to **www.uline.com/amex** to request a free 358-page catalog.

This merchant gladly accepts the American Express® Business Card.

(107559)

## Great New Places to Use Your Business Card

Allied Insurance
a Nationwide® company
On Your Side®

**ALLIED INSURANCE** specializes in property and liability protection for a wide range of small- to medium-sized businesses. These insurance plans start with a solid foundation ready to be customized with the additional coverage your business operation needs. Allied also provides loss control expertise to help reduce risks that can cost you time and money. If you want an insurance company that's committed to your success and always looking for new ways to protect what matters to you most, talk with a local, independent Allied agent.

We are proud to announce this merchant now accepts American Express® Cards. To locate an agent, visit **www.alliedinsurance.com**.

(CE 107560)

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

## ive 15% on a New Logo from LogoWorks*

Save 15% on professional graphic design for your business. The
designers at LogoWorks will create a unique logo for your business.
You'll see initial logo concepts in 3 business days. LogoWorks will
also help you design stationery, websites, and brochures tailored to
your business needs. Logo packages start at just $299 and your
satisfaction is guaranteed. You'll automatically save 15% on all design
projects when you use your American Express® Business Card to
purchase.



*Valid on all Logoworks Purchases. Payment must be made with an American Express
Business Card.

Call for a free design
consultation at
1-800-730-5646 or visit
opensavings.com/
logoworks.

(CE 107484)

## ive 5% at Fairfield Inn by Marriott®*

Now pay with your American Express® Business Card at over 400
participating Fairfield Inn locations and save 5% on your entire bill.
For a complete list, visit marriott.com/opensavings. In addition to
your room charge, you'll also save on all other charges on the bill,
which may include telephone, fax and copy service, meetings, and
even taxes and other miscellaneous fees. Savings at Fairfield Inn are
valid at participating locations in the U.S.



Payment must be made with an American Express Business Card. Maximum annual
savings for each Marriott brand is $1,500 per Card account. Participation and offers are
subject to change without notice. Terms and conditions apply. For more information, visit
open.americanexpress.com/savings.

For reservations, visit
marriott.com/
opensavings or call
1-866-914-OPEN(6736).
Then use your Business
Card to pay your bill and
savings will automatically
be credited to your
American Express
statement.

(CE 107485)

## itedHealthcare® Accepts American Express*

Through our alliance with UnitedHealthcare®, one of the country's
premier health and wellness companies, you can now use your
American Express® Card to pay for group medical, dental, life and
other insurance for your business. Finally, you can eliminate worries
about multiple checks to multiple vendors--or missed due dates. And,
for those enrolled in the Membership Rewards® or cash back
programs, you can earn Membership Rewards points or cash back
from American Express on your premium payments.



*Payment must be made with an American Express Business Card. Existing
UnitedHealthcare customers are eligible for possible participation in this program upon
annual renewal.

For more information
about this program, call
1-800-809-9581.

(CE 107486)

## ive an Extra 3% on Gift Cards from American Express*

Reward employees and customers with something they really want--
A choice. American Express® Gift Cards give the recipient the
flexibility to buy almost anything, anywhere. They are excellent tools
for bonuses, incentives, prizes, and more. Now ordering cards is
easier than ever. Simply log on to opensavings.com/giftcards and
save an extra 3%.



*Payment must be made with an American Express Business Card. Savings will be credited
to your American Express Business Card billing statement. Terms and conditions apply.

To purchase, or for more
information, visit
opensavings.com/
giftcards and save an
extra 3% on your order.

(CE 107483)

## ive 15% on Email Marketing with Constant Contact*

Over 60,000 business just like yours are using Constant Contact® to
build profitable relationships with their customers and prospects--and
so can you! Sign up today and you'll be sending professional HTML
e-mail campaigns in minutes. Save 15% by using your American
Express® Business Card.

*Offer only available by making payment with an American Express® Business Card. The
discounts/savings contained in this offer apply only to those services that are provided by
Constant Contact. Third-party services purchased through Constant Contact are excluded.
Terms are subject to change without notice. Constant Contact's terms and conditions apply
to products/services purchased from Constant Contact. Constant Contact and
Do-It-Yourself Email Marketing are registered trademarks of Constant Contact.

