Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Closing Date
08/23/06

## New Activity Continued

| | | Amount $ |
|---|---|---|

07/25/06 AMTRAK ALBANY-RENSSENY
From: To: Carrier: Class:
ALBANY-RENSSELA,NY NEW YORK - PENN,NY 2V BO
Ticket Number: 55439611807489 Date of Departure: 07/25
Passenger Name: HALBRITTER/JANE
Document Type: VENDOR SALE

07/26/06 LE PARKER MERIDIEN NEW YORK NY
LODGING CHARGES

07/26/06 FEDEX #858035430602 ROME NY
13440
TO: ASHLEY ROSSI NY
FROM: JANE HALBRITTER 34108
001 PRIORITY BOX 3LB AWB858035430602
FEDEX CUSTOMER SERVICE #1-800-622-1147

07/27/06 DESMOND HOTEL ALBANY NY
Arrival Date Departure Date
07/26/06 07/27/06
LODGING

07/27/06 SUNOCO 0042332702PATTERSONVILL NY
0042516 020939135

07/28/06 AIRLINE TKT EXCHANGE FEE ISSUED BY AMEX
HALBRITTER/JANE TKT# 00677722869
59

07/28/06 AIRLINE TKT EXCHANGE FEE ISSUED BY AMEX
HALBRITTER/JANE TKT# 00677724958
48

'29/06* AIRFLIGHT INSURANCE PREMIUM
TKT NO. 00677722869596

07/29/06* BAGGAGE INSURANCE PREMIUM
TKT NO. 00677722869596

REDACTED

Continued on Page 4

lease detach here

Travel Insurance Premium Refund Form
you have been charged an insurance premium for one of the reasons listed on the back of this form, please
) provide the information requested and 2) check the reason for your refund. Attach additional pages if necessary.
Please deduct the total premium refund from your payment and return this form with payment.
order to receive a refund you must fill out this form completely. Failure to do so may result in a delay in
rocessing or a denial of your request. If you are claiming for an uninsured person you must indicate
is/her name on the back of the form.

Account Number
3727-150517-31001

| endor Name | Ticket/Rental Amount | Ticket/Rental Agreement No. | Month Billed | No. of Premiums | Program | Premium Amount | Total | |
|---|---|---|---|---|---|---|---|---|
| Airline* | $374.20 | 001643835 | March | 1 | Airflight | $4.50 | $4.50 | EXAMPLE |

Total No. of premiums

the back of this form or attach additional pages for additional premium refund requests.

Total Refund Requested

$

w Activity Continued                                                                    Amount $

| | | | | | |
|---|---|---|---|---|---|
| i1/06 | JETBLUE | SALT LAKE | UT | | |

AIRLINE CHARGE

From:                To:              Carrier:        Class:
SYRACUSE NY          J F KENNEDY A/P NY   B6;            Y_
                     FT MYERS FLORIDA
Ticket Number: 99900385090230
Passenger Name: HALBRITTER/JANE          Date of Departure: 07/31
Document Type: PASSENGER TICKET

i1/06    BOTTOMS UP LIQUOR ANNAPLES        FL
LIQUOR
PACKAGE STORES-BEER, WINE, AND LIQUOR

i1/06    SW FLORIDA INT'L AIRFORT MYERS    FL
PARKING FEES

1/06     USPS 1162709552   NAPLES         FL
USPS VENDING                                                               REDACTED

1/06     FEDEX#853171101228 ROME          NY
02139
TO: LOFT 23 MA
FROM: JANE HALBRITTER 13440
001 PRIORITY LTR 1LB AWB853171101228
FEDEX CUSTOMER SERVICE #1-800-622-1147

2/06*    AIRFLIGHT INSURANCE PREMIUM
TKT NO. 99900385090230

2/06*    BAGGAGE INSURANCE PREMIUM
TKT NO. 99900385090230

2/06     USPS 1162709552   NAPLES         FL
USPS VENDING

3/06           TRULUCKS        NAPLESFL
FOOD/BEV
FOOD/BEV
TIP

4/06     CITGO 7-ELEVEN 25386NAPLES       FL
GAS/MSC92 799872538642

Continued  on  Page  5

llees are due a premium refund if premiums were charged for cancelled trips, uninsured persons (someone
r than yourself, spouse, dependent children under age 23* or Additional Cardmembers, their spouses, or
ndent children under age 23*), itinerary changes, upgrading of class, non-scheduled airline flights, excess
gage or any other non-air transportation charges. Enrollees are also due a premium refund if premiums were
d for a cancelled car rental or no show, an uninsured car rental vehicle, if two premiums were charged for the
e car rental, or other charges unrelated to the actual car rental, if premiums were billed for a car rental in an
uded country.
NY residents only: Dependents under the age of 19 are covered for Automatic Flight Insurance.

Uninsured Name _____

elationship to You _____

| or Name | Ticket/Rental Amount | Ticket/Rental Agreement No. | Month Billed | No. of Premiums | Program | Premium Amount | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

AMERICAN EXPRESS Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Case 1:07-cv-03848-WHP Document 26-4 Filed 01/18/2008 Page 5 of 44 Page 3 of 52

Account Number
XXXX-XXXXX-31601

Closing Date
08/23/06

## New Activity Continued                                              Amount $

| | |
|---|---|
| 08/07/06 | JETBLUE        SALT LAKE   UT |
| | AIRLINE CHARGE |

From:                  To:                          Carrier:        Class:
SYRACUSE NY         J F KENNEDY A/P NY           B6              H_
                    FT MYERS FLORIDA
Ticket Number: 99900388693210            Date of Departure: 08/08
Passenger Name: ROSSI/ASHLEY
Document Type: PASSENGER TICKET

| | |
|---|---|
| 08/07/06 | USPS 1189290467    NAPLES        FL |
| | POSTAL SERVICES |

| | |
|---|---|
| 08/07/06 | NAPLES PACKAGING & SNAPLES        FL |
| | SHIPPING/PACKAGING |

| | |
|---|---|
| 08/08/06* | AIRFLIGHT INSURANCE PREMIUM |
| | TKT NO. 99900388693210 |

| | |
|---|---|
| 08/08/06* | BAGGAGE INSURANCE PREMIUM |
| | TKT NO. 99900388693210 |

| | |
|---|---|
| 08/08/06 | THE CHEESECAKE FACTONAPLES        FL |
| | FOOD/BEV |

| | |
|---|---|
| 08/09/06 | HOTEL MARLOWE      6178688000    MA |
| | CENTRAL RESERVATION SER |

| | |
|---|---|
| 08/09/06 | MELTING POT      2950TAMIA TRL    FL |
| | FOOD/BEVERAGE |
| | FOOD/BEV |
| | TIP |

| | |
|---|---|
| 08/10/06 | THE RITZ-CARLTON HOTNAPLES        FL |
| | LODGING |

REDACTED

| | |
|---|---|
| '0/06 | ENTERPRISE RENTACAR NAPLES        FL |

                Location                     Date
Rental:     NAPLES FL                    08/03/06
Return:     NAPLES FL                    08/10/06
Agreement Number: D254907
Renter Name: HALBRITTER
Reference Number: 44495498

| | |
|---|---|
| 08/10/06 | CITGO 7-ELEVEN 33004NAPLES        FL |
| | GAS/MSC92 724873300401 |

| | |
|---|---|
| 08/10/06 | CARRABBAS #1002   NAPLES        FL |
| | FOOD/BEVERAGE |
| | FOOD/BEV |
| | TIP |

| | |
|---|---|
| 08/11/06 | JETBLUE        SALT LAKE   UT |
| | AIRLINE CHARGE |

From:                  To:                          Carrier:        Class:
FT MYERS FLORIDA    J F KENNEDY A/P NY           B6              F1
                                                                 44
Ticket Number: 99900390292990            Date of Departure: 08/11
Passenger Name: HALBRITTER/JANE
Document Type: PASSENGER TICKET

| | |
|---|---|
| 08/11/06 | IL CORTILE    NEW YORK        NY |
| 01 | FOOD AND BEVERAGE |
| | FOOD/BEV |
| | TIP |

| | |
|---|---|
| 08/12/06 | SMARTE CARTE JFKAP JAMAICA        NY |
| | PARKING LOT/GARAGE |

| | |
|---|---|
| 08/12/06 | SERAFINA FABULOUS GRNEW YORK        NY |
| | FOOD/BEVERAGE |

*Continued on reverse*

ared For
NE HALBRITTER    Case 1:07-cv-03848-WHP  Document 26-4    Filed 01/18/2008    Page 4 of 52
ONEHEDGE HEALTH
Account Number
XXXX-XXXXXXXX
Page 6 of 14

## ew Activity Continued

Amount $

---

**'13/06**   JETBLUE     SALT LAKE   UT
AIRLINE CHARGE

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SYRACUSE NY | J F KENNEDY A/P NY | B6 | Y_ |
| | BOSTON MA | | |

Ticket Number: 99990390774960     Date of Departure: 08/14
Passenger Name: GAUDINOT/DEVIN
Document Type: PASSENGER TICKET

---

**'13/06**   NEW YORK PALACE    NEW YORK    NY

| Arrival Date | Departure Date | No of Nights |
|---|---|---|
| 08/11/06 | 08/13/06 | 2 |

LODGING

---

**'14/06***   AIRFLIGHT INSURANCE PREMIUM
TKT NO. 99990390774960

---

**'14/06***   AIRFLIGHT INSURANCE PREMIUM
TKT NO. 99990390292990

---

**'14/06***   BAGGAGE INSURANCE PREMIUM
TKT NO. 99990390774960

---

**'14/06***   BAGGAGE INSURANCE PREMIUM
TKT NO. 99990390292990

REDACTED

---

**'14/06**   FIRE + ICE BOS.    BOSTON    MA
RESTAURANT FOOD AND BEV
FOOD/BEV
TIP

---

**'15/06**   PAPA RAZZI     CHESTNUT HILL    MA
01/FOOD AND BEVERAGE
FOOD-BEV
WAITER

---

**'16/06**   BUDGET RENT A CAR   CAMBRIDGE    MA

| | Location | Date |
|---|---|---|
| Rental: | CAMBRIDGE MA | 08/15/06 |
| Return: | CAMBRIDGE, MA DTN 20 | 08/16/06 |

Agreement Number: 716662435
Renter Name: HALBRITTER,JANE
Reference Number: 71666243

---

**'16/06**   SITE GENIE, LLC    ROCHESTER    MN
WEB PAGE HOSTING

---

**'16/06**   STEPHANIES ON NEWBURBOSTON    MA
FOOD/BEVERAGE
FOOD-BEV
WAITER

---

**'16/06**   BORDER CAFE     CAMBRIDGE    MA
FOOD/BEVERAGE
FOOD/BEV
TIP

---

**'17/06**   JETBLUE     SALT LAKE   UT
AIRLINE CHARGE

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| J F KENNEDY A/P NY | BOSTON MA | B6 | H_ |

Ticket Number: 99900392531460     Date of Departure: 08/17
Passenger Name: HALBRITTER/JANE
Document Type: PASSENGER TICKET

---

**'17/06**   LESHALLES    NEW YORK    NY
FOOD/BEVERAGE

---

**'18/06***   AIRFLIGHT INSURANCE PREMIUM
TKT NO 99900392531460

---

**'18/06***   BAGGAGE INSURANCE PREMIUM
TKT NO. 99900392531460

---

Continued on next page

Prepared For
JANE HAIBRATTER
STONEHEDGE HEALTH

Account Number
XXXX XXXXXX 91007

Closing Date
08/23/06

## New Activity Continued

Amount $

| | | |
|---|---|---|
| 08/18/06 | FEDEX #858366322583 ROME     NY<br>34109<br>TO: RUSSELL FL<br>FROM: JANE HAIBRATTER 13440<br>001 PRIORITY LTR 1LB AWB858366322583<br>FEDEX CUSTOMER SERVICE #1-800-622-1147 | |
| 08/18/06 | FEDEX #858366322572 ROME     NY<br>13676<br>TO: BERNIDE LE CLAIR NY<br>FROM: JANE HARBRITTER 13440<br>001 PRIORITY LTR 1LB AWB858366322572<br>FEDEX CUSTOMER SERVICE #1-800-622-1147 | REDACTED |
| 08/19/06 | DOUBLETREE @ MIT UNICAMBRIDGE    MA<br>Arrival Date     Departure Date<br>08/13/06     08/19/06<br>LODGING | |
| 08/21/06 | BUDGET RENT A CAR  CAMBRIDGE    MA<br>     Location              Date<br>Rental:    CAMBRIDGE MA      08/18/06<br>Return:    CAMBRIDGE, MA DTN 20  08/21/06<br>Agreement Number: 716663043<br>Renter Name: HALBRITTER,JANE<br>Reference Number: 71666304 | |

## Total of New Activity

New Charges
Payments/Credits

red For
NE HALBRITTER
ONEHEDGE HEALTH

**American Express Gold Card**
**Statement of Account**

Prepared For
J    HALBRITTER

| Account Number | Closing Date | |
|---|---|---|
| 3727-682012-64001 | 09/08/06 | Page 1 of 12 |

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ | |
|---|---|---|---|---|

**Please Pay By 09/23/06**
Please refer to page 2 for important information regarding your account

Your payment is due in full.  Please pay by 09/23/06.  Pay your bill online anytime, anywhere at www.americanexpress.com/paybill.

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-327-2177.**

**PAY AT YOUR OWN PACE**

### Choose Charges from this Statement to Pay Later
Did you know your Card has a special feature that allows you to choose virtually any purchase from your statement to pay for over time regardless of size or type? There's no enrollment required and with the flexibility to extend payment on charges of your choice, you can take advantage of unexpected opportunities. It's easy and it takes just a moment. Simply go to **www.americanexpress.com/transfercharges**, select the "Transfer" button, log on and click on charges you want to take more time to pay. Or call customer service and press **0.**

Not all Cardmembers are eligible. Requests to pay over time are approved based on several factors including account history, current account status and credit record at time of request.

## Activity    * indicates posting date

**New Activity for JANE HALBRITTER**
Card XXXX-XXXXX2-64001

| | | Amount $ |
|---|---|---|
| /06* | PHONE PAYMENT RECEIVED-THANK YOU | |
| /06* | BO CONCEPT    CAMBRIDGE    MA | |
| | RG040005F HOME FURNISHINGS | |
| 08/08/06* | ANNUAL MEMBERSHIP FEE JANE HALBRITTER | |
| | PERIOD 10/06 THRU 09/07 | REDACTED |
| 08/08/06 | Coastland Center   Naples   FL | |
| | Web Purchase | |
| 08/08/06 | CLAIRES BOUTIQUES  NAPLES   FL | |
| | JEWELRY/ACCESSORIES | |

*pd prelim 9/20*

Continued  on Page 3

* Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| Account Number | Please Pay By: |
|---|---|
| 3727-682012-64001 | 09/23/06 |

Please enter account number on all checks and correspondence.

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL  34108-7795

**Total Amount Due**

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

Note any address and/or telephone number change on reverse side.  Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you may have.

Mail Payment to:
AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

000003727682012640001 003865450003910450 08dd

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments between your Card Account and your Sign & Travel and/or Extended Payment Option Account (if that account has been activated) ("Extended Payment Account") (referred to as "Account" in the Sign & Travel and/or Extended Payment Option Agreement) and, within each of these accounts, to Charges in any order and manner determined by us in our sole discretion. In most cases, if you have a credit balance on your Card Account we will not apply or allocate any part of that credit balance to your Extended Payment Account unless you contact us at a time the credit balance exists and instruct us in writing how you want us to apply that credit balance. **Charge Card and Statement Information:** The annual fee is $85.00 for the Basic Card. The annual fee is $35.00 for up to five Additional Cards on your Account and $35.00 for each Additional Card on your Account after the first five. An additional $5 is charged for billing addresses outside the US. Payment is due upon receipt of your statement. You may discontinue your membership by contacting Customer Service. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **Important Notice to North Dakota Residents:** If the Account is past due for two or more billing periods, a late payment fee of 1.75% on all past due amounts will be added.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-327-2177
**24 hours/7 days**

Lost or Stolen Card
1-800-992-3404

Express Cash
1-800-CASH-NOW

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY:   1-800-221-9950
FAX:   1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-327-2177



**Correspondence**

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

**Change of Address**
(correct on front
if not use)

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email (optional)

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

AMERICAN EXPRESS
Prepared For
JANE HALBRITTER
Case 1:07-cv-03848-WHP   Document 26-4   Filed 01/18/2008   Page 9 of 52
Account Number
XXXX-XXXXX2-64001
Closing Date
09/08/06
Page 3 of

## ...w Activity Continued

| Date | Description | | Amount $ |
|---|---|---|---|
| 08/08/06 | Abercrombie and FitcNAPLES FL<br>RETAIL MERCHANDISE | | |
| 08/08/06 | AMERICAN EAGLE000058NAPLES FL<br>MEN'S/WOMEN'S CLOTHING | | |
| 08/08/06 | BAKERS FOOTWEA001271NAPLES FL<br>SHOE STORE | | |
| 08/08/06 | WET SEAL #151   NAPLES   FL<br>CLOTHING | | |
| 08/09/06 | ALVIN'S ISLAND #763 NAPLES FL<br>MEN'S/WOMEN'S CLOTHING | | |
| 08/10/06 | BEST BUY CO  0524 NAPLES FL<br>ELECTRONICS/APPLIANCES | | |
| 08/10/06 | THE HOME DEPOT #6358NAPLES FL<br>HOME SUPPLY WAREHOUSE | | |
| 08/10/06 | THE HOME DEPOT #6358NAPLES FL<br>HOME SUPPLY WAREHOUSE | | |
| 08/11/06 | AOL HIGH SPEED   888-889-7201 NY<br>INTERNET SVC<br>TWX*AOL HIGH SPEED 0806 | | |
| 08/11/06 | PREMIUM SERVICES  888-265-9269 NY<br>ONLINE SVCS<br>TWX*AOL PREMIUM SVCE 08 | | |
| 08/11/06 | NAPLES PACKAGING & SNAPLES FL<br>SHIPPING/PACKAGING | | |
| ..2/06 | JETBLUE   SALT LAKE UT<br>AIRLINE CHARGE<br>From:   To:<br>J F KENNEDY A/P NY   BOSTON MA<br>Ticket Number: 99900390694050<br>Passenger Name: HALBRITTER/JANE<br>Document Type: PASSENGER TICKET | Carrier:   Class:<br>B6   Q<br>Date of Departure: 08/13 | |
| 08/12/06 | EXPRESS NEW YORK   NY<br>EXPRESS APPAREL | | |

REDACTED

Continued on Page 4

Please detach here

## Travel Insurance Premium Refund Form

If you have been charged an insurance premium for one of the reasons listed on the back of this form, please
1) provide the information requested and 2) check the reason for your refund. Attach additional pages if necessary.
Please deduct the total premium refund from your payment and return this form with payment.
**In order to receive a refund you must fill out this form completely. Failure to do so may result in a delay in processing or a denial of your request. If you are claiming for an uninsured person you must indicate his/her name on the back of the form.**

Account Number
3727-682012-64001

| Vendor Name | Ticket/Rental Amount | Ticket/Rental Agreement No. | Month Billed | No. of Premiums | Program | Premium Amount | Total | |
|---|---|---|---|---|---|---|---|---|
| "Airline" | $374.20 | 001643835 | March | 1 | Airflight | $4.50 | $4.50 | EXAMPLE |

Total No. of premiums

the back of this form or attach additional pages for additional premium refund requests.

...se check the reason for request
o require a timely Refund.
See reverse side of your refund
orm for explanation )

[ ] Non-fare airline services charge (excess baggage, itinerary change, upgrade, cancellation, or any other non-air transportation charge)
[ ] An uninsured person (someone other than yourself, your spouse, your dependent children under age 23*, or your Additional Cardmembers and their spouses or dependent children under age 23*).
* For NY residents only, under age 19.
[ ] Non-scheduled airline flight (e.g. charter)
[ ] Cancelled trip.

[ ] Uninsured car rental vehicle (e.g. cargo van or motorcycle)
[ ] Two or more premium charges for same car rental.
[ ] Cancelled car rental/ no show
[ ] Other charges unrelated to the actual car rental (e.g. gas).
[ ] Car rental in an excluded country

Total Refund Requested
$

ew Activity Continued

| | | | | |
|---|---|---|---|---|
| 3/13/06 | LA GROCERIA | CAMBRIDGE | MA | |
| | 01 FOOD AND BEVERAGE | | | |
| | FOOD/BEV | | 75.84 | |
| 3/13/06 | BO CONCEPT | CAMBRIDGE | MA | |
| | HOME FURNISHINGS | | | |
| 3/13/06 | BO CONCEPT | CAMBRIDGE | MA | |
| | HOME FURNISHINGS | | | |
| 3/13/06 | SMARTE CARTE BOSAP | BOSTON | MA | |
| | RENTAL EQUIP/SERVICE | | | |
| 3/14/06 | CUOIO | BOSTON | MA | |
| | GIFT ITEMS | | | |
| 3/14/06 | MACY'S 31 BOSTON | BOSTON | MA | |
| | STYLE & CO PETITES | | | |
| 3/14/06 | CRATEANDBARREL 204 BOSTON | | MA | |
| | Y204200608140043894 1468 | | | |
| | 4146890 3 0036-249285400 | | | |
| 3/14/06 | CRATEANDBARREL 204 BOSTON | | MA | |
| | Y204200608140043894 1593 | | | |
| | 4159315 3 0036-249285400 | | | |
| 3/15/06* | AIRFLIGHT INSURANCE PREMIUM | | | |
| | TKT NO. 99900390694050 | | | |
| 3/15/06* | BAGGAGE INSURANCE PREMIUM | | | |
| | TKT NO. 99900390694050 | | | |
| 3/15/06* | BARNES & NOBLE 2115 BOSTON | | MA | |
| | 0000081 6 BOOK STORE | | | |
| 3/15/06 | SEPHORA #356-PRUDENTBOSTON | | MA | |
| | COSMETIC STORE | | | |
| 3/15/06 | BARAMI STUDIO #28 BOSTON | | MA | |
| | WOMEN'S READY-TO-WEAR | | | |
| 3/15/06 | CHEESECAKE -BOSTON BOSTON | | MA | |
| | FOOD/BEV | | | |
| 3/15/06 | ALDO | BOSTON | MA | |
| | SHOE STORE | | | |

REDACTED

Continued on Page 5

nrollees are due a premium refund if premiums were charged for cancelled trips, uninsured persons (someone ther than yourself, spouse, dependent children under age 23* or Additional Cardmembers, their spouses, or ependent children under age 23*), itinerary changes, upgrading of class, non-scheduled airline flights, excess aggage or any other non-air transportation charges. Enrollees are also due a premium refund if premiums were illed for a cancelled car rental or no show, an uninsured car rental vehicle, if two premiums were charged for the ame car rental, or other charges unrelated to the actual car rental, if premiums were billed for a car rental in an xcluded country.

For NY residents only: Dependents under the age of 19 are covered for Automatic Flight Insurance.

**Uninsured Name**

**Relationship to You**

| endor Name | Ticket/Rental Amount | Ticket/Rental Agreement No. | Month Billed | No. of Premiums | Program | Premium Amount | Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

AMERICAN EXPRESS

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Closing Date
09/08/06

Page 5 of 8

## New Activity Continued

Amount $

| Date | Description | | |
|---|---|---|---|
| 08/../06 | JETBLUE SALT LAKE UT AIRLINE CHARGE From: BOSTON MA To: J F KENNEDY A/P NY Ticket Number: 99900391842600 Passenger Name: HALBRITTER/JANE Document Type: PASSENGER TICKET | Carrier: B6 Class: Q Date of Departure: 08/17 | |
| 08/16/06 | JETBLUE SALT LAKE UT AIRLINE CHARGE From: J F KENNEDY A/P NY To: SYRACUSE NY Ticket Number: 99900391844030 Passenger Name: ROSSI/ASHLEY Document Type: PASSENGER TICKET | Carrier: B6 Class: K_ Date of Departure: 08/17 | |
| 08/16/06 | BKST-HARVARD-C-S #30Cambridge MA Merchandise | | |
| 08/16/06 | BKST-HARVARD-C-S #30Cambridge MA Merchandise | | |
| 08/16/06 | STAR MARKET 567 CAMBRIDGE MA GROCERY/SUPERMARKETS | | |
| 08/16/06 | CARMEL CAR SERVICE 2126629807 NY CHARTER SERVICE | | |
| 08/16/06 | JAMES JOSEPH STUDIO BOSTON MA BARBER AND BEAUTY SHOP | | |
| 08/16/06 | LUSH HANDMADE CSMTCSBOSTON MA COSMETIC STORE | | |
| (.. 06 | CENTURY TWENTY ONE #NEW YORK NY DISCOUNT MERCHANDISE | | |
| 08/17/06 | SEPHORA #118 150BROANEW YORK NY COSMETIC STORE | | |
| 08/18/06* | AIRFLIGHT INSURANCE PREMIUM TKT NO. 99900391842600 | | |
| 08/18/06* | AIRFLIGHT INSURANCE PREMIUM TKT NO. 99900391844030 | | |
| 08/18/06* | BAGGAGE INSURANCE PREMIUM TKT NO. 99900391842600 | | |
| 08/18/06* | BAGGAGE INSURANCE PREMIUM TKT NO. 99900391844030 | | |
| 08/18/06 | BEST BUY MHT 0537 CAMBRIDGE MA ELECTRONICS/APPLIANCES | | |
| 08/18/06* | BANANA REPUBLIC #811US MA 811300047 MEN'S/WOMEN'S CLOTHNG | | |
| 08/18/06* | GAP #2256/THE GAP #2US MA 225600022 MEN'S/WOMEN'S CLOTHNG | | |
| 08/18/06 | ARDEN B #363 CAMBRIDGE MA CLOTHING | | |
| 08/18/06 | Abercrombie and FitcCAMBRIDGE MA RETAIL MERCHANDISE | | |
| 08/19/06 | IKEA STOUGHTON 7813445112 MA FURNITURE | | |
| 08/19/06 | IKEA STOUGHTON 7813445112 MA FURNITURE | | |
| 08/19/06 | JORDANS FURN CLEARANAVON MA FURNITURE | | |

REDACTED

Continued on reverse

## lew Activity Continued

Amount $

| | | |
|---|---|---|
| 3/19/06 | JORDANS FURN CLEARANAVON    MA<br>FURNITURE | |
| 3/20/06 | BO CONCEPT    CAMBRIDGE    MA<br>HOME FURNISHINGS | |
| 3/20/06 | CRATEANDBARREL 201 CAMBRIDGE    MA<br>N201200608200030268660<br>68660000 0036-249285400 | |
| 3/21/06 | BLOOMINGDALES    CHESTNUT HILL I  MA<br>AREA RUG OR PADDING | |
| 3/23/06 | BLOOMINGDALES    CHESTNUT HILL I  MA<br>MATTRESS OR BOX SPRING<br>Description<br>WORRYNOMORE<br>FURNITURE PROTE | |
| 3/23/06 | BLOOMINGDALES    CHESTNUT HILL I  MA<br>FABRIC UPHOLSTERY | |
| 3/25/06 | SEPHORA #374 5TH AVENEW YORK    NY<br>COSMETIC STORE | |
| 3/26/06 | EXPRESS NEW YORK    NY<br>EXPRESS APPAREL | |
| 3/26/06 | EXPRESS NEW YORK    NY<br>EXPRESS APPAREL | |
| 3/26/06 | MORGANE    NEW YORK    NY<br>APPAREL/ACCESSORIES | |
| 3/26/06 | ZARA USA INC    NEW YORK    NY<br>03 CLOTHING | |
| 3/28/06* | BATH & BODY WORKS 18NEW HARTFORD    NY<br>000001136 315-738-7650 | |
| 3/28/06 | MACY'S EAST    NEW HARTFORD    NY<br>CHARTER CLUB JEWELRY | |
| 3/28/06 | ECKERD DRUG #5784  ROME    NY<br>HEALTH CARE/PERSONAL | |
| 3/28/06 | H&M #11    NEW HARTFORD    NY<br>APPAREL/ACCESSORIES | |
| 3/28/06 | MICHAELS #2770    NEW HARTFORD    NY<br>ARTS & CRAFTS SUPPLIES | |
| 3/28/06 | PRICE CHOPPER #206  ROME    NY<br>SUPERMARKET | |
| 3/28/06 | BEDBATH&BEYOND#0511 NEW HARTFORD    NY<br>DEPARTMENT STORES | |
| 3/28/06 | MATTHEW'S HALLMARK/#NEW HARTFORD    NY<br>GOODS/SERVICES | |
| 3/29/06 | ECKERD DRUG #5784  ROME    NY<br>HEALTH CARE/PERSONAL | |
| 3/30/06 | TARGET STORES /  NEW HARTFORD    NY<br>GENERAL MERCHANDISE | |
| 3/30/06 | TJMAXX  0865    NEW HARTFORD 50NY<br>13413<br>GENERAL MDSE | |
| 3/31/06 | VICTORIA'S SECRETNEW HARTFORD    NY<br>Women's Apparel | |
| 4/01/06 | EXPRESS  SYRACUSE    NY<br>EXPRESS APPAREL | |
| 4/01/06* | BANANA REPUBLIC #816US    NY<br>816800039 MEN'S/WOMEN'S CLOTHNG | |

REDACTED

Continued  on  next page

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Closing Date
09/08/06

## New Activity Continued

| | | | | Amount $ |
|---|---|---|---|---|
| 09/01/06 | ANN TAYLOR STR: 0338SYRACUSE  NY | | | |
| | WOMANS APPAREL/ACC | | | |
| 09/01/06 | ARDEN B #359      SYRACUSE   NY | | | |
| | CLOTHING | | | |
| 09/01/06 | H&M #7          SYRACUSE    NY | | | |
| | APPAREL/ACCESSORIES | | | |
| 09/01/06 | HARRINGTON'S NORTH PNAPLES    FL | | | |
| | PRESCRIPTION/SUNDRI | | | |
| 09/03/06 | ECKERD DRUG #5784  ROME       NY | | | |
| | HEALTH CARE/PERSONAL | | | |
| 09/03/06 | PRICE CHOPPER #206 ROME       NY | | | |
| | SUPERMARKET | | | |
| 09/05/06 | VICTORIA'S SECRETDEWITT     NY | | | |
| | Women's Apparel | | | |
| 09/06/06 | MIKASA     201015LEE        MA | | | |
| | GLASSWARE/CRYSTAL | | | |
| 09/06/06 | AMERICAN EAGLE000208LEE      MA | | | |
| | MEN'S/WOMEN'S CLOTHING | | | |
| 09/06/06 | STAR MARKET 567   CAMBRIDGE   MA | | | |
| | GROCERY/SUPERMARKETS | | | |

REDACTED

**Total of New Activity for JANE HALBRITTER**       New Charges
Payments/Credits

## Other Card Account Transactions

| 09/08/06* | DELINQUENCY CHARGE ON | |
|---|---|---|

**tal of New Activity**                         New Charges
Payments/Credits

 **Business Platinum Card®**  SM

**454,983**
Membership Rewards
Points Available
at 08/31/06, when charges due are paid in
full and all accounts are in good standing.

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

| | Account Number | Closing Date | |
|---|---|---|---|
| | 3727-150517-31001 | 09/24/06 | Page 1 of 8 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | Credit Balance $ |
|---|---|---|---|
| | | | ▮ |

**Payment Not Required**

Please refer to page 2
for important information
regarding your account

---

An existing Credit Balance on your DUE in Full account will be applied to your Flexible Minimum Amount Due. Any remaining Credit Balance can be applied to your Flexible Payment Option Account (Sign & Travel and/or Extended Payment Option) Balance, against future charges or you may request a refund.

---

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-8468.

---

 **OPEN** FOR BUSINESS

### Looking for a Great Restaurant?

Whether it's entertaining clients or celebrating with your staff, your Business Platinum Card® gives you the opportunity to sample some of the world's finest restaurants. From five-star cuisine to chic bistros, every day, participating restaurants in our *Fine Dining* and *Hot Plates*® programs hold a reservation for Business Platinum Card members. Just call Business Platinum Card *Concierge* at **1-800-345-AMEX (2639)** to secure your reservation for an outstanding dining experience. For a complete listing of *Fine Dining* and *Hot Plates* Restaurants, visit **open.americanexpress.com/smallbusinessplatinum**. Terms and conditions apply.

---

## Activity
*Indicates posting date*

Amount $

| 08/25/06* | PHONE PAYMENT RECEIVED-THANK YOU XXXXX55907 NATIONAL BANK AND TRUST COMPANY OF | |
|---|---|---|
| 09/15/06* | Payment Received - Thank You | |

**al of Payment Activity** REDACTED

---

### Due in Full Activity for JANE HALBRITTER
Card XXXX-XXXXX7-31001

Amount $

| 08/24/06* | 5% OPEN SAVINGS AT FEDEX FEDEX #858366322572 $19.74 08/18/06 | |
|---|---|---|
| 08/24/06* | 5% OPEN SAVINGS AT FEDEX FEDEX #858366322583 $22.39 08/18/06 | |
| 08/30/06* | 5% OPEN SAVINGS AT FEDEX FEDEX #859034349233 $34.89 08/25/06 | |

Continued on Page 3

---

**Payment Coupon**

| | Account Number | | |
|---|---|---|---|
| | 3727-150517-31001 | **Payment Not Required** | To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297. |

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

**Total Amount Due**

Please enter account number on all checks and correspondence.

Make check payable to American Express.

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001 100182673000000000 20 ﾊ

---

**uments: Payments** received after 12:00 noon or on weekends or holidays may not be credited until the next business · Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by a, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated ne check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other n or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at : presentment and any representments, by transmitting the amount of the check, routing number, account number and ck serial number to your financial institution. Your checking account may be debited as soon as the same day we eive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your ount for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by mputer, **Pay by Phone** or any other American Express electronic payment service, you will be authorizing American ress to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By mputer, please visit us at www.americanexpress.com. A $5 annual subscription fee to *Fortune  Small Business*  magazine ncluded in your annual fee. If you pay an annual fee but do not wish to receive the magazine, call the number on the ck of the Card. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on r paper statement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest erican Express Travel Service Office or other local American Express office. **Finance Charges: Average Daily ance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance arges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily iodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and ance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each ure, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing iods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate ustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the vious day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the ure for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number tays in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this ement by the next Closing Date, then you will avoid additional **Finance Charges** on features included in this New ance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the y periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations ised by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in ly compounding of Finance Charges.* The minimum **Finance Charge** for any billing period in which Finance Charges imposed is **$0.50.  Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be verted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by licable law,  we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate use for  a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a ernment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the version date or the prior business day, in each instance **increased by 2%.** This conversion rate may differ from rates effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates h establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you d more information about a transaction which appears on your statement, write or call the Customer Service department ndicated on our paper statement, or click on the Customer Service link online. We must hear from you no later than 60 s after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have "iling Inquiry:**  1.  Your name and account number; 2.  The dollar amount of the suspected error;  3. Describe xplain why you believe there is an error. If you need more information, describe the item you are unsure about. .e we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in uestion. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic nsfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. i can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name and account nber;  2.  Provide the dollar amount of the suspected error;  3.  Describe the error or the transfer you are unsure of. I explain as clearly as you can why you believe there is an error or why you need more information. We will investigate r complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your ount for the amount you think is in error, so that you will have use of the money during the time it takes us to nplete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment quired. You may make charges against the credit balance or request a refund. Requests for refunds should be made riting to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer vice link online. **Creditor:** American Express Bank, FSB. **New York residents** may contact the New York Banking partment to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.

---



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
**24 hours/7 days**

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-492-8468

Extended Payment
Option for Business
Customer Service
1-800-403-1288



Correspondence

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

ange of Address
rect on front
ot use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

et Address

, State

Code

a Code and
ne Phone

Code and
Phone
(optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmemb\. offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

Prepared For
JANE HALBRITTER Case 1:07-cv-03848-WHP XXXX-XXXXX-31001 Document 26-4 Closing Date 09/24/06 Filed 01/18/2008 Page 3 of 6 Page 17 of 52
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX-31001

## Due in Full continued

| | | Amount $ |
|---|---|---|
| 09/08/06* | 5% OPEN SAVINGS AT FEDEX | REDACTED |
| | FEDEX #856667887266 $●●●●● 09/01/06 | |
| 09/09/06* | 5% OPEN SAVINGS AT FEDEX | |
| | FEDEX #853245501198 $●●●● 09/05/06 | |
| 09/18/06* | 5% OPEN SAVINGS AT FEDEX | |
| | FEDEX #854005947268 $●●●● 09/14/06 | |
| 09/18/06* | 5% OPEN SAVINGS AT FEDEX | |
| | FEDEX #854005947257 $●●●● 09/14/06 | |
| 09/21/06* | 5% OPEN SAVINGS AT FEDEX | |
| | FEDEX #854005947280 $●●●● 09/15/06 | |

| 08/25/06 | WD 50     NEW YORK     NY | — |
| | FOOD/BEVERAGE | |
| 08/25/06 | FEDEX #858034349233 NAPLES     FL | — |
| | 94294 34135 | |
| | TO: FLOOR CLUB FL | |
| | FROM: JANE HALBRITTER 34108 | |
| | 001 PRIORITY LTR 1LB AWB858034349233 | |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 | |
| | ROC No. 8034349233 | |

| 08/27/06 | NEW YORK PALACE     NEW YORK     NY | — |
| | Arrival Date          Departure Date          No of Nights | |
| | 08/25/06              08/27/06                2 | |
| | 00000000 | |
| 08/28/06 | NEW YORK PALACE     NEW YORK     NY | REDACTED |
| | Arrival Date          Departure Date          No of Nights | |
| | 08/25/06              08/27/06                2 | |
| | 00000000 | |
| 08/28/06 | BEST BUY CO   0545 NEW HARTFORD     NY | |
| | ELECTRONICS/APPLIANCES | |
| | ROC No. 003 08852 | |
| 08/28/06 | CARMELLAS CAFE     NEW HARTFORD     NY | |
| | FOOD/BEVERAGE | |
| | ROC No. 2957 | |
| 08/29/06 | FASTRAC MARKET # 276ROME     NY | |
| | GAS | |

Continued on Page 4

ease detach here

**Travel Insurance Premium Refund/Credit Form**
ease fill out this form to request refunds for travel insurance premiums
curred with the purchase of an airline ticket or a car rental.
you have been charged an insurance premium for one of the reasons
ted to the right, please provide the information requested below.
ease deduct the total premium refund amount from your total
lance due and return this form with your payment.
order to receive a refund, you must fill out this form completely.
ilure to do so may result in a delay in processing or a denial of your
quest.

ease do not fill out this coupon if you cancelled an airline
ket or a car rental reservation and expect credits for these
your American Express account. These premiums will be
tomatically refunded to you- any refunded premiums will
pear as credits on your monthly statement.

**Reasons for Refund/Credit**
· Non-fare airline services charge(s) (e.g. excess baggage,
  itinerary charges, upgrade, or any other non-air transportation charge)
· An uninsured person
· Non-scheduled airline flights (e.g. private jet)
· Cancelled trip with non-refundable airline ticket
· Two or more premium charges for same car rental
· Car rental no show
· Other charges unrelated to actual car rental (e.g. gas)
· Car rental in an excluded country
· A vehicle other than a rental car
· Other reason

Account Number:
3727-150517-31001

| ...or Name | Ticket/Rental Amount | Ticket Number | Month Billed | No. of Premiums | Program | Total Premium Refund Requested |
|---|---|---|---|---|---|---|
| ...rline* | $374.20 | 001643835 | March | 1 | Travel Delay | $9.95 |
| | | | | | | |
| | | | | | | |

e in Full continued                                                                      Amount $

| Date | Description | | |
|---|---|---|---|
| 1/06 | FEDEX #856667887266 ROME     NY<br>02139<br>TO: DINA HAL BRITTER MA<br>FROM: HA 34110<br>001 2DAY LTR 1LB AWB856667887266<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 6667887266 | | |
| 03/06 | RADIO SHACK  001162ROME    NY<br>ELECTRONICS SALES | | |
| 04/06 | HESS 32372    ROME    NY<br>000026336<br>SERVICE STATIONS | | REDACTED |
| 05/06 | THE UPS STORE #5012 EAST SYRACUSE   NY<br>BUSINESS SERVICES<br>ROC No. 000000 | | |
| 05/06 | PASTABILITIES SYRACUSE NY<br>FOOD AND BEVERAGE | | |
| 05/06 | JOEY'S     SYRACUSE    NY<br>FOOD/BEVERAGE<br>FOOD/BEV<br>WAITER | | |
| 05/06 | FEDEX #853245501198 ROME    NY<br>11042<br>TO: · NY<br>FROM: JANE HALBRITER 13440<br>001 PRIORITY LTR 1LB AWB853245501198<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3245501198 | | |

| Date | Description | | | |
|---|---|---|---|---|
| 3/06 | HAMPTON INN    EAST SYRACUSE   NY | | | 1 |
| | Arrival Date<br>09/05/06<br>00000000 | Departure Date<br>09/06/06 | No of Nights<br>1 | |

| Date | Description | | |
|---|---|---|---|
| 06/06 | DAKOTAS BRICKHOUSE GSYRACUSE    NY<br>FOOD/ BEV/RSTR<br>FOOD/BEV<br>TIP | | REDACTE |
| 06/06 | CITGO3515 XTRA MART OLD CHATHAM    NY<br>CITGO<br>GAS/MSC96 392713515030 | | |

Continued on Page 5

REDACTED

AMERICAN
EXPRESS

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Closing Date
09/24/06

Page 5 of 8

---

## Due in Full continued

| | | Amount $ |
|---|---|---|

**09/12/06**   JETBLUE    SALT LAKE   UT
AIRLINE CHARGE

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| BOSTON MA | DULLES ARPT DC | B6 | Q |
| | BOSTON MA | | |

Ticket Number: 99900400973470
Passenger Name: HALBRITTER/JANE    Date of Departure: 09/18
Document Type: PASSENGER TICKET

---

**09/12/06**   AMEX TVL-ONLINE HOTL800-256-9089    TX
ONLINE HOTL

---

**09/12/06**   CONTAINERSTORECHSTNHCHESTNUT HILL    MA
STORAGE &ORG
ROC No. 0075605181

---

**09/12/06**   EXXONMOBIL7504740460SOUTH BO    MA
PAY AT PUMP7504740460

---

**09/14/06\***   TRANSACTION PROCESSED BY AMERICAN EXPRESS
BAGGAGE INSURANCE PREMIUM
TKT NO. 99900400973470

---

**09/14/06\***   TRANSACTION PROCESSED BY AMERICAN EXPRESS
AIRFLIGHT INSURANCE PREMIUM
TKT NO. 99900400973470

---

**09/14/06**   FEDEX #854005947257 ROME    NY
13057
TO: KEVIN FAHEY NY
FROM: JANE HANBRITTER 13440
001 PRIORITY LTR 1LB AWB854005947257
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 4005947257

---

**09/14/06**   FEDEX #854005947268 ROME    NY
13413
TO: DR BRIAN GAFFNEY NY
FROM: JANE HAIBRITTER 13440
001 PRIORITY PKG 3LB AWB854005947268
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 4005947268

---

**09/15/06**   SITE GENIE, LLC    ROCHESTER    MN
WEB PAGE HOSTING

---

**09/15/06**   FEDEX #854005947279 ROME    NY
12203
TO: RECORDS TRANSCRIPT PAGUES NY
FROM: JANE HOLBRITTER 13440
001 FIRST LTR 1LB AWB854005947279
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 4005947279

---

**09/15/06**   FEDEX #854005947280 ROME    NY
13323
TO: LINDA MARTRELL NY
FROM: JANE HAIBRITTER 13440
001 PRIORITY LTR 1LB AWB854005947280
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 4005947280

---

**09/18/06**   HMSHOST-BOS-AIRPT #8East Boston    MA
FOOD/BEV
ROC No. 0000101831

---

**09/19/06**   SMARTE CARTE IADAL WASHINGTON    DC
PARKING LOT/GARAGE
ROC No. 006895

---

Continued on reverse

Account Number

**ue in Full continued**                                                                    Amount $

---

/06    DELTA AIR LINES    ATLANTA    GA
       DELTA AIR LINES
       From:                  To:                      Carrier:       Class:
       WASHINGTON NAT'L D     LAGUARDIA INTL A/P       DL             YS
                              NOT AVAILABLE
       Ticket Number: 00621839311811              Date of Departure: 09/20
       Passenger Name: HALBRITTER/JANE
       Document Type: PASSENGER TICKET

---

/20/06  DELTA AIR LINES    ATLANTA    GA
        DELTA AIR LINES
        From:                 To:                      Carrier:
        LAGUARDIA INTL A/P    BOSTON MA                DL
                              NOT AVAILABLE
        Ticket Number: 00607637316296              Date of Departure: 09/20
        Passenger Name: HALBRITTER/JANE
        Document Type: MISCELLANEOUS TAX(S)/FEE(S)

---

/20/06  DELTA AIR LINES    ATLANTA    GA
        DELTA AIR LINES
        From:                 To:                      Carrier:
        WASHINGTON NAT'L D    LAGUARDIA INTL A/P       DL
                              NOT AVAILABLE
        Ticket Number: 00607639392990              Date of Departure: 09/20
        Passenger Name: HALBRITTER/JANE
        Document Type: MISCELLANEOUS TAX(S)/FEE(S)

---

/20/06  DELTA AIR LINES    ATLANTA    GA
        DELTA AIR LINES
        From:                 To:                      Carrier:       Class:
        LAGUARDIA INTL A/P    BOSTON MA                DL             YS
                              NOT AVAILABLE
        Ticket Number: 00621837234815              Date of Departure: 09/20
        Passenger Name: HALBRITTER/JANE
        Document Type: PASSENGER TICKET

---

/21/06  PALOMAR DC    WASHINGTON    DC
        LODGING/HOTELS, MOTE
        ROC No. 0000000000

---

/21/06  PALOMAR DC    WASHINGTON    DC
        LODGING/HOTELS, MOTE
        ROC No. 0000000000

---

/22/06*  TRANSACTION PROCESSED BY AMERICAN EXPRESS
         BAGGAGE INSURANCE PREMIUM
         TKT NO. 00621839311811

---

/22/06*  TRANSACTION PROCESSED BY AMERICAN EXPRESS
         BAGGAGE INSURANCE PREMIUM
         TKT NO. 00621837234815

---

/22/06*  TRANSACTION PROCESSED BY AMERICAN EXPRESS
         AIRFLIGHT INSURANCE PREMIUM
         TKT NO. 00621837234815

---

/22/06*  TRANSACTION PROCESSED BY AMERICAN EXPRESS
         AIRFLIGHT INSURANCE PREMIUM
         TKT NO. 00621839311811

---

**otal Due in Full Activity**

REDACTED

REDACTED

REDACTED

**Gold Card®**
**Statement of Account**

454,983
**Membership Rewards**
**Points Available**
at 08/31/06, when charges due are paid in full and all accounts are in good standing.

...sed For
JANE HALBRITTER

Account Number
3727-682012-64001

Closing Date
10/08/06

Page 1 of 10

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | **New Balance $** |
|---|---|---|---|

**Please Pay By**
**10/23/06**

Please refer to page 6 for important information regarding your account

For assistance or questions about your account, contact us at  **www.americanexpress.com** or call Customer Service at **1-800-327-2177**.

## Introducing Your Enhanced Card Membership
Starting October 1, we're introducing a new way to earn double points, along with new entertainment and roadside assistance services. To learn more, visit us at **www.americanexpress.com/gold**.

**Activity** * indicates posting date

Amount $

| | |
|---|---|
| 09/22/06* Payment Received - Thank You | |

**Due in Full Activity for JANE HALBRITTER**    Amount $
Card XXXX-XXXXX2-64001



| Date | Description | Location | |
|---|---|---|---|
| 09/13/06 | RUG DECOR OF MIROMARESTERO    FL FLOOR COVERING STORE ROC No  9364 | | |
| 09/14/06 | DREAM ON FUTON    CAMBRIDGE    MA FURNISHINGS/ACCESSORIES | | |
| 10/02/06 | HARVARD CONTINUING E CAMBRIDGE    MA COLLEGES,UNIVS ,PROFESS | | |
| 09/07/06 | THE ASGARD IRISH PUBCAMBRIDGE    MA FOOD/BEVERAGE | | |
| 09/08/06 | STAR MARKET 567    CAMBRIDGE    MA GROCERY/SUPERMARKETS ROC No. 560362 | | |
| 09/08/06 | STAR MARKET 567    CAMBRIDGE    MA GROCERY/SUPERMARKETS ROC No. 508656 | | |

REDACTED

Continued  on  Page 3

✦ Please fold on the perforation below, detach and return with your payment  ✦

**Payment Coupon**    Account Number
3727-682012-64001

**Please Pay By:**
**10/23/06**

Please enter account number on all checks and correspondence.

Make check payable to American Express.

**Total Amount Due**

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL 34108-7795

Check here if address or telephone number has changed. Please note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372768201264001 001116025001116025 07 H

**nents:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the nt address shown on your statement and must include the remittance coupon from your statement. Payments must be ade with a single check or draft drawn on a US bank and payable in US dollars, or a negotiable instrument le in US dollars and clearable through the US banking system, or through an electronic payment method payable in ollars and clearable through the US banking system. Your Account number must be included on all payments. If nt does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we d payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your ent into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be uited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and action without our express prior written approval. **Authorization for Electronic Debit:** We will process checks onically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, int number and check serial number to your financial institution, unless the check is not processable electronically or a ostly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your or asset account. When we process your check electronically, your payment may be debited to your bank or asset int as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset int for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone y other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial int you specify in the amount you request. Payments received after 5:00 p.m MST may not be credited until the next **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits ng Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance ges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB d to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily dic Rate (DPR) to ADB (as described below) for each Feature (including current transactions). Different daily fic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) act any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing d, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the ure.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the g period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay ew Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that ure, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the g period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a n currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is red by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a nment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the sion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates ect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such ablishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is rect, or if you need more information about atransaction on your bill, write us on a separate sheet of paper at the mer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing ll not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe am you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still ated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as quent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the s or services. You have this protection only when the purchase price was more than $50 and the purchase was made in home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the tisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **t Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you ot make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of ix-month period following the date of the first statement indicating the credit balance, issue a check to you for the balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to n a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-528-4800
**24 hours/7 days**

**Lost or Stolen Card**
1-800-992-3404

**Express Cash**
1-800-CASH-NOW

**International Collect**
1-336-393-1111

**Hearing Impaired
(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille
Statements**
1-800-528-4800



**Correspondence**

Customer Service
Operations
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

**nge of Address**
ed on front
use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Address

tate

ode

de

Code and
Phone

Code and
Phone

(optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmember
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences

## ...e in Full continued

| | | | Amount $ |
|---|---|---|---|
| 09/08/06 | BKST-HARVARD-C-S #30 Cambridge    MA<br>Merchandise<br>ROC No. 0057817701 | | |
| 09/08/06 | BORDER CAFE         CAMBRIDGE    MA<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | | |
| 09/09/06 | ECONOMY TRUE VALUE H CAMBRIDGE    MA<br>HARDWARE STORE<br>ROC No. 0000000000 | | |
| 09/09/06 | GAP #2281 GAP #2281 US      MA<br>FAMILY CLOTHING | | |
| 09/10/06 | BEST BUY MHT  0537 CAMBRIDGE    MA<br>ELECTRONICS/APPLIANCES<br>ROC No. 030 01869 | | |
| 09/10/06 | GUESS #60        CAMBRIDGE MA    MA<br>APPAREL/ACCESSORIES | | |
| 09/10/06 | Whole Foods Camb 0203 CAMBRIDGE    MA<br>GROCERY STORE/SUPERMRKT<br>ROC No. 000193714 | | |
| 09/10/06 | BORDERS BOOKS 004399 CAMBRIDGE    MA<br>BOOK STORE | | |
| 09/10/06 | DREAM ON FUTON    CAMBRIDGE    MA<br>FURNISHINGS/ACCESSORIES | | |
| I/06 | AOL HIGH SPEED     888-889-7201    NY<br>INTERNET SVC<br>TWX*AOL HIGH SPEED 0906<br>ROC No. 0074310394 | | |
| 09/11/06 | PREMIUM SERVICES  888-265-9269    NY<br>ONLINE SVCS<br>TWX*AOL PREMIUM SVCE 09<br>ROC No. 0074266286 | | |
| 09/11/06 | STAR MARKET 567    CAMBRIDGE    MA<br>GROCERY/SUPERMARKETS<br>ROC No. 585115 | | |
| 09/12/06 | Whole Foods Rive 0216 RIVER STREET    MA<br>GROCERY STORE/SUPERMRKT<br>ROC No. 000155830 | | |
| 09/13/06 | Whole Foods Camb 0203 CAMBRIDGE    MA<br>GROCERY STORE/SUPERMRKT<br>ROC No. 000197211 | | |
| 09/13/06 | CONTAINERSTORECHSTNH CHESTNUT HILL    MA<br>STORAGE &ORG<br>ROC No. 0076183129 | | |
| 09/13/06 | WILD PAIR 3636001363 CAMBRIDGE    MA<br>SHOE STORE | | |
| 09/14/06 | WALGREENS    000676 CAMBRIDGE    MA<br>DRUG STORE/PHARMACY | | |
| 09/14/06 | STAR MARKET 567    CAMBRIDGE    MA<br>GROCERY/SUPERMARKETS<br>ROC No. 504216 | | |
| ..../14/06 | BOB SLATE      CAMBRIDGE    MA<br>STATIONERY OFF/SCH SUPP<br>FOR CUSTOMER SERVICE CALL 617-8681023 | | |
| 09/14/06 | CRATEANDBARREL 201 CAMBRIDGE    MA<br>N2012006091400200268660 | | |

REDACTED

Continued on reverse

Account Number
XXXX-XXXXX2-64001

ed For
E HALBRITTER
e in Full continued                                                      Amount $



| Date | Description | | |
|---|---|---|---|
| 4/06 | HARVARD BKSTR 902000CAMBRIDGE    MA | | |
| | BOOK STORE | | |
| 5/06 | PAPYRUS #216      CAMBRIDGE    MA | | |
| | GIFT, CARD, NOVELTY | | |
| | ROC No. 0000000000 | | |
| 5/06 | STORE TO DOOR LLC   WOBURN      MA | | |
| | STORAGE RENTAL/SUPPLIES | | |
| | ROC No. 0000000000 | | |
| 5/06 | BKST-HARVARD-C-S #30Cambridge    MA | | |
| | Merchandise | | |
| | ROC No. 0059434701 | | |
| 5/06 | MADURA       BOSTON      MA | | |
| | SEWING/NEEDLEWK/FABRIC | | |
| | ROC No. 000000 | | |
| 5/06 | THAI BASIL      BOSTON      MA | | |
| | RESTAURANT | | |
| | FOOD-BEV | | |
| | WAITER | | |
| 5/06 | HOLLYWOOD NAILS & SKIBOSTON      MA | | |
| | BARBER AND BEAUTY SHOP | | |
| | ROC No. 0000000000 | | |
| 5/06 | FILENES BASEMENT552 BOSTON      MA | | |
| | APPAREL/HOUSEWARE02116 | | |
| 5/06 | H & M #100      BOSTON      MA | | |
| | APPAREL/ACCESSORIES | | |
| | ROC No. 0000000000 | | |
| 5/06 | NEIMAN-MARCUS #20 00BOSTON      MA | | |
| | DEPARTMENT STORE | | |
| | Description            Price | | |
| | HAIR CARE | | |
| | ALES GROUP | | |
| | ALES GROUP | | |
| | ALES GROUP | | |
| 5/06 | BANANA REPUBLIC #813US      MA | | |
| | MEN'S/WOMEN'S CLOTHING | | |
| 7/06 | ECONOMY TRUE VALUE HCAMBRIDGE    MA | | |
| | HARDWARE STORE | | |
| | ROC No. 0000000000 | | |
| 9/06 | HASTINGS BUSINESS SUHUNTSVILLE    AL | | |
| | GENERAL MERCH | | |
| | ROC No. 0000000000 | | |
| 1/06 | STAR MARKET 567    CAMBRIDGE    MA | | |
| | GROCERY/SUPERMARKETS | | |
| | ROC No. 567426 | | |
| 1/06 | HARRINGTON'S NORTH PNAPLES      FL | | |
| | PRESCRIPTION/SUNDR | | |
| 1/06 | HARVARD CONTINUING ECAMBRIDGE    MA | | |
| | COLLEGES,UNIVS ,PROFESS | | |
| 3/06 | AJ WRIGHT 0101    SOMERVILLE 50MA | | |
| | 02143 | | |
| | GENERAL MDSE | | |
| | ROC No. 1010074434 | | |
| 3/06 | TARGET 1441 1441    SOMERVILLE    MA | | |
| | DISCOUNT STORE | | |
| 4/06 | AJ WRIGHT 0101    SOMERVILLE 50MA | | |
| | 02143 | | |
| | GENERAL MDSE | | |
| | ROC No. 1010084082 | | |

REDACTED

REDACTED

Continued on next page

Prepared For
JANE HALB... Case 1:07-cv-03848-WHP Document 26-4 Filed 01/18/2008 Page 5 of 10 Page 25 of 52
Account Number
XXXX-XXXXX2-84001
Closing Date
10/08/06

## ...ue in Full continued

| | | | | Amount $ |
|---|---|---|---|---|
| 09/24/06 | Karen Millen U.S. Boston MA |  |  |  |
|  | UNDEFINED |  |  |  |
|  | WOMEN'S READY-TO-WEAR STORES |  |  |  |
| 09/24/06 | THE ARTFUL HAND BOSTON MA |  |  |  |
|  | GIFT/NOVELTY/SOUVENIR |  |  |  |
|  | ROC No. 0004 |  |  |  |
| 09/24/06 | MONROE SALT WORKS BOSTON MA |  |  |  |
|  | MISCELLANEOUS AND SPECI |  |  |  |
| 09/24/06 | TARGET 1441 1441 SOMERVILLE MA |  |  |  |
|  | DISCOUNT STORE |  |  |  |
| 09/25/06 | MADURA BOSTON MA |  |  |  |
|  | SEWING/NEEDLEWK/FABRIC |  |  |  |
|  | ROC No. 000000 |  |  |  |
| 09/25/06 | STAR MARKET 567 CAMBRIDGE MA |  |  |  |
|  | GROCERY/SUPERMARKETS |  |  |  |
|  | ROC No. 582427 |  |  |  |
| 09/25/06 | BEST BUY MHT 0537 CAMBRIDGE MA |  |  |  |
|  | ELECTRONICS/APPLIANCES |  |  |  |
|  | ROC No. 005 09243 |  |  |  |
| 09/25/06 | H&M #74 CAMBRIDGE MA |  |  |  |
|  | APPAREL/ACCESSORIES |  |  |  |
|  | ROC No. 0000000000 |  |  |  |
| 09/25/06 | THE CHEESECAKE FCTRYCAMBRIDGE MA |  |  |  |
|  | FOOD/BEV |  |  |  |
| 5/06 | Abercrombie and FitcCAMBRIDGE MA |  |  |  |
|  | RETAIL MERCHANDISE |  |  |  |
|  | ROC No. 0203096001 |  |  |  |
| 09/25/06 | OLD NAVY #5921 OLD NUS MA |  |  |  |
|  | FAMILY CLOTHING |  |  |  |
| 09/26/06 | Whole FoodsRive 0216RIVER STREET MA |  |  |  |
|  | GROCERY STORE/SUPERMRKT |  |  |  |
|  | ROC No. 000180807 |  |  |  |
| 09/26/06 | HARVARD CONTINUING ECAMBRIDGE MA |  |  |  |
|  | COLLEGES,UNIVS ,PROFESS |  |  |  |
| 9/29/06 | LAVANDERIA US MA |  |  |  |
|  | LAUNDRY SERVICE |  |  |  |
| 9/29/06 | TARGET T-2059 2059 FORT MYERS FL |  |  |  |
|  | DISCOUNT STORE |  |  |  |
| 9/30/06 | THE HOME DEPOT #6358NAPLES FL |  |  |  |
|  | HOME SUPPLY WAREHOUSE |  |  |  |
| 0/02/06 | PUBLIX STR# 0249 NAPLES FL |  |  |  |
|  | GROCERIES |  |  |  |
|  | ROC No. 249003 |  |  |  |
| 0/03/06 | WALGREEN 041673NAPLES FL |  |  |  |
|  | DRUG STORE/PHARMACY |  |  |  |
| 0/03/06 | MARSHALLS 0796 NAPLES 50FL |  |  |  |
|  | 34108 |  |  |  |
|  | GENERAL MDSE |  |  |  |
|  | ROC No. 7960023960 |  |  |  |
| 0/03/06 | MARSHALLS 0796 NAPLES 50FL |  |  |  |
|  | 34108 |  |  |  |
|  | GENERAL MDSE |  |  |  |
|  | ROC No. 7960037549 |  |  |  |
| 0/03/06 | HARRINGTON'S NORTH PNAPLES FL |  |  |  |
|  | PRESCRIPTION/SUNDRI |  |  |  |

REDACTED

Continued on reverse

ared For
NE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Page 6 of 10

Case 1:07-cv-03848-WHP    Document 26-4    Filed 01/18/2008    Page 26 of 52

## e in Full continued

| | | | | | Amount $ |
|---|---|---|---|---|---|
| )4/06 | PTS          US          MA<br>ELECTRONICS STORE | | | | |
| )5/06 | CR MEDICAL GUIDE.ORG914-378-2332    NY<br>WEB SITE<br>ROC No. 0087619116 | | | | |
| )5/06 | PAD THAI INC. NAPLES FL<br>FOOD AND BEVERAGE | | | | |
| )5/06 | USPS 1162709552    NAPLES          FL<br>USPS VENDING | | | | |
| )5/06 | NUTRENERGY          US          NY<br>CATALOG MERCHANDISE | | | | |
| )6/06 | THE FRESH MARKET  SNAPLES          FL<br>GROCERIES/SUNDRIES<br>ROC No. 4260027003 | | | | |
| )6/06 | BOOKS A MILLION    NAPLES          FL<br>BOOK STORE | | | | |
| )6/06 | LINENS N THINGS #684NAPLES          FL<br>BED/BATH/ACCESSOIRES<br>ROC No. 0000000000 | | | | |

REDACTED

## tal Due in Full Activity

## portant Notice

## ormation on Flexible Payment Features

Please refer to page
for further important
information regarding
your account

may have access to one or more Flexible Payment Features as part of your Card account. The current Annual
centage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

Sign & Travel, the APR is 18.24%, the DPR is 0.0500%

 **Business Platinum Card** 

507,711
**Points Available**
at 09/30/06, when charges due are paid in full and all accounts are in good standing.

| | | | | |
|---|---|---|---|---|
| ed For | | Account Number | Closing Date | |
| E HALBRITTER | | 3727-150517-31001 | 10/23/06 | Page 1 of 8 |
| STONEHEDGE HEALTH | | | | |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ | **Please Pay By** **11/07/06** |
|---|---|---|---|---|
| | | | | Please refer to page 2 for important information regarding your account |

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-8468.

OPEN FOR BUSINESS

## BPT: Your Key Contact to the Travel Benefits of Your Card

Whatever your destination, the experienced travel consultants at Business Platinum Travel (BPT) are prepared to assist you with all of your travel needs, including domestic and international flight reservations, along with complimentary companion tickets through the *International Airline* program and deluxe accommodations at participants in the *Fine Hotels & Resorts* program.

BPT can be reached 24 hours a day, 365 days a year by calling BPT at **1-800-553-9497**.

| Activity * Indicates posting date | Amount $ |
|---|---|
| **Total of Payment Activity** | |

| Due in Full Activity for JANE HALBRITTER | Amount $ |
|---|---|
| Card XXXX-XXXXX7-31001 | |
| 9/29/06* 5% OPEN SAVINGS AT FEDEX FEDEX #854005947290 $13.79 09/25/06 | |
| 9/29/06* 5% OPEN SAVINGS AT FEDEX FEDEX #854005947305 $11.99 09/25/06 | |
| 9/29/06* 5% OPEN SAVINGS AT FEDEX FEDEX #854005947316 $14.79 09/25/06 | |
| 0/03/06* 3% OPEN Savings on JetBlue flights JETBLUE $369.60 09/29/06 | |
| 0/13/06* 3% OPEN Savings on JetBlue flights JETBLUE $239.30 10/11/06 | |
| 0/16/06* 5% OPEN Savings at FedEx FEDEX #854005947463 $25.51 10/12/06 | |

REDACTED

Please fold on the perforation below, detach and return with your payment ↓

Continued on Page 3

**Payment Coupon**

| | Account Number | Please Pay By: |
|---|---|---|
| | 3727-150517-31001 | **11/07/06** |

To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

**Total Amount Due** $

Please enter account number on all checks and correspondence.

Make check payable to American Express.

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001   000213975000213975 20 ◿

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXX-XXXXXX-XXXXX

Case 1:07-cv-03848-WHP   Document 26-4   Filed 01/18/2008   Page 2 of 8   Page 28 of 52

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by phone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any representments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by Computer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com. A $5 annual subscription fee to *Fortune Small Business* magazine is included in your annual fee. If you pay an annual fee but do not wish to receive the magazine, call the number on the back of the Card. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on your paper statement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest American Express Travel Service Office or other local American Express office. **Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charge by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional **Finance Charges** on features included in this New Balance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50. **Transactions Made in Foreign Currencies:** If you incur a charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction which appears on your statement, write or call the Customer Service department as indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have A Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe and explain why you believe there is an error. If you need more information, describe the item you are unsure about. While we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP or Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Card Operations address indicated on your statement. If you think your statement, receipt or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name and account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make charges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer Service link online. **Creditor:** American Express Bank, FSB. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
in NY: 1-800-522-1897

Large Print and Braille Statements
1-800-492-8468

Extended Payment Option/Select and Pay Option Customer Service
1-800-403-1288



Correspondence

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

**Change of Address**
If correct on front do not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

You may email the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.



## Due in Full continued

| | | | Amount $ |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 09/23/06 | BERTUCCI'S #011 CAMBRIDGE MA | | |
| | FOOD/BEVERAGE | | |
| | FOOD-BEV | 43.81 | |
| | WAITER | 8.00 | |

09/25/06  FEDEX #854005947290 ROME  NY
13323
TO: LINDA MACARTNEY NY
FROM: L HALBRETTER 13440
001 EXP SVR LTR 1LB AWB854005947290
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 4005947290

09/25/06  FEDEX #854005947316 ROME  NY
33956
TO: CONNIE DECENBER FL
FROM: L HALBRITTER 13440
001 EXP SVR LTR 1LB AWB854005947316
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 4005947316

09/25/06  FEDEX #854005947305 ROME  NY
13440
TO: GEORGE ROSSI NY
FROM: L HALBRETTER 13440
001 EXP SVR LTR 2LB AWB854005947305
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 4005947305

09/26/06  THE UPS STORE #0681 CAMBRIDGE  MA
BUSINESS SERVICES
ROC No. 000000

REDACTED

/06  JETBLUE  SALT LAKE  UT
AIRLINE CHARGE
From:  To:  Carrier:  Class:
BOSTON MA  J F KENNEDY A/P NY  B6  Y_
FT MYERS FLORIDA
Ticket Number: 9990407126340  Date of Departure: 09/29
Passenger Name: HALBRITTER/JANE
Document Type: PASSENGER TICKET

09/29/06  SW FLORIDA INT'L AIRPORT MYERS  FL
PARKING FEES

Continued on Page 4

Please detach here

**Travel Insurance Premium Refund/Credit Form**
Please fill out this form to request refunds for travel insurance premiums
incurred with the purchase of an airline ticket or a car rental.
If you have been charged an insurance premium for one of the reasons
listed to the right, please provide the information requested below.
Please deduct the total premium refund amount from your total
balance due and return this form with your payment.
In order to receive a refund, you must fill out this form completely.
Failure to do so may result in a delay in processing or a denial of your
request.

Please do not fill out this coupon if you cancelled an airline
ticket or a car rental reservation and expect credits for these
on your American Express account. These premiums will be
automatically refunded to you- any refunded premiums will
appear as credits on your monthly statement.

**Reasons for Refund/Credit**
- Non-fare airline services charge(s) (e.g. excess baggage,
  itinerary charges, upgrade, or any other non-air transportation charge)
- An uninsured person
- Non-scheduled airline flights (e.g. private jet)
- Cancelled trip with non-refundable airline ticket
- Two or more premium charges for same car rental
- Other charges unrelated to actual car rental (e.g. gas)
- Car rental no show
- Car rental in an excluded country
- A vehicle other than a rental car
- Other reason

Account Number:
3727-150517-31001

| for Name | Ticket/Rental Amount | Ticket Number | Month Billed | No. of Premiums | Program | Total Premium Refund Requested |
|---|---|---|---|---|---|---|
| airline* | $374.20 | 001643835 | March | 1 | Travel Delay | $9.95 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Due in Full continued**                                                                                    Amount $

| Date | Description | | | |
|------|------|------|------|------|
| 09/29/05 | HUDSON NEWS 275 LG E BOSTON MA<br>NEWS DEALERS/NEWSSTANDS<br>ROC No. 000035 | | | |
| 10/03/06* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>AIRFLIGHT INSURANCE PREMIUM<br>TKT NO. 99900407126340 | | | |
| 10/03/06* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>BAGGAGE INSURANCE PREMIUM<br>TKT NO. 99900407126340 | | | |
| 10/05/06 | OFFICE DEPOT, INC. NAPLES FL<br>OFFICE PROD. & SUPPLIES<br>WEB.COM SITE BUILDER<br>REFILL,DR,TEL/ADD,3.75X6.75,6H<br>TAPE,MICROCASSETTE 60,3/PK<br>FILE BOX,MOBILE,ORG,LTR,GRAY<br>ROC No. 355018755 | | | |
| 10/06/06 | NAPLES PACKAGING & SNAPLES FL<br>SHIPPING/PACKAGING | | | |
| 10/10/06 | NAPLES PACKAGING & SNAPLES FL<br>SHIPPING/PACKAGING | | | |
| 10/11/06 | JETBLUE SALT LAKE UT<br>AIRLINE CHARGE<br>From:<br>FT MYERS FLORIDA | To:<br>BOSTON MA<br>NOT AVAILABLE | Carrier:<br>B6 | Class.<br>H_ |
|  | Ticket Number: 99900411163240<br>Passenger Name: HALBRITTER/JANE<br>Document Type: PASSENGER TICKET | | Date of Departure: 10/11 | |
| 10/11/06 | UNITED AIRLINES PHOENIX AZ<br>UNITED AIRLINES<br>From:<br>BOSTON MA | To:<br>O'HARE FIELD IL<br>BOSTON MA | Carrier:<br>UA<br>UA | Class:<br>VN<br>UN |
|  | Ticket Number: 01677896393294<br>Passenger Name: HALBRITTER/JANE<br>Document Type: PASSENGER TICKET | | Date of Departure: 10/12 | |
| 10/11/06 | SMARTE CARTE BOSAP BOSTON MA<br>RENTAL EQUIP/SERVICE<br>ROC No. 005123 | | | |

REDACTED

Continued on Page 5

Prepared For
JANE HARBRITTER
STONEHEDGE HEALTH

Account Number
XXXX XXXXX1 31041

Closing Date
10/23/06

Page 5 of 8

Case 1:07-cv-03848-WHP Document 36-4 Filed 01/18/2008 Page 31 of 52

## Due in Full continued

Amount $

/06 COACH USA O`HARE  PARAMUS      NJ
BUS LINES/CHARTER/TOUR
ROC No. 12285004

10/12/06 FEDEX #854005947463 ROME      NY
13502
TO: STRATEGIC INVESTMENT NY
FROM: JANE HARBRITTER 13440
001 PRIORITY LTR 1LB AWB854005947463
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 4005947463

10/13/06* TRANSACTION PROCESSED BY AMERICAN EXPRESS
BAGGAGE INSURANCE PREMIUM
TKT NO. 01677896393294

10/13/06* TRANSACTION PROCESSED BY AMERICAN EXPRESS
BAGGAGE INSURANCE PREMIUM
TKT NO. 99990411163240

10/13/06* TRANSACTION PROCESSED BY AMERICAN EXPRESS
AIRFLIGHT INSURANCE PREMIUM
TKT NO. 99990411163240

10/13/06* TRANSACTION PROCESSED BY AMERICAN EXPRESS
AIRFLIGHT INSURANCE PREMIUM
TKT NO. 01677896393294

10/15/06 HUDSON NEWS-CHICAGO DESPLAINES      IL
NEWS DEALERS/NEWSSTANDS
ROC No. 000023

10/15/06 COMFORT SUITES      ROCKFORD      IL
Arrival Date          Departure Date
10/12/06              10/15/06
00000000

10/15/06 ECONOMY TRUE VALUE HCAMBRIDGE      MA
HARDWARE STORE
ROC No. 0000000000

0/16/06 SITE GENIE, LLC  ROCHESTER      MN
WEB PAGE HOSTING

0/17/06 SCI CARTS-OHARE  CHICAGO      IL
PARKING LOT/GARAGE
ROC No. 000436

0/18/06 MBTA - CENTRAL (RL MUS      MA
6172225999
Description          Price
GENERAL MERCHANDISE

0/20/06 AIR TKT SERVICE FEE ISSUED BY AMEX
HALBRITTER/JANE TKT# 01677896393
29
ROC No. 7789639329

0/20/06 WWW.NEWEGG.COM      800-390-1119      CA
1-800-390-1119
ROC No. 0096441837

0/20/06 HARVEST      US      MA
RESTAURANT
FOOD/BEVERAGE
TIP

REDACTED

## Total Due in Full Activity

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31-001


AMERICAN EXPRESS

Prepared For
Case... 03848-WHP    Document 26-4    Filed 01/18/2008    Page 7 of 8    Page 33 of 52
PANDA-AGRITER
STONEHEDGE HEALTH
Account Number
XXXX-XXXXX-61001

# Open Savings Summary

| | Total Savings to Date For This Account | Savings Since Jan 2006 | Savings This Period Through Oct 22 |
|---|---|---|---|
| $ | | | |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2006 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing | | | | --- -- |
| HERTZ - Car rentals | Ongoing | | | | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | | | |
| JETBLUE  Flight purchases | Ongoing | | | | |
| FEDEX - 10% BONUS SAVINGS ON GROUND UP TO $30 IN SAVINGS PER CARD ACCOUNT | Expired | | | | |
| AMERICAN EXPRESS GIFT CARDS - Gifting solutions | Ongoing | | | | |
| AT&T - Local and long distance small business calling plans | Ongoing | | | | |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| DELTA  Flight purchases | Ongoing | | | | |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | | | | |
| RUBY TUESDAY - Casual dining | Ongoing | | | | |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | | | | |
| ...GATE INNS - Hotels in the U.S. | Ongoing | | | | |
| ..-FLOWERS.COM - Flowers and gifts | Ongoing | | | | |
| **Totals** | | | | | |

REDACTED

## Other Ways To Save!

### Save an Extra 3% on Gift Cards From American Express*

Reward employees and customers with something they really want: A choice.

American Express Gift Cards give the recipient the flexibility to buy almost anything, anywhere. They are excellent tools for bonuses, incentives, prizes, and more. Now, ordering Cards is easier than ever.

Simply log on to **opensavings.com/giftcards** and save an extra 3%.

*Payment must be made with an American Express® Business Card. Savings will be credited to your American Express Business Card billing statement. Terms and conditions apply.

To purchase, or for more information, visit **opensavings.com/ giftcards** and save an extra 3% on your order.

(CE 108031)

### Great New Places to Use Your Business Card

**WIN-TRON Electronics** - A leading wholesale distributor of quality marine electronics brands, including GARMIN/MAGELLAN. Family owned and operated with over 44 years of experience.

**Ceven Corporation** - A leading IT wholesaler distributor in south Florida of computers, hardware, and peripherals. Their inventory includes Intel, LG, Xerox, Sony, Logitech and other leading brands

**Mattos, Inc.** - Employee-owned company that has provided Automotive Paint and innovative support since 1928. Find one of their 17 locations by phone or web.

(CE 108042)

WIN-TRON Electronics: wintronelectronics.com

Ceven Corporation: 305-477-5558 or e-mail sales@ceven.com

Mattos, Inc.: 1-800-MATTOS-0 or mattosprofinishes.com

...fers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be ...sclosing to the merchant that you meet these criteria.

## Save 5% at Fairfield Inn by Marriott®*



Pay with your American Express® Business Card at over 400 participating Fairfield Inn locations and save 5% on your entire bill. For a complete list, visit www.marriott.com/opensavings. In addition to your room charge, you'll also save on all other charges on the bill, which may include telephone, fax and copy service, meetings, and even taxes and other miscellaneous fees. Savings at Fairfield Inn are valid at participating U.S. locations.

*Payment must be made with an American Express Business Card. Maximum annual savings for each Marriott brand is $1,500 per Card account. Participation and offers are subject to change without notice. Terms and conditions apply. For more information, visit open.americanexpress.com/savings.

For reservations, visit www.marriott.com/opensavings or call 1-866-914-OPEN (6736). Then use your Business Card to pay your bill and savings will automatically be credited to your American Express statement.

(CE 108030)

## Save 5% at Wingate Inns®*



Now pay with your American Express® Business Card at any Wingate Inn in the United States and save 5% on your entire bill. For reservations, call 1-800-228-1000 or visit www.wingateinns.com. Then use your Business Card to pay your bill and the savings will automatically be credited to your American Express Statement.

*Valid at all locations within the U.S. Savings do not apply to charges relating to third-party sales transactions (such as pre-paid travel agent, wholesaler, online travel service or similar transactions) not paid directly at, or through, the hotel. Payment must be made with an American Express Business Card. Participation and offers are subject to change without notice. Terms and conditions apply. For more information, visit opensavings.com.

For reservations, visit www.wingateinns.com or call 1-800-228-1000. Then use your Business Card to pay your bill and the savings will automatically be credited to your American Express Statement.

(CE 108033)

## Always Save an Extra 5% at 1-800-FLOWERS.COM*



Thank the people that help your business succeed. Send flowers and gifts from 1-800-FLOWERS.COM® and receive 5% savings on top of all other coupons, codes, or promotional pricing offered by 1-800-FLOWERS.COM®.

Visit opensavings.com/flowers to learn more.

*Payment must be made with an American Express® Business Card. Savings automatically appear on your statement each month. Participation and offer are subject to change without notice. Terms and conditions apply.

To place your order today, visit opensavings.com/flowers or call 1-800-FLOWERS.COM® (356-9377).

(CE 108029)

## Did You Know? You Can Use Your Business Card at -



Allied Insurance specializes in property and liability protection for businesses ranging from auto service to veterinarians.* Allied also provides loss control expertise to help reduce risks that can cost you time and money. To locate a local, independent Allied agent, visit www.alliedinsurance.com.

*All insurance products offered by Allied Insurance and its affiliated companies are subject to availability and underwriting qualifications. Please refer to www.alliedinsurance.com to see if agents and/or products are available for your area.

To locate an agent, visit www.alliedinsurance.com/products/business.

(CE 108044)

## Travel Medical Protection - Travel with Peace of Mind



Travel Medical Protection, offered exclusively to American Express® Business Cardmembers, provides insurance coverage for up to $100,000 for eligible expenses related to evacuations and medical and dental emergencies, while on a Covered Trip traveling anywhere in the world, when more than 150 mile radius from Your Permanent Residence for up to 45* days whether driving, flying on a Scheduled Airline or taking the Amtrak.

Travel Medical Protection is underwritten by AMEX Assurance Company, Administrative Office, De Pere, Wisconsin. Coverage is subject to the terms, conditions, and exclusions of Master Policies: (varies per state) AX0950, AX0916, AX0124 or Policy Form Number TMP-IND and is subject to change with notice. *In most states.

There are some things you can't pack in a suitcase, like adequate insurance. So travel with peace of mind! To learn more about the coverage or how you and your employees can enroll, call 1-800-618-8302 and mention RSVP code UAS.

(CE 108035)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# Gold Card®
## Statement of Account

**American Express**

**507,711**
**Membership Rewards® Points Available**
at 09/30/06, when charges due are paid in full and all accounts are in good standing.

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JANE HALBRITTER | 3727-682012-64001 | 11/08/06 | Page 1 of 10 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
| | | | [REDACTED] |

**Please Pay By 11/23/06**

Please refer to page 5 for important information regarding your account

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-327-2177**.

## Save Time Paying Your Bills with the Card

Enjoy the time-saving convenience of using your Card to pay your bills. You can consolidate your payments and make sure your bills are paid on time. And you're backed by the security of American Express. Contact your providers directly and tell them to charge your monthly bills like cable/satellite to your Card.

**Activity** * indicates posting date                                                                 Amount $

| 10/27/06* | PHONE PAYMENT RECEIVED-THANK YOU | | |
| | XXXXX55907 | | |
| | NBT BANK, NATIONAL ASSOCIATION | | |

**Due in Full Activity for JANE HALBRITTER**                                              Amount $
Card XXXX-XXXXX2-64001

| 10/27/06 | 335SEARS ROEBUCK   NAPLES      FL | |
| | 34108 | |
| | AUDIO / VISUAL | |
| | ROC No. 0000000056 | |

| /06 | 335SEARS ROEBUCK   NAPLES     FL | |
| | 34108 | |
| | PROTECTION AGREEMENTS | |
| | ROC No. 0000000056 | |

| 10/08/06 | TRI AMICI RISTORANTENAPLES      FL | |
| | EATING PLACE RESTAURANT | |
| | FOOD-BEV | |
| | TIP | |

REDACTED

Continued on Page 3

✦ Please fold on the perforation below, detach and return with your payment ✦

**Payment Coupon**

| | Account Number | Please Pay By: |
|---|---|---|
| | 3727-682012-64001 | 11/23/06 |

Please enter account number on all checks and correspondence.

Make check payable to American Express.

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL 34108-7795

**Total Amount Due**

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372768201264001 000690464000690464 07 4

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Page 2 of 10

Case 1:07-cv-03848-WHP    Document 26-4    Filed 01/18/2008    Page 36 of 52

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB Method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily Periodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily periodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning balance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this New Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about any transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number, 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-528-4800
**24 hours/7 days**

Lost or Stolen Card
1-800-992-3404

Express Cash
1-800-CASH-NOW

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-528-4800



Correspondence

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
Operations
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**Change of Address**
If correct on front
do not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email (optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmember
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX2-84001

Closing Date
11/08/06

Page 3 of 10

**in Full continued**                                                                  Amount $



| 0/11/06 | AOL HIGH SPEED     888-889-7201     NY<br>INTERNET SVC<br>TWX*AOL HIGH SPEED 1006<br>ROC No. 0090876856 |
| 0/11/06 | PREMIUM SERVICES   888-265-9269     NY<br>ONLINE SVCS<br>TWX*AOL PREMIUM SVCE 10<br>ROC No. 0090880922 |
| 0/11/06 | A.L.P.C. LIMOUSINE  US            FL<br>TAXICAB & LIMOUSINE |
| 0/16/06 | WHOLEFDS RVR 10113 SCAMBRIDGE      MA<br>GENERAL MERCHANDISE<br>ROC No. 4260216001 |
| 0/16/06 | THOM BROWN S03     CAMBRIDGE       MA<br>APPAREL/ACC<br>ROC No. 0000000000 |
| 0/16/06 | CVS STORE - 1215   CAMBRIDGE       MA<br>HEALTH/BEAUTY-AIDS<br>ROC No. 00010965 |
| 0/18/06 | DSW SHOE WAREHOUSE  BOSTON         MA<br>FOOTWEAR |
| 0/18/06 | MACY'S 31 BOSTON    BOSTON         MA<br>MODERATE PANTS |
| 0/18/06 | MACY'S 31 BOSTON    BOSTON         MA<br>KNIT BOTTOMS<br>Description<br>TREND BOTTOMS<br>ROC No. 3102241170 |
| 0/19/06 | WHOLEFDS RVR 10113 SCAMBRIDGE      MA<br>GENERAL MERCHANDISE<br>ROC No. 4290216001 |
| 0/20/06 | STAR MARKET 567    CAMBRIDGE       MA<br>GROCERY/SUPERMARKETS<br>ROC No. 508057 |
| 0/20/06 | MBTA - CENTRAL (RL MUS            MA<br>6172225999<br>Description          Price<br>GENERAL MERCHANDISE |
| 0/20/06 | BKST-HARVARD-C-S #30 Cambridge     MA<br>Merchandise<br>ROC No. 0014252001 |
| 0/21/06 | URBAN OUTFITTERS 9  BOSTON         MA<br>APPAREL/ACCESSORIES<br>URBAN CLOTHING<br>ROC No. 1910009001 |
| 0/21/06 | URBAN OUTFITTERS 9  BOSTON         MA<br>APPAREL/ACCESSORIES<br>URBAN CLOTHING<br>ROC No. 1910009004 |
| 0/21/06 | SEPHORA #356-PRUDENT BOSTON        MA<br>COSMETIC STORE<br>ROC No. 009530 |
| 1/06 | MBTA - PARK STREET MUS           MA<br>6172225999<br>Description          Price<br>GENERAL MERCHANDISE |

REDACTED

Continued on reverse

Prepared For
JANE HALBRITTER
Due in Full continued

Account Number
XXXX-XXXXX2-64001

Page 4 of 10

Case 1:07-cv-03848-WHP    Document 26-4    Filed 01/18/2008    Page 38 of 52

Amount $

| Date | Description | | Amount |
|------|-------------|---|--------|
| 10/21/06 | MBTA - PARK STREET MUS    MA<br>6172225999<br>Description    Price<br>GENERAL MERCHANDISE | | |
| 10/22/06 | AJ WRIGHT 0101    SOMERVILLE 50MA<br>02143<br>GENERAL MDSE<br>ROC No. 1010103222 | | |
| 10/22/06 | TARGET 1441 1441  SOMERVILLE    MA<br>DISCOUNT STORE | | |
| 10/22/06 | MBTA - CENTRAL (RL MUS    MA<br>6172225999<br>Description    Price<br>GENERAL MERCHANDISE | | |
| 10/23/06 | KODAKGALLERY.COM  EMERYVILLE    CA<br>KODAKGALLERY.COM | | |
| 10/25/06 | THE FRESH MARKET  SNAPLES    FL<br>GROCERIES/SUNDRIES<br>ROC No. 4250027003 | | |
| 10/26/06 | HARRINGTON'S NORTH PNAPLES    FL<br>PRESCRIPTION/SUNDRI | | |
| 10/27/06 | MR TOADS TOY COMPANYNAPLES    FL<br>TOYS/HOBBIES/GAMES | | |
| 10/27/06 | TIME WARNER CABLE  800-8CABLE6    NY<br>CABLE<br>ROC No. 0000286965 | REDACTED | |
| 10/27/06 | TIME WARNER CABLE  800-8CABLE6    NY<br>CABLE<br>ROC No. 0000286964 | | |
| 10/27/06 | GERACI'S PIZZERIA  US    FL<br>RESTAURANT<br>FOOD/BEVERAGE | 25.15 | |
| 10/30/06 | GAP KIDS #7377 GAP KUS    FL<br>CHILDREN'S CLOTHING | | |
| 10/30/06 | Abercrombie and FitcNAPLES    FL<br>RETAIL MERCHANDISE<br>ROC No. 0203092301 | | |
| 10/30/06 | SUNCOAST 2166 COASTLUS    FL<br>MUSIC STORE | | |
| 10/30/06 | MACY'S    NAPLES    FL<br>SWEATERS<br>Description<br>TREND BOTTOMS<br>ROC No. 4508407560 | | |
| 10/30/06 | MACY'S    NAPLES    FL<br>LANCOME | | |
| 10/30/06 | DILLARD DEPT STORES NAPLES    FL<br>DEPARTMENT STORE<br>Description    Price<br>MAC<br>MAC<br>MAC<br>MAC | | |
| 11/02/06 | ANN TAYLOR STR: 1000MCLEAN    VA<br>M WOVENS | | |
| 11/02/06 | DIXIE PLUMBING/AIR  US    FL<br>HEATING/PLUMBING/AC | | |

Continued on next page

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Closing Date
11/08/06

## in Full continued                                              Amount $

| Date | Description |
|------|-------------|
| 11/02/06 | BLOOMINGDALES    TYSONS CORNER   VA<br>TIGHTS |
| 11/03/06 | STAR MARKET 567    CAMBRIDGE        MA<br>GROCERY/SUPERMARKETS<br>ROC No. 561421 |
| 11/04/06 | BARAMI STUDIO #28  BOSTON        MA<br>WOMEN'S READY-TO-WEAR<br>ROC No. 040573 |
| 11/04/06 | JAMES JOSEPH STUDIO BOSTON        MA<br>BARBER AND BEAUTY SHOP<br>ROC No. 016840 |
| 11/06/06 | LOWES        ROME        NY<br>HOME IMPROVEMENT |
| 11/06/06 | LOWES        ROME        NY<br>HOME IMPROVEMENT |
| 11/06/06 | PRICE CHOPPER #206  ROME        NY<br>SUPERMARKET |
| 11/07/06 | THE LIMITEDSYRACUSE        NY<br>WOMANS APPAREL<br>ROC No. 0050004257 |
| 11/07/06 | BROOKSTONE # 119   SYRACUSE        NY<br>GIFT ITEMS |
| 11/07/06 | MACY'S 148 CAROUSEL SYRACUSE        NY<br>OTHER RELATED COLLECTIO<br>Description<br>SWEATERS<br>ROC No. 1480236156 |
| 11/07/06 | NEW YORK & COMSYRACUSE        NY<br>WOMANS APPAREL<br>ROC No. 0030006185 |
| 11/07/06 | BATH & BODY WORKS 39SYRACUSE        NY<br>315-466-6403 |

REDACTED

## Total Due in Full Activity

---

## Important Notice

## Information on Flexible Payment Features
You may have access to one or more Flexible Payment Features as part of your Card account.  The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel, the APR is 18.24%, the DPR is 0.0500%

Please refer to page   2 for further important information regarding your account

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Page 6 of 10

Case 1:07-cv-03848-WHP   Document 26-4   Filed 01/18/2008   Page 40 of 52

 

**Business Platinum Card** OPEN<sub>SM</sub>

522,742
**Membership Rewards®
Points Available**
at 10/31/06, when charges due are paid in
full and all accounts are in good standing.

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| ~NE HALBRITTER<br>)NEHEDGE HEALTH | 3727-150517-31001 | 11/23/06 | Page 1 of 9 |

| Previous Balance $ | Payment Activity $ | New Activity $<br>Inc. Adjustments | **New<br>Balance $** |
|---|---|---|---|
| | | | ███████ |

**Please Pay By
12/08/06**

Please refer to page 2
for important information
regarding your account

---

**See Page 9    For A Notice Of Changes To Your Membership Rewards® Program Account**

---

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at
1-800-492-8468.

---



### How Can a Business Platinum Card *Concierge* Help You?

Our Business Platinum Card *Concierge* staff is available to you day or night as a personal
resource for many aspects of your life. From help with restaurant reservations and special event
planning to gift suggestions and research, Business Platinum Card *Concierge* assistants
are prepared to assist you any way they can. Call Business Platinum Card *Concierge* at
**1-800-345-AMEX**. Outside the U.S., call **617-622-6756**. Terms and conditions apply.

---

## Activity    * Indicates posting date

| | | Amount $ |
|---|---|---|
| 10/27/06* | PHONE PAYMENT RECEIVED-THANK YOU<br>XXXXX55907<br>NBT BANK, NATIONAL ASSOCIATION | |

**Due in Full Activity for JANE HALBRITTER**
Card XXXX-XXXXX7-31001

| | | Amount $ |
|---|---|---|
| 10/26/06* | 3% OPEN Savings on JetBlue flights<br>JETBLUE $████ 10/24/06 | |
| ./8/06* | 5% OPEN Savings at FedEx<br>FEDEX #854005947485 $████ 10/24/06 | |
| 11/03/06* | 5% OPEN Savings at Fairfield Inn by<br>Marriott<br>FAIRFIELD INN 2ST $████ 11/01/06 | |
| 11/12/06* | 5% OPEN Savings at FedEx<br>FEDEX #853245501202 $████ 11/09/06 | |
| 11/17/06* | 5% OPEN Savings at FedEx<br>FEDEX #854005947500 $████ 11/14/06 | |

REDACTED

*Continued on Page 3*

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
3727-150517-31001

**Please Pay By:
12/08/06**

To Pay by Computer, visit
open.americanexpress.
com. To Pay by Phone,
call 1-800-472-9297.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

**Total Amount Due**

Please enter account
number on all checks and
correspondence.

Make check payable to
American Express.

See Finance Charges
section on reverse side for
a description of when
additional Finance
Charges are not assessed
on Features.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001 00055684100055684 20 A

ments: Payments received after 12:00 noon or on weekends or holidays will not be credited until the next business
. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by
ne, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated
he check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other
 or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at
presentment and any representments, by transmitting the amount of the check, routing number, account number and
k serial number to your financial institution. Your checking account may be debited as soon as the same day we
ive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your
unt for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by
puter, Pay by Phone or any other American Express electronic payment service, you will be authorizing American
ess to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By
puter, please visit us at www.americanexpress.com. A $5 annual subscription fee to *Fortune  Small  Business* magazine
cluded in your annual fee. If you pay an annual fee but do not wish to receive the magazine, call the number on the
 of the Card. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on
 paper statement, or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest
rican Express Travel Service Office or other local American Express office. **Finance Charges: Average Daily**
**nce Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance
rges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily
dic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and
nce Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each
ure, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing
ods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate
ance Transfer features) of your Account (including current transactions). *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the
ure for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to
ero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number
ays in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this
ment by the next Closing Date, then you will avoid additional **Finance Charges** on features included in this New
nce. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the
 periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations
ed by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed
ll features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in
 compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges
posed is $0.50. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be
verted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by
icable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate
se for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a
rnment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the
ersion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates
fect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates
 establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you
 more information about a transaction which appears on your statement, write or call the Customer Service department
cated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60
 after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have
Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe
explain why you believe there is an error. If you need more information, describe the item you are unsure about.
 we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in
uestion. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic
sfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP
Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues.
can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt
ransaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent
the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name and account
ber; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of,
explain as clearly as you can why you believe there is an error or why you need more information. We will investigate
 complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your
unt for the amount you think is in error, so that you will have use of the money during the time it takes us to
plete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment
quired. You may make charges against the credit balance or request a refund. Requests for refunds should be made
riting to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer
rice link online. **Creditor:** American Express Bank, FSB **New York residents** may contact the New York Banking
artment to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
**24 hours/7 days**

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
**(9am-5pm EST)**
TTY:  1-800-221-9950
FAX:  1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille
Statements**
1-800-492-8468

**Extended Payment
Option/Select and Pay
Option Customer
Service**
1-800-403-1288



americanexpress.com

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

ange of Address
rect on front
t use

• **To change your address online, visit** www.americanexpress.com/updatecontactinfo
• **For Name or Company Name** changes, please call the Customer Service
  **number on the back of your Card.**
• **If your address or phone number has changed to a FOREIGN ADDRESS OR
  PHONE**, please call Customer Service.
• **Please print clearly in blue or black ink only in the boxes provided.**

t Address

State

Code

Code and
 Phone

Code and
 Phone
 (optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmemb
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Case 1:07-cv-03848-WHP Document 26-4 Filed 01/18/2008 Page 43 of 52

Account Number
XXXX-XXXXX7-31004

Closing Date
11/23/06

Page 3 of 9

## Due in Full continued

Amount $

| | | |
|---|---|---|
| /06* | 5% OPEN Savings at FedEx FEDEX #853245501213 $███ 11/13/06 | |
| 11/17/06* | 5% OPEN Savings at FedEx FEDEX #854005947511 $███ 11/14/06 | |
| 11/19/06* | 5% OPEN Savings at FedEx FEDEX #858366322594 $███ 11/15/06 | |
| 11/19/06* | 5% OPEN Savings at FedEx FEDEX #853245501073 $███ 11/15/06 | |
| 11/19/06* | 5% OPEN Savings at FedEx FEDEX #853245501224 $███ 11/15/06 | |

REDACTED

| 10/24/06 | JETBLUE          SALT LAKE   UT AIRLINE CHARGE From:              To:              Carrier:   Class: BOSTON MA          JF KENNEDY A/P NY   B6        H_ FT MYERS FLORIDA Ticket Number: 99900415611770      Date of Departure: 10/24 Passenger Name: HALBRITTER/JANE Document Type: PASSENGER TICKET |
|---|---|
| 10/24/06 | NAPLES TRANSP & TOURUS        FL TRAVEL AGENCY |
| 10/24/06 | FEDEX #854005947485 ROME    NY 20036 TO: - DC FROM: JALL HALBRITTER 13440 001 PRIORITY LTR 1LB AWB854005947485 FEDEX CUSTOMER SERVICE #1-800-622-1147 ROC No. 4005947485 |
| /06 | WIRELESS CITY    NAPLES    FL MISCELLANEOUS GENERA ROC No. 000000 |
| 10/26/06* | TRANSACTION PROCESSED BY AMERICAN EXPRESS AIRFLIGHT INSURANCE PREMIUM TKT NO. 99900415611770 |
| 10/26/06* | TRANSACTION PROCESSED BY AMERICAN EXPRESS BAGGAGE INSURANCE PREMIUM TKT NO. 99900415611770 |

Continued on Page 4

Please detach here

### Travel Insurance Premium Refund/Credit Form

Please see the back if requesting refunds for TravelAssure, TravelAssure Classic or International Medical Protection. Otherwise, continue below. Please fill out this form to request refunds for travel insurance premiums incurred with the purchase of an airline ticket or a car rental. If you have been charged an insurance premium for one of the reasons listed to the right, please provide the information requested below. Please deduct the total premium refund amount from your total balance due and return this form with your payment. In order to receive a refund, you must fill out this form completely. Failure to do so may result in a delay in processing or a denial of your request.
**Please do not fill out this coupon if you cancelled an airline ticket or a car rental reservation and expect credits for these on your American Express account. These premiums will be automatically refunded to you- any refunded premiums will appear as credits on your monthly statement.**

**Reasons for Refund/Credit**
• Non-fare airline services charge(s) (e.g. excess baggage, itinerary charges, upgrade, or any other non-air transportation charge)
• An uninsured person
• Non-scheduled airline flights (e.g. private jet)
• Two or more premium charges for same car rental
• Car rental no show
• Other charges unrelated to actual car rental(e.g., gas)
• Car rental in an excluded country
• A vehicle other than a rental car
• Cancelled Trip with non-refundable ticket
• Other reason

Account Number:
3727-150517-31001

| or Name | Ticket/Rental Amount | Ticket Number | Month Billed | No. of Premiums | Program | Total Premium Refund Requested |
|---|---|---|---|---|---|---|
| "Airline" | $374.20 | 001643835 | March | 1 | Travel Delay | $9.95 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NE HALBRITTER
ONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 4 of 9

Case 1:07-cv-03848-WHP    Document 26-4    Filed 01/18/2008    Page 44 of 52

e in Full continued                                                                                                          Amount $

| | | | |
|---|---|---|---|
| 26/06 | NAPLES PACKAGING & SNAPLES SHIPPING/PACKAGING | FL | |
| 27/06 | CITGO 7-ELEVEN 25386NAPLES CITGO GAS/MSC92 765072538642 | FL | |
| 30/06 | CHEVRON 0205165   NAPLES R S MACCLUGAGE FUEL/MISCELLANEOUS ROC No. 6558512 | FL | |
| 31/06 | EXXONMOBIL5907666431SARASOTA PAY AT PUMP5907666431 | FL | |
| 31/06 | UNITED VAN LINES   FENTON SERVICE ROC No. 0000000000 | MO | |
| 01/06 | PARKER'S CRISPEN   BRUNSWICK SERVICE STATIONS ROC No. 529154 | GA | |
| 01/06 | TRADE MART #27   US GAS STATION | NC | |
| 01/06 | FAIRFIELD INN 2ST   BRUNSWICK Arrival Date            Departure Date 10/31/06               11/01/06 00000000 | GA | REDACTED |
| 01/06 | ATIKINSON'S CIGAR   LUMBERTON CITGO GAS/MSC96 781536372350 | NC | |
| 02/06 | HOMEWOOD SUITES   CHESTER Arrival Date            Departure Date       No of Nights 11/01/06               11/02/06                1 00000000 | VA | |
| 02/06 | EXXONMOBIL5907920671STURBRID PAY AT PUMP5907920671 | MA | |
| 02/06 | EXXONMOBIL9104716007NEWARK PAY AT PUMP9104716007 | DE | |
| 05/06 | AQUINOS RESTAURANT AUS 3153377440 | NY | |

Continued on Page 5

mium Refunds for TravelAssure and TravelAssure Classic-please consult the table below to determine how to process your refund.

| son for Refund | How to Process Your Premium Refund for TravelAssure or TravelAssure Classic |
|---|---|
| ason other than celled trip | (A) You're entitled to a full premium refund. Please deduct the total premium refund amount from your total balance due and return this form with your payment. Make sure you complete the grid on the front indicating the refunds you're requesting. |
| ancelled my trip | (B) If you don't expect a credit for your airline ticket charge, you're entitled to a partial* premium refund as follows: • For TravelAssure, please deduct $10 from your total balance due for each premium charge you'd like refunded. • For TravelAssure Classic, please deduct $8 from your total balance due for each premium charge you'd like refunded. Make sure you complete the grid on the front of this form indicating the refunds you're requesting, and return it with your payment. (C) If you expect credit for your airline ticket charge, you don't need to fill out this form. You'll automatically receive partial* premium refunds once your ticket has been credited on your American Express account. Refunds will appear as credits on your monthly statement. |
| surance emium was arged for a n-insurable rson | (D) If you don't expect a credit for your airline ticket charge, you're entitled to a full premium refund as follows: • For TravelAssure, deduct $18.95 from your total balance due for each premium charge you'd like refunded. • For TravelAssure Classic, deduct $11.95 from your total balance due for each premium charge you'd like refunded. Make sure you complete the grid on the front of the form indicating the refunds you're requesting, and return it with your payment. Note: you'll automatically receive the remainder of your premium refund once your airline ticket has been credited on your American Express account. The remainder refunds will appear as credits on your monthly statement. (E) If you don't expect a credit for your airline ticket charge, follow the method outlined in section (A) above. |

mium Refunds for International Medical Protection
duct the total premium refund amount you're requesting from the total balance due and return this form with your payment. Please complete the grid on
front indicating the refunds you're requesting. If you expect a credit for your airline ticket charge, don't fill this form out. You'll automatically
eive refunds once your ticket is credited on your American Express account. Refunds will appear as credits on your monthly statement
you have any questions about requesting your refund, please call the number on the back of your American Express Card.
or cancelled trips, refunds aren't given for trip cancellation portion of premium since that coverage already went into effect. You'll receive partial
unds of $10 per TravelAssure and $8 per TravelAssure Classic charge. You can still submit claims to recover nonrefundable trip costs.

Prepared For
JANE HALBRETTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXXX-91005

Closing Date
11/23/06

Page 5 of 9

## Due in Full continued

Amount $

| Date | Description | | |
|---|---|---|---|
| J6/06 | CHRONICLES        ROCKFORD        IL | | |
| | ACCESSORIES | | |
| | ROC No. 425000008 | | |
| 11/06/06 | CITGO3971 WEST ROME ROME        NY | | |
| | CITGO | | |
| | GAS/MSC96 992123971053 | | |
| 11/06/06 | TEDDYS OF ROME        US        NY | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | | |
| | TIP | | |
| 11/07/06 | ERAWAN THAI RESTAURASYRACUSE        NY | | |
| | FOOD/BEVERAGE | | |
| | FOOD-BEV | | |
| | WAITER | | |
| 11/08/06 | APPLEBEES        354004ROME        NY | | |
| | FOOD AND BEVERAGE | | |
| | FOOD | | |
| | TIP | | |
| 11/08/06 | WWW.DOMAIN.COM        360-253-2210        WA | | |
| | DOMAIN NAME REGISTER | | |
| | ROC No. 0007176173 | | |
| 11/09/06 | TEDDYS OF ROME        US        NY | | |
| | RESTAURANT | | |
| | FOOD/BEVERAGE | | |
| | TIP | | |
| 11/09/06 | DOMAIN NAMES/HOSTING(480)624-2500 | | |
| | DOMAIN NAMES/HOSTNG SVC | | |
| 9/06 | FEDEX #853245501202 ROME        NY | | |
| | 10177 | | |
| | TO: EPSTEIN-BECKER NY | | |
| | FROM: JAKE HALBRETTER 13440 | | |
| | 001 PRIORITY LTR 1LB AWB853245501202 | | |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 | | |
| | ROC No. 3245501202 | | |
| 11/10/06 | UNITED VAN LINES        FENTON        MO | | |
| | SERVICE | | |
| | ROC No. 0000000000 | | |
| 11/13/06 | FEDEX #853245501213 ROME        NY | | |
| | 13501 | | |
| | TO: HERB CULLY NY | | |
| | FROM: JANE HALBRETTER 13440 | | |
| | 001 PRIORITY LTR 1LB AWB853245501213 | | |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 | | |
| | ROC No. 3245501213 | | |
| 11/14/06 | STAPLES        ROME        NY | | |
| | OFFICE SUPPLIES | | |
| 11/14/06 | FEDEX #854005947500 ROME        NY | | |
| | 13440 | | |
| | TO: - NY | | |
| | FROM: JARE HALBRITTER 13440 | | |
| | 001 PRIORITY LTR 1LB AWB854005947500 | | |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 | | |
| | ROC No. 4005947500 | | |

REDACTED

Continued on reverse

## e in Full continued

Amount $

| | |
|---|---|
| 4/06 | FEDEX #854005947511 ROME       NY<br>13440<br>TO: - NY<br>FROM: JANE HALBRITTER 13440<br>001 PRIORITY PAK 6LB AWB854005947511<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 4005947511 | |
| 5/06 | LUPINOS BELLA CUCINANEW HARTFORD    NY<br>EATING PLACE RESTAURANT<br>FOOD-BEV<br>TIP | |
| 5/06 | SITE GENIE, LLC    ROCHESTER      MN<br>WEB PAGE HOSTING | |
| 5/06 | FEDEX #858366322594 ROME      NY<br>34109<br>TO: GULF COAST MABRLE FL<br>FROM: JANE HALTRELTER 13440<br>001 PRIORITY LTR 1LB AWB858366322594<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 8366322594 | |
| 5/06 | FEDEX #853245501073 ROME       NY<br>12231<br>TO: SECRETARY OF STATE NY<br>FROM: JANE HALBRITTER 13440<br>001 PRIORITY LTR 1LB AWB853245501073<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3245501073 | REDACTED |
| 5/06 | FEDEX #853245501224 ROME       NY<br>10177<br>TO: - NY<br>FROM: JANE HALBRETLER 13440<br>001 PRIORITY LTR 1LB AWB853245501224<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3245501224 | |
| 6/06 | EXXONMOBIL2609639600ROME         NY<br>PAY AT PUMP2609639600 | |
| 0/06 | DOMAIN NAMES/HOSTING(480)624-2500<br>DOMAIN NAMES/HOSTNG SVC | |
| 0/06 | AT BATTERY CO    877-5282288     CA<br>ELECTRONICS STORE | |
| 1/06 | ERAWAN THAI RESTAURASYRACUSE     NY<br>FOOD/BEVERAGE<br>FOOD-BEV<br>WAITER | |
| 1/06 | UNOCHICAGOGRILL#311 SYRACUSE     NY<br>RESTAURANT CHARGES<br>ROC No. 4985828 | |
| 2/06 | TEDDYS OF ROME     ROME       NY<br>RESTAURANT<br>FOOD/BEVERAGE | |

## tal Due in Full Activity



**OPEN Savings Summary**
Case 8:08-cv-00848-WHP Document 26-4 Filed 01/18/2008 Page 47 of 52
Prepared For
Page 7 of 9
BANNER HEALTH
Account Number
XXXX-XXXXXX-31001
STONEHEDGE HEALTH

| | Total Savings to Date For This Account | Savings Since Jan 2006 | Savings This Period Through Nov 23 |
|---|---|---|---|
| $ | | | |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2006 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing | | | | |
| HERTZ - Car rentals | Ongoing | | | | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | | | |
| JETBLUE  Flight purchases | Ongoing | | | | |
| FEDEX - 10% BONUS SAVINGS ON GROUND UP TO $30 IN SAVINGS PER CARD ACCOUNT | Expired | | | | |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| AMERICAN EXPRESS GIFT CARDS - Gifting solutions | Ongoing | | | | |
| AT&T - Local and long distance small business calling plans | Ongoing | | | | |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| DELTA  Flight purchases | Ongoing | | | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | | | | |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing | | | | |
| RUBY TUESDAY - Casual dining | Ongoing | | | | |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing | | | | |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | | | | |
| WINGATE INNS - Hotels in the U.S. | Ongoing | | | | |
| 1-800-FLOWERS.COM - Flowers and gifts | Ongoing | | | | |

REDACTED

**Totals**

---

**Other Ways To Save!**

# Spend Less Time Paying Your Bills



Spend less time paying your bills and more time connecting with your customers. Your monthly phone bills can be automatically billed to your Card--a convenient and reliable way to save time on the bills you have to pay anyway. Save 5% with Open Savings® Partner, AT&T on eligible business calling plans--when you pay automatically with your American Express® Business Card.

Savings apply only to qualifying AT&T Small Business All-In-One local and long-distance calling plans billed and paid via recurring automatic bill payment with an American Express Business Card. Enroll at **opensavings.com/at&t** or **1-888-215-4458**. Discount will appear on your American Express Business Card statement after signing up. All rights reserved. Participation and offers are subject to change without notice. Terms and conditions apply. For more information, please visit **opensavings.com**.

Visit **open.americanexpress.com/phonebills** to learn more about paying your phone bills with your Card.

(CE 108144)

---

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

ME HALBRITTER
ONEHEDGE HEALTH

Account number
XXXX-XXXXX7-31001

Page 8 of 9

Case 1:07-cv-03848-WHP    Document 26-4    Filed 01/18/2008    Page 48 of 52

## eat New Places To Use Your Business Card


**FOR BUSINESS**

**L. Fishman & Son, Inc.** is a distributor to the floor-covering industry. They have 21 convenient locations in NJ, MD, NC, PA, VA, SC, and GA. Call or visit their website or call for more information.

**Yankee Candle** is a leading designer, manufacturer, retailer and wholesaler of premium scented candles in the U.S. The company offers wholesale luxury gifts for your business.

**Beacon Roofing Supply, Inc.** is a $1.3B growing family of long-established regional suppliers of roofing and exterior building materials. To see a list of their 156 locations, visit their website.

(108142)
**L. Fishman & Son, I**....
lfishman.com or
1-800-556-7899

**Yankee Candle:**
wholesale.yankeecandle.com

**Beacon Roofing Supply:**
beaconroofingsupply.com
or 1-877-645-7663

## d You Know? You Can Use Your Business Card at -

**FOR BUSINESS**

**Voltexx** is a provider of super deals on the best ink, toner and laser supplies. Save up to 70% on your next purchase of ink, toner and ribbons for any printer, fax machine or copier.

**Luxurychair.com** is one of the leading Internet retailers for luxury chairs, offering high-end brand-name office chairs at reduced prices. Use your American Express® Card for your next purchase.

**WorldLimo** is a distinguished, luxury ground-transportation company available in 450 cities throughout the entire domestic United States, as well as Latin America and Western Europe.

(CE 108119)

**Voltexx:** www.voltexx.com or 1-800-211-5554

**Luxurychair.com:**
www.luxurychair.com or
1-877-647-8944

**WorldLimo:**
www.worldlimo.com or
1-866-872-1818

## ve 15% on E-Mail Marketing with Constant Contact®*

Over 60,000 businesses just like yours are using Constant Contact to build profitable relationships with their customers and prospects--and so can you! Sign up today and you'll be sending professional HTML e-mail campaigns in minutes. Save 15% by using your American Express® Business Card.

*Offer only available by making payment with an American Express Business Card. The discounts/savings contained in this offer apply only to those services that are provided by Constant Contact. Third-party services purchased through Constant Contact are excluded. Terms are subject to change without notice. Constant Contact's terms and conditions apply to products/services purchased from Constant Contact. Constant Contact and Do-It-Yourself E-Mail Marketing are registered trademarks of Constant Contact.

Find out more and sign up for a free trial, call
1-866-876-8464 or visit
**opensavings.com/constantcontact**.

(CE 108164)

## ve 20% on Registered Agent Services*

**BizFilings**

Get more value from your corporation or LLC's registered agent. With BizFilings, in addition to reliable and professional service, you also receive free access to the BizComply online compliance management tool. Plus, use your American Express® Business Card and save 20% off the list price of $129/year.

*The 20% OPEN Savings discount applies to all orders placed with BizFilings, except annual report and/or franchise tax filing services. Offer and participation subject to change without notice. Payment must be made with an American Express Business Card.

To purchase, or for more information, visit
**opensavings.com/bizfilings**.

(CE 108163)

## ve 5% Off Your Meal at Ruby Tuesday

**RUBY TUESDAY**
FRESH AMERICAN DINING

Receive a 5% savings when you use your American Express® Business Card at any of Ruby Tuesday's 800 U.S. restaurants. Simply use your American Express Business Card, and the 5% savings will automatically be credited to your American Express Card account. These savings are in addition to any specials offered directly from Ruby Tuesday. And the savings are ongoing, with no enrollment required. Use your Card and save! To find the nearest Ruby Tuesday location, visit **www.rubytuesday.com**.

Payment must be made with an American Express Business Card. Savings reflected on Cardmember statement. Discount applies only at U.S. domestic locations, excluding Hawaii. Discount applies to entire bill, including taxes and gratuities.

Simply use your American Express Business Card at Ruby Tuesday, and receive a 5% discount, automatically reflected in your monthly statement.

(CE 108166)

ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.

## Notice of Changes to Your Agreement

We are making **Important Changes** to the Membership Rewards® program associated with your American Express® Card Account identified on this Notice.

These changes become effective on the dates indicated below, whether or not you receive a statement.   This Notice formally amends your Agreement, and any contrary or conflicting language in that Agreement is replaced fully and completely.

This is an important Notice of changes.   We recommend that you carefully review these changes, share them with any Additional Cardmembers on your Account, and then keep this Notice for future reference.   If you have any questions, please call the telephone number listed on the back of your American Express Card.

**Membership Rewards**

Effective April 15, 2007, your Membership Rewards® program account will be upgraded to a Membership Rewards First$^{SM}$ program account. Accordingly, your Card(s) will be enrolled in the Membership Rewards First program and will no longer be eligible for enrollment in the Membership Rewards program.   Enrollment in the Membership Rewards First program is a complimentary benefit of the Platinum Card®, Ameriprise Platinum Card, Ameriprise Platinum Financial Services Card, Fidelity American Express Platinum Card, Centurion® Card, Business Platinum Card, Business Centurion Card or Corporate Platinum Card account.   The number of points you have accrued in your program account will be unaffected by this change.

# American Express
## Gold Card®
## Statement of Account

**Membership Rewards®**
**522,742**
**Points Available**
at 10/31/06, when charges due are paid in full and all accounts are in good standing.

| ...ed For | Account Number | Closing Date | |
|---|---|---|---|
| ...NE HALBRITTER | 3727-682012-64001 | 12/08/06 | Page 1 of 10 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | **New Balance $** | **Please Pay By 12/23/06** |
|---|---|---|---|---|

Please refer to page 6 for important information regarding your account

For assistance or questions about your account, contact us at **www.americanexpress.com** or call Customer Service at **1-800-327-2177**.

## Earn Double Points on Holiday Retail Purchases

Use your American Express® Card for all your qualifying retail purchases from November 1 - December 31, 2006, and you can earn double Membership Rewards® points. Plus, the many retail benefits that come with your Card allow you to shop with confidence and security. So, shop with your American Express Card during the holidays and reap the rewards of Cardmembership. Enrollment is required.

See the *CustomExtras℠* pages at the end of your statement for additional terms and conditions.

## Activity
*Indicates posting date

| | Amount $ |
|---|---|
| 11/20/06* PHONE PAYMENT RECEIVED-THANK YOU | |
| XXXXX55907 | |
| NBT BANK, NATIONAL ASSOCIATION | |

### Due in Full Activity for JANE HALBRITTER
Card XXXX-XXXXX2-64001

| | | Amount $ |
|---|---|---|
| 11/30/06 NOLAND-BONITA SPRINGBONITA SPRING    FL | | |
| PLUMBING/HEATING | | |
| '06 JOE TAHAN'S FURNITURROME    NY | | |
| HOME FURN | | |
| 11/08/06 MARSHALLS 0251    ROME    50NY | | |
| 13440 | | |
| GENERAL MDSE | | |
| ROC No. 2510019914 | | |
| 11/10/06 PRICE CHOPPER #206  ROME    NY | | |
| SUPERMARKET | | |

REDACTED

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| | Account Number | Please Pay By: |
|---|---|---|
| | 3727-682012-64001 | 12/23/06 |

Please enter account number on all checks and correspondence.

Make check payable to American Express.

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL 34108-7795

**Total Amount Due**

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372768201264001 002420992002420992 07 A

epared For
ANE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Page 2 of 10

Case 1:07-cv-03848-WHP    Document 26-4    Filed 01/18/2008    Page 52 of 52

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. These will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among Features and Charges on your Account in any order and manner determined by us at our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily Periodic rates (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily periodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning balance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-528-4800
24 hours/7 days

Lost or Stolen Card
1-800-992-3404

Express Cash
1-800-CASH-NOW

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-528-4800



americanexpress.com

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

hange of Address
correct on front
not use

• To change your address online, visit www.americanexpress.com/updatecontactinfo
• For Name or Company Name changes, please call the Customer Service
  number on the back of your Card.
• If your address or phone number has changed to a FOREIGN ADDRESS OR
  PHONE, please call Customer Service.
• Please print clearly in blue or black ink only in the boxes provided.

eet Address

y, State

Code

ea Code and
me Phone

ea Code and
ork Phone

nail (optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmember
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.