**AMERICAN EXPRESS**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JANE HALBRITTER | XXXX-XXXXX2-64001 | 12/08/06 | Page 3 of 10 |

## Due in Full continued                                              Amount $

| Date | Description | | |
|---|---|---|---|
| 11/11/06 | AOL HIGH SPEED   888-889-7201   NY<br>INTERNET SVC<br>TWX*AOL HIGH SPEED 1106<br>ROC No. 0008534409 | | |
| 11/11/06 | PREMIUM SERVICES  888-265-9269  NY<br>ONLINE SVCS<br>TWX*AOL PREMIUM SVCE 11<br>ROC No. 0008493684 | | |
| 11/12/06 | PRICE CHOPPER #206 ROME   NY<br>SUPERMARKET | | |
| 11/14/06 | BLOCKBUSTER VIDEO #3ROME   NY<br>VIDEO SALES/RENTALS | | |
| 11/16/06 | SUPERCNTR 2234   ROME   NY<br>GENERAL MERCHANDISE | | |
| 11/17/06 | PRICE CHOPPER #206 ROME   NY<br>SUPERMARKET | | |
| 11/21/06 | THE LIMITEDSYRACUSE   NY<br>WOMANS APPAREL<br>ROC No. 0050005703 | | |
| 11/21/06 | NOLAND-BONITA SPRINGBONITA SPRING  FL<br>PLUMBING/HEATING | | |
| 11/21/06 | EXPRESS  SYRACUSE   NY<br>EXPRESS APPAREL<br>ROC No. 0020008568 | | REDACTED |
| 11/21/06 | MACY'S 148 CAROUSEL SYRACUSE   NY<br>GLASSWARE | | |
| 11/21/06 | MACY'S 148 CAROUSEL SYRACUSE   NY<br>MAC | | |
| 11/21/06 | LORD AND TAYLOR   SYRACUSE   NY<br>APPAREL ACCS<br>ROC No. 0700010391 | | |
| 11/21/06 | LORD AND TAYLOR   SYRACUSE   NY<br>APPAREL ACCS<br>ROC No. 0700840067 | | |
| 11/21/06 | GAP #4107/THE GAP #4SYRACUSE   NY<br>MEN'S/WOMEN'S CLOTHNG | | |
| 11/21/06 | Abercrombie and FitcSYRACUSE   NY<br>RETAIL MERCHANDISE<br>ROC No. 0202050101 | | |
| 11/21/06 | AM EAGLE OTFIT000087SYRACUSE   NY<br>MEN'S/WOMEN'S CLOTHING | | |
| 11/21/06 | BORDERS BKS & MU   SYRACUSE   NY<br>BOOKS/SUPPLIES/GIFTS | | |
| 11/21/06 | BORDERS BKS & MU   SYRACUSE   NY<br>BOOKS/SUPPLIES/GIFTS | | |
| 11/21/06 | CHARLOTTE RUSSE #111SYRACUSE   NY<br>APPAREL ACCESSORIES<br>ROC No. 0000000000 | | |
| 11/22/06 | PRICE CHOPPER #206 ROME   NY<br>SUPERMARKET | | |
| 11/25/06 | TARGET 1492 1492  NEW HARTFORD   NY<br>DISCOUNT STORE | | |

Continued on reverse

pared For  
NE HALBRITTER

Account Number  
XXXX-XXXXX2-64001

Page 4 of 10

ue in Full continued

Amount $

| Date | Description | | |
|---|---|---|---|
| 25/06 | TJMAXX 0865 NEW HARTFORD 50NY 13413 GENERAL MDSE ROC No. 8650022832 | | |
| 25/06 | BEST BUY CO 0545 NEW HARTFORD NY ELECTRONICS/APPLIANCES ROC No. 060 07320 | | |
| 25/06 | BEDBATH&BEYOND#0511 NEW HARTFORD NY DEPARTMENT STORES | | |
| 25/06 | H&M #11 NEW HARTFORD NY APPAREL/ACCESSORIES ROC No. 0000000000 | | |
| 25/06 | PIER 1 IMPORTS000121 NEW HARTFORD NY SPECIALTY RETAIL STORE | | |
| 26/06 | CIC*Triple Advantage877-481-6825 CA CONSUMER CREDIT REPORT ROC No. 0000000000 | | |
| 27/06 | FILENES BASEMENT593 WASHINGTON DC APPAREL/HOUSEWARE20045 | | |
| 27/06 | 5TH AVE BEAUTY & NAIWASHINGTON DC BEAUTY SUPPLY | | |
| 28/06 | NOLAND-BONITA SPRINGBONITA SPRING FL PLUMBING/HEATING | | REDACTED |
| 29/06 | H&M #7 0007 SYRACUSE NY 3154728770 Description APPAREL/ACCESS | | |
| 29/06 | OLSSONS BOOKS NATL AWASHINGTON DC 7034171087 | | |
| 29/06 | FOREVER 21 #92 0000 SYRACUSE NY 8009661355 Description APPAREL ACC | | |
| 29/06 | VICTORIA'S SECRETSYRACUSE NY Women's Apparel ROC No. 0020000762 | | |
| 30/06 | MARSHALLS 0251 ROME 50NY 13440 GENERAL MDSE ROC No. 2510057178 | | |
| 30/06 | LOWES ROME NY HOME IMPROVEMENT | | |
| 30/06 | PRICE CHOPPER #206 ROME NY SUPERMARKET | | |
| 01/06 | TARGET.COM TARGET.COM MN GENERALMERCH TGT*TARGET.COM ROC No. 0023496350 | | |
| 01/06 | TARGET.COM TARGET.COM MN GENERALMERCH TGT*TARGET.COM ROC No. 0023752767 | | |
| 02/06 | MACY'S 148 CAROUSEL SYRACUSE NY SOCIAL SEPARATES | | |
| 02/06 | MACY'S 148 CAROUSEL SYRACUSE NY IMPULSE | | |

Continued on next page

| Prepared For | Account Number | Closing Date | Page 5 of 10 |
|---|---|---|---|
| AMERICAN EXPRESS JANE HALBRITTER | XXXX-XXXXX2-64001 | 12/08/06 | |

**e in Full continued**                                                                 Amount $

| | | | |
|---|---|---|---|
| 12/02/06 | WILLIAMS-SONOMA 0525SYRACUSE  NY<br>HOME FURNISH<br>ROC No. 0022430192 | | |
| 12/03/06 | JOE TAHAN'S FURNITURROME  NY<br>HOME FURN | | |
| 12/04/06 | P & C FOODS #3014 SROME  NY<br>GROCERIES/SUNDRIES<br>ROC No. 4243014006 | | |
| 12/05/06 | BEDBATH&BEYOND#0511 NEW HARTFORD  NY<br>DEPARTMENT STORES | | |
| 12/05/06 | MACY'S 208 UTICA  NEW HARTFORD  NY<br>SOCIAL SEPARATES | | |
| 12/05/06 | MACY'S 208 UTICA  NEW HARTFORD  NY<br>KITCHEN ELECTRICS<br>Description<br>PERSONAL CARE E<br>NEOTRADITIONAL<br>ROC No. 2080169239 | | |
| 12/05/06 | MACY'S 208 UTICA  NEW HARTFORD  NY<br>LANCOME | | |
| 12/05/06 | H&M #11 0011  NEW HARTFORD  NY<br>3157970387<br>Description<br>APPAREL/ACCESS | | REDACTED |
| 12/05/06 | BEST BUY CO  0545 NEW HARTFORD  NY<br>ELECTRONICS/APPLIANCES<br>ROC No. 006 06341 | | |
| 12/06/06 | ITUNES MUSIC STORE CUPERTINO  CA<br>COM*PUTER/SOFTWARE<br>ROC No. 3153363664 | | |
| 12/07/06 | RAYMOUR & FLANIGAN 0YORKVILLE  NY<br>3157684100<br>Description<br>FURNITURE,HOME | | |
| 12/07/06 | TARGET 1492 1492  NEW HARTFORD  NY<br>DISCOUNT STORE | | |
| 12/07/06 | TJMAXX  0865  NEW HARTFORD 50NY<br>13413<br>GENERAL MDSE<br>ROC No. 8650025410 | | |
| 12/07/06 | JOE TAHANS FURNITUREYORKVILLE  NY<br>FURNITURE/HOME STORE | | |
| 12/07/06 | EXPRESS  NEW HARTFORD  NY<br>EXPRESS APPAREL<br>ROC No. 0020005078 | | |
| 12/07/06 | BEDBATH&BEYOND#0511 NEW HARTFORD  NY<br>DEPARTMENT STORES | | |

**Total Due in Full Activity**

Continued on reverse

ANE HALBRITTER

Account Number: XXXX-XXXXX2-64001

Page 6 of 10

## Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel, the APR is 18.24%, the DPR is 0.0500%

Please refer to page 2 for further important information regarding your account



# Monthly Statement and Program News

*r questions about your
mbership Rewards account,
ntact
**1-800-AXP-EARN
(297-3276)**
www.americanexpress.com/rewards

American Express
Membership Rewards
P.O. Box 297813
Ft. Lauderdale, FL 33329-9785

**Statement Period**
**October 1, 2006   - October 31, 2006**
Account activity after this period does not appear on this statement

Prepared for
**JANE HALBRITTER**
Membership Rewards® Account Number
**1M84761600**

**Available Points**
**522,742**

Points are available when charges are paid in full and all your accounts are in good standing.

## Account Summary

| | |
|---|---:|
| Opening points balance | 507,711 |
| New points earned | +15,031 |
| Points transferred or redeemed | 0 |
| Reinstated points and adjustments | 0 |
| New points balance | =522,742 |

## New Points Earned
10/01/06 - 10/31/06

| | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---:|---:|---:|
| Gold XXXX-XXXXX2-64001 | 11,165 | 0 | 11,165 |
| Business Platinum XXXX-XXXXX7-31001 | 3,866 | 0 | 3,866 |
| Totals | 15,031 | 0 | 15,031 |

Membership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred or redeemed cannot be reversed back into the program. Forfeited points can be reinstated for a fee by calling the number provided below. Eligible Card charges are outlined in the Membership Rewards program Terms and Conditions in your Membership Rewards Guide. If you have questions, please visit www.americanexpress.com/rewards or call 1-800-AXP-EARN (297-3276). From overseas, call collect 305-816-2799.

### Relax and Unwind in Luxury with the Preferred Hotel Group!

Synonymous with refined global travel and hospitality, Preferred Hotel Group encompasses a range of styles and experiences from around the world. Whether seeking a city or resort destination, impeccable service, taste and ambience await you. To experience true luxury and sophistication, visit a member of Preferred Hotels & Resorts. Delight in our wellness spas, hone your swing on our world-class golf courses or simply relax. To learn more visit www.preferredhotelgroup.com/amexMRewards.

Terms and conditions of the Membership Rewards® program apply. For more information, visit www.membershiprewards.com. Taxes and fees may apply, visit www.preferredhotelgroup.com/amexMRewards to learn more.

To preview this reward and to redeem points, visit www.membership rewards.com or call 1-800-AXP-EARN (297-3276).

(MR Message 1425)



### Ski, Shop and Relax with American Skiing Company

Like snowflakes, no two ski trips are alike. American Skiing Company resorts always have what you came for--and more. Prime terrain and reliable snow. Slopeside lodging, dining and spas. Make plans for your next ski trip now.

Terms and conditions of the Membership Rewards® program apply. For more information, visit www.membershiprewards.com. Taxes and fees may apply. For more information, visit www.peaks.com.

To preview this reward and to redeem points, visit www.membership rewards.com or call 1-800-AXP-EARN (297-3276).

(MR Message 6028)

Continued on reverse

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

Membership Rewards® Account Number
**1M84761600**



### Stay at a Marriott Vacation Club Villa!



Marriott Vacation Club Villas offer all of the comforts of home in some of the world's most sought after vacation destinations. Spacious villas feature kitchens, living and dining areas, master bedrooms with soaking tub, washer/dryer and more! Choose from 2 destinations with these exclusive Membership Rewards packages. Choose from a 5 or 7-night package with accommodations in a one or two-bedroom villa in sunny Palm Beach, Aruba—or stay 3 nights in a two-bedroom villa in beautiful Palm Desert, CA.

Terms and conditions of the Membership Rewards® program apply. For more information, visit www.membershiprewards.com. Taxes and fees may apply.

To preview this reward and to redeem points, visit www.membership rewards.com or call 1-800-AXP-EARN (297-3276). For more information, visit www.vacationclub.com.

(MR Message 4259)

### Earn Double Points When You Celebrate the Holidays with Spa Finder Gift Certificates



Give the gift of relaxation & pampering from Spa Finder this holiday season, plus earn double Membership Rewards® points. Spa Finder Gift Certificates are redeemable at more than 3,000 day, destination, resort and medical spas worldwide. Visit www.spafinder.com or call 1-888-ALL-SPAS (1-888-255-7727) and earn double points today.

Offer valid through 12/31/06. To earn bonus points, you must be enrolled in the Membership Rewards program at the time of purchase and charge your purchase to an eligible, enrolled American Express® Card. Bonus points will be credited to your Membership Rewards account 6-8 weeks after charges appear on your billing statement. Bonus ID: 0250.

Celebrate the holidays! Earn double points on Spa Finder products and Gift Certificates redeemable at more than 3,000 spas worldwide. Visit www.spafinder.com or call 1-888-ALL-SPAS (1-888-255-7727) today. (MR Bonus ID 0250)

### Earn Double Points This Holiday Season Every Time You Spend $150 or More at Loehmann's!

**LOEHMANN'S**

Shop for everyone on your list at Loehmann's, and earn a gift for you too—double points! Loehmann's is a place to find a variety of top designer names at bargain prices. Now you can earn double Membership Rewards® points every time you spend $150 or more from November 28, 2006 - January 1, 2007 at Loehmann's.

Offer valid for purchases made 11/28/06 - 1/1/07 in store only and not valid on gift cards or previous purchases. To be eligible to earn bonus points, you must be enrolled in the Membership Rewards program ("Program") at the time of purchase and you must charge your purchase of $150 or more on an eligible, enrolled American Express® Card. Bonus points will be credited to your Program account within 6-8 weeks after charges appear on your billing statement. Bonus ID: 4966.

Visit www.loehmanns.com to find a Loehmann's store nearest you.

(MR Bonus ID 4966)

### Reward Yourself with the Harman Kardon® Universal Activity Based Remote – 30,000 Points

**harman/kardon**

Simplify your home theater with this universal activity-based remote. Features a Web-based setup where all your electronic equipment is programmed into the remote by filling out simple online forms. It also enables you to choose an activity icon from the color LCD screen. Redeem for this or other great home theater goods only from the American Express Membership Rewards® program. (Reward code: RY2766. Points: 30,000).

Terms and conditions of the Membership Rewards program apply.

To redeem, visit www.membership rewards.com/Harmon KardonRemote or call 1-800-AXP-EARN (297-3276) by January 15, 2007.

(MR Message 4294)

ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.




535,185
Membership Rewards®
Points Available
at 11/30/06, when charges due are paid in full and all accounts are in good standing.

**Business Platform Card®**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JANE HALBRITTER<br>STONEHEDGE HEALTH | 3727-150517-31001 | 12/24/06 | Page 1 of 8 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|

Please Pay By
01/08/07

Please refer to page 2 for important information regarding your account

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-8468.



**Why Wait in Line to Rent a Car?**
Bypass lines and paperwork and go right to your car. As a Business Platinum Card® member, you can receive exceptional car rental benefits and service. We have reserved a membership for you in the premium car rental programs including Emerald Club from National Car Rental®, Avis Preferred® Select, Hertz #1 Club Gold®. All you have to do is enroll! Sign up online at open.com/businessplatinum/carrental or call Business Platinum Travel at 1-800-553-9497. Terms and conditions apply.

Activity  *Indicates posting date                                                                                       Amount $

12/05/06   PHONE PAYMENT RECEIVED THANK YOU
           XXXXX55907
           NBT BANK, NATIONAL ASSOCIATION

                                                                                                                        Amount $
Due in Full Activity for JANE HALBRITTER
Card XXXX-XXXXX7-31001

11/25/06   5% OPEN Savings at FedEx
           FEDEX #853245501165 $[REDACTED] 11/21/06
12/10/06   5% OPEN Savings at FedEx
           FEDEX #853245501051 $[REDACTED] 11/06/06
    /06    5% OPEN Savings at FedEx
           FEDEX #853245501110 $[REDACTED] 07/31/06
12/23/06   5% OPEN Savings at FedEx
           FEDEX #853245501154 $[REDACTED] 12/19/06

Continued on Page 3

---

Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon:**

| Account Number | Please Pay By: | To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297. |
|---|---|---|
| 3727-150517-31001 | 01/08/07 | |

Total Amount Due

Please enter account number on all checks and correspondence.

Make check payable to American Express.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Mail Payment to:
AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001  00039366300039366 20 4

```
:pared For                    Account Number                      Page 2 of 8
ANE HALBRITTER                XXXX-XXXXX7-31001
TONEHEDGE HEALTH
```

ayments: Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business
ly. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by
one, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated
the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other
rm or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at
st presentment and any representments, by transmitting the amount of the check, routing number, account number and
eck serial number to your financial institution. Your checking account may be debited as soon as the same day we
ceive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your
ccount for the amount of the check. Authorization for Electronic Payments: By using the American Express Pay by
omputer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American
press to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By
omputer, please visit us at www.americanexpress.com. A $5 annual subscription fee to *Fortune Small Business* magazine
included in your annual fee. If you pay an annual fee but do not wish to receive the magazine, call the number on the
ick of the Card. Lost or Stolen Card: If the Card is lost or stolen, telephone us immediately at the number indicated on
ur paper statement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest
nerican Express Travel Service Office or other local American Express office. Finance Charges: Average Daily
alance Method for Calculation of Finance Charges: We use the Average Daily Balance method to calculate Finance
harges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily
eriodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and
alance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each
ature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing
riods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate
justments. *For each day after the first day of the billing period, we also add an amount of interest equal to the
evious day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the
ature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to
zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number
days in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this
atement by the next Closing Date, then you will avoid additional Finance Charges on features included in this New
alance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the
uly periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations
used by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed
n all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in
lily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges
e imposed is $0.50. Transactions Made in Foreign Currencies: If you incur a Charge in a foreign currency, it will be
inverted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by
plicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate
e use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a
overnment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the
inversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates
effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates
ich establishments use. In Case of Errors or Questions About Your Bill: If you think your bill is wrong, or if you
ed more information about a transaction which appears on your statement, write or call the Customer Service department
indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60
ys after we sent you the first bill on which the error or problem appeared. What We Need From You When You Have
Billing Inquiry: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe
d explain why you believe there is an error. If you need more information, describe the item you are unsure about.
hile we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not
question. Please retain any receipts pertinent to your claim. In Case of Errors or Questions About Your Electronic
ansfers: Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP
r Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues.
u can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt
transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent
u the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name and account
mber; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of,
d explain as clearly as you can why you believe there is an error or why you need more information. We will investigate
ur complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your
count for the amount you think is in error, so that you will have use of the money during the time it takes us to
mplete our investigation. Credit Balance: If a credit balance (designated "CR") is shown on this statement, no payment
required. You may make charges against the credit balance or request a refund. Requests for refunds should be made
writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer
rvice link online. Creditor: American Express Bank, FSB. New York residents may contact the New York Banking
partment to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-492-8468

Extended Payment
Option/Select and Pay
Option Customer
Service
1-800-403-1286



americanexpress.com

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

hange of Address    • To change your address online, visit www.americanexpress.com/updatecontactinfo
orrect on front     • For Name or Company Name changes, please call the Customer Service
not use               number on the back of your Card.
                    • If your address or phone number has changed to a FOREIGN ADDRESS OR
                      PHONE, please call Customer Service.
                    • Please print clearly in blue or black ink only in the boxes provided.

eet Address    [                                                    ]

y, State       [                                                    ]

Code           [                                                    ]

ia Code and
me Phone       [                                                    ]
sa Code and
rk Phone       [                                                    ]              Please provide your
                                                                                   e-mail address to
ail (optional) [                                                    ]              receive important
                                                                                   account updates an
                                                                                   exclusive Cardmer
                                                                                   offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

| | | | | |
|---|---|---|---|---|
| AMERICAN EXPRESS | Prepared For<br>JANE HALBRITTER<br>STONEHEDGE HEALTH | Account Number<br>XXXX-XXXXX7-31001 | Closing Date<br>12/24/06 | Page 3 of 8 |

Amount $

**Due in Full continued**

| 07/31/06 | FEDEX #853245501110 ROME     NY |
|---|---|
| | NO REFERENCE INFO 34108 |
| | TO: - FL |
| | FROM: JANE HALBRITTER 13440 |
| | 003 EXP SVR PKG 87LB AWB853245501110 |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 |
| | ROC No. 3245501110 |

| 11/08/06 | FEDEX #853245501051 ROME     NY |
|---|---|
| | NO REFERENCE INFO 34135 |
| | TO: NOLAN COMPANY FL |
| | FROM: JACE HALBRETTER 13440 |
| | 001 PRIORITY LTR 1LB AWB853245501051 |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 |
| | ROC No. 3245501051 |

| 11/21/06 | FEDEX #853245501165 ROME     NY |
|---|---|
| | 53520 |
| | TO: - WI |
| | FROM: JANE HALBRETTER 13440 |
| | 001 PRIORITY PAK 3LB AWB853245501165 |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 |
| | ROC No. 3245501165 |

| 11/25/06 | STAPLES     NEW HARTFORD   NY |
|---|---|
| | OFFICE SUPPLIES |

| 11/25/06 | CITGO3971 KIRKLAND NCLINTON     NY |
|---|---|
| | CITGO |
| | GAS/MSC96 380923971034 |

| 11/26/06 | US AIRWAYS     PHONE SALE   NC |
|---|---|
| | US AIRWAYS |
| | From:     To:     Carrier:   Class: |
| | SYRACUSE NY   WASHINGTON NAT'L D   US   Y6 |
| |    NOT AVAILABLE |
| | Ticket Number: 03721647533472   Date of Departure: 11/27 |
| | Passenger Name: HALBRITTER/JANE |
| | Document Type: PASSENGER TICKET |

REDACTED

Continued on Page 4

Please detach here

**Travel Insurance Premium Refund/Credit Form**
Please see the back if requesting refunds for TravelAssure, TravelAssure Classic or InternationalMedicalProtection. Otherwise, continue below. Please fill out this form to request refunds for travel insurance premiums incurred with the purchase of an airline ticket or a car rental. If you have been charged an insurance premium for one of the reasons listed to the right, please provide the information requested below. Please deduct the total premium refund amount from your total balance due and return this form with your payment. In order to receive a refund, you must fill out this form completely. Failure to do so may result in a delay in processing or a denial of your request.
Please do not fill out this coupon if you cancelled an airline ticket or a car rental reservation and expect credits for these on your American Express account. These premiums will be automatically refunded to you- any refunded premiums will appear as credits on your monthly statement.

**Reasons for Refund/Credit**
- Non-fare airline services charge(s) (e.g. excess baggage, itinerary charges, upgrade, or any other non-air transportation charge)
- An uninsured person
- Non-scheduled airline flights (e.g. private jet)
- Two or more premium charges for same car rental
- Car rental no show
- Other charges unrelated to actual car rental(e.g., gas)
- Car rental in an excluded country
- A vehicle other than a rental car
- Cancelled Trip with non-refundable ticket
- Other reason

Account Number:
3727-150517-31001

| Vendor Name | Ticket/Rental Amount | Ticket Number | Month Billed | No. of Premiums | Program | Total Premium Refund Requested |
|---|---|---|---|---|---|---|
| "Airline" | $374.20 | 001643835 | March | 1 | Travel Delay | $9.95 |
| | | | | | | |
| | | | | | | |

| Prepared For | Account Number | Page 4 of 8 |
|---|---|---|
| ANE HALBRITTER<br>TONEHEDGE HEALTH | XXXX-XXXXX7-31001 | |

### Due In Full continued

Amount $

| Date | Description | Amount |
|---|---|---|
| 1/26/06 | US AIRWAYS        PHONE SALE  NC<br>US AIRWAYS<br>Routing Details Not Available<br>Ticket Number: 03706170477601<br>Passenger Name: HALBRITTER/JANE<br>Document Type: MISC. CHARGE ORDER (MCO)/PREPAID TICKET AUTH. | |
| 1/28/06* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>AIRFLIGHT INSURANCE PREMIUM<br>TKT NO. 03721647533472 | |
| 1/28/06* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>BAGGAGE INSURANCE PREMIUM<br>TKT NO. 03721647533472 | |
| 1/29/06 | US AIRWAYS        PHOENIX      AZ<br>US AIRWAYS<br>From: WASHINGTON NAT'L D    To: SYRACUSE NY    Carrier: US    Class: LA<br>NOT AVAILABLE<br>Ticket Number: 03778003455026    Date of Departure: 11/29<br>Passenger Name: HALBRITTER/JANE<br>Document Type: PASSENGER TICKET | |
| 1/29/06 | WILLARD INTERCONTINE 202-6289100    DC<br>00000000<br>LODGING | REDACTED |
| 1/30/06 | APPLEBEES     354004ROME      NY<br>FOOD AND BEVERAGE<br>FOOD         53.10<br>TIP          10.00 | |
| 2/01/06* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>AIRFLIGHT INSURANCE PREMIUM<br>TKT NO. 03778003455026 | |
| 2/01/06* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>BAGGAGE INSURANCE PREMIUM<br>TKT NO. 03778003455026 | |
| 2/02/06 | SAVON GAS #39     VERONA      NY<br>000004883<br>SERVICE STATIONS | |

Continued on Page 5

Premium Refunds for TravelAssure and TravelAssure Classic-please consult the table below to determine how to process your refund.

| Reason for Refund | How to Process Your Premium Refund for TravelAssure or TravelAssure Classic |
|---|---|
| Reason other than cancelled trip | (A) You're entitled to a full premium refund. Please deduct the total premium refund amount from your total balance due and return this form with your payment. Make sure you complete the grid on the front indicating the refunds you're requesting. |
| Cancelled my trip | (B) If you don't expect a credit for your airline ticket charge, you're entitled to a partial* premium refund as follows:<br>• For TravelAssure, please deduct $10 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, please deduct $8 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of this form indicating the refunds you're requesting, and return it with your payment.<br>(C) If you expect credit for your airline ticket charge, you don't need to fill out this form. You'll automatically receive partial* premium refunds once your ticket has been credited on your American Express account. Refunds will appear as credits on your monthly statement. |
| Insurance premium was charged for a non-insurable person | (D) If you don't expect credit for your airline ticket charge, you're entitled to a full premium refund as follows:<br>• For TravelAssure, deduct $18.95 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, deduct $11.95 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of the form indicating the refunds you're requesting, and return it with your payment.<br>Note: you'll automatically receive the remainder of your premium refund once your airline ticket has been credited on your American Express account. The remainder refunds will appear as credits on your monthly statement.<br>(E) If you don't expect a credit for your airline ticket charge, follow the method outlined in section (A) above. |

Premium Refunds for International Medical Protection
Deduct the total premium refund amount you're requesting from the total balance due and return this form with your payment. Please complete the grid on the front indicating the refunds you're requesting. If you expect a credit for your airline ticket charge, don't fill this form out. You'll automatically receive refunds once your ticket is credited on your American Express account. Refunds will appear as credits on your monthly statement. If you have any questions about requesting your refund, please call the number on the back of your American Express Card. For cancelled trips, refunds aren't given for trip cancellation portion of premium since that coverage already went into effect. You'll receive partial refunds of $10 per TravelAssure and $8 per TravelAssure Classic charge. You can still submit claims to recover nonrefundable trip costs.

| | | Account Number | Closing Date | Page 5 of 8 |
|---|---|---|---|---|
| AMERICAN EXPRESS | Prepared For<br>JANE HALBRITTER<br>STONEHEDGE HEALTH | XXXX-XXXXX7-31001 | 12/24/06 | |

**ue in Full continued**

Amount $

| Date | Description | | |
|---|---|---|---|
| /6 | ORIGINAL GRIMALDI'S UTICA    NY<br>RESTAURANT<br>FOOD<br>TIP | | Kids |
| 2/05/06 | BREMER'S WINE & LIQU NEW HARTFORD    NY<br>LIQUOR STORE | | |
| 2/08/06 | AIR TKT SERVICE FEE ISSUED BY AMEX<br>HALBRITTER/JANE TKT# 03778003455<br>02<br>ROC No. 7800345502 | | |
| 2/11/06 | AMAZON.COM    AMZN.COM/BILL    WA<br>98101<br>AMAZON.COM<br>MERCHANDISE<br>ROC No. 0029604912 | | |
| 2/11/06 | AMAZON.COM    AMZN.COM/BILL    WA<br>98101<br>AMAZON.COM<br>MERCHANDISE<br>ROC No. 0030057413 | | REDACTED |
| 2/12/06 | HP HOME STORE    888-999-4747    CA<br>8889994747 | | |
| 2/13/06 | ORIGINAL GRIMALDI'S UTICA    NY<br>RESTAURANT<br>FOOD<br>TIP | | Kids |
| 2/13/06 | D J*WALL STREET JOUR 800-568-7625    MA<br>4135927761 | | |
| 2/14/06 | BMW ASSIST    888-333-6118    TX<br>BMW ASSIST<br>BMW ASSIST *SERVICES<br>ROC No. 0032147835 | | |
| 2/15/06 | EXXONMOBIL7504728069NATICK    MA<br>PAY AT PUMP7504728069 | | |
| 2/15/06 | HESS 32372    ROME    NY<br>000000808<br>SERVICE STATIONS | | |
| 2/15/06 | SAVON GAS #39    VERONA    NY<br>000015091<br>SERVICE STATIONS | | |
| 2/15/06 | SITE GENIE, LLC    ROCHESTER    MN<br>WEB PAGE HOSTING | | |
| 2/16/06 | MBTA - CENTRAL (RL M BOSTON    MA<br>6172225999<br>Description    Price<br>GENERAL MERCHANDISE | | |
| 2/16/06 | FIRE + ICE BOS. 8000 BOSTON    MA<br>6174823473<br>FOOD/BEVERAGE<br>TIP | | Kids |
| 2/18/06 | GRENDEL'S DEN CAMBRIDGE MA<br>FOOD AND BEVERAGE | | Kids |

Continued on reverse

| Prepared For | Account Number | Page 6 of 8 |
|---|---|---|
| ANE HALBRITTER<br>TONEHEDGE HEALTH | XXXX-XXXXX7-31001 | |

## Due in Full continued

Amount $

| | | |
|---|---|---|
| 2/19/06 | FEDEX #853245501154 ROME           NY<br>33912<br>TO: ONE JAR ONE & 11 FL<br>FROM: JANET HAIBOTTER 13440<br>001 PRIORITY LTR 1LB AWB853245501154<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3245501154 | |
| 2/20/06 | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>Goods/Services | REDACTED |
| 2/20/06 | FEDEX #859293973441 ROME           NY<br>13440<br>TO: JANE HALBRITTER NY<br>FROM: HARRINGTON & PHARMACY 34110<br>001 STANDARD LTR 1LB AWB859293973441<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9293973441 | |

**Total Due In Full Activity**



## OPEN Savings Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 7 of 8

| | Total Savings to Date For This Account | Savings Since Jan 2006 | Savings This Period Through Dec 24 |
|---|---|---|---|
| $ | | | REDACTED |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2006 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing | | | | |
| HERTZ - Car rentals | Ongoing | | | | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | | | |
| JETBLUE Flight purchases | Ongoing | | | | |
| FEDEX - 10% BONUS SAVINGS ON GROUND UP TO $30 IN SAVINGS PER CARD ACCOUNT | Expired | | | | |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| AMERICAN EXPRESS GIFT CARDS - Gifting solutions | Ongoing | | | | |
| AT&T - Local and long distance small business calling plans | Ongoing | | | | |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| DELTA Flight purchases | Ongoing | | | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | | | | |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing | | | | |
| RUBY TUESDAY - Casual dining | Ongoing | | | | |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing | | | | |
| HIGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | | | | |
| WINGATE INNS - Hotels in the U.S. | Ongoing | | | | |
| 1-800-FLOWERS.COM - Flowers and gifts | Ongoing | | | | |
| Totals | | | | $ | |

---

Other Ways To Save!
### Great New Places to Use Your Business Card



Sunstar Butler is a designer, manufacturer, and seller of oral care products used in the prevention of tooth decay and periodontal disease. Use your American Express® Business Card to purchase dental supplies.
Delaware Brick is located in Delaware and Maryland and sells brick, stone, pavers and related building materials. Build with brick.
Carolina Plumbing Supply is a leading supplier of residential and commercial plumbing products. Use your American Express® Business Card online or in their decorating showroom, Carolina Decorative Plumbing.

(CE 108244)

Sunstar Butler:
www.sunstarbutler.com or call 1-800-528-8537
Delaware Brick:
Call 1-302-994-0948
Carolina Plumbing:
www.carolinaplumbing supply.com or call 1-888-876-1424

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

pared For  
ANE HALBRITTER  
TONEHEDGE HEALTH

Account Number  
XXXX-XXXXX7-31001

Page 8 of 8

## id You Know? You Can Use Your Business Card at -

(CE 108253)

**New Horizons Computer Learning Centers** is a provider of training that can transform your business and give it a competitive edge.

New Horizons:  
www.newhorizons.com or call 1-800-725-3276

**Mobile Storage Group** provides secure on-site storage containers, trailers and portable offices. Rent or buy. They deliver nationwide.

Mobile Storage Group:  
www.mobilestorage.com or call 1-800-662-8810

**Atacom.com** is a one-stop solution for your computer needs. Knowledgeable staff and friendly service can make your business purchase a joyful experience.

Atacom:  
www.atacom.com

## ore Ways to Save on Your Business Car Rentals!



**Save 5% Off Your Total Car Rental Charge At Hertz® Each Time You Rent:** Just use your Business Card and receive 5% off your Hertz car rental, (a $50 value) including taxes and surcharges.* The savings automatically appear on your monthly billing statement. Plus, get additional savings when you enroll online in the Hertz Business Account Program. You will receive up to 20% off Hertz business travel rates, earn free rental day certificates and are eligible for fee-waived membership in Hertz #1 Club Gold® (a $50 value).

*Payment must be made with an American Express® Business Card. Valid only at Hertz corporate-owned U.S. locations. Participation and offer are subject to change without notice. Terms and conditions apply.

Enroll now online at: http://offers.hertz.com/enrollag and you will automatically receive 10 rental credits and double credit on each rental day for the first 90 days after you enroll.

(CE 108270)

## avel Medical Protection - Travel with Peace of Mind

**Travel Medical Protection,** offered exclusively to American Express® Business Cardmembers, provides insurance coverage for up to $100,000 for eligible expenses related to evacuations, and medical and dental emergencies, while on a Covered Trip traveling anywhere in the world, when more than 150 mile radius from Your Permanent Residence, for up to 45* days whether driving, flying on a Scheduled Airline or taking the Amtrak.

Travel Medical Protection is underwritten by AMEX Assurance Company, Administrative Office, De Pere, Wisconsin. Coverage is subject to the terms, conditions, and exclusions of Master Policies (varies per state) AX0950, AX0916, AX0124 or Policy Form Number TMP-IND and is subject to change with notice. *In most states.

There are some things you can't pack in a suitcase, like adequate insurance. So, travel with peace of mind! To learn more about the coverage or how You and Your employees can enroll, 1-800-618-8302 and mention RSVP code XJT.

(CE 108241)

ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.