**Business Platinum Card®**  SM

**563,317 Membership Rewards® Points Available**
at 12/31/06, when charges due are paid in full and all accounts are in good standing.

Prepared For
JANE HALBRITTER
ONEHEDGE HEALTH

Account Number: 3727-150517-31001
Closing Date: 01/23/07
Page 1 of 8

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
|  |  |  |  |

**Please Pay By 02/07/07**

Please refer to page 2 for important information regarding your account

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-8468.

**OPEN FOR BUSINESS**

**World-Class Accommodations Await You**
The *Fine Hotels & Resorts* program offers you luxurious accommodations and rich amenities at some of the world's finest hotels, resorts and villas. At more than 500 hotels, resorts, and spas around the world, Business Platinum Card® members can receive courtesies such as a room upgrade, continental breakfast for two each day, guaranteed 4pm late checkout, and an amenity special to each property. Visit open.com/businessplatinum/finehotels or call Business Platinum Travel at 1-800-553-9497. Terms and conditions apply.

## Activity
*Indicates posting date*                                                Amount $

| Date | Description | Amount |
|---|---|---|
| 01/18/07* | PHONE PAYMENT RECEIVED THANK YOU XXXXX55907 NBT BANK NATIONAL ASSOCIATION | REDACTED |

**Due in Full Activity for JANE HALBRITTER**
Card XXXX-XXXXX7-31001

| 12/25/06* | 5% OPEN Savings at FedEx FEDEX #859293973441 $ 12/20/06 | REDACTED |
| 12/30/06 | AMAZON.COM   AMZN.COM/BILL   WA 98101 AMAZON.COM MERCHANDISE ROC No. 00430504?? | |
| 01/07/07* | 5% OPEN Savings at Hertz HERTZ CAR RENTAL $ 01/05/07 | |
| 01/11/07* | 5% OPEN Savings at FedEx FEDEX #859242105305 $ 01/02/07 | |
| 01/12/07* | 5% OPEN Savings at FedEx FEDEX #858359969748 $ 01/08/07 | Credit |

Continued on Page 3

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number: 3727-150517-31001

Please Pay By: 02/07/07

Total Amount Due

To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297.

Please enter account number on all checks and correspondence.

heck payable to American Express.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Mail Payment to:
AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001 003564751003564751 20 ♀

| Prepared For | Account Number | Page 2 of 8 |
|---|---|---|
| JANE HALBRITTER<br>STONEHEDGE HEALTH | XXXX-XXXXX7-31001 | |

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by phone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any representments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by Computer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com. A $5 annual subscription fee to Fortune Small Business magazine is included in your annual fee. If you pay an annual fee but do not wish to receive the magazine, call the number on the back of the Card. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on our paper statement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest American Express Travel Service Office or other local American Express office. **Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional Finance Charges on features included in this New Balance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction which appears on your statement, write or call the Customer Service department indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have a Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe and explain why you believe there is an error. If you need more information, describe the item you are unsure about. While we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name and account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make charges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer Service link online. **Creditor:** American Express Bank, FSB. New York residents may contact the New York Banking Department to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service:
1-800-492-8468
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-492-8468

Extended Payment Option/Select and Pay Option Customer Service
1-800-403-1288



americanexpress.com

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE,
FL
33336-0001

---

Change of Address
correct on front
not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

| | | | | |
|---|---|---|---|---|
| AMERICAN EXPRESS | Prepared For<br>JANE HALBRITTER<br>STONEHEDGE HEALTH | Account Number<br>XXXX-XXXXX7-31001 | Closing Date<br>01/23/07 | Page 3 of 8 |

## Due in Full continued

| Date | Description | | |
|---|---|---|---|
| ~~1/07~~ | ~~5% OPEN Savings at FedEx~~<br>~~FEDEX #853226970701 $XX.XX 01/11/07~~ | | |
| ~~1/16/07~~ | ~~D AND D CARPETS   ROME       NY~~<br>~~FLOOR COVERING STORE~~ | | |
| ~~1/19/07~~ | ~~5% OPEN Savings at FedEx~~<br>~~FEDEX #857411106375 $XX.XX 01/15/07~~ | | |
| ~~1/23/07~~ | ~~5% OPEN Savings at FedEx~~<br>~~FEDEX #853226970715 $XX.XX 01/18/07~~ | | |
| 12/26/06 | SAVOY RESTAURANT  ROME       NY<br>EATING PLACE RESTAURANT<br>FOOD-BEV<br>TIP | $8.05<br>0.20 | |
| 12/28/06 | STAPLES         ROME       NY<br>OFFICE SUPPLIES | | |
| 12/29/06 | ANTONIO'S RESTAURANTSYRACUSE     NY<br>FOOD/BEVERAGE | | |
| 12/30/06 | EZ PASS PREPAID TOLL800-333-8655    NY<br>8003338655 | | |
| 12/31/06 | EZ PASS PREPAID TOLL800-333-8655    NY<br>8003338655 | | |
| 1/02/07 | FEDEX #859242106305 ROME     NY<br>34145<br>TO: - FL<br>FROM: JANE HAL BRITTER 13440<br>007 2DAY PKG 115LB AWB859242106305<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9242106305 | | |
| 1/03/07 | PF CHANG'S #9906 306NAPLES      FL<br>1111111111<br>FOOD/BEVERAGE<br>TIP | $XX.XX<br>$X.XX | |
| 1/04/07 | CITGO 7-ELEVEN 25386NAPLES      FL<br>CITGO<br>GAS/MSC92 370772538642 | | |
| 1/04/07 | CITGO 7 ELEVEN 32295NAPLES      FL<br>CITGO<br>GAS/MSC92 364573229501 | | |
| 1/04/07 | NAPLES JAGUAR LANDRONAPLES      FL<br>2396494241 | | |
| 1/04/07 | THE RITZ CARLTON NAPNAPLES      FL<br>Arrival Date      Departure Date<br>01/02/07          01/04/07<br>00000000<br>LODGING | | |
| 1/05/07 | EZ PASS PREPAID TOLL800-333-8655    NY<br>8003338655 | | |
| 1/05/07 | HERTZ CAR RENTAL  NAPLES     FL<br>        Location              Date<br>Rental:  NAPLES FL          07/01/03<br>Return:  NAPLES FL          07/01/05<br>Agreement Number: 160711751<br>Renter Name: HALBRITTER /JANE<br>Reference Number: 010006 | | |
| /07 | ROBB & STUCKY S2 000NAPLES      FL<br>9412613969<br>Description<br>FURNITURE | | |

REDACTED

Continued on reverse

| Prepared For | Account Number | Page 4 of 8 |
|---|---|---|
| ANE HALBRITTER<br>STONEHEDGE HEALTH | XXXX-XXXXX7-31001 | |

**Due in Full continued** — Amount $

| Date | Description | |
|---|---|---|
| 1/06/07 | WINN-DIXIE 0730  MARCO ISLAND  FL<br>34145<br>FOOD<br>ROC No. 0000000000 | |
| 1/08/07 | FEDEX #858359969748 ROME  NY<br>34145<br>TO: JANE HALBRITTEN FL<br>FROM: JANE HELBRITTON 13440<br>002 PRIORITY PKG 18LB AWB858359969748<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 8359969748 | |
| 1/10/07 | AP NAPLES CHILDREN E503-5970395  FL<br>5035970395 | 7 |
| 1/11/07 | ROBB & STUCKY S2 000NAPLES  FL<br>9412613969<br>Description<br>FURNITURE | |
| 1/11/07 | FEDEX #853226970701 ROME  NY<br>34145<br>TO: - FL<br>FROM: JANE HALBRITTER 13440<br>001 PRIORITY BOX 6LB AWB853226970701<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3226970701 | |
| 1/13/07 | CHEVRON 0047721  MARCO  FL<br>PIONEER OIL CO<br>FUEL/MISCELLANEOUS<br>ROC No. 2161355 | |
| 1/14/07 | BEALLS COASTAL 094 NAPLES  FL<br>DEPARTMENT STORE | |
| 1/14/07 | TJMAXX  0084  NAPLES  50FL<br>34105<br>GENERAL MDSE<br>ROC No. 0840016257 | |
| 1/15/07 | ROOMS TO GO  SEFFNER  FL<br>GOODS/SERVICES | |
| 1/15/07 | THE FLOOR CLUB 30000BONITA SPRINGS  FL<br>2399470022<br>Description  Price<br>FLOOR COVERING STOR | |
| 1/15/07 | FEDEX #857411106375 ROME  NY<br>13303<br>TO: GEORGE ROSSI NY<br>FROM: JANE HALBRETTER 13440<br>001 PRIORITY PKG 15LB AWB857411106375<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 7411106375 | |
| 1/16/07 | D AND D CARPETS  ROME  NY<br>FLOOR COVERING STORE | |
| 1/16/07 | D AND D CARPETS  ROME  NY<br>FLOOR COVERING STORE | |
| 1/16/07 | WALGREEN  053306MARCO ISLAND  FL<br>DRUG STORE/PHARMACY | |
| 1/16/07 | SITE GENIE, LLC  ROCHESTER  MN<br>WEB PAGE HOSTING | |
| 1/16/07 | BILL SMITH INC 2  MARCO ISLAND  FL<br>HOUSEHOLD APPLIANCES | |
| 1/17/07 | HOME DEPOT EXPO 6358NAPLES  FL<br>9999999999 | |



REDACTED

Continued on next page

Case 1:07-cv-03848-WHP    Document 26-6    Filed 01/18/2008    Page 5 of 12

| | Prepared For<br>JANE HALBRITTER<br>STONEHEDGE HEALTH | Account Number<br>XXXX-XXXXX7-31001 | Closing Date<br>01/23/07 | Page 5 of 8 |

## Due in Full continued

| Date | Description | | |
|---|---|---|---|
| ?/07 | BEALLS COASTAL 094 NAPLES      FL<br>DEPARTMENT STORE | | ✓ |
| 01/18/07 | FEDEX #853226970712 ROME      NY<br>34145<br>TO: JANE HALBRITTER FL<br>FROM: JANE HALBRITTER 13440<br>001 PRIORITY BOX 4LB AWB8532226970712<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3226970712 | | |
| 01/19/07 | HAVERTY'S 104504 800NAPLES      FL<br>9415961256<br>Description          Price<br>HOME FURNISHINGS | | ✓ |
| 01/19/07 | MARSHALLS 0796      NAPLES    50FL<br>34108<br>GENERAL MDSE<br>ROC No. 7960045641 | | |
| 01/20/07 | BEALLS OUTLET  227 MARCO ISLAND      FL<br>VARIETY STORE | | ✓ |
| 01/22/07 | BEDBATH&BEYOND#0128 NAPLES      FL<br>DEPARTMENT STORES | | ✓ |
| 01/22/07 | TARGET STORE T-899 0NAPLES      FL<br>DISCOUNT STORE | | |
| 01/22/07 | HESS 09363      E. NAPLES      FL<br>000040041<br>SERVICE STATIONS | | ✓ |

**Total Due in Full Activity**



REDACTED

IANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 6 of 8



## OPEN Savings Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 7 of 8

| | Total Savings to Date For This Account | Savings Since Jan 2007 | Savings This Period Through Jan 23 |
|---|---|---|---|
| $ | 298.37 | 50.94 | 52.20 |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2007 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing | | | | |
| HERTZ - Car rentals | Ongoing | | | | |
| AMERICAN EXPRESS GIFT CARDS - Gifting solutions | Jan 31, 2007 | | | | |
| AT&T - Local and long distance small business calling plans | Ongoing | | | | |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| DELTA  Flight purchases | Ongoing | | | | |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | | | | |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing | | | | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | | | |
| JETBLUE  Flight purchases | Ongoing | | | | |
| RUBY TUESDAY - Casual dining | Ongoing | | | | |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing | | | | |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | | | | |
| GATE INNS - Hotels in the U.S. | Ongoing | | | | |
| 1-800-FLOWERS.COM - Flowers and gifts | Ongoing | | | | |

Totals

---

## Other Ways To Save!
### Did You Know? You Can Use Your Business Card at -

(CE 108381)

Cisco's Smart Business Communications offer a unique set of end-to-end networking products and services that allow your business to communicate, collaborate and compete more effectively.

Cisco Smart Business:
cisco.com/youinc

Ewing Irrigation Products offers wholesale landscape and irrigation supplies for residential or commercial landscaping projects, golf courses and industrial applications. They have over 165 locations.

Ewing Irrigation:
Ewing1.com or call
1-800-343-9464

### Great New Places to Use Your Business Card

(CE 108385)

Trader Joe's is a unique grocery store offering culinary adventure at a real value. Now you can use your American Express® Business Card at your neighborhood Trader Joe's.

Trader Joe's:
traderjoes.com

Jimco Stone Center is a supplier of extensive inventory of cultured stone, brick, natural stone, pavers, mortars and bulk materials.

Jimco Stone Center:
jimcostonecenter.net or
call 770-422-5371



AC Quest is a supplier of cutting-edge air conditioning, smoke/odor control, humidity control and energy recovery solutions for today's air quality challenges.

AC Quest:
ac-quest.com or
1-888-871-2310

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 8 of 8

## Important American Express® Gift Card Information

(CE 108445)



Please be advised that as of February 1, 2007, American Express Gift Card will no longer be part of OPEN Savings®.

As a result, puchases made at:
http://www133.americanexpress.com/osbn/landing/giftCards.asp
with an American Express® Business Card on or following this date will no longer receive a 3% discount.

ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.

## Platinum Card® Statement of Account

**Earn points on all of your purchases everywhere you use the Card.**
Visit www.americanexpress.com/rewards

Prepared For: 'E HALBRITTER
Account Number: 3717-577374-21004
Closing Date: 02/09/07
Page 1 of 4

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|

**Please Pay By 02/24/07**

Please refer to page 2 for important information regarding your account

For assistance or questions about your account, contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.



### Your Year-End Summary Is Coming Soon!

The Year-End Summary consolidates the charges that were processed and posted to your account in 2006 into one convenient report. It can be a helpful tool in budgeting for the upcoming year's expenses or for tax preparation. The online summary allows you to view your transactions by category, and to sort your transactions by date, charge amount and merchant name. You can also view your total account activity, or view charge activity by each Card on the account if you have Additional Cards. You can download your summary as a PDF or Microsoft® Excel file, and save it for future use. Please note that transactions posted to your account after December 31, 2006, will appear on next year's summary.

**Activity**   *Indicates posting date*                                                     Amount $

**Total of Payment Activity**

**Due in Full Activity for JANE HALBRITTER**                                                Amount $
Card XXXX-XXXXX4-21004

02/09/07   Membership Fee

**Total Due In Full Activity**

REDACTED

---

† Please fold on the perforation below, detach and return with your payment †

**Payment Coupon**
Account Number: 3717-577374-21004
Please Pay By: 02/24/07

Please enter account number on all checks and correspondence.

Make check payable to American Express.

JANE HALBRITTER
100 W GARDEN ST
ROME NY 13440-3424

**Total Amount Due**

See Finance Charges
 :tion on reverse side for
 description of when
 .ditional Finance
 charges are not assessed
 Features.

□ check here if address or phone number has changed. Please note changes on reverse side.

Mail Payment to:
AMERICAN EXPRESS
P.O. BOX 2855
NEW YORK NY 10116-2855

0000371757737421004   000039500000039500  08

JANE HALBRITTER | Account Number XXXX-XXXXX4-21004 | Page 2 of 4

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges:** Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC): We use the ADB Method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily Periodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily periodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning balance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature. This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this New Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. New York residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service and
Lost or Stolen Card
1-800-525-3355
24 hours/7 days

Car Rental Loss and
Damage Insurance
1-800-338-1670

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-525-3355

Travel Emergency and
Worldwide Personal
Assistance and Fine
Dining
1-800-345-AMEX

Platinum Card Travel
Service and Fine Hotels,
Resorts & Spas
1-800-443-7672

By Invitation Only
1-800-321-RSVP



Customer Service
P.O. Box 7825 C.S
Ft. Lauderdale, FL
33329-7825

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
P.O. BOX 2855
NEW YORK NY
10116-2855

---

**Change of Address**
If correct on front
do not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences



| Prepared For | Account Number | Closing Date | Page 3 of 4 |
|---|---|---|---|
| JANE HALBRITTER | XXXX-XXXXX4-21004 | 02/09/07 | |



CustomExtras

## Platinum Travel Service



Enjoy exclusive access to a unique travel resource: Platinum Travel Service, a full-service American Express® Travel agency available exclusively to Platinum Card® members any hour of the day and night--7 days a week, 365 days a year. You'll find experienced travel specialists with a wealth of worldwide knowledge about exciting destinations and vacation options.

American Express Travel Related Services Company, Inc. acts solely as sales agent for travel suppliers and is not liable for the acts or inactions of such suppliers. CST# 1022318-10, Washington UBI# 600-469-694, ML-1192, TA-002 Registered Iowa Travel Agency, NV# 2001-0126.

Call Platinum Travel Service today at 1-800-443-7672.

(CE 108550)

## Visit Enchanting India Stay 3 Nights - Get the 4th Free



Stay for 3 nights in a club suite or suite from 5/1/07-9/30/07 at the Taj Mahal New Delhi or Taj Lake Palace and get the 4th night free. And when booking with Platinum Travel Service you will also receive your regular *Fine Hotels & Resorts* amenities which include: room upgrade upon availability, 4pm late check-out, daily Continental breakfast for 2, and your Taj Hotel amenity, a lunch or dinner for 2, excluding alcohol, taxes and gratuities.

Terms and conditions apply. For full program information, visit americanexpress.com/fhr and search "Taj".

Call PTS by 9/26/07 at 1-800-443-7672. Mention Promo ID: E1320060.

(CE 108551)

## Collect the World's Experiences



The Luxury Collection® is an exquisite ensemble of hotels and resorts that spans twenty-five countries. From the luminous Hotel Danieli in Venice, to The Phoenician in Arizona, The Luxury Collection immerses guests in their destination's most gracious customs and breathtaking landscapes. The Explore Package for American Express® Cardmembers includes guest room, full American breakfast daily for two and a guaranteed 4pm late check out.

Offer valid at participating hotels for stays consumed by 12/31/07 and paid for with any American Express Card. For complete terms and conditions, visit luxurycollection.com/explore.

Visit LuxuryCollection.com/Explore, or call 1-800-325-3589 and ask for promotional code AXQ.

(CE 108549)

## Great News! You've Been Awarded a $100 VIP Thank You



Visit the American Express Redemption Center today and enjoy a $100 gift value. Select your favorite brand-name merchandise, magazines and software, each has a low redemption fee of $2.95 per item.

Your VIP access expires on 04/15/07, so redeem your $100 Thank You now at giftcard100.com/amex and use VIP Access Code: 29881.

Redeem your VIP Thank You worth up to $100.00. Visit us before 04/15/07. VIP Access Code: 29881.

Redeem your VIP Thank You now!

(CE 108553)

## Exclusive Travel Insurance Services for Your Next Getaway



Worry about what you're wearing on the plane--not about your travel insurance. For added peace of mind about your vacation plans, enroll in travel insurance products exclusively for American Express® Cardmembers.

Select the coverage that best suits your needs: Automatic Flight Insurance, Premium Baggage Protection, Travel Delay Protection, and Premium Car Rental Protection.

These products are underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI. Coverage is determined by the terms, conditions, and exclusions of the Policies and is subject to change with notice.

To enroll or to learn more, visit us at americanexpress.com/tis.

(CE 108545)

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

JANE HALBRITTER

Account Number
XXXX-XXXXX4-21004

Page 4 of 4

### Reward Yourself with USA TODAY for as Low as $0.56 Per Day



Start your day off right with home or office delivery of USA TODAY. USA TODAY delivers the news you need to know, when you need it, in a concise format to save you time. Enrich your life with exclusive stories only found in USA TODAY. Just 13 weeks for $45.50, 26 weeks for $81.00 or 52 weeks for $146.00.

To redeem, call 1-800-872-0001 and mention code 217 or visit us at usatodaysubscribe.com

(CE 108578)

Only American Express® Cards are accepted. Void in Alaska. Local sales tax when applicable will be added to your order. Savings calculated against the newsstand price of $0.75 per copy.

### Receive Savings on Broadway and Off-Broadway Shows



Treat yourself to a night on the town with savings on some of the biggest shows like *Avenue Q*, *Company* and *Les Miserable*, or experience the excitement of today's big hits, like *Mamma Mia!*, *Spring Awakening* and *The Little Dog Laughed*. From comedies to dramas and musicals, it's easy to make any night a special occasion--with just a few simple clicks. From January 1 to March 4, 2007, you can save up to 60% on many popular Broadway and Off-Broadway shows. Simply purchase your tickets using any American Express® Card at telecharge.com/AXP2007B.

(CE 108523)

### Great Ski Resort Offers at My Ski Vacation



Visit My Ski Vacation at mylifemycard.com/ski for great ski resort offers exclusively for American Express® Cardmembers. Whether you want to ski the moguls in Vermont or cruise the powder in Colorado, we have valuable offers to help you travel to your favorite resorts for an incredible ski vacation.

Visit mylifemycard.com/ski for great ski resort offers.

(CE 108581)

### Join Us at the Long Island Culture & Wine WINTERFEST



The Long Island Culture & Wine WINTERFEST is your chance to experience the beauty and culture of the East End of Long Island, New York during the Winter season.

The WINTERFEST has a wide range of events taking place from January 19th-March 25th throughout the East End area. Concerts, historic tours, dance and art exhibits are made all the sweeter when combined with unique offers made to you by famous restaurants, hotels, bed & breakfasts, wineries and local shops. Join us at the 2007 WINTERFEST and see the East End of Long Island as you've never before seen it.

Visit liwinterfest.net/2.html for details and a listing of events and offers.

(CE 108576)

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.