**Business Platinum Card®**   **OPEN** SM

**Total Savings to Date for this Account**
$
For details, please see your OPEN Savings Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
3727-150517-31001

Closing Date
02/23/07

Page 1 of 6

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
| | | | |

Please Pay By
03/10/07

Please refer to page 2 for important information regarding your account

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-8468.

 **Your Chauffeur Awaits - Any Time - Any Day**
Get where you need to go in comfort and style--whether traveling on business or taking customers out to dinner. Enjoy the confidence of using a limousine service you know and trust. Serving more than 550 cities on six continents, The Limousine Program is at your service around the world. To make a reservation, call 1-800-AXP-LIMO or Business Platinum Travel at 1-800-553-9497. Visit open.com/businessplatinum/limousine for more information. Terms and conditions apply.

## Activity
*indicates posting date*    Amount $

| Date | Description | |
|---|---|---|
| 02/07/07* | PHONE PAYMENT RECEIVED-THANK YOU XXXXX17216 NBT BANK, NATIONAL ASSOCIATION | REDACTED |

**Due in Full Activity for JANE HALBRITTER**
Card XXXX-XXXXX7-31001

| 01/25/07 | ROOMS TO GO   SEFFNER   FL GOODS/SERVICES | |
| 01/26/07 | 5% OPEN Savings at FedEx FEDEX #8532P6970728 $... 01/22/07 | |
| ../07 | HOME DEPOT EXPO 6358NAPLES   FL 9999999999 | |
| 02/03/07 | 5% OPEN Savings at FedEx FEDEX #853171101320 $... 01/30/07 | |
| 02/05/07* | 5% OPEN Savings at FedEx FEDEX #8455826689957 $... 01/31/07 | |
| 02/05/07* | 5% OPEN Savings at FedEx FEDEX #859291587514 $... 02/01/07 | |

Continued

✂ Please fold on the perforation below, detach and return with your payment ✂

**Payment Coupon**

Account Number
3727-150517-31001

Please Pay By:
03/10/07

Total Amount Due

To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297.

Please enter account number on all checks and correspondence.

Make check payable to American Express.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

0000372715051731001 0006178240006178240 20 4

\NE HALBRITTER  
TONEHEDGE HEALTH

Account Number  
XXXX-XXXXX7-31001

Page 2 of 6

yments: Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business y. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by one, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other m or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at t presentment and any representments, by transmitting the amount of the check, routing number, account number and ack serial number to your financial institution. Your checking account may be debited as soon as the same day we eive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your count for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by mputer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American press to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By mputer, please visit us at www.americanexpress.com. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us mediately at the number indicated on your paper statement or click on the Customer Service link online. Outside the U.S., ll collect or contact the nearest American Express Travel Service Office or other local American Express office. **ance Charges: Average Daily Balance Method for Calculation of Finance Charges:** use the Average Daily Balance method to calculate FinanceCharges on your Account. Under this method, figure the Finance Charges on your Account by applying the dailyperiodic rate to the Average Daily Balance described below) for each feature (such as Purchase, Cash Advance andBalance Transfer features) of your Account cluding current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for feature each day (including unpaid Finance Charges from previous billingperiods), (2) add any new transactions, debits, fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after first day of the billing period, we also add an amount of interest equal to the previous day's daily balance. ltiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we I up all the daily balances for the feature for the billing period and divide the total by the number of days in the ng period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement the next Closing Date, then you will avoid additional Finance Charges on features included in this New ance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the ly periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations ised by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in ly compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges imposed is $0.50. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be verted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by olicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a vernment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the iversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates iffect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates. h establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you id more information about a transaction which appears on your statement, write or call the Customer Service department ndicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 's after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe I explain why you believe there is an error. If you need more information, describe the item you are unsure about. ile we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not juestion. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic nsfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. a can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name and account nber; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, I explain as clearly as you can why you believe there is an error or why you need more information. We will investigate r complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your ount for the amount you think is in error, so that you will have use of the money during the time it takes us to iplete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment :quired. You may make charges against the credit balance or request a refund. Requests for refunds should be made riting to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer vice link online. **Creditor:** American Express Bank, FSB. New York residents may contact the New York Banking partment to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.



To Pay By Phone  
1-800-472-9297

Customer Service  
1-800-492-8468  
24 hours/7 days

Express Cash  
1-800-CASH-NOW

Lost or Stolen Card  
1-800-492-3344

International Collect  
1-623-492-7719

Hearing Impaired  
(9am-5pm EST)  
TTY: 1-800-221-9950  
FAX: 1-800-695-9090  
In NY: 1-800-522-1897

Large Print and Braille Statements  
1-800-492-8468

Extended Payment Option/Select and Pay Option Customer Service  
1-800-403-1288



americanexpress.com

Customer Service  
P.O. Box 297804  
Ft. Lauderdale, FL  
33329-7804

Express Cash  
P.O. Box 297815  
Ft. Lauderdale, FL  
33329-7815

Payments  
PO BOX 360001  
FT LAUDERDALE  
FL  
33336-0001

ange of Address  
rrect on front  
ol use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.



Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JANE HALBRITTER<br>STONEHEDGE HEALTH | XXXX-XXXXX7-31001 | 02/23/07 | Page 3 of 6 |

## Due in Full continued                                                   Amount $

| | | |
|---|---|---|
| 2/07 | 5% OPEN Savings at FedEx<br>FEDEX #858360110141 $###### 02/07/07 | |
| 02/20/07 | 5% OPEN Savings at FedEx<br>FEDEX #859291587558 $###### 02/12/07 | |
| 02/20/07 | 5% OPEN Savings at FedEx<br>FEDEX #860411202770 $###### 02/12/07 | |
| 02/20/07 | 5% OPEN Savings at FedEx<br>FEDEX #854005947522 $###### 02/15/07 | |
| 02/20/07 | 5% OPEN Savings at FedEx<br>FEDEX #858360110163 $###### 02/15/07 | |
| 02/21/07 | 5% OPEN Savings at FedEx<br>FEDEX #858360110174 $###### 02/16/07 | |
| 01/22/07 | FEDEX #853226970723 ROME   NY<br>34145<br>TO: JANE HALBRITTER FL<br>FROM: JANE HALBRITTER 13440<br>002 PRIORITY PKG 6LB AWB853226970723<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3226970723 | |
| 01/23/07 | COSTCO WHSE #00354 NAPLES   FL<br>WHOLESALE CLUBS<br>ROC No. 0011071980 | |
| 01/26/07 | PUBLIX STR# 0249  NAPLES   FL<br>GROCERIES<br>ROC No. 249004 | |
| 01/29/07 | AP NAPLES CHILDREN E503-5970395   FL<br>5035970395 | |
| 01/30/07 | AP NAPLES CHILDREN E503-5970395   FL<br>5035970395 | |
| 01/30/07 | SUNOCO   0015424502CANASTOTA   NY<br>SUNOCO<br>0003797 003132464 | |
| 01/30/07 | FEDEX #853171101320 ROME   NY<br>34145<br>TO: JANE HALBRITTER FL<br>FROM: ANN POHL 13440<br>001 STANDARD LTR 1LB AWB853171101320<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3171101320 | |
| 01/31/07 | FASTRAC MARKET # 276ROME   NY<br>GAS | |
| 01/31/07 | FEDEX #845862568957 ROME   NY<br>34145<br>TO: - FL<br>FROM: JANE HALBRITTER 13440<br>003 EXP SVR PKG 100LB AWB845862568957<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 5862568957 | |
| 02/01/07 | FEDEX #859291587514 ROME   NY<br>13440<br>TO: - NY<br>FROM: JANE HAIBRITTER 13440<br>001 PRIORITY LTR 1LB AWB859291587514<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9291587514 | |

REDACTED

Continued on reverse

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 4 of 6

## Due in Full continued

Amount $

| Date | Description | | |
|---|---|---|---|
| 2/02/07 | ANCHOR RODE AMERIF ANAPLES  FL  2392613765  Description   Price  GENERAL MERCHANDISE #7/05 | | |
| 2/07/07 | FEDEX #858360110141 ROME   NY  34145  TO: - FL  FROM: JANE HALBRITTER 13440  001 PRIORITY BOX 7LB AWB858360110141  FEDEX CUSTOMER SERVICE #1-800-622-1147  ROC No. 8360110141 | | |
| 2/09/07 | USPS 1189290460  MARCO ISLAND   FL  9413948303 | | |
| 2/12/07 | FEDEX #859291587558 ROME   NY  13501  TO: - NY  FROM: JANE HALBRITTER 13440  001 PRIORITY LTR 1LB AWB859291587558  FEDEX CUSTOMER SERVICE #1-800-622-1147  ROC No. 9291587558 | | |
| 2/12/07 | FEDEX #860411202770 ROME   NY  13202  TO: MACHT BRENIZER & GINGOLD NY  FROM: JANE HAIBRITTER 13440  001 PRIORITY LTR 1LB AWB860411202770  FEDEX CUSTOMER SERVICE #1-800-622-1147  ROC No. 0411202770 | | REDACTED |
| 2/15/07 | SITE GENIE, LLC SITEROCHESTER   MN  507-535-7550 | | |
| 2/15/07 | FEDEX #858360110163 ROME   NY  34145  TO: JANE HALBRITTER FL  FROM: JANE HALBRITTER 13440  001 PRIORITY BOX 6LB AWB858360110163  FEDEX CUSTOMER SERVICE #1-800-622-1147  ROC No. 8360110163 | | |
| 2/15/07 | FEDEX #854005947522 ROME   NY  34145  TO: JANE HALLUTTER FL  FROM: KRISTEN SCANLON 13440  001 PRIORITY LTR 1LB AWB854005947522  FEDEX CUSTOMER SERVICE #1-800-622-1147  ROC No. 4005947522 | | |
| 2/16/07 | FEDEX #858360110174 ROME   NY  34145  TO: JANE HALLONTTER FL  FROM: JANE HALBRITTER 13440  001 PRIORITY PKG 5LB AWB858360110174  FEDEX CUSTOMER SERVICE #1-800-622-1147  ROC No. 8360110174 | | |

**Total Due in Full Activity**



## OPEN Savings Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 5 of 6

| | Total Savings to Date For This Account | Savings Since Jan 2007 | Savings This Period Through Feb 22 |
|---|---|---|---|
| $ | | | REDACTED |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2007 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing | | | | |
| HERTZ - Car rentals | Ongoing | | | | |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| DELTA Flight purchases | Ongoing | | | | |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | | | | |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing | | | | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | | | |
| JETBLUE Flight purchases | Ongoing | | | | |
| RUBY TUESDAY - Casual dining | Ongoing | | | | |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing | | | | |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | | | | |
| WINGATE INNS - Hotels in the U.S. | Ongoing | | | | |
| 1-800-FLOWERS.COM - Flowers and gifts | Ongoing | | | | |

Is

---

## Other Ways To Save!

### Did You Know? You Can Use Your Business Card at -



Peavey Electronics is an international manufacturer of fine musical instruments and professional sound equipment, producing audio solutions ideal for business and personal use. smallbusiness.peavey.com or call 1-866-443-2333.

(CE 108453)
Peavey Electronics:
smallbusiness.peavey.com or 1-866-443-2333



Media Distributors is a leading U.S. distributor of video tape, data media, motion picture film, hardware and storage, representing most manufacturers serving many entertainment and corporate clients. Contact them for great pricing and 24/7 service. mediadistributors.com or call 1-888-889-3130.

Media Distributors:
mediadistributors.com or call 1-888-889-3130

Monitor Outlet is a national wholesaler serving the business community, government and universities for over 10 years. They offer a full line of branded digital displays.

Monitor Outlet:
monitoroutlet.com or call 1-888-478-6161

### Great New Places to Use Your Business Card

(CE 108458)



MK Diamond Products, Inc. is a leading manufacturer of precision diamond blades and equipment for cutting, coring and polishing all types of masonry, concrete, tile and stone products.

MK Diamond:
mkdiamond.com or call 1-800-845-3729



Wimsatt is a distributor of roofing, siding and stone, windows and doors, and composite lumber, serving builders and contractors with next-day delivery from six locations across Michigan.

Wimsatt:
wimsattdirect.com or call 1-800-497-9000



Safeco To safeguard your business and employees, Safeco offers the protection, insurance services and resources to meet your business needs.

Safeco:
safeco.com/amex

---

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

ared For
NE HALBRITTER
ONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 6 of 6

## avel Medical Protection - Travel with Peace of Mind



Travel Medical Protection, offered exclusively to American Express® Business Cardmembers--provides insurance coverage for up to $100,000 for eligible expenses related to evacuations and medical and dental emergencies, while on a Covered Trip traveling anywhere in the world, when more than 150 mile radius from Your Permanent Residence for up to 45* days whether driving, flying on a Scheduled Airline or taking the Amtrak.

Travel Medical Protection is underwritten by AMEX Assurance Company, Administrative Office, De Pere, Wisconsin. Coverage is subject to the terms, conditions, and exclusions of Master Policies: (varies per state) AX0950, AX0916, AX0124 or Policy Form Number TMP-IND and is subject to change with notice. *In most states.

There are some thing. you can't pack in a suitcase, like adequate insurance. So, travel with peace of mind! To learn more about the coverage or how You and Your employees can enroll, call 1-800-518-8302 and mention RSVP code ZJM.

(CE 108466)

ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.

## Platinum Card® Statement of Account

**606,666 Membership Rewards® Points Available** at 03/09/07, when charges due are paid in full and all accounts are in good standing.

Prepared For: E HALBRITTER

Account Number: 3717-577374-21004

Closing Date: 03/09/07

Page 1 of 10

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|

Please Pay By 03/24/07

Please refer to page 2 for important information regarding your account

See Page 5  For A Notice Of Changes To Your Agreement
See Page 8  For A Notice Of Changes To Your Membership Rewards Program Account
See Page 9  For An Important Privacy Notice

For assistance or questions about your account, contact us at www.americanexpress.com or call Customer Service at 1-800-525-3355.

### Activity  *Indicates posting date

Amount $

| Date | Description | Amount $ |
|---|---|---|
| 02/21/07 | Payment Received - Thank You | |

**Due in Full Activity for JANE HALBRITTER**
Card XXXX-XXXXX4-21004

| 02/11/07 | HEALTHGRADES 00000 GOLDEN CO |
| | 7209636575 |
| | Description |
| | BUSINESS SRVS ,NEC |
| 02/11/07 | NW PET CORP     MARCO ISLAND FL |
| | BP |
| | PAY AT PUMP681995785044 |
| /07 | WALGREEN   053306MARCO ISLAND FL |
| 02/12/07 | BORDERS BOOKS 004100NAPLES FL |
| | 2395967199 |
| 02/13/07 | THE CHEESECAKE FACTONAPLES FL |
| | 9999999999 |
| | FOOD |
| 02/13/07 | THE CHEESECAKE FACTONAPLES FL |
| | 9999999999 |
| | FOOD |
| | TIP |

REDACTED

Continued on Page 3

† Please fold on the perforation below, detach and return with your payment †

**Payment Coupon**

Account Number: 3717-577374-21004

Please Pay By: 03/24/07

Please enter account number on all checks and correspondence.

Make check payable to American Express.

Total Amount Due

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

JANE HALBRITTER
100 W GARDEN ST
ROME NY 13440-3424

Check here if address or telephone number has changed. Please note changes on reverse side. ☐

Mail Payment to:
AMERICAN EXPRESS
P.O. BOX 2855
NEW YORK NY 10116-2855

0000371757737421004  00037845400037845408 H

Prepared For: IANE HALBRITTER
Account Number: XXXX-XXXXX4-21004
Page 2 of 10

Payments: Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily Periodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily periodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning balance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this New Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. New York residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Card
1-800-525-3355
24 hours/7 days

Car Rental Loss and Damage Insurance
1-800-338-1670

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-525-3355

Travel Emergency and Worldwide Personal Assistance and Fine Dining
1-800-345-AMEX

Platinum Card Travel Service and Fine Hotels, Resorts & Spas
1-800-443-7672

By Invitation Only
1-800-321-RSVP



Customer Service
P.O. Box 7825 C.S.
Ft. Lauderdale, FL
33329-7825

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
P.O. Box 2855
NEW YORK NY
10116-2855

Change of Address
correct on front
if not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone
Area Code and Work Phone
E-mail (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JANE HALBRITTER | XXXX-XXXXX4-21004 | 03/09/07 | Page 3 of 10 |

**Due in Full continued**                                                              Amount $

| Date | Description | | | | |
|---|---|---|---|---|---|
| 02/13/07 | JETBLUE  SALT LAKE  UT  AIRLINE CHARGE  From: SYRACUSE NY  To: J F KENNEDY A/P NY  FT MYERS FLORIDA  Ticket Number: 99900459375270  Passenger Name: HALBRITTER/JANE  Document Type: PASSENGER TICKET | Carrier: B6 | Class: K_ | Date of Departure: 02/19 | |
| 02/15/07 | JETBLUE  SALT LAKE  UT  AIRLINE CHARGE  From: FT MYERS FLORIDA  To: J F KENNEDY A/P NY  FT MYERS FLORIDA  Ticket Number: 99900459370470  Passenger Name: HALBRITTER/JANE  Document Type: PASSENGER TICKET | Carrier: B6 | Class: Y_ | Date of Departure: 02/19 | |
| 02/17/07 | COMCAST OF NAPLES  941-793-3577  FL  9417933577 | | | | |
| 02/18/07 | JETBLUE  SALT LAKE  UT  AIRLINE CHARGE  From: SYRACUSE NY  To: J F KENNEDY A/P NY  FT MYERS FLORIDA  Ticket Number: 99900460099890  Passenger Name: ROSSI/ASHLEY  Document Type: PASSENGER TICKET | Carrier: B6 | Class: H_ | Date of Departure: 02/19 | |
| '07 | AMEX TVL-ONLINE HOTL800-256-9089  TX  8002569089 | | | | |
| 02/18/07 | PROGRESSIVE AUTO CEN MARCO ISLD  FL  AUTO SERVICE | | | | REDACTED |
| 02/19/07 | PEPOLINO RESTAURANT NEW YORK  NY  28 FOOD AND BEVERAGE  FOOD-BEV  TIP | | | | |
| 02/20/07 | ASIA DE CUBA AT MORGANS NEW YORK NY  FOOD AND BEVERAGE | | | | |
| 02/20/07 | DEL POSTO NEW YORK NY  FOOD AND BEVERAGE | | | | |
| 02/21/07 | SW FLORIDA INT'L AIRPORT MYERS  FL  PARKING FEES | | | | |
| 02/21/07 | CARRABBAS #6046 3067NAPLES  FL  8132888286  FOOD/BEVERAGE  TIP | | | | |
| 02/22/07 | TRIBECA GRAND HOTEL 212-5196600  NY  00000000  LODGING | | | | |
| 02/23/07 | BARNES & NOBLE 2632 NAPLES  FL  BOOK STORE | | | | |
| 02/24/07 | EXXONMOBIL5901323922NAPLES  FL  PAY AT PUMP5901323922 | | | | |
| 02/26/07 | PROGRESSIVE AUTO CEN MARCO ISLD  FL  AUTO SERVICE | | | | |

Continued on reverse

| Prepared For | Account Number | |
|---|---|---|
| JANE HALBRITTER | XXXX-XXXXX4-21004 | Page 4 of 10 |

## Due in Full continued

Amount $

| Date | Description | Location | |
|---|---|---|---|
| 02/26/07 | CARMEL CAR SERVICE 0MAMARONECK<br>2126629807<br>Description<br>CHARTER SERVIC | NY | |
| 02/26/07 | DOINO CLASSIC TRANS MARCO ISLAND<br>TAXICAB & LIMOUSINE | FL | ✓ REDACTED |
| 02/28/07 | CARMEL CAR SERVICE 0MAMARONECK<br>2126629807<br>Description<br>CHARTER SERVIC | NY | |
| 03/02/07 | NAPLES PACKAGING & SNAPLES<br>OFFICE SUPPLIES | FL | |

**Total Due in Full Activity**

 Business Platform Card®  OPEN℠

**625,368 Membership Rewards® Points Available** at 03/23/07 when charges due are paid in full and all accounts are in good standing.

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number: 3727-150517-31001
Closing Date: 03/23/07
Page 1 of 10

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|

Please Pay By 04/07/07

Please refer to page 2 for important information regarding your account

See Page 5  For A Notice Of Changes To Your Agreement
See Page 9  For An Important Privacy Notice

To manage your Account online or to pay your bill, please visit us at www.open.americanexpress.com. You can also pay your bill by calling 1-800-I-PAY-AXP (1-800-472-9297).

**Activity** *Indicates posting date                                      Amount $

03/13/07*  Payment Received - Thank You

**Due in Full Activity for JANE HALBRITTER**                              Amount $
Card XXXX-XXXXX7-31001

02/25/07*  5% OPEN Savings at FedEx
           FEDEX #858360110542 $52.91 02/22/07
03/05/07*  5% OPEN Savings at FedEx
           FEDEX #853171101342 $76.53 03/01/07
03/05/07*  5% OPEN Savings at FedEx
           FEDEX #858360110553 $89.56 03/01/07
03/09/07*  5% OPEN Savings at FedEx
           FEDEX #860411308791 $22.30 03/05/07
03/12/07*  5% OPEN Savings at FedEx
           FEDEX #858360110564 $55.55 03/07/07
03/15/07*  5% OPEN Savings at FedEx
           FEDEX #860411202817 $41.61 03/09/07
03/16/07*  5% OPEN Savings at FedEx
           FEDEX #858360110575 $94.61 03/12/07
03/22/07*  5% OPEN Savings at FedEx
           FEDEX #853171101353 $38.41 03/15/07

REDACTED

Continued on Page 3

Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number: 3727-150517-31001
Please Pay By: 04/07/07

To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297.

Please enter account number on all checks and correspondence.

Total Amount Due

Make check payable to American Express.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001 000075599000075599 20

JANE HALBRITTER
STONEHEDGE HEALTH

XXXX-XXXXX7-31001

Page 2 of 10

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by phone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any representations, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by Computer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on your paper statement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest American Express Travel Service Office or other local American Express office. **Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate FinanceCharges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance andBalance Transfer features) of your Account including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional Finance Charges on features included in this New Balance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction which appears on your statement, write or call the Customer Service department as indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. What We Need From You When You Have A Billing Inquiry: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe and explain why you believe there is an error. If you need more information, describe the item you are unsure about. While we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name and account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of; and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make charges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer Service link online. **Creditor:** American Express Bank, FSB. New York residents may contact the New York Banking Department to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-492-8468

Extended Payment Option/Select and Pay Option Customer Service
1-800-403-1288



americanexpress.com

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**Change of Address**
If correct on front
do not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.



Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

**AMERICAN EXPRESS**

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Closing Date
03/23/07

Page 3 of 10

### Due in Full continued

Amount $

| Date | Description |
|---|---|
| 2/07 | FEDEX #858360110542 ROME    NY
34145
TO: - FL
FROM: JANE HALBRITTER 13440
001 PRIORITY BOX 3LB AWB858360110542
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 8360110542 |
| 03/01/07 | FEDEX #858360110553 ROME    NY
34145
TO: JANE HALBRITTER FL
FROM: JANE HALBRITTER 13440
001 PRIORITY BOX 12LB AWB858360110553
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 8360110553 |
| 03/01/07 | FEDEX #853171101342 ROME    NY
34145
TO: - FL
FROM: ANN POHL 13440
001 STANDARD LTR 1LB AWB853171101342
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 3171101342 |
| 03/02/07 | CHEVRON 0308108    NAPLES    FL
NAPLES PARK CHEV
FUEL/MISCELLANEOUS
ROC No. 0810888    REDACTED |
| 03/05/07 | FEDEX #860411202791 ROME    NY
13501
TO: - NY
FROM: JANE HAIRBITTER 13440
001 PRIORITY LTR 1LB AWB860411202791
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 0411202791 |
| 03/07/07 | FEDEX #858360110564 ROME    NY
34145
TO: - FL
FROM: JANE HALBRITLER 13440
001 PRIORITY PKG 4LB AWB858360110564
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 8360110564 |
| 03/09/07 | FEDEX #860411202817 ROME    NY
13676
TO: PINTO MECENSKI LOETSON NY
FROM: JANE HAIBRITTER 13440
001 PRIORITY LTR 1LB AWB860411202817
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 0411202817 |
| 03/11/07 | SIRIUS RADIO    888-539-7474    NY
SAT RADIO
ROC No. 0086273986 |
| 03/12/07 | FEDEX #858360110575 ROME    NY
34145
TO: - FL
FROM: 3JANE HALBRITTLER 13440
001 PRIORITY PKG 14LB AWB858360110575
FEDEX CUSTOMER SERVICE #1-800-622-1147
ROC No. 8360110575 |
| '16/07 | SITE GENIE, LLC SITEUS    MN
507-535-7550 |



Handwritten annotation: "FedX / Rome address But I was in FL."

Continued on reverse