ANE HALBRITTER  
TONEHEDGE HEALTH  

XXXX-XXXXX7-31001   Page 4 of 10

### Due in Full continued

Amount $

| Date | Description |
|---|---|
| 3/16/07 | FEDEX #853171101353 ROME    NY<br>34145<br>TO: JANE HALBUIHER FL<br>FROM: ANN POHL 13440<br>001 STANDARD LTR 1LB AWB853171101353<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3171101353 |
| 3/20/07 | FEDEX #858360110601 ROME    NY<br>34108<br>TO: - FL<br>FROM: HALBRITTER, JANE 13440<br>001 PRIORITY BOX 10LB AWB858360110601<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 8360110601 |

REDACTED

### Total Due in Full Activity

**Platinum Card®**
**Statement of Account**

625,388
Membership Rewards®
Points Available
at 04/09/07, when charges due are paid in
full and all accounts are in good standing.

Prepared For
E HALBRITTER

Account Number
3717-577374-21004

Closing Date
04/09/07

Page 1 of 10

Please Pay By
04/24/07

Please refer to page 7
for important information
regarding your account

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
| | | | |

Your disputed charge is under review. There is no need for you to pay the disputed amount of $2,500.00 at this time.

To manage your Card account online or to pay your bill, please visit us at www.americanexpress.com.
You can also pay your bill by calling 1-800-I-PAY-AXP (1-800-472-9297).

**Save Time Paying Your Bills with Your Card**
Enjoy the time-saving convenience of using your Card to pay your bills. You can consolidate your payments and make sure your bills are paid on time. And you're backed by the security of American Express. Contact your providers directly and tell them to charge your monthly bills like cable/satellite to your Card. You can visit us at americanexpress.com/gobills

**Activity**   *Indicates posting date                                                                          Amount $

| 03/21/07 | PHONE PAYMENT RECEIVED-THANK YOU |
| | XXXXX17216 |
| | NBT BANK, NATIONAL ASSOCIATION |

Due in Full Activity for JANE HALBRITTER
Card XXXX-XXXXX4-21004

| 03/28/07 | STEIN MART #0125 000NAPLES    FL |
| | 9415140535 |
| | Description |
| | Merchandise |

| 03/28/07 | STEIN MART #0125 000NAPLES    FL |
| | 9415140535 |
| | Description |
| | Merchandise |

| 03/09/07 | BEST BUY CO   0524 NAPLES    FL |
| | ELECTRONICS STORE |

| 03/09/07 | COSTCO WHSE #00354 9NAPLES   FL |
| | WHOLESALE CLUB |

REDACTED

Continued on Page 3

† Please fold on the perforation below, detach and return with your payment †

**Payment Coupon**

Account Number
3717-577374-21004

Please Pay By:
04/24/07

Please enter account number on all checks and correspondence.

Make check payable to American Express.

JANE HALBRITTER
100 W GARDEN ST
ROME NY 13440-3424

Total Amount Due

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side.

☐

Mail Payment to:
AMERICAN EXPRESS
P.O. BOX 2855
NEW YORK NY 10116-2855

0000371757737421004  0026938530024438653 08 H

Case 1:07-cv-03848-WHP   Document 26-8   Filed 01/18/2008   Page 3 of 11

ayments: Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily Periodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily periodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning balance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this New Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of a six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. New York residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone  
1-800-472-9297

Customer Service and  
Lost or Stolen Card  
1-800-525-3355  
24 hours/7 days

Car Rental Loss and  
Damage Insurance  
1-800-338-1670

Hearing Impaired  
(9am-5pm EST)  
TTY: 1-800-221-9950  
FAX: 1-800-695-9090  
In NY: 1-800-522-1897

Large Print and Braille  
Statements  
1-800-525-3355

Travel Emergency and  
Worldwide Personal  
Assistance and Fine  
Dining  
1-800-345-AMEX

Platinum Card Travel  
Service and Fine Hotels,  
Resorts & Spas  
1-800-443-7672

By Invitation Only  
1-800-321-RSVP



Customer Service  
P.O. Box 7825 C.S  
Ft. Lauderdale, FL  
33329-7825

Express Cash  
P.O. Box 297815  
Ft. Lauderdale, FL  
33329-7815

Payments  
P.O. BOX 2855  
NEW YORK NY  
10116-2855

---

Change of Address  
correct on front  
not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and  
Home Phone

Area Code and  
Work Phone

E-mail (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

| | | | | |
|---|---|---|---|---|
| AMERICAN EXPRESS | Prepared For<br>JANE HALBRITTER | Account Number<br>XXXX-XXXXX4-21004 | Closing Date<br>04/09/07 | Page 3 of 10 |

**Due in Full continued**                                                                 Amount $

| Date | Description | | |
|---|---|---|---|
| .0/07 | TICKLED PINK    NAPLES    FL<br>WOMEN'S CLOTHING | | |
| 03/12/07 | BARNES & NOBLE 2632 NAPLES    FL<br>BOOK STORE | | |
| 03/12/07 | ANNE FONTAINE PARIS NAPLES    FL<br>2123433150<br>Description<br>WOMENS READY-TO-WEA | | |
| 03/13/07 | CIRCLE K #7356    BONITA SPRINGS   FL<br>CIRCL7356<br>GAS/MISC 000000355222 | | |
| 03/13/07 | MOBELFORM    ESTERO    FL<br>FURNITURE/HOME STORE<br>Description<br>590735 | | |
| 03/13/07 | USPS 1189290476    NAPLES    FL<br>9415942660 | | |
| 03/13/07 | GUESS #207    ESTERO    FL<br>9990000000 | | |
| 03/13/07 | BLACK & LENET NAPLESESTERO    FL<br>HOME FURNISHINGS<br>ROC No. 00000000000 | | |
| 03/13/07 | ELLEN TRACY OUTLET #ESTERO    FL<br>9990000000 | | |
| 03/13/07 | JARDIN DE VILLE    ESTERO    FL<br>FURNITURE/HOME STORE | | |
| 03/14/07 | CRITTER CAFE INC CRIMARCO ISLAND    FL<br>239-389-8488 | | |
| 03/14/07 | CRITTER CAFE INC CRIMARCO ISLAND    FL<br>239-389-8488 | | |
| 03/15/07 | PF CHANG'S #9906 306NAPLES    FL<br>1111111111<br>FOOD/BEVERAGE<br>TIP | | |
| 03/15/07 | HOME DEPOT EXPO 6358NAPLES    FL<br>9999999999 | | |
| 03/15/07 | SHANE'S RIB SHACK 00US    FL<br>8132540303<br>Description<br>FAST FOOD REST<br>6801 | | |
| 03/16/07 | PUBLIX #249    SUS    FL<br>9415972138<br>Description<br>GROCERIES | | |
| 03/16/07 | TUESDAY MORNING #089US    FL<br>MISC HOME FURNISHINGS<br>Description<br>PURCHASE | | |
| 03/17/07 | MARSHALLS #796 00000US    FL<br>9415975150 | | |
| 03/17/07 | LINENS N THINGS #684US    FL<br>MISC HOME FURNISHINGS<br>Description<br>BED/BATH/ACCES | | |

REDACTED

Continued on reverse

| Prepared For | Account Number | |
|---|---|---|
| ANE HALBRITTER | XXXX-XXXXX4-21004 | Page 4 of 10 |

**Due in Full continued**                                                                 Amount $

| Date | Description | Location | |
|---|---|---|---|
| 3/18/07 | TJMAXX #0084 0000000US<br>8136491553 | | FL |
| 3/18/07 | BOTTOMS UP LIQUOR ANNAPLES<br>LIQUOR<br>PACKAGE STORES-BEER, WINE, AND LIQUOR | | FL |
| 3/18/07 | STEIN-MART #0125 000US<br>9415140535<br>Description<br>Merchandise | FL | |
| 3/18/07 | CHEVRON 0308107    NAPLES<br>PAVILLION CHEVRO<br>FUEL/MISCELLANEOUS<br>ROC No. 0745613 | FL | |
| 3/19/07 | BEN FRANKLIN PLUMBINUS<br>HEATING/PLUMBING/AC | | FL |
| 3/20/07 | HOME DEPOT EXPO 6658US<br>9999999999 | | FL |
| 3/20/07 | SUPERCUTS        US<br>BEAUTY/BARBER SHOP | FL | |
| 3/20/07 | PIER 1    010421US<br>800-2454595 | FL | |
| 3/20/07 | USPS 1189290476  US<br>9415942660 | FL | |
| 3/21/07 | BEST BUY CO   0524 NAPLES<br>ELECTRONICS STORE | | FL |
| 3/21/07 | 0207 WILD OATS     NAPLES<br>GROCERY<br>ROC No. 0000000000 | | FL |
| 3/22/07 | PAD THAI INC.     NAPLES<br>RESTAURANT<br>Description<br>556552 | | FL |
| 3/22/07 | PUBLIX #249     SNAPLES<br>9415972138<br>Description<br>GROCERIES | | FL |
| 3/23/07 | USPS 1162719552    NAPLES<br>2395942664 | | FL |
| 3/25/07 | 0207 WILD OATS    NAPLES<br>GROCERY<br>ROC No. 0000000000 | | FL |
| 3/25/07 | BEST BUY CO  0524 NAPLES<br>ELECTRONICS STORE | | FL |
| 3/25/07 | TJMAXX #0084 0000000NAPLES<br>8136491553 | | FL |
| 3/25/07 | TARGET STORE T-899 0NAPLES<br>DISCOUNT STORE | | FL |
| 3/26/07 | STEIN-MART #0125 000NAPLES<br>9415140535<br>Description<br>Merchandise | | FL |

REDACTED

Continued on next page

| | | | | |
|---|---|---|---|---|
| AMERICAN EXPRESS | Prepared For<br>JANE HALBRITTER | Account Number<br>XXXX-XXXXX4-21004 | Closing Date<br>04/09/07 | Page 5 of 10 |

**Due in Full continued**  Amount $

| | | |
|---|---|---|
| ../07 | US AIRWAYS    PHOENIX    AZ<br>US AIRWAYS<br>From:           To:            Carrier:  Class:<br>FT MYERS FLORIDA  CHARLOTTE NC    US       TA<br>                  GREENSBORO NC    US       TA<br>                  CHARLOTTE NC     US       AA<br>                  FT MYERS FLORIDA US       AA<br>                  Date of Departure: 03/28<br>Ticket Number: 03778279911405<br>Passenger Name: HALBRITTER/JANE<br>Document Type: PASSENGER TICKET | |
| 03/28/07 | PARADIES- FT MYERS  FT. MYERS    FL<br>CARD & SOUVENIR STORE | |
| 03/28/07 | STEIN-MART #0125 000NAPLES    FL<br>9415140535<br>Description<br>Merchandise | |
| 03/28/07 | HMS HOST-RSW-AIRPT OFT MYERS  FL<br>2395617047<br>Description<br>FOOD/BEV | |
| 03/31/07 | DREXEL HERITAGE-JAMEJAMESTOWN  NC<br>FURNITURE/HOME STORE | |
| 03/31/07 | HERTZ CAR RENTAL  GREENSBORO    NC<br>        Location               Date<br>Rental:  GREENSBORO NC      07/03/28<br>Return:  GREENSBORO NC      07/03/31<br>Agreement Number: 521603983<br>Renter Name: HALBRITTER /JANE<br>Reference Number: 040001 | |
| 04/01/07 | SW FLORIDA INT'L AIRFORT MYERS  FL<br>PARKING FEES | |
| 04/01/07 | PUBLIX #249    SNAPLES       FL<br>9415972138<br>Description<br>GROCERIES | |
| 04/02/07 | HOME DEPOT EXPO 6358NAPLES   FL<br>9999999999 | |
| 04/02/07 | TARGET STORE T-899 0NAPLES   FL<br>DISCOUNT STORE | |
| 04/03/07 | TUESDAY MORNING #089NAPLES   FL<br>MISC HOME FURNISHINGS<br>Description<br>PURCHASE | |
| 4/03/07 | USPS 1162719552  NAPLES    FL<br>2395942664 | |
| 4/03/07 | MARSHALLS #796 00000NAPLES   FL<br>9415975150 | |
| 4/03/07 | BOTTOMS UP LIQUOR ANNAPLES   FL<br>LIQUOR<br>PACKAGE STORES-BEER, WINE, AND LIQUOR | |
| 4/03/07 | PIER 1    010421NAPLES    FL<br>800-2454595 | |
| 4/03/07 | SAME DAY CLEANERS 0UNAPLES   FL<br>DRY CLEANING<br>DRY CLEANERS | |



REDACTED

Continued on reverse

| pared For | Account Number | Page 6 of 10 |
|---|---|---|
| ANE HALBRITTER | XXXX-XXXXX4-21004 | |

**lue in Full continued**                                                Amount $

| Date | Description | |
|---|---|---|
| t/03/07 | LINENS N THINGS #684 NAPLES   FL<br>MISC HOME FURNISHINGS<br>Description<br>BED/BATH/ACCES | |
| t/03/07 | HARRINGTON'S NORTH PNAPLES   FL<br>239-591-0969 | |
| t/05/07 | BEST BUY CO 0524 NAPLES   FL<br>ELECTRONICS STORE | |
| t/05/07 | PETCO 1758  517585NAPLES   FL<br>239-254-0263 | |
| t/05/07 | PUBLIX #249      SNAPLES   FL<br>9415972138<br>Description<br>GROCERIES | |
| t/05/07 | TARGET STORE T-899 0NAPLES   FL<br>DISCOUNT STORE | |
| t/05/07 | TJMAXX #0084 0000000NAPLES   FL<br>8136491553 | |
| t/05/07 | 0207 WILD OATS    NAPLES   FL<br>GROCERY<br>ROC No. 0000000000 | |
| t/06/07 | AIR TKT SERVICE FEE ISSUED BY AMEX<br>HALBRITTER/JANE TKT# 03778279911<br>40<br>ROC No. 7827991140 | REDACTED |
| t/06/07 | TARGET STORE T-899 0NAPLES   FL<br>DISCOUNT STORE | |
| t/06/07 | PUBLIX #249      SNAPLES   FL<br>9415972138<br>Description<br>GROCERIES | |
| t/06/07 | CHEVRON 0308107   NAPLES   FL<br>PAVILLION CHEVRO<br>FUEL/MISCELLANEOUS<br>ROC No. 0758360 | |
| t/06/07 | TJMAXX #0084 0000000NAPLES   FL<br>8136491553 | |
| t/06/07 | 0207 WILD OATS    NAPLES   FL<br>GROCERY<br>ROC No. 0000000000 | |
| t/07/07 | PUBLIX #249      SNAPLES   FL<br>9415972138<br>Description<br>GROCERIES | |
| t/07/07 | PUBLIX #249      SNAPLES   FL<br>9415972138<br>Description<br>GROCERIES | |
| t/07/07 | BOTTOMS UP LIQUOR ANNAPLES   FL<br>LIQUOR<br>PACKAGE STORES-BEER, WINE,AND LIQUOR | |

**otal Due in Full Activity**

Continued on next page



Prepared For  
JANE HALBRITTER

Account Number  
XXXX-XXXXX4-21004

Closing Date  
04/09/07

Page 7 of 10

## Important Notice

### ormation on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

Please refer to page 2 for further important information regarding your account

pared For
ANE HALBRITTER

Account Number
XXXX-XXXXX4-21004

Page 8 of 10

**AMERICAN EXPRESS** **Business Platinum Card®**  **548,895 Membership Rewards® Points Available** at 03/31/07, when charges due are paid in full and all accounts are in good standing.

| d For | Account Number | Closing Date | |
|---|---|---|---|
| JANE HALBRITTER<br>STONEHEDGE HEALTH | 3727-150517-31001 | 04/23/07 | Page 1 of 6 |

| Previous Balance $ | Payment Activity $ | New Activity $<br>Inc. Adjustments | New Balance $ | Please Pay By<br>05/08/07 |
|---|---|---|---|---|

Please refer to page 2 for important information regarding your account

To manage your Account online or to pay your bill, please visit us at www.open.americanexpress.com. You can also pay your bill by calling 1-800-I-PAY-AXP (1-800-472-9297).

**Activity** * Indicates posting date                                                                 Amount $

4/06/07   Payment Received - Thank You

**Due in Full Activity for JANE HALBRITTER**                                                          Amount $
Card XXXX-XXXXX7-31001

3/24/07*  5% OPEN Savings at FedEx
          FEDEX #858960110601 $         03/20/07
3/29/07*  5% OPEN Savings at FedEx
          FEDEX #859298843080 $         03/23/07
3/31/07*  5% OPEN Savings at FedEx
          FEDEX #858960110612 $         03/27/07
4/12/07*  5% OPEN Savings at FedEx
          FEDEX #853245501132 $         04/06/07
4/12/07*  5% OPEN Savings at FedEx
          FEDEX #859298843605 $         04/06/07
4/12/07*  5% OPEN Savings at FedEx
          FEDEX #859298843627 $         04/06/07
4/12/07*  5% OPEN Savings at FedEx
          FEDEX #859298843816 $         04/06/07
4/12/07*  5% OPEN Savings at FedEx
          FEDEX #853245501467 $         04/06/07
4/17/07*  5% OPEN Savings at FedEx
          FEDEX #857094821679 $         04/12/07

REDACTED

Continued on Page 3

Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| Account Number | Please Pay By: | To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297. |
|---|---|---|
| 3727-150517-31001 | 05/08/07 | |

Please enter account number on all checks and correspondence.

**Total Amount Due**

Make check payable to American Express.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

Mail Payment to:
AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

0000372715051731001 000194264000194264 20 4

ANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 2 of 6

ayments: Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business ay. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by hone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated n the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other rm or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at st presentment and any representments, by transmitting the amount of the check, routing number, account number and eck serial number to your financial institution. Your checking account may be debited as soon as the same day we ceive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your ccount for the amount of the check. Authorization for Electronic Payments: By using the American Express Pay by omputer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American xpress to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By omputer, please visit us at www.americanexpress.com. Lost or Stolen Card: If the Card is lost or stolen, telephone us mediately at the number indicated on your paper statement or click on the Customer Service link online. Outside the U.S., all collect or contact the nearest American Express Travel Service Office or other local American Express office. inance Charges: Average Daily Balance Method for Calculation of Finance Charges: e use the Average Daily Balance method to calculate FinanceCharges on your Account. Under this method, e figure the Finance Charges on your Account by applying the dailyperiodic rate to the Average Daily Balance s described below) for each feature (such as Purchase, Cash Advance andBalance Transfer features) of your Account cluding current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for e feature each day (including unpaid Finance Charges from previous billingperiods), (2) add any new transactions, debits, fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after e first day of the billing period, we also add an amount of interest equal to the previous day's daily balance ultiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and e beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we d up all the daily balances for the feature for the billing period and divide the total by the number of days in the lling period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement the next Closing Date, then you will avoid additional Finance Charges on features included in this New alance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the ily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations used by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in ily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges e imposed is $0.50. Transactions Made in Foreign Currencies: If you incur a Charge in a foreign currency, it will be nverted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by plicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a vernment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the nversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates ich establishments use. In Case of Errors or Questions About Your Bill: If you think your bill is wrong, or if you ed more information about a transaction which appears on your statement, write or call the Customer Service department indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 ys after we sent you the first bill on which the error or problem appeared. What We Need From You When You Have Billing Inquiry: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe d explain why you believe there is an error. If you need more information, describe the item you are unsure about. hile we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not question. Please retain any receipts pertinent to your claim. In Case of Errors or Questions About Your Electronic ansfers: Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. u can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent u the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name and account mber; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, d explain as clearly as you can why you believe there is an error or why you need more information. We will investigate ur complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your count for the amount you think is in error, so that you will have use of the money during the time it takes us to mplete our investigation. Credit Balance: If a credit balance (designated "CR") is shown on this statement, no payment required. You may make charges against the credit balance or request a refund. Requests for refunds should be made writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer rvice link online. Creditor: American Express Bank, FSB. New York residents may contact the New York Banking partment to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
24 hours/7 days

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille
Statements
1-800-492-8468

Extended Payment
Option/Select and Pay
Option Customer
Service
1-800-403-1288



americanexpress.c

Customer Service
P.O. Box 297804
Ft. Lauderdale, FL
33329-7804

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
P.O. BOX 360001
FT LAUDERDALE
FL
33336-0001

---

hange of Address
orrect on front
not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.



eet Address

y, State

Code

a Code and
one Phone

a Code and
rk Phone

ail (optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmember
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.