Find out more and sign up
for a free trial at
1-866-876-8464 or visit
opensavings.com/
constantcontact.

(CE 107482)

fers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be
closing to the merchant that you meet these criteria.

# AMERICAN EXPRESS Gold Card
## Statement of Account

552,413
**Membership Rewards®
Points Available**
at 06/30/06, when charges due are paid in
full and all accounts are in good standing.

| | | | |
|---|---|---|---|
| Prepared For | Account Number | Closing Date | |
| JANE HALBRITTER | 3727-682012-64001 | 08/08/06 | Page 1 of 11 |

| Previous Balance $ | Payments/Credits $ | New Charges $ | **New Balance $** | **Please Pay Immediately** Please refer to page 2 for important information regarding your account |
|---|---|---|---|---|

**See Page 7    For A Notice Of Changes To Your Card Account**

**See Page 8    For A Notice Of Additional Changes To Your Card Account**

Your account is 30 days past due. Payment must be received by 08/22/06 to avoid a delinquency charge. If payment has been sent, thank you. Pay your bill anytime, anywhere at **www.americanexpress.com/paybill**.

Your account renews next month. For additional information, please refer to the Charge Card and Statement Information section which can be found on page 2. Thank You.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-327-2177**.

 Because your payment was received late, you may have forfeited Membership Rewards® points. Please visit our website at americanexpress.com/rewards or call 1-800-AXP-EARN (297-3276) for more information or to reinstate points. There is a $29.00 fee for each month of points you want to reinstate.

## Activity  * indicates posting date

### New Activity for JANE HALBRITTER
Card XXXX-XXXXX2-64001

| | | | Amount $ |
|---|---|---|---|
| 07/22/06* | THE HOME DEPOT #6358NAPLES         FL | | |
| | 020310051 HOME SUPPLY WAREHOUSE | | |
| 07/07/06 | BAKERS FOOTWEA001271NAPLES        FL | | |
| | SHOE STORE | | |
| 07/12/06* | BATH & BODY WORKS 94ATLANTA        GA | | |
| | 000001488 404-669-9111 | | REDACTED |
| 07/12/06 | HUDSON NEWS-ATLANTA ATLANTA        GA | | |
| | NEWS DEALERS/NEWSSTANDS | | |
| 07/15/06 | ALVIN'S ISLAND #763 NAPLES         FL | | |
| | MEN'S/WOMEN'S CLOTHING | | |

*Continued on Page 3*

✂ Please fold on the perforation below, detach and return with your payment ✂

**Payment Coupon**

| Account Number | **Please Pay Immediately** |
|---|---|
| 3727-682012-64001 | |

Please enter account number on all checks and correspondence.

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL  34108-7795

**Total Amount Due**

Note any address and/or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you may have.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372768201264001 0018621320007044494 08HH

**...yments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the ...ment address shown on your statement and must include the remittance coupon from your statement. Payments must ...made with a single check or draft drawn on a U.S. bank and payable in US dollars, or with a negotiable instrument ...rable in US dollars and clearable through the US banking system, or through an electronic payment method payable in ... dollars and clearable through the US banking system. Your Account number must be included on all payments. If we ...ept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your ...ment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be ...osited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and ...sfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks ...ctronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, ...ount number and check serial number to your financial institution, unless the check is not processable electronically or a ...costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your ...k or asset account. When we process your check electronically, your payment may be debited to your bank or asset ...ount as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or ...et account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset ...ount for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone ...ny other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial ...ount you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next ... **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments between your ...d Account and your Sign & Travel and/or Extended Payment Option Account (if that account has been activated) ...xtended Payment Account") (referred to as "Account" in the Sign & Travel and/or Extended Payment Option Agreement) ... within each of these accounts, to Charges in any order and manner determined by us in our sole discretion. In most ...es, if you have a credit balance on your Card Account we will not apply or allocate any part of that credit balance to ... Extended Payment Account unless you contact us at a time the credit balance exists and instruct us in writing how you ...t us to apply that credit balance. **Charge Card and Statement Information:** The annual fee is $75.00  for the Basic ...d. The annual fee is $35.00  for up to five Additional Cards on your Account and $35.00  for each Additional Card on ... Account after the first five. An additional $5 is charged for billing addresses outside the US. Payment is due ...eceipt of your statement. You may discontinue your membership by contacting Customer Service. **Transactions Made ... Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is ...cessed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is ...ceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) ...highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified ...s from customary banking sources, on the conversion date or the prior business day, in each instance increased by ... This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments ...ch as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or ...stions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your ...write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no ... than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number ...cated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following ...rmation: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe ...e is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount ...question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While ...investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If ...have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on ...amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic ...ment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods ...ervices that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, ...may not have to pay the remaining amount due on the goods or services. You have this protection only when the ...chase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing ...ress. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all ...chases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated ...is shown on this statement, it represents money owed to you. If you do not make subsequent charges against the credit ...nce or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first ...ement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **Important ...ce to North Dakota Residents:** If the Account is past due for two or more billing periods, a late payment fee of 1.75% ... past due amounts will be added.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-327-2177
**24 hours/7 days**

Lost or Stolen Card
1-800-992-3404

Express Cash
1-800-CASH-NOW

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY:  1-800-221-9950
FAX:  1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-327-2177



**Correspondence**

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

...nge of Address
...red on front
... use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

...t Address

...State

...ode

...Code and
... Phone

...Code and
... Phone
...(optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmem... offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

Prepared For
JANE HALBRITTER

Case 1:07-cv-03848-WHP Document 26-3 Filed 01/18/2008 Page 43 of 46

Account Number
XXXX-XXXXX2-84001

Closing Date
08/08/06

Page 3 of 11

## New Activity Continued

Amount $

| Date | Description | |
|---|---|---|
| 07/16/06 | QUIET STORM      NAPLES      FL<br>APPAREL/ACCESSORY SHOP | |
| 07/16/06 | COSTCO WHSE #00354 NAPLES      FL<br>WHOLESALE CLUBS | |
| 07/16/06 | COSTCO WHSE #00354 NAPLES      FL<br>WHOLESALE CLUBS | |
| 07/17/06 | NOODLES ITALIAN CA NAPLES      FL<br>FOOD & BEVERAGE<br>FOOD-BEV<br>TIP | |
| 07/17/06 | TARGET STORES    NAPLES      FL<br>GENERAL MERCHANDISE | |
| 07/18/06 | THE LIMITEDSYRACUSE      NY<br>WOMANS APPAREL | |
| 07/18/06 | PARADIES- FT MYERS FT. MYERS    FL<br>GIFT/NOVELTY/SOUVENIR | |
| 07/18/06 | COACH       SYRACUSE    NY<br>ACCESSORIES | |
| 07/18/06 | LensCrafters 007235SYRACUSE    NY<br>SPECIALTY RT | |
| 07/18/06 | H&M #7       3154728770    NY<br>APPAREL/ACCESSORIES | |
| 07/18/06 | FOREVER 21 #92    SYRACUSE    NY<br>APPAREL ACC | |
| 07/18/06 | SMARTE CARTE SYRAP  SYRACUSE    NY<br>PARKING LOT/GARAGE | |
| 07/18/06 | MATTHEW'S HALLMARK #SYRACUSE     NY<br>SOUVENIRS | |
| 07/20/06 | TIME WARNER CABLE  800-8CABLE6    NY<br>CABLE | |
| 07/20/06 | P & C FOODS #3014  SROME      NY<br>GROCERIES/SUNDRIES | |
| 07/21/06 | BLOCKBUSTER VIDEO #3ROME      NY<br>VIDEO SALES/RENTALS | |
| 07/21/06 | LIBERTY CAR WASH  ROME      NY<br>00GENERAL MERCHANDISE | |
| 07/25/06 | LUSH HANDMADE COSMETNEW YORK    NY<br>COSMETIC STORE | |
| 07/25/06 | DEAN LEATHER & LUGGA2125815228    NY<br>LEATHER GOODS/ACC | |
| 07/26/06 | Shoe Service Plus InNew York    NY<br>SHOES/ACCESSORIES<br>SHOE REPAIR SHOPS,SHOE SHINE PARLORS,& H | |
| 07/26/06 | CAFE TEA BOX    NEW YORK    NY<br>FOOD/BEVERAGE<br>FOOD-BEV<br>WAITER | |
| 07/26/06 | ASK BEAUTY II, LLC 2128880707    NY<br>BARBER AND BEAUTY SHOP | |
| 07/27/06 | NEW YORK & COMALBANY      NY<br>WOMANS APPAREL | |
| 07/28/06 | LOWES       ROME     NY<br>HOME IMPROVEMENT | |

REDACTED

Continued on reverse

pared For

NE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Page 4 of 11

Case 1:07-cv-03848-WHP   Document 26-3   Filed 01/18/2008   Page 44 of 46

## ew Activity Continued

Amount $

| | | | |
|---|---|---|---|
| /31/06 | MOVIE ON JETBLUE AIRSALT LAKE CITY    UT | | |
| | MOTION PICTURE THEATRE | | |
| /01/06 | PRISTINE DRY CLEANERNAPLES           FL | | |
| | RETAIL DRYCLEANERS | | |
| /01/06 | SMARTE CARTE RSWAP FORT MYERS       FL | | |
| | PARKING LOT/GARAGE | | |
| /02/06 | THE FRESH MARKET  SNAPLES          FL | | |
| | GROCERIES/SUNDRIES | | |
| /02/06 | PUBLIX STR# 0249   NAPLES          FL | | |
| | GROCERIES | | |
| /05/06 | SAKS FIFTH AVE  -723NAPLES OFF5    FL | | |
| | DECORATIVE PILLOWS | | |
| | Description | | |
| | UAL/ACTIVE | | |
| | ANS SFA PRIVATE | | |
| | ORATIVE PILLOWS | | |
| | ITIONAL PURCHAS | | |
| /05/06 | RUG DECOR OF MIROMARESTERO         FL | | |
| | FLOOR COVERING STORE | | |
| /05/06 | KENNETH COLE #106  ESTERO          FL | | |
| | SHOES/ACCESSORIES | | |
| /05/06 | STEINMART #4609   NAPLES          FL | | |
| | SHOES | | |
| /05/06 | BANANA REPUBLIC FACTESTERO         FL | | |
| | MISCELLANEOUS AND SPECI | | |
| /05/06 | GUESS #207     ESTERO       FL | | |
| | CLOTHING | | |

REDACTED

**tal of New Activity**

New Charges
Payments/Credits



**Business Platinum Card®**

454,209
**Membership Rewards®**
**Points Available**
at 07/31/06, when charges due are paid in
full and all accounts are in good standing.

Prepared For
. JANE HALBRITTER
STONEHEDGE HEALTH

| Account Number | Closing Date |
|---|---|
| 3727-150517-31001 | 08/23/06 |

Page 1 of 14

| Previous Balance $ | Payments/Credits $ | New Charges $ | **New Balance $** |
|---|---|---|---|
| | | | |

**Please Pay By**
**09/07/06**
Please refer to page 2
for important information
regarding your account

---

**See Page 10   For A Notice Of Changes To Your Card Account**

---

**See Page 11   For A Notice Of Additional Changes To Your Card Account**

---

Terms - Payable in full on receipt of Statement.

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at
1-800-492-8468.

## Activity   * Indicates posting date

### New Activity for JANE HALBRITTER
Card XXXX-XXXXX7-31001

Amount $

| | | | |
|---|---|---|---|
| 08/07/06* | PHONE PAYMENT RECEIVED-THANK YOU | | |
| 07/31/06* | 5% OPEN SAVINGS AT FEDEX | | |
| | FEDEX #858035430602 $███ 07/26/06 | | REDACTED |
| 08/05/06* | 5% OPEN SAVINGS AT FEDEX | | |
| | FEDEX #853171101228 $███ 08/01/06 | | |

| 07/17/06 | AMERICAN EXPRESS TVL PHOENIX   AZ | | | |
|---|---|---|---|---|
| | DELTA AIR LINES | | | |
| | From: | To: | Carrier: | Class: |
| | FT MYERS FLORIDA | ATLANTA GA | DL | Q0 |
| | | LAGUARDIA INTL A/P | DL | Q0 |
| | | SYRACUSE NY | | |
| | | ATLANTA GA | DL | B0 |
| | Ticket Number: 00677722869596 | Date of Departure: 07/18 | | |
| | Passenger Name: HALBRITTER/JANE | | | |
| | Document Type: PASSENGER TICKET | | | |

| 07/24/06 | FASTRAC MARKET # 276 ROME   NY | |
|---|---|---|
| | GAS | |

Continued on Page 3

✂ Please fold on the perforation below, detach and return with your payment ✂

---

**Payment Coupon**

| Account Number | Please Pay By: |
|---|---|
| 3727-150517-31001 | 09/07/06 |

To Pay by Computer, visit
open.americanexpress.
com. To Pay by Phone,
call 1-800-472-9297.

Please enter account
number on all checks and
correspondence.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL  34108-7794

**Total Amount Due**

Make check payable to
American Express.

Check here if address or
telephone number has
changed. Note changes on
reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001 000776821000776821 23ᴴᴴ

yments:  Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business . Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer by phone, please submit your payment in the enclosed envelope with the payment coupon and the account nber indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment nade in any other form or at any other location, there may be a delay in processing. We reserve the right to process cks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing nber, account number and check serial number to your financial institution. Your checking account may be debited as n as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we y issue a draft against your account for the amount of the check.

thorization for Electronic Payments:  By using the American Express Pay By Computer, Pay By Phone or any er American Express electronic payment service, you will be authorizing American Express to initiate an ctronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please tus at www.americanexpress.com.

e Fees:  We will assess fees for late payment in accordance with the Cardmember Agreement, as amended. avoid fees for late payment, we must receive your payment for the amount due on this statement, not later than the sing date of your next statement. A $5 annual subscription fee to *Fortune Small Business* magazine is included in r annual fee. If you pay an annual fee but do not wish to receive the magazine, call the number on the back of the Card.

st or Stolen Card:  If the Card is lost or stolen, telephone us immediately at the number indicated on your paper tement or click on the Customer Service link online. Outside the U.S., call, collect or contact the nearest American xress Travel Service Office or other local American Express office.

nsactions Made in Foreign Currencies:  If you incur a Charge in a foreign currency, it will be converted into US lars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose onversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign rency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest rbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business , in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your Charge. arges converted by establishments (such as airlines) will be billed at the rates such establishments use.

Case of Errors or Questions About Your Bill:  If you think your bill is wrong, or if you need more information out a transaction which appears on your statement, write or call the Customer Service department as indicated on your er statement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent the first bill on which the error or problem appeared.

at We Need From You When You Have A Billing Inquiry:  1. Your name and account number; 2. The dollar unt of the suspected error; 3. Describe the error and explain why you believe there is an error. If you need re information, describe the item you are unsure about. While we are investigating the amount in question, you are obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your m.

Case of Errors or Questions About Your Electronic Transfers:  Please contact us by visiting us online at n.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash erations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, ase contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST tement on which the problem or error appeared.

en contacting us: 1. Tell us your name and account number; 2. Provide the dollar amount of the suspected error; Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error vhy you need more information. We will investigate your complaint and correct any error promptly. If we take more than business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the ney during the time it takes us to complete our investigation.

edit Balance:  If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make rges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund it at the Customer Service address indicated on your paper statement, or click on the Customer Service link online.

editor: American Express Travel Related Services Company, Inc.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-492-8468

Extended Payment
O      Customer
Service
1-800-403-1288



Correspondence

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

ange of Address
rrect on front
not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

et Address

r, State

Code

a Code and
ne Phone

a Code and
rk Phone

ail (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmemb. offers and benefits

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.