AMERICAN EXPRESS
Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX-91006-9

Closing Date
04/23/07

Page 3 of 6

Case 1:07-cv-03848-WHP Document 16-9 Filed 01/18/2008 Page 1 of 52

**... in Full continued**          Amount $



| | |
|---|---|
| 03/23/07 | FEDEX #859298843080 ROME    NY<br>32250<br>TO: & PETERS DECEMBER FL<br>FROM: JANE HAIBRITTER 13440<br>001 PRIORITY LTR 1LB AWB859298843080<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9298843080 |
| 03/27/07 | ROBB & STUCKY S2 000NAPLES    FL<br>9412613969<br>Description<br>FURNITURE<br>000022 |
| 03/27/07 | FEDEX #858360110612 ROME    NY<br>34108<br>TO: JANE HALBRITTER FL<br>FROM: JANE HALBRITTER 13440<br>004 PRIORITY PKG 26LB AWB858360110612<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 8360110612 |
| 03/31/07 | EMBASSY SUITES    GREENSBORO    NC<br>Arrival Date    Departure Date    No of Nights<br>03/28/07    03/31/07    3<br>00000000 |
| 04/06/07 | FEDEX #853245501187 ROME    NY<br>13202<br>TO: MACHT BRENIZER GINGOLD NY<br>FROM: JANE HAIBRITTER 13440<br>001 PRIORITY BOX 3LB AWB853245501187<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3245501187 |
| 04/06/07 | FEDEX #853245501132 ROME    NY<br>13057<br>TO: ATTORNEY NY<br>FROM: JANE HAIBRITTER 13440<br>001 PRIORITY BOX 5LB AWB853245501132<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3245501132 |
| 04/06/07 | FEDEX #859298843816 ROME    NY<br>13502<br>TO: HARB CULLY NY<br>FROM: JANE HAIBRITTER 13440<br>001 PRIORITY LTR 1LB AWB859298843816<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9298843816 |
| 04/06/07 | FEDEX #859298843827 ROME    NY<br>13676<br>TO: PINTO MINENSKI WATSON NY<br>FROM: YANE HALBRITLER 13440<br>001 PRIORITY LTR 1LB AWB859298843827<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9298843827 |
| 04/06/07 | FEDEX #859298843805 ROME    NY<br>13440<br>TO: MIKE VARRIE NY<br>FROM: JOSE HALBRITTLE 13440<br>001 STANDARD LTR 1LB AWB859298843805<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9298843805 |

REDACTED

Continued on reverse

**Due in Full continued**                                                          Amount $

| | | |
|---|---|---|
| 4/12/07 | FEDEX #857094821678 ROME       NY | |
| | 34108 | |
| | TO: JANIE HOLIBELTER FL | |
| | FROM: LORETTA GIFFORD 13440 | |
| | 001 PRIORITY PAK 6LB AWB857094821678 | REDACTED |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 | |
| | ROC No. 7094821678 | |
| 4/16/07 | SITE GENIE, LLC 0000ROCHESTER    MN | |
| | 507-535-7550 | |

**Total Due in Full Activity**



## OPEN Savings Summary

Prepared For
JANE HALBHUBER
STONEHEDGE HEALTH

Case No.: 03948-WHP    Document 26-9    Filed 01/18/2008    Page 5 of 6
Account Number
XXXX-XXXXX-31061    Page 3 of 52

| | Total Savings to Date For This Account | Savings Since Jan 2007 | Savings This Period Through Apr 23 |
|---|---|---|---|
| $ | | | |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2007 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing | | | | |
| HERTZ - Car rentals | Ongoing | | | | — |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| DELTA - Flight purchases | Ongoing | | | | |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | | REDACTED | | |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing | | | | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | | | |
| JETBLUE - Flight purchases | Ongoing | | | | — |
| RUBY TUESDAY - Casual dining | Ongoing | | | | |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing | | | | |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | | | | |
| WINGATE INNS - Hotels in the U.S. | Ongoing | | | | |
| ?0-FLOWERS.COM - Flowers and gifts | Ongoing | | | | |
| Totals | | | | | |

## Other Ways To Save!

## Great New Places To Use Your Business Card

(CE 108662)

Folcomer Equipment Corporation is a dealer for new and used construction equipment, rentals, parts and service in Maryland and Delaware.

Folcomer:
folcomer.com

Tile Market of Delaware is a provider of ceramic tile, marble and granite from around the world, custom granite countertops, and more. Two stores in Delaware, Wilmington and Lewes.

Tile Market:
tilemarketde.com

## Did You Know? You Can Use Your Business Card at...

(CE 108658)

CSN Stores is capable of helping you expand your business. CSNOfficeFurniture.com has what you need, featuring easy online shopping for premium brands, low prices and great selection.

CSN Office:
csnofficefurniture.com

AMO:
amo-inc.com

Advanced Medical Optics (AMO) is a global medical device leader that develops advanced life-improving vision technologies and is focused on providing eye care practitioners with a full range of refractive solutions. For information about their cataract, laser vision correction and eye care products, visit their website amo-inc.com.

Discrete:
discretewireless.com or
678-338-5950

Discrete Wireless is the provider of the Discrete Wireless GPS Fleet Management System. Save 25% on fuel, reduce overtime and increase profits.

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 6 of 6

Case 1:07-cv-03848-WHP    Document 26-9    Filed 01/18/2008    Page 4 of 52

## Join Exclusive Resorts Now and Save up to $10,000



**EXCLUSIVE RESORTS**

Join Exclusive Resorts using your Business Platinum Card® and you can save up to $10,000. Make your next vacation and every one after that better, as you enjoy access to hundreds of multi-million-dollar private homes in dozens of beach, mountain, metropolitan and leisure destinations worldwide, all with the service and amenities of luxury resorts.

*(CE 108726)*

To find out more about Exclusive Resorts and receive a free Effortless Vacation DVD, call **1-866-450-1658** or visit **exclusiveresorts.com/platinum2**

Terms and conditions apply.

## Important Information for AT&T® All-in-One Customers


**OPEN FOR BUSINESS**

Please be advised that as of May 1, 2007, AT&T® will no longer be part of the OPEN Savings® program. As a result, effective on or after May 1, 2007, AT&T® Small Business All-in-One Calling Plans billed via automatic bill payment, on a recurring basis, using an American Express® Business Card will no longer be eligible for the prior 5% OPEN Savings® discount. If you should have any questions or should wish to discuss other calling plans, please contact AT&T at the following toll-free telephone number **1-800-329-9384**.

*(CE 108640)*

## Register for the FedEx Drive Sweepstakes!


**FedEx**

Register at **drive.fedex.com** for a chance to win a $10,000 American Express® Business Card Statement Credit.* Play the FedEx Drive instant win games* daily for prizes like an all-in-one printer scanner, copier and fax machine or a Ticketmaster® gift card. As always, save an extra 5% when you use your American Express® Business Card at FedEx or FedEx Kinko's. **

*No purchase necessary to enter. Must be a legal resident of the U.S. and 18 or older. Game ends 4/30/07. See Official Rules at drive.fedex.com for details. Void where prohibited.
**Purchase must be made with an American Express Business Card. Partners and offers subject to change without notice. Visit **opensavings.com** for complete terms and conditions.

*(CE 108641)*

Visit **drive.fedex.com** today.

## Have You Experienced JetBlue®? Now 3% to 5% Less


**JetBlue Card from American Express**

Save 3% on JetBlue flights when you pay with your Business Card or 5% with your JetBlue Business Card®. JetBlue joined OPEN Savings®, a built-in savings program that provides automatic savings from participating companies. Your savings will automatically be credited on your statement, no need to enroll. So continue to enjoy low fares and friendly service when you fly JetBlue.

JetBlue®--Valid on flights purchased directly from JetBlue by visiting jetblue.com, calling 1-800-JETBLUE (538-2583), or at the airport. Savings do not apply to Getaways vacation packages, gift cards or to flights purchased through a third party. All American Express® Business Card accounts receive 3% savings with a maximum annual savings of $1,000 per Card account. JetBlue Business Card® accounts receive an extra 2% savings, for a total of 5% savings with a maximum annual savings of $2,000 per Card account.

*(CE 108665)*

Reserve your next flight today. Visit jetblue.com or call **1-800-JETBLUE (538-2583)**.

To learn more about OPEN Savings and our participating partners, please visit **opensavings.com**

## Travel Medical Protection - Travel with Peace of Mind


**OPEN FOR BUSINESS**

Travel Medical Protection, offered exclusively to American Express® Business Cardmembers, provides insurance coverage for up to $100,000 for eligible expenses related to evacuations and medical and dental emergencies, while on a Covered Trip traveling anywhere in the world, when more than 150 mile radius from Your Permanent Residence for up to 45* days whether driving, flying on a Scheduled Airline or taking the railroad.

Travel Medical Protection is underwritten by AMEX Assurance Company, Administrative office, De Pere, Wisconsin. Coverage is subject to the terms, conditions, and exclusions of Master Policies (varies per state) AX0950, AX0916, AX0124 or Policy Form Number TMP-IND and is subject to change with notice. *In most states.

*(CE 108666)*

There are some things you can't pack in a suitcase, like adequate insurance. So, travel with peace of mind! To learn more about the coverage or how You can enroll yourself and your loved ones, call **1-800-618-8302** and mention RSVP code **4AV**

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.



# Membership Rewards
# Monthly Statement and Program News

estions about your
ership Rewards account,
ntact

800-AXP-EARN
(297-3276)
w.americanexpress.com/rewards

erican Express
mbership Rewards
. Box 297813
Lauderdale, FL 33329-9785

**Statement Period**
**April 1, 2007    - April 30, 2007**
Account activity after this period does not appear on this statement

*American Express®*
MEMBERSHIP REWARDS

Prepared for
**JANE HALBRITTER**                    **Available Points**
Membership Rewards® Account Number
**1M84761600**                         **565,912**

Points are available when charges are paid in full and all your accounts are in good standing.

## Account Summary

| | |
|---|---|
| Opening points balance | 548,895 |
| New points earned | +17,017 |
| Points transferred or redeemed | 0 |
| Reinstated points and adjustments | 0 |
| New points balance | =565,912 |

## New Points Earned

04/01/07 - 04/30/07

| | Points Activity On Eligible Charges | Bonus Points Awarded | Forfeited Points Due To Late Payment | Total Points Activity Per Card |
|---|---|---|---|---|
| Gold XXX-XXXXX2-64001 | 431 | 0 | 0 | 431 |
| Platinum XXX-XXXXX4-21004 | 26,938 | 0 | 0 | 26,938 |
| Business Platinum XXX-XXXXX7-31001 | 1,939 | 0 | 0 | 1,939 |
| Gold XXX-XXXXX2-64001 | 0 | 0 | -12,291 04/2007 | -12,291 |
| Totals | 29,308 | 0 | -12,291 | 17,017 |

mbership Rewards points earned may be transferred or redeemed as long as all enrolled Card accounts are in good standing. Points transferred
eemed cannot be reversed back into the program. **Forfeited points can be reinstated for a fee by calling the number provided below.**
. Card charges are outlined in the Membership Rewards program Terms and Conditions in your Membership Rewards Guide. If you have
estions, please visit **www.americanexpress.com/rewards** or call 1-800-AXP-EARN (297-3276). From overseas, call collect 305-816-2799.

### The Golf Academy at the Sea Pines Resort on Hilton Head Island



Play better golf. Guaranteed. At The Golf Academy at the Sea Pines Resort on Hilton Head Island. Redeem points for a 1-, 2- or 3-day golf school. Please call The Golf Academy at the Sea Pines Resort on Hilton Head Island at **1-800-925-0467** to make your reservation.

Terms and conditions of the Membership Rewards program apply. For more information, visit membershiprewards.com. Taxes and fees may apply.

To preview this reward and to redeem points, visit **membershiprewards.com** or call **1-800-AXP-EARN (297-3276).**

(MR Message 6403)

### The Moorings



The Moorings offers a tropical sailing vacation experience, with a fleet of over 770 monohulls and catamarans sailing from 26 of the most idyllic destinations around the world. We offer luxury all-inclusive packages, with professional captain and gourmet chef at your service for 2 to 10 guests. Plus, we also offer bareboat vacations for sailors and do-it-yourselfers with no formal certification necessary. For reservations and information, call The Moorings at **1-888-952-8420** or visit **www.moorings.com**

Terms and conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com. Individual partner restrictions may apply.

To preview this reward and to redeem points, visit **membershiprewards.com** or call **1-800-AXP-EARN (297-3276).**

(MR Message 1337)

*Continued on reverse*

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.



## Redeem Points for Swissotel Hotels & Resorts



Each Swissotel Hotel & Resort captures modern and functional design, with local character and renowned standards of Swiss hospitality, service efficiency and product quality. Guests will find luxurious accommodations and a full range of business and leisure amenities and services in each hotel.

Terms and conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com. Taxes and fees may apply. Individual hotel restrictions may apply.

To preview this reward and to redeem points, visit **membershiprewards. com** or call **1-800-AXP-EARN** (297-3276).

(MR Message 8368)

## Take a Learning Vacation with Smithsonian Journeys



Smithsonian Journeys offers over 250 spectacular learning vacations to destinations in the U.S. and around the world. All tours provide VIP Access and are accompanied by top experts and seasoned insiders who offer personalized attention every step of the way. Redeem points for a $250, $500 or $1,000 reward toward your next learning vacation. Smithsonian Journeys, the best in educational travel.

To preview this reward and to redeem points, visit **membershiprewards. com** or call **1-800-AXP-EARN** (297-3276).

(MR Message 3516)

Terms and conditions of the Membership Rewards® program apply. For more information, visit membershiprewards.com. $1,000 certificates are redeemable for international travel only.

## Make Your Luxury Hotel Stay More Rewarding with Double Points at Select Destination Hotels



Seeking world-class skiing, championship golf, a beach escape, an exclusive spa or a city experience? Choose from one of over 30 Destination Hotels & Resorts nationwide and earn double Membership Rewards® points at select locations through 12/31/07. For details and participating properties, go to destinationhotels.com/rewards

Offer valid 1/1/07-12/31/07 at select participating hotels only. Maximum 2500 bonus points per transaction. To earn bonus points, you must be enrolled in the Membership Rewards program at time of stay and charge your stay on an eligible, enrolled American Express® Card. Ineligible rates include but are not limited to, Internet wholesale rates (such as third party online travel agents), traditional wholesale rates, or contracted rooms. Bonus points will be credited to your Membership Rewards account within 6-8 weeks after charges appear on your billing statement. Bonus ID: 6185.

Earn double Membership Rewards points at select Destination Hotels & Resorts through 12/31/07. For more information and to find participating properties go to **destinationho. com/rewards**

(MR Bonus ID 6185)

## Earn Double Points on Purchases of $35 or More at Kodakgallery.com

Earn double Membership Rewards® points with every qualifying purchase of $35 or more when you visit kodakgallery.com and use your enrolled American Express® Card. Create photo books, mugs, and more. Or, buy high-quality Kodak prints for as low as 15¢. Kodak Gallery provides a secure and easy way to view, store and share photos with friends and family.

Offer valid until December 31, 2007. To be eligible to earn bonus points, you must be enrolled in the Membership Rewards program ("Program") at the time of purchase and you must charge your purchase of $35 or more to an eligible, enrolled American Express Card. Bonus points will be credited to your Program account 6-8 weeks after charges appear on your billing statement. Bonus ID: 4103.

Create photo gifts for friends and family. Visit **kodakgallery.com** to earn 2x points!

(MR Bonus ID 4103)

**Kodak** EasyShare Gallery

ffers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be sclosing to the merchant that you meet these criteria.





CustomExtras™

---

## ow Accepting American Express® Cards!



CARDS WELCOME

**Factory Card & Party Outlet** - Fun and creative solutions for your party and special occasion needs. To find a location near you, visit us online at **FactoryCard.com**

**Boat Tree** - The world's largest Regal dealer has a boat to meet everyone's needs. Call **1-800-241-8141** or visit **boattree.com** today to find a location near you.

**VeloNews** - Journal of competitive cycling, pro-racing coverage 21 times a year, daily news, features, live race coverage and online specials at **velonews.com. 1-800-494-1413**.

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 108928)

---

## ow Pay Your Mortgage and Earn Valuable Rewards!



CARDMEMBER BENEFITS

Paying for your dream house can help your other dreams come true. By participating in the Express Rewards Mortgage℠ program from American Home Mortgage, you can earn valuable rewards on qualifying loans by paying your monthly mortgage payments with your American Express® Card. Plus, you'll get an exclusive set of offers on home-related products and services, and enjoy the convenience and security of having your payments automatically billed to your Card.

Subject to loan related fees including program fee and terms and conditions. Valid for eligible new and refinanced loans. American Express is not responsible for financial services offered by American Home Mortgage.

To learn more about American Home Mortgage and the Express Rewards Mortgage program, please visit **AHMrewards1.com** or call **1-877-597-1200**.

(CE 108821)

---

## troducing Local Color



CARDMEMBER BENEFITS

Local Color from American Express® Travel allows you to research, plan, and book all details of your next adventure through one website. Read opinions from expert guides and fellow travelers who have seen and done the things you want to see and do yourself. Local Color features reviews and articles from *Lonely Planet, IgoUgo,* and *Travel + Leisure®*.

Explore Local Color at **americanexpress.com/colorlocal**

(CE 108974)

---

## ou Can Help End Childhood Hunger in America!



THE CAPITAL GRILLE

In support of Share Our Strength on their ongoing effort to end childhood hunger, The Capital Grille is mixing a martini unlike any other. The Carolina Blue Martini is made with Ciroc Vodka, Crème de Mure and fresh berries served with an exquisite Blue Topaz & Diamond Caviar™ Rope Bracelet from acclaimed designer Steven Lagos. A martini is priced at $1,000, and $500 from each martini sale will be donated to Share our Strength. Please join us in this most elegant way to support a most worthy cause.

$1,000 is inclusive of all applicable taxes, purchase is not tax-deductible. For more information on Share Our Strength, a national non-profit organization, visit **strength.org** Must be at least 21 years of age to consume alcohol.

To find The Capital Grille nearest you, please visit **capitalgrille.com**

(CE 108980)

---

## REE Nike Golf Amenity Package



ESPN GOLF SCHOOLS

Use your American Express® Card when enrolling in the ESPN Golf Schools and receive an exclusive amenity package from Nike Golf worth over $125. ESPN Golf Schools offers a variety of programs across the U.S. to help you improve your golf game. The latest equipment from Nike Golf is included in all programs. Log on to **espngolfschools.com** for dates and locations.

Offer valid through 12/31/07 on enrollment for 2007 schools only and cannot be combined with any other offers. An American Express Card must be used at the time of golf school purchase to be eligible to receive amenity package. Eligible participants will receive their amenity package onsite at their golf school. Participants in corporate golf schools are not eligible for the package. Cardmembers redeeming Membership Rewards® points will not be eligible to receive the amenity package.

espngolfschools.com

(CE 108981)

---

ffers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be sclosing to the merchant that you meet these criteria.

## xperience the Sandals Difference



Sandals Ultra All-Inclusives offer 12 of the most romantic resorts for two people in love. Located on the Caribbean's most exotic islands in Jamaica, St. Lucia, Antigua and The Bahamas, the best of everything is included. Enjoy an astounding array of land and watersports, including unlimited golf and scuba diving.* Dine at specialty gourmet restaurants and enjoy premium brand drinks. Renew your spirits at Red Lane Spas**--sanctuaries for mind, body and soul that reinterpret classic European spa rituals with a distinctive Caribbean flair. Utilizing renowned Pevonia® botanical products and custom formulations, you'll discover a sense of ease and calm found only in paradise. Other "all-inclusives" claim to include it all...but their add-on charges and hidden fees really add up. Sandals includes all the things you want most, even including tips and transfers.

**Terms and Conditions:**
AEV tour operated by Travel Impressions, a subsidiary of American Express. Up to 45% savings based on Sandals Dunns River Villagio Golf Resort and Spa. Valid for booking now through 12/15/07 for travel 8/01/07-12/21/07. **Spa services are additional. *Resort certification fee not included.

Rates and promotions are accurate at time of printing and are subject to changes, exceptions, cancellation charges and restrictions may apply. Not responsible for errors or omissions in the printing of this message. American Express acts solely as the sales agent for suppliers and is not liable for their actions or inactions. CST# 1022318-10, Washington UBI# 600 469 694, ML# 1192, TA002 Registered Iowa Travel Agency, NV# 2001-0126.

Book now through 12/15/07 and receive up to 45% off! To book your next American Express Vacations Sandals trip contact American Express Travel at **1-800-AXP-8133.**

(CE 109002)

## 50,000 More Reasons to Take Great Vacations



ExCLUSIVE
RESORTS

Join Exclusive Resorts® luxury destination club and you can earn up to 250,000 Membership Rewards® bonus points. With Exclusive Resorts, you'll stay in hundreds of extraordinary residences in dozens of the world's most sought-after destinations, all with the service and amenities of a luxury resort.

Offer valid 4/1/2007-12/31/2007. Cardmembers can earn up to 250,000 Membership Rewards bonus points based on Membership Plan purchased. To be eligible to earn bonus points, you must be enrolled in the Membership Rewards program ("Program") at the time of purchase and you must charge your entire Transfer Fee and Membership Deposit on an eligible, enrolled American Express® Card. Additional terms and conditions apply, see exclusiveresorts.com/effortless2 for information. Bonus ID: 7241.

Call 1-866-450-1660 or visit **exclusiveresorts.com/effortless2** for membership information, a free Effortless Vac. DVD, and details on earning up to 250,000 Membership Rewards points when you join.

(CE 109006)

## ..ay at a Marriott Resort and Get Up to $250 to Spend!



Marriott.

Treat yourself to a premium room with a beautiful view of sun-swept beaches, breathtaking desert oases or a signature golf course. When you book a premium room at a participating Marriott and Renaissance Resorts and pay with your American Express® Card, you will receive an American Express branded reward card valued at $50 for each night you stay--up to a total of five nights.

You must book a premium room and pay with your American Express Card to qualify. Offer valid for reservations booked through September 30, 2007 with travel by December 30, 2007. Offer valid on Promotion code **AX6** only. Offer valid for a limited number of rooms. Offer not applicable to groups of ten or more. Other restrictions, including blackout dates may apply. Day of week availability may vary by hotel. Reward card terms and conditions apply.

Visit Marriott.com/amexresorts or call **1-877-MARRIOTT, (627-7468)** to book your resort package today!

Use Promotion code **AX6.**

(CE 109036)

## ..ke a Smithsonian Journey and Get a $100 Gift Certificate



..nithsonian
JOURNEYS

Smithsonian Journeys offers more than 250 dazzling learning vacations featuring world-class study leaders and guest speakers. Discover travel made exceptional, personal and unforgettable at **SmithsonianJourneys.org or 1-877-338-8687.** When you book your Journey by 8/31/07 using your American Express® Card, you will receive a $100 gift certificate from SmithsonianStore.com. Choose from a wide selection of gemstone jewelry, exclusive apparel, home décor, unique gifts & more--each product evokes the Smithsonian's vast collection of art and artifacts. Offer valid through 8/31/07 and cannot be combined with other offers. Certificate awarded when Journey is paid in full. Limit one certificate per Cardmember.

Visit **Smithsonian Journeys.org,** or call **1-877-338-8687,** to plan your next great vacation. To receive your $100 gift certificate from SmithsonianStore.com mention Promotion code **AE100.** Gift certificate terms and conditions apply.
(CE 109012)

..ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be ..closing to the merchant that you meet these criteria.

Case 1:07-cv-03848-WHP   Document 26-9   Filed 01/18/2008   Page 9 of 52

**e in Full continued**                                                      Amount $

| 5/15/07 | STORE TO DOOR LLC 00WOBURN | MA | |
| --- | --- | --- | --- |
| | 7819320774 | | |
| | Description | | |
| | STORAGE RENTAL | | REDACTED |
| | 00000 | | |

**Total Due in Full Activity**

---

**Important Notice**

**Information on Flexible Payment Features**

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

Please refer to page 2 for further important information regarding your account



**Platinum Card®**
**Statement of Account**

Case 1:07-cv-03848-WHP    Document 26-9    Filed 01/18/2008    Page 11 of 52

**Membership Rewards®**
**Points Available**
at 05/09/07; when charges due are paid in full and all accounts are in good standing.

Prepared For
..NE HALBRITTER

Account Number
3717-577374-21004

Closing Date
05/09/07

Page 1 of 10

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | **New Balance $** |
|---|---|---|---|

**Please Pay By**
**05/24/07**

Please refer to page 7 for important information regarding your account

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.

### Enjoy a Customized Voyage Aboard Your Own Private Yacht

The new Private Yacht Program offers a choice of distinctive yachts available for charter around the world, complete with professional crews and talented chefs. Chart your own course with custom itineraries, personalized menus and flexible, freestyle schedules. Experience an exclusive private yacht charter vacation with a program partner and receive a special benefit of $500 or more.

Program terms and conditions apply. For full program information, visit **americanexpress.com/platinum**. For more information about the broad range private yachts available for charter, call the specialists at Platinum Travel Service at **1-800-443-7672**.

## Activity
*Indicates posting date*

Amount $

| 04/18/07 | PHONE PAYMENT RECEIVED-THANK YOU | |
|---|---|---|
| | XXXXX17216 | |
| | NBT BANK, NATIONAL ASSOCIATION | |

### Due in Full Activity for JANE HALBRITTER
Card XXXX-XXXXX4-21004

Amount $

| 09/07 | COSTCO WHSE #00354 9NAPLES | FL | |
|---|---|---|---|
| | WHOLESALE CLUB | | REDACTED |
| 04/09/07 | COSTCO WHSE #00354 9NAPLES | FL | |
| | WHOLESALE CLUB | | |
| 04/09/07 | EXPRESS  NAPLES | FL | |
| | EXPRESS APPAREL | | |
| | ROC No. 0010000404 | | |
| 04/09/07 | VICTORIA'S SECRETNAPLES | FL | |
| | Women's Apparel | | |
| | ROC No. 0030005857 | | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
3717-577374-21004

Please Pay By:
**05/24/07**

Please enter account number on all checks and correspondence.

Make check payable to American Express.

JANE HALBRITTER
100 W GARDEN ST
ROME NY 13440-3424

**Total Amount Due**

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side. □

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 2855
NEW YORK NY 10116-2855

0000371757737421004  00230172600230172G  08  A

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily Periodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily periodic rates may be applied to separate Feature balances. To get the ADB for each Feature, we (1) take the beginning balance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the Feature.* This gives us the daily balance for the Feature for that day and the beginning balance for the Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this New Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%**. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. You must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of a six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

---



To Pay By Phone
1-800-472-9297

Customer Service and
Lost or Stolen Card
1-800-525-3355
**24 hours/7 days**

Car Rental Loss and
Damage Insurance
1-800-338-1670

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille
Statements**
1-800-525-3355

Travel Emergency and
Worldwide Personal
Assistance and Fine
Dining
1-800-345-AMEX

Platinum Card Travel
Service and Fine Hotels,
Resorts & Spas
1-800-443-7672

By Invitation Only
1-800-321-RSVP

Customer Service
P.O. Box 7825 C.S
Ft. Lauderdale, FL
33329-7825

Express Cash
P.O. Box 297815
Ft. Lauderdale, FL
33329-7815

Payments
P.O. BOX 2855
NEW YORK NY
10116-2855

---

**ange of Address**
correct on front
not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- Please print clearly in blue or black ink only in the boxes provided.

eet Address

y, State

Code

a Code and
me Phone

a Code and
rk Phone

ail (optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmembt
offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

Prepared For
JANE H. BRUTTE
Account Number
XXXXXXXX106-9
Closing Date
05/09/07
Page 3 of 10

Case 1:07-cv-03848-WHP Document 26-9 Filed 01/18/2008 Page 13 of 52

## e in Full continued

Amount $

| Date | Description | Location | State |
|------|-------------|----------|-------|
| 04/09/07 | DILLARD DEPT STORES NAPLES<br>DEPARTMENT STORE<br>Description    Price<br>DONNA KARAN<br>DONNA KARAN<br>SALES TAX | NAPLES | FL |
| 04/10/07 | ALDO    ESTERO<br>SHOE STORE | ESTERO | FL |
| 04/10/07 | NINE WEST OUTLET #27 ESTERO<br>9990000000 | ESTERO | FL |
| 04/10/07 | TJ MAXX #1039 000001 ESTERO<br>8003331387 | ESTERO | FL |
| 04/10/07 | SHANE'S RIB SHACK 00 BONITA SPRING<br>8132540303<br>Description<br>FAST FOOD REST<br>6726 | BONITA SPRING | FL |
| 04/10/07 | BEDBATH&BEYOND#1048 ESTERO<br>DEPARTMENT STORES | ESTERO | FL |
| 04/10/07 | VICTORIA'S SECRET Estero<br>Women's Apparel<br>ROC No. 0020004771 | Estero | FL |
| 04/10/07 | DSW SHOE WAREHOUSE BONITA SPRINGS<br>FOOTWEAR | BONITA SPRINGS | VA |
| '0/07 | GUESS INC. #5620 ESTERO<br>9999999999 | ESTERO | FL |
| 04/10/07 | GUESS #207    ESTERO<br>9990000000 | ESTERO | FL |
| 04/10/07 | KIRKLANDS #525 00000 ESTERO<br>2399929120 | ESTERO | FL |
| 04/13/07 | PUBLIX #249    SNAPLES<br>9415972138<br>Description<br>GROCERIES | SNAPLES | FL |
| 04/13/07 | MACY'S    NAPLES<br>MINIBAGS | NAPLES | FL |
| 04/13/07 | MACY'S    NAPLES<br>NINE WEST<br>Description<br>ALFANI WOMENS S<br>ROC No. 4501241822 | NAPLES | FL |
| 04/13/07 | MACY'S    NAPLES<br>CHANEL BEAUTE | NAPLES | FL |
| 04/13/07 | GAP #6302/THE GAP #6 NAPLES<br>MEN'S/WOMEN'S CLOTHING | NAPLES | FL |
| 04/13/07 | BODY SHOP-034 800000 NAPLES<br>9412630335<br>Description    Price<br>WOMEN'S READY-TO-WE | NAPLES | FL |
| 04/13/07 | DIXONS TOWING 00000 NAPLES<br>941-352-1150 | NAPLES | FL |
| 4/07 | SHELL OIL    NAPLES<br>575424870041057170119 66<br>ROC No. 0945113ISL | NAPLES | FL |

REDACTED

Continued on reverse

| | |
|---|---|
| 4/15/07 | PUBLIX #249    SNAPLES    FL<br>9415972138<br>Description<br>GROCERIES |
| 4/16/07 | THE DIPLOMAT COUNTRYHALLANDALE    FL<br>954-833-4000 |
| 4/16/07 | THE DIPLOMAT COUNTRYHALLANDALE    FL<br>954-833-4000 |
| 4/16/07 | USPS 1162719552    NAPLES    FL<br>2395942664 |
| 4/16/07 | SWEETBAY #1927 00000    STORE MANAGER FL<br>2395935968 |
| 4/18/07 | BRIO NAPLES     NAPLES    FL<br>RESTAURANT<br>Description<br>549685 |
| 4/19/07 | PETSMART # 1255 1255ESTERO    FL<br>PetSmart 1-800-738-1385 x |
| 4/19/07 | PETSMART # 1255 1255ESTERO    FL<br>PetSmart 1-800-738-1385 x |
| 4/19/07 | TRENDY WITH A TWIST ESTERO    FL<br>2393905002<br>Description<br>GENERAL MERCHANDISE |
| 4/19/07 | SWOOZIES 30000346929ESTERO    FL<br>4042527979<br>Description      Price<br>SPECIALTY RETAIL ST    158.79 |
| 4/19/07 | TJ MAXX #1039 000001ESTERO    FL<br>8003331387 |
| 4/19/07 | HERTZ CAR RENTAL    NAPLES    FL<br>       Location                Date<br>Rental:    NAPLES FL         07/04/14<br>Return:    NAPLES FL         07/04/19<br>Agreement Number: 541582171<br>Renter Name: HALBRITTER /JANE<br>Reference Number: 040020 |
| 4/20/07 | JARDIN DE VILLE    ESTERO    FL<br>FURNITURE/HOME STORE |
| 4/20/07 | THE CHEESECAKE FACTONAPLES    FL<br>9999999999<br>FOOD<br>TIP |
| 4/21/07 | ROYS #3007 306802030NAPLES    FL<br>2392611416<br>FOOD/BEVERAGE<br>TIP |
| 4/22/07 | BOTTOMS UP LIQUOR ANNAPLES    FL<br>LIQUOR<br>PACKAGE STORES-BEER, WINE,AND LIQUOR |
| 4/22/07 | USPS 1162719552    NAPLES    FL<br>2395942664 |
| 4/22/07 | PUBLIX #249    SNAPLES    FL<br>9415972138<br>Description<br>GROCERIES |

REDACTED

Continued on next page

Prepared For
JANE HALBRITTER
Account Number
XXXXX-XXXXX1-2XX40
Closing Date
05/01/07
Page 5 of 10

Case 1:07-cv-03848-WHP    Document 20-9    Filed 01/18/2008    Page 15 of 52

**ue in Full** continued                                                                    Amount $

| Date | Description | |
|------|-------------|---|
| 04/22/07 | STEIN-MART #0125 000NAPLES    FL<br>9415140535<br>Description<br>Merchandise | |
| 04/24/07 | JARDIN DE VILLE    ESTERO    FL<br>FURNITURE/HOME STORE | |
| 04/24/07 | CHEVRON 0308107    NAPLES    FL<br>PAVILLION CHEVRO<br>FUEL/MISCELLANEOUS<br>ROC No. 0768574 | |
| 04/24/07 | USPS 1162719552    NAPLES    FL<br>2395942664 | |
| 04/24/07 | HARRINGTON'S NORTH PNAPLES    FL<br>239-591-0969 | |
| 04/25/07 | CIRCLE K #5098    LEESBURG    FL<br>CIRCL5098<br>GAS/MISC 000002705098 | |
| 04/25/07 | JCPENNEY STORE 2705 LAKE WALES    FL<br>WOMEN LINGERIE<br>WOMENS BOTTOMS<br>RETAIL SALE | |
| 04/26/07 | BEEF 'O' BRADY'S - HHAINES CITY    FL<br>8634194848<br>Description    Price<br>FOOD AND BEVERAGE    55.66 | |
| /26/07 | PRIVATE GALLERY    JAX BEACH    FL<br>MISC/SPECIALTY RETAIL | |
| 04/26/07 | PRIVATE GALLERY    JAX BEACH    FL<br>MISC/SPECIALTY RETAIL | |
| 04/26/07 | LEILA DELICIOUS FASHJCKSNVLE BCH    FL<br>MEN'S/WOMEN'S CLOTHNG | |
| 04/26/07 | ROSIE TRUE ROSIE TRUJACKSONVILLE    FL<br>904-396-7463 | |
| 04/26/07 | CVS 1811 1811    JACKSONVILLE BEACH FL<br>DRUG STORE/PHARMACY | |
| 04/26/07 | ELIZABETH'S TEA ROOMNEPTUNE BEACH    FL<br>FOOD/BEVERAGE<br>FOOD/BEV<br>TIP | |
| 04/27/07 | WORLD GRILL 80000018JACKSONVILLE    FL<br>9043492749<br>FOOD/BEVERAGE<br>TIP | |
| 04/27/07 | DAVARI SALON & BOUTINEPTUNE BEACH    FL<br>JEWELRY/WATCH/SILVRWR<br>Description<br>GENERAL MERCH | |
| 04/29/07 | CHEVRON 0046860    JACKSONVILLE    FL<br>LIL CHAMP #1320<br>FUEL/MISCELLANEOUS<br>ROC No. 6015531 | |
| /29/07 | MIKASA    200457ST AUGUSTINE    FL<br>904-823-1190 | |
| 04/29/07 | TOMMY BAHAMA 520 20 ST AUGUSTINE    FL<br>www.tommybahama.com | |

REDACTED

Continued  on  reverse

**Due in Full continued**

| | | | | Amount |
|---|---|---|---|---|

/29/07   POLO FACTORY STORE   ST AUGUSTINE    FL
GENERAL MERCHANDISE

/29/07   QUALITY SUITES OCEAN JACKSONVILLE BEACH FL
Arrival Date      Departure Date
04/25/07        04/29/07
00000000

/29/07   CORNING REVERE #97   ST AUGUSTINE    FL
9048238519

/29/07   HESS 09475 000000000 WAUCHULA     FL
8637732313

/30/07   QUALITY SUITES OCEAN JACKSONVILLE BEACH FL
Arrival Date      Departure Date
04/25/07        04/30/07
00000000

/30/07   BRIO NAPLES     NAPLES     FL
RESTAURANT
Description
546848

/30/07   0207 WILD OATS    NAPLES     FL
GROCERY
ROC No. 0000000000

/30/07   BARNES & NOBLE 2632 NAPLES      FL
BOOK STORE

/30/07   WHITE HOUSE BLK MKT NAPLES      FL
9414349190
Description
Clothing & Accessor

/01/07   USPS 1162719552    NAPLES     FL
2395942664

/01/07   USPS 1162719552    NAPLES     FL
2395942664

/01/07   TARGET STORE T-899 0NAPLES      FL
DISCOUNT STORE

REDACTED

/01/07   HOME DEPOT EXPO 6358NAPLES      FL
9999999999

/01/07   WALGREEN     041673NAPLES      FL
9415978194

/01/07   PUBLIX #249     SNAPLES     FL
9415972138
Description
GROCERIES

/01/07   BORDERS BOOKS 004100NAPLES      FL
2395967199

/02/07   NAPLES PACKAGING & SNAPLES      FL
OFFICE SUPPLIES

/02/07   QUALITY SUITES OCEAN JACKSONVILLE BEACH FL
Arrival Date      Departure Date
04/25/07        05/02/07
00000000

/03/07   NAPLES PACKAGING & SNAPLES      FL
OFFICE SUPPLIES

/04/07   PF CHANG'S #9906 306NAPLES      FL
1111111111
FOOD/BEVERAGE
TIP

/04/07   BEST BUY MHT   0524 NAPLES      FL
ELECTRONICS STORE

Continued on next page

AMERICAN EXPRESS

Prepared For
JANE H... Case 1:07-cv-03848-WHP XXXDocument-126-9   05/09/07 Filed 01/18/2008

Account Number

Closing Date

Page 7 of 10                Page 17 of 52

## e in Full continued

Amount $

| 05/05/07 | BRIO NAPLES          NAPLES        FL |
| | RESTAURANT |
| | Description |
| | 145461 |

| 05/05/07 | MAX MARA 0063      NAPLES        FL |
| | WOMEN'S CLOTHING |
| | Description |
| | APPAREL/ACCESS |

| 05/05/07 | UNISA  #024      NAPLES        FL |
| | 9415942022 |

| 05/05/07 | DILLARD DEPT STORES NAPLES        FL |
| | DEPARTMENT STORE |
| | Description        Price |
| | CLUBHOUSE |
| | ANTONIO MELANI |
| | SALES TAX |

| 05/05/07 | DILLARD DEPT STORES NAPLES        FL |
| | DEPARTMENT STORE |
| | Description        Price |
| | MAC |
| | MAC |
| | MAC |
| | MAC |

| 05/05/07 | GAP #6329/THE GAP #6NAPLES        FL |
| | MEN'S/WOMEN'S CLOTHING |

| 17/07 | EXXONMOBIL        NAPLES        FL |
| | 2395976404 |
| | Description |
| | GAS/SERVICES |

| 05/07/07 | NOODLES ITALIAN CA NNAPLES        FL |
| | 2395920050 |
| | TIP |

| 05/07/07 | DRIVERS VILLAGE COLLCICERO        NY |
| | 315-452-1556 |

| 05/08/07 | NAPLES PACKAGING & SNAPLES        FL |
| | OFFICE SUPPLIES |

REDACTED

## Total Due in Full Activity

## Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

Please refer to page   2
for further important
information regarding
your account

AMERICAN EXPRESS
Prepared For
JANE H. ALBRITTON
Account Number
XXXXXXXXX41004
Closing Date
05/09/07
Page 9 of 10

Case 1:07-cv-03848-WHP    Document 20-9    Filed 01/18/2008    Page 19 of 52


## CustomExtras™

---

# Join Exclusive Resorts Now and Save Up to $10,000


EXCLUSIVE RESORTS

Join Exclusive Resorts using your Platinum Card® from American Express and you can save up to $10,000. Make your next vacation--and every one after that--better as you enjoy access to hundreds of multi-million dollar private homes in dozens of beach, mountain, metropolitan and leisure destinations worldwide, all with the service and amenities of luxury resorts.

Terms and conditions apply.

To find out more about Exclusive Resorts and receive a free Effortless Vacation DVD, call **1-866-884-3457** or visit **exclusiveresorts.com/platinumt**

(CE 108844)

---

# Manage Your Account on Your Schedule - Online


CARDMEMBER BENEFITS

You don't need to wait until you get your statement in order to check your account. Just register for Manage Your Card Account online.

- View recent Card activity
- Sort your transactions by date, merchant or amount
- Receive personalized alerts, including payment received

Plus, you can rest assured that your account information is safe, because all information is encrypted.

Register now at **americanexpress.com/mycardaccount**

(CE 108850)

---

# Get Premium Seats for Professional Soccer in Los Angeles


CARDMEMBER BENEFITS

Access some of the best seats in the house for professional soccer in Los Angeles through our Premium Seats Program. Platinum Card® members can enjoy prime seating and VIP access at The Home Depot Center in Los Angeles while you take in the best in professional soccer. For tickets, call **1-800-321-RSVP (7787)**, (8am-11pm EST, seven days a week).

All sales are final and nonrefundable and resale is prohibited. Details and prices are subject to change. Suites, packages, and tickets, are available on a first-come first-served basis. All ticket orders are subject to service charges. Payment must be made using the Platinum Card from American Express. Ticket limits may apply. Availability is limited. Tickets will be sold in pairs.

For tickets, call **1-800-321-RSVP (7787)**, (8am-11pm EST, seven days a week).

(CE 108849)

---

# Get to the Points at Bergdorf Goodman


RETAIL

Redeem for a Bergdorf Goodman Gift Card and discover signature Bergdorf Goodman luxury. Also, make your purchases doubly rewarding--enroll your Platinum Card® with Bergdorf Goodman to receive InCircle® points in addition to your Membership Rewards® points. Reserve the exclusive service of a complimentary personal shopper. See the collections shaping the future of fashion on the newly renovated Third Floor. Enjoy the best the world has to offer.

Terms and conditions of both the Membership Rewards program and InCircle program apply. Participating partners and available rewards are subject to change without notice.

To redeem Membership Rewards points, log on to **membershiprewards.com** To enroll in the InCircle program, or for more information, call **1-888-InCircle (462-4725)**.

(CE 108848 )

---

# Davidoff: Cigars and Accessories for the Very Best


CARDMEMBER BENEFITS

Discerning customers will enjoy to their fullest Davidoff's world-renowned cigars, including our wide array of cigar accessories that complete this delectable journey. As a Platinum Card® member, you have access to an array of our cigars and accessories using your Membership Rewards® points through the First Collection℠.

Terms and conditions of the Membership Rewards program apply. Visit americanexpress.com/rewards for full program terms and conditions. Participating partners and available rewards are subject to change without notice.

Visit **americanexpress.com/rewards** for details on the Membership Rewards program.

For a look at First Collection, visit **firstcollection.com**

(CE 108847)

---

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

## elect Individual Charges on This Statement to Pay Later



Your Platinum Card® from American Express has a special service called *Select & Pay Later* that gives you the option to select just about any charge on your statement to pay over time, regardless of size or type. So for all your Card purchases--big or small--you have the control to extend payment if you choose. It's easy and there's no enrollment required.

Not all Card members are eligible. Requests to pay over time are approved based on several factors including account history, current account status and credit record at time of request. Other terms and conditions apply.

Go to **americanexpress.com/ paylater**, click "Get Started," log on and select charges to pay later.

Or, call Customer Service and press 0.

(CE 108853)

## he Ritz-Carlton Club



Revel in the refined elegance of a Second Home through Deeded Fractional Ownership. The Ritz-Carlton Club offers exquisitely appointed, meticulously maintained homes designed for those who enjoy the finest in life. And, Membership can deliver something no other Second Home can offer at any price: five-star service, perfected by the world's premier hotel company.

This is neither an offer to sell nor a solicitation to buy to residents in states or jurisdictions in which registration requirements have not been fulfilled. THIS ADVERTISING MATERIAL IS BEING USED FOR THE PURPOSE OF SOLICITING THE SALE OF FRACTIONAL OWNERSHIP INTERSTS.

To learn about special Platinum Card member benefits, visit **americanexpress.com/ platinum**

(CE 108854)

## ease Redeem Your $120.00 VIP Bonus Before It Expires



You've been issued a VIP Bonus worth up to $120.00. Go to the website today to select from enchanting jewelry sets. Each set will arrive beautifully boxed--perfect to give or keep. Your VIP Bonus expires 07/15/07, so visit us to select your favorite sets for a low Cardmember rate. Visit **mybonuscenter.com/31679** to redeem your Bonus worth up to $120.00.

Please redeem VIP Bonus worth up to $120.00. Visit us before 07/15/07.

(CE 108858)

## ve $100 on a Helio Device - Get a Free Bluetooth® Headset



Purchase a Helio device, sign up for a two-year service contract with Automatic Bill Payment (ABP) and receive $100 off a device and a Samsung® Bluetooth mono headset only when you use your American Express® Card. Helio is a mobile brand created to give young, passionate consumers a new type of wireless experience, delivering cutting-edge services, exclusive devices, and uncompromising straightforward pricing and customer care. Other restrictions and Helio member terms apply. See **helio.com**

It may take more than one billing cycle for paid amounts to be posted to the Card account. Remember to cancel payments via ABP if you close your Card account and advise your service provider if your Card account number changes.

Call 1-888-88 HELIO or see **helio.com** for more details. Mention Promo code: AEXP when placing your order for this promotion. Cardmember is responsible for all taxes and fees.

(CE 108862)

## ee Golf Lessons - American Express Women's Golf Week



Women get free golf lessons at hundreds of golf courses across the country during American Express Women's Golf Week, June 2-9, 2007. Cardmembers receive 20% off a round of golf at select courses when they pay with their American Express® Card. Enjoy a week-long series of golf-related activities just for women. To see a list of host facilities and learn about the exclusive American Express offer, please visit **playgolfamerica.com/wgw/axp**

No fee to participate in Women's Golf Week. American Express offer good at participating courses. To qualify, you must take part in Women's Golf Week, play the discounted round in June 2007, and pay with your American Express Card. No minimum spend required. Limit one per person. Playgolfamerica.com/wgw/axp for more information.

To access a complete list of host facilities and learn about the exclusive offer for American Express Cardmembers, please visit **playgolfamerica.com/ wgw/axp**

(CE 108838)

ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.

 **Business Platinum Card** 

**565,912**
**Membership Rewards® Points Available**
at 04/30/07, when charges due are paid in
full and all accounts are in good standing.

SM

| | | |
|---|---|---|
| ..d For | | |
| JANE HALBRITTER | Account Number | Closing Date |
| STONEHEDGE HEALTH | 3727-150517-31001 | 05/23/07 | Page 1 of 6 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | Credit Balance $ |
|---|---|---|---|
| | | | ████ |

**Payment Not Required**

Please refer to page 2
for important information
regarding your account

An existing Credit Balance on your Due in Full account will be applied to your Flexible Minimum Amount Due.
Any remaining Credit Balance can be applied to your Flexible Payment Option Account (Sign & Travel and/or
Extended Payment Option) Balance, against future charges or you may request a refund.

To manage your Account online or to pay your bill, please visit us at **open.americanexpress.com.**
For additional contact information, please see the reverse side of this page.

## Activity    * indicates posting date                                                    Amount $

| | | |
|---|---|---|
| 04/24/07* | PHONE PAYMENT RECEIVED-THANK YOU | |
| 04/25/07* | ELECTRONIC PAYMENT RECEIVED-THANK | |

**Total of Payment Activity**

### Due in Full Activity for JANE HALBRITTER                                          Amount $
Card XXXX-XXXXXX-31001

| | | |
|---|---|---|
| 04/25/07* | 5% OPEN Savings at FedEx | |
| | FEDEX #858360110623 $░░░░ 04/20/07 | |
| 05/19/07* | 5% OPEN Savings at FedEx | |
| | FEDEX #860045507332 $░░░░ 05/14/07 | REDACTED |
| /07 | FEDEX #858360110623 ROME        NY | |
| | 34108 | |
| | TO: - FL | |
| | FROM: JANE HALBRTTER 13440 | |
| | 001 PRIORITY PAK 2LB AWB858360110623 | |
| | FEDEX CUSTOMER SERVICE #1-800-622-1147 | |
| | ROC No. 8360110623 | |
| 05/08/07 | AMAZON.COM        AMZN.COM/BILL    WA | |
| | 98101 | |
| | AMAZON.COM | |
| | MERCHANDISE | |
| | ROC No. 0021983848 | |

Continued on Page 3

**Payment Coupon**                    Account Number
                                     3727-150517-31001

**Payment Not Required**

**Total Amount Due**

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

To Pay by Computer, visit
open.americanexpress.
com. To Pay by Phone,
call 1-800-472-9297.

Please enter account
number on all checks and
correspondence.

Make check payable to
American Express.

See Finance Charges
section on reverse side for
a description of when
additional Finance
Charges are not assessed
on Features.

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000372715051731001 100050125000000000 20 ⊣

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by phone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any representments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by Computer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay by Computer, please visit us at www.americanexpress.com. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on your paper statement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest American Express Travel Service Office or other local American Express office. **Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance transfer features) of your Account including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional **Finance Charges** on features included in this New Balance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum **Finance Charge** for any billing period in which Finance Charges are imposed is $0.50. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in **each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction which appears on your statement, write or call the Customer Service department as indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have a Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe and explain why you believe there is an error. If you need more information, describe the item you are unsure about. While we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-PAY-AXP or Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name and account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make charges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer Service link online. **Creditor:** American Express Bank, FSB. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
**24 hours/7 days**

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille Statements**
1-800-492-8468

**Extended Payment Option/Select and Pay Option Customer Service**
1-800-403-1288



**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

Payments
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

---

**Change of Address**
[ correct on front
[ do not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- **Please print clearly in blue or black ink only in the boxes provided.**

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.



Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Closing Date
05/23/07

## in Full continued

Amount $

| | |
|---|---|
| 5/14/07 | FEDEX #860045507332 ROME          NY<br>13440<br>TO: - NY<br>FROM: BARBARA E WATERS 34108<br>002 2DAY PKG 20LB AWB860045507332<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 0045507332 |
| 5/16/07 | SITE GENIE, LLC 0000ROCHESTER          MN<br>507-535-7550 |
| 5/17/07 | NYSTA - E-ZPASS -NY STATEN ISLAND          NY<br>149430988<br>Description<br>FOR BILLING QUESTIO<br>ACCT: 5914134 B |
| 5/18/07 | FEDEX #859242106279 ROME          NY<br>20036<br>TO: EROC FACER DC<br>FROM: J HARBRITTER 13440<br>001 PRIORITY LTR 1LB AWB859242106279<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9242106279 |
| 5/18/07 | FEDEX #853226970734 ROME          NY<br>13676<br>TO: BERNIE LE CLARK NY<br>FROM: JANE HAIBRITTER 13440<br>001 PRIORITY LTR 1LB AWB853226970734<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 3226970734 |

REDACTED

## Total Due in Full Activity



# Membership Rewards®
# Monthly Statement and Program News

**MEMBERSHIP** rewards·

For questions about your Membership Rewards account, contact

.00-AXP-EARN
(297-3276)

www.americanexpress.com/rewards

American Express
Membership Rewards
P.O. Box 297813
Ft. Lauderdale, FL 33329-9785

**Statement Period**
**May 1, 2007   - May 31, 2007**
Account activity after this period does not appear on this statement

Prepared for
**JANE HALBRITTER**
Membership Rewards® Account Number
**1M84761600**

Points earned this period are pending until charges are paid in full and all your accounts are in good standing. Points earned this period may include Bonus Spend Points.

**Total Points Balance**

**586,521**

**Points Earned this Period**

**+20,609**

## Account Summary

| | |
|---|---|
| Opening points balance | 565,912 |
| Points earned this period | +20,609 |
| Points used this period | 0 |
| Reinstated points and adjustments | 0 |
| Total points balance | =586,521 |

## Points Earned this Period

05/01/07 - 05/31/07

| | Points Activity On Eligible Charges | Everyday Spend Points | Bonus Points Awarded | Forfeited Points Due To Late Payment | Total Points Activity Per Card |
|---|---|---|---|---|---|
| Platinum XXXX-XXXXX4-21004 | 20,520 | 0 | 57 | 0 | 20,577 |
| | | | Gas Promo-Double MR Points 1671 | | |
| Business Platinum XXXX-XXXXX7-31001 | 255 | 0 | 0 | 0 | 255 |
| Gold XXXX-XXXXX2-64001 | 208 | 0 | 0 | -431 05/2007 | -223 |
| Totals | 20,983 | 0 | 57 | -431 | 20,609 |

Points used this period includes Redemptions and Transfers. Points earned may be used as long as all enrolled Card accounts are in good standing. Points used cannot be reversed back into your program account. **Forfeited points can be reinstated for a fee by calling the number provided** below. Eligible Card charges are outlined in the Membership Rewards program Terms and Conditions in your Program Guide. If you have questions, visit www.americanexpress.com/rewards or call 1-800-AXP-EARN (294-3276). For International, call collect 305-816-2799.



EXCLUSIVE
RESORTS·

### Up to 250,000 More Reasons to Take Great Vacations with Exclusive Resorts

Join Exclusive Resorts® luxury destination club, and you can earn up to 250,000 Membership Rewards® bonus points. With Exclusive Resorts, you'll stay in hundreds of extraordinary residences in dozens of the world's most sought-after destinations, all with the service and amenities of a luxury resort.

Offer valid 4/1/2007 - 12/31/2007. Cardmembers can earn up to 250,000 Membership Rewards bonus points based on Membership Plan purchased. This offer is not combinable with other offers, promotions, or benefits. To be eligible to earn bonus points, you must be enrolled in the Membership Rewards program ("Program") at the time of purchase and you must charge your entire Transfer Fee and Membership Deposit on an eligible, enrolled American Express® Card. Bonus points will be credited to your Program account within 10-12 weeks after purchase. Additional terms and conditions apply; see www.exclusiveresorts.com/effortless3 for information. Bonus ID: 7241.

Call 1-866-450-1660 or visit www.exclusive resorts.com/effortless3 for membership information, a free Effortless Vacation DVD, and details on earning up to 250,000 bonus points when you join. (MR Bonus ID 7241)

## Canon

### Capture the Moment with a Canon 7.1 Megapixel Digital Camera

Enjoy clear photos with this 7.1 megapixel digital camera. Features 4x optical zoom, DIGIC II image processor, a reduced shutter lag, an ISO 800 setting, a 16:9 widescreen mode for full screen viewing, and a lightweight, compact body. PictBridge compatible. Includes a 512MB SD memory card, a wrist strap, two alkaline batteries, an A/V cable and USB interface cable, and software. (Reward Code: **RY2815**; Points: **32,000**; Expiration Date: **8/15/07**)

To redeem, visit www. membershiprewards. com/CanonCamera or call 1-800-AXP-EARN (297-3276) by August 15, 2007.

(MR Message 2338)

Terms and conditions of the Membership Rewards® program apply.

Continued on reverse

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

Prepared for
**JANE HALBRITTER**
Membership Rewards Account Number
**1M84761600**

MEMBERSHIP rewards
Page 10 of 12



## Earn Double Points When You Subscribe to USA TODAY with an Enrolled American Express® Card

Start your day off right with home or office delivery of USA TODAY and earn double Membership Rewards® points. USA TODAY delivers the news you need to know, when you need it, in a concise format to save you time. Enrich your life with exclusive stories only found in USA TODAY. Just 13 weeks for $42.25, 26 weeks for $84.50 or 52 weeks for $169.00.

Offer valid 1/1/07 - 12/31/07. Void in Alaska. Local sales tax when applicable will be added to your order. To be eligible to earn bonus points, you must be enrolled in the Membership Rewards program ("Program") at the time of purchase and you must charge your purchase on an eligible, enrolled American Express Card. Bonus points will be credited to your Program account within 10-12 weeks after charges appear on your billing statement Bonus ID: 3228.

To earn, call **1-800-872-0001** and mention code **799** or visit **www.usatoday subscribe.com/mrpoints**

(MR Bonus ID 3228)



## Earn Double Points This Summer at Roy's Restaurants!

Double your enjoyment of innovative Hawaiian Fusion Cuisine at Roy's by earning double points whenever you visit any participating Roy's restaurant and charge $150 or more from July 1 - September 30, 2007. Founded by award-winning chef Roy Yamaguchi, Roy's is famous for its use of fresh local ingredients, European sauces and Asian spices--with a focus on seafood.

Participating locations include all Roy's restaurants in the U.S. except Pebble Beach, CA, New York, NY and all locations in Hawaii. To be eligible to earn bonus points, you must be enrolled in the Membership Rewards®
program at time of purchase and charge your purchase to an eligible enrolled American Express® Card Bonus points will be credited to your Membership Rewards account within 6-8 weeks after charges appear on your billing statement. Bonus ID: 7661, 4152.

Earn double points on charges of $150 or more at any participating Roy's restaurant location from July 1-September 30, 2007. Visit www. **roysrestaurant.com** to find a location near you.

(MR Message 9023)



## Redeem Membership Rewards® Points for P.F. Chang's China Bistro Gift Cards

P.F. Chang's is a stylish, high-energy bistro that combines unforgettable Chinese cuisine, attentive hospitality, tempting desserts and specialty cocktails to create a truly unique dining experience. P.F. Chang's also offers award-winning wine lists featuring a variety of wines available by the glass or bottle to complement your journey. Enjoy their signature appetizer, Chang's Chicken Lettuce Wraps or share the Salt and Pepper Prawns or Garlic Noodles.

Gift cards are valid at all P.F. Chang's China Bistro locations in the continental United States.

P.F. Chang's is open for lunch, dinner and late night dining. Reservations accepted. Log on to www. **membershiprewards. com** to redeem points today.

(MR Message 4352)

## Transfer Points to EL AL Matmid

In the U.S., EL AL has as many as 28 non-stop flights every week from New York (JFK and Newark) and has the only direct service with no change of planes from Miami and Los Angeles to Tel Aviv. EL AL Platinum/Business Class receive even more personalized service and a higher standard of comfort. Special EL AL fares are offered from 49 U.S. cites to Israel. Transfer points to EL AL Matmid.

It's not just an airline. It's Israel.

To preview this reward and to redeem points, visit www. **membershiprewards. com** or call **1-800-AXP-EARN** (297-3276).

(MR Message 1458)

Terms and conditions of the Membership Rewards® program apply. Individual Airline Carrier restrictions may apply. For more information, visit www.membershiprewards.com

...ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be ...closing to the merchant that you meet these criteria.



Prepared For    Account Number    Closing Date    Page 11 of 24
JANE HALBRITTER    XXXX-XXXXX4-21004    07/09/07

**CustomExtras™**

## Now Accepting American Express® Cards!



**CARDS WELCOME**

**Smart Tuition** - Providing K through 12 tuition management services for private schools nationwide. Have your school administrator contact us. **1-800-762-7808. www.smarttuition.com**

**Violet's of Saratoga** - Stylish women's clothes and accessories for work, play and special occasions. 482 Broadway, Saratoga Springs, NY. **518-584-4838.**

**LeRoux Kitchen** - Featuring an extensive selection of specialty bakeware, cookware, cutlery, gadgets and food. 23 Market St., Portsmouth, NH. **603-430-7665.**

> If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.
>
> (CE 109133)

## Book Your Next Cruise Through *Cruise Privileges*



**CARDMEMBER BENEFITS**

The *Cruise Privileges* program features eight of the finest cruise lines in the world and special amenities created exclusively to enhance your croom group.ruise vacation. The variety of travel options makes it easy to find a style to suit your interests--active or laid back, cozy or grand. And, when you book a cruise through one of these partners, you will receive a $300 shipboard credit or two-category room upgrade.

Program terms and conditions apply. For full program information, visit **www.americanexpress.com/platinum**

> To see how *Cruise Privileges* can complement your voyage, call Platinum Travel Service at **1-800-443-7672**.
>
> (CE 109178)

## Fly on Your Own Schedule with Private Jet Travel



**CARDMEMBER BENEFITS**

Whether you would like to complement your family vacation or turn a multi-day business trip into a same-day jaunt, private jet travel can simplify and enhance your journey. Featuring some of the most-respected names in the industry, the Private Jet Services Program offers you three attractive options: Charter, Membership, and Fractional Ownership. Of course, as a Platinum Card® member, you enjoy an exclusive extra benefit with whichever private jet option you choose.

Program terms and conditions apply. For full program information, visit **www.americanexpress.com/platinum**

> For more information about the broad range of private jet options, and to book your next Charter flight, call the specialists at Platinum Travel Service at **1-800-443-7672**.
>
> (CE 109181)

## Enjoy Exclusive Events with *By Invitation Only*®



**CARDMEMBER BENEFITS**

This program offers Card members access to once-in-a-lifetime experiences. From sports to fashion to the performing arts, these events are custom designed for Card members and typically not available to the general public. Past offers have included behind-the-scenes cooking workshops in some of the top restaurants and a trip to Napa Valley with private tours of wineries.

Transportation and accommodation costs are additional unless otherwise stated. The price indicated covers event costs only. All sales are final and non-refundable and resale is prohibited. Details and prices are subject to change. Payment must be made using a Platinum Card from American Express. Packages are available on a first-come, first-served basis. Availability is limited.

> Call *By Invitation Only* at **1-800-321-RSVP** to secure your reservation. We are continually adding new events, so visit **www.americanexpress. com/byinvitationonly** for our most current event listing.
>
> (CE 109180)

## Earn Points Fast with BonusPointsMall.com



**CARDMEMBER BENEFITS**

Shop at BonusPointsMall.com to earn Membership Rewards® bonus points at over 160 brand-name online retailers.

It's easy. Simply log on at **www.BonusPointsMall.com**, click through to your favorite store, and earn bonus points for your purchases!

Program terms and conditions apply. For full program information, visit **www.americanexpress.com/platinum**

> Get to your next reward faster with **www.BonusPointsMall. com**
>
> (CE 109179)

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

## Travel Medical Protection - Travel with Peace of Mind



Travel Medical Protection, offered exclusively to American Express® Cardmembers, provides insurance coverage for up to $100,000 for eligible expenses related to evacuations and medical and dental emergencies, while on a Covered Trip traveling anywhere in the world, when more than 150-mile radius from Your Permanent Residence for up to 45* days whether driving, on a cruise ship, flying on a Scheduled Airline or taking the railroad.

Travel Medical Protection is underwritten by AMEX Assurance Company, Administrative office, De Pere, Wisconsin. Coverage is subject to the terms, conditions, and exclusions of Master Policies: (varies per state) AX0950, AX0916, AX0124 or Policy Form Number TMP-IND and is subject to change with notice. *In most states.

There are some things you can't pack in a suitcase, like adequate insurance. So, travel with peace of mind! To learn more about the coverage or how You can enroll yourself and your loved ones, call **1-800-618-8302** and mention RSVP code **65T**.
(CE 109182)

## Your Money. Your Ideas. Your Decision



Presenting The Members Project, an exciting initiative that brings American Express® Cardmembers together to do something good for our world. On August 7, 2007, American Express will bring it to life with up to $5 million. So what will it be? That's for you to decide. Over the last few weeks, Cardmembers from all across the country have come up with some truly inspiring project ideas. Now we're down to the Top 50 and it's time to vote. Cast your vote at **www.membersproject.com/statement**

Cast your vote at **www.membersproject.com/statement**
(CE 109168)

## Stay at a Marriott Resort and Get Up to $250 Spend!



Treat yourself to a premium room with a beautiful view of sun-swept beaches, breathtaking desert oases or a signature golf course, plus extra spending money for you and your family. When you book a premium room at a participating Marriott and Renaissance Resorts and pay with your American Express® Card, you will receive an American Express-branded reward card valued at $50 for each night you stay--up to a total of five nights.

You must book a premium room and pay with your American Express Card to qualify. Offer valid for reservations booked through 9/30/07 with travel by 12/30/07. Offer valid for a limited number of rooms and not applicable to groups of 10 or more. Other restrictions, including blackout dates may apply.

Visit **www.Marriott.com/amexresorts** or call **1-877-MARRIOTT** to book your resort package today! Offer valid on Promotion code **AX6** only. Reward card term and conditions apply. Day of week availability may vary by hotel.
(CE 109187)

## Join Exclusive Resorts Now and Save Up to $10,000



Join Exclusive Resorts using your Platinum Card® from American Express and you can save up to $10,000. Make your next vacation--and every one after that--better as you enjoy access to hundreds of multi-million dollar private homes in dozens of beach, mountain, metropolitan and leisure destinations worldwide, all with the service and amenities of luxury resorts.

Terms and conditions apply.

To find out more about Exclusive Resorts and receive a free Effortless Vacation DVD, call **1-866-884-3457** or visit **www.exclusiveresorts.com/platinum1**
(CE 109210)

## Indulge. Relax. Enjoy. Where to Next



Treat yourself to some of the best a destination has to offer with exclusive Cardmember offers that help make your vacation truly memorable.

Explore our online listing of the things you simply can't miss.

visit:
**www.amexnetwork.com/wheretonext**
(CE 109177)

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

# American Express

**Gold Card®**
**Statement of Account**

Membership Rewards®
Points Available
at 06/08/07, when charges due are paid in full and all accounts are in good standing.

d For
JANE HALBRITTER

| | Account Number | Closing Date | |
| | 3727-682012-64001 | 06/08/07 | Page 1 of 8 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
| --- | --- | --- | --- |
| | | | |

**Payment Not Required**

Please refer to page 3 for important information regarding your account

Account cancelled at your request.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**.
For additional contact information, please see the reverse side of this page.

## STAY ON TOP OF YOUR FINANCES...

### WITH THE NEW ONLINE STATEMENT

**YOU CAN NOW:**
- VIEW YOUR TRANSACTIONS BY ANY DATE RANGE
- SEARCH BY KEYWORD
- CREATE GRAPHS TO TRACK SPENDING BY CATEGORY

These great new features are only available online.

▶ **SWITCH TO PAPERLESS STATEMENTS TODAY**
americanexpress.com/goldonlineonly

## Activity    * Indicates posting date

| | Amount $ |
| --- | --- |
| 05/27/07*   PHONE PAYMENT RECEIVED-THANK YOU | |

**Due in Full Activity for JANE HALBRITTER**                    Amount $
Card XXXX-XXXXX2-64001

| | | | | |
| --- | --- | --- | --- | --- |
| /07 | AOL HIGH SPEED | 888-889-7201 | NY | REDACTED |
| | INTERNET SVC | | | |
| | TWX*AOL HIGH SPEED 0507 | | | |
| | ROC No. 0023285965 | | | |
| 05/11/07 | AOL VOICE SVCS | 866-265-4415 | NY | |
| | ONLINE SVCS | | | |
| | TWX*AOL VOICE SVCS 0507 | | | |
| | ROC No. 0023302107 | | | |

*Continued on Page 3*

**Payment Coupon**

| | Account Number | |
| --- | --- | --- |
| | 3727-682012-64001 | **Payment Not Required** |

Please enter account number on all checks and correspondence.

Make check payable to American Express.

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL 34108-7795

**Total Amount Due**

See Finance Charges section on reverse side for description of when additional Finance Charges are not assessed on Features.

|ılılıdıdaıllllıdadıldadlaıllaılltlaıdadadabldadadl|

Check here if address or telephone number has changed. Please note changes on reverse side.

|lldılılılıdılllıdllılıdlldldalaıllllıldlı|
AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

|ladladlaılllaıdaldaılladllaıdladalıd.bllddaldll|

000037276820126400l 0000000000000000 07 ᴴ

repared For
JANE HALBRITTER

Account Number
XXXX-XXXXX2-64001

Page 2 of 8



**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-528-4800
**24 hours/7 days**

**Lost or Stolen Card**
1-800-992-3404

**Express Cash**
1-800-CASH-NOW

**International Collect**
1-336-393-1111

**Hearing Impaired**
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille Statements**
1-800-528-4800



americanexpress.com

**Customer Service**
P.O. Box 981535
El Paso, TX
79998-1535

**Express Cash**
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If payment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify on the request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily Periodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily periodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning balance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for that feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that Feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Change of Address**
correct on front
do not use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

# Platinum Card®
## Statement of Account

**565,912**
Membership Rewards® Points Available
at 06/10/07, when charges due are paid in full and all accounts are in good standing.

ared For
**JANE HALBRITTER**

Account Number
3717-577374-21004

Closing Date
06/10/07

Page 1 of 8

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
| | | | |

**Please Pay By 06/25/07**

Please refer to page 5 for important information regarding your account

Your disputed charge is under review. There is no need for you to pay the disputed amount of        at this time.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**.
For additional contact information, please see the reverse side of this page.

## Premium Seats Program

You have access to some of the best seats in the house through our Premium Seats Program offered as part of Platinum Card® benefits. Enjoy prime seating and VIP access at venues in New York and Los Angeles while you take in the best in professional entertainment.

All sales are final and nonrefundable and resale is prohibited. Details and prices are subject to change. Suites, packages and tickets are available on a first-come, first-served basis. All ticket orders are subject to service charges. Payment must be made using the Platinum Card from American Express. Availability is limited. Ticket limits may apply. Tickets will be sold in pairs. **1-800-321-RSVP (7787)**, (8am-11pm EST, seven days a week).

## Activity    * Indicates posting date

| | Amount $ |
|---|---|
| 05/16/07*  PHONE PAYMENT RECEIVED-THANK YOU | |

**s in Full Activity for JANE HALBRITTER**

XXXX-XXXXX4-21004

| | Amount $ |
|---|---|
| 05/09/07  TREVINI RSTR 0095  PALM BEACH  FL | |
| RESTAURANT | |
| FOOD | |
| TIP | |
| 05/10/07  BRICK TOPS #1  NAPLES  FL | |
| 6152920188 | |
| Description  Price | |
| GENERAL MERCHANDISE | |

REDACTED

Continued on Page 3

‡ Please fold on the perforation below, detach and return with your payment ‡

## Payment Coupon

Account Number
3717-577374-21004

**Please Pay By:
06/25/07**

JANE HALBRITTER
100 W GARDEN ST
ROME NY 13440-3424

**Total Amount Due**

Please enter account number on all checks and correspondence.

Make check payable to American Express.

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side

[ ]

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 2855
NEW YORK NY 10116-2855

0000371757737421004 0013381950010881195 08 ᴴ



**Payments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the payment address shown on your statement and must include the remittance coupon from your statement. Payments must be made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system, or through an electronic payment method payable in US dollars and clearable through the US banking system. Your Account number must be included on all payments. If we accept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your payment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be deposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and satisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your bank or asset account. When we process your check electronically, your payment may be debited to your bank or asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or asset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset account for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial account you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next day. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits among Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance Charges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily Periodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily periodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning balance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the feature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the billing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this New Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that feature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB and FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the Customer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **Credit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of a six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Change of Address**
(noted on front
of use)

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

To Pay By Phone
1-800-472-9297

Customer Service and
Lost or Stolen Card
1-800-525-3355
**24 hours/7 days**

Car Rental Loss and
Damage Insurance
1-800-338-1670

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille Statements**
1-800-525-3355

Travel Emergency and
Worldwide Personal
Assistance and Fine
Dining
1-800-345-AMEX

Platinum Card Travel
Service and Fine Hotels,
Resorts & Spas
1-800-443-7672

By Invitation Only
1-800-321-RSVP

**Payments**
P.O. BOX 2855
NEW YORK NY
10116-2855

 Prepared For
JANE HALGRIFTER
Case 1:07-cv-03848-WHP  Document 26-9  Filed 01/18/2008  Page 3 of Page 33 of 52
Account Number
XXXX-XXXXX4-21004
Closing Date
06/10/07

## ...e in Full continued

Amount $

| Date | Description | | |
|---|---|---|---|
| 05/10/07 | CHESTERFIELD HOTEL -PALM BEACH          FL | | |

Arrival Date           Departure Date
05/09/07               05/10/07
00000000
LODGING

05/11/07  CHEVRON 0308107     NAPLES         FL
PAVILLION CHEVRO
FUEL/MISCELLANEOUS
ROC No. 0776998

05/11/07  ANNE FONTAINE PARIS NAPLES        FL
2123433150
Description
WOMENS READY-TO-WEA

05/11/07  BANANA REPUBLIC #811NAPLES        FL
MEN'S/WOMEN'S CLOTHNG

05/11/07  NAPLES PACKAGING & SNAPLES        FL
OFFICE SUPPLIES

05/12/07  HESS 09361 000000000DAYTONA BEAC     FL
3862261204

05/13/07  HAMPTON INN       YEMASSEE      SC
Arrival Date           Departure Date        No of Nights
05/12/07               05/13/07              1
00000000

05/13/07  SHELL OIL      ST GEORGE      SC
5397700040134467009814
ROC No. 0325381ISL

05/13/07  SHELL OIL      EMPORIA       VA
5452988002013447600652
ROC No. 0271866ISL

05/14/07  HAMPTON INN     LARGO        MD
Arrival Date           Departure Date        No of Nights
05/13/07               05/14/07              1
00000000

05/14/07  JIMMY CHOO - CENTRALCENTRAL VALLEY  NY
RETAIL
FSH90JCL051EDGESSUA56SEASON
FSH85JCL052KEELYKDD80SEASON
ROC No. 0000000036

05/14/07  MAXMARA - WOODBURY  CENTRAL VALLEY  NY
07 WOMEN'S CLOTHING
ROC No. 0000027401

05/14/07  BURBERRY #51      CENTRAL VLLY    NY
9149284500

05/14/07  GENERAL-STORE-WOODBUCENTRAL VALLE     NY
8459289400
Description
Clothing Retail

05/14/07  EXXONMOBIL     FRANKFORT      NY
AUTO FUEL DISPENSER
Description
GAS/SERVICES

05/14/07  SUNOCO  0368294501PENNS GROVE    NJ
SUNOCO
0017772 013528225

REDACTED



Continued  on  reverse

pared For
NE HALBRITTER
Case 1:07-cv-03848-WHP    Document 26-9    Filed 01/18/2008    Page 34 of 52
Account Number
XXXX-XXXXX4-21004
Page 4 of 8
ue in Full continued                                                    Amount $

REDACTED

| Date | Description | | |
|---|---|---|---|
| /15/07 | GENERAL-STORE-CHICAGAURORA | IL | |
| | 2122093677 | | |
| | Description | | |
| | Clothing Retail | | |
| /15/07 | BURDICK VOLKSWAGON 0CICERO | NY | |
| | 315-452-1556 | | |
| /16/07 | JULIE'S PLACE-KAREN'SYRACUSE | NY | |
| | RESTAURANT | | |
| /17/07 | WAL-MART 2234    ROME    NY | | |
| | GENERAL MERCHANDISE | | |
| /17/07 | #268 ERIE BLVD FAS  ROME    NY | | |
| | 3153368027 | | |
| | Description        Price | | |
| | GENERAL MERCHANDISE | | |
| /20/07 | STAR MARKET 567 0000CAMBRIDGE    MA | | |
| | 6174945250 | | |
| /20/07 | SUNOCO    0267663300CANAAN    NY | | |
| | SUNOCO | | |
| | 0040009 014126608 | | |
| /21/07 | PYARA SPA AND SALON CAMBRIDGE    MA | | |
| | 9782874339 | | |
| | Description        Price | | |
| | HEALTH AND BEAUTY S | | |
| /22/07 | WHOLEFDS RVR 10113 SCAMBRIDGE    MA | | |
| | 6178766990 | | |
| | Description        Price | | |
| | GROCERY | | |
| 25/07 | OLD NAVY #5921 OLD NCAMBRIDGE    MA | | |
| | FAMILY CLOTHING | | |
| 25/07 | BANANA REPUBLIC #811CAMBRIDGE    MA | | |
| | MEN'S/WOMEN'S CLOTHNG | | |
| 25/07 | Karen Milten U.S.  Boston    MA | | |
| | UNDEFINED | | |
| | WOMEN'S READY-TO-WEAR STORES | | |
| 25/07 | NINE WEST #7477    BOSTON    MA | | |
| | 9999999999 | | |
| 25/07 | MACY'S 186 CAMBRIDGECAMBRIDGE    MA | | |
| | JUNIOR-AMERICAN RAG | | |
| | Description | | |
| | TREND BOTTOMS | | |
| | INC SPORTSWEAR | | |
| | ROC No. 1862785467 | | |
| 25/07 | GARAGE @ 100 CLARENDBOSTON    MA | | |
| | PARKING | | |
| 28/07 | WALGREEN    067678CAMBRIDGE    MA | | |
| | DRUG STORE/PHARMACY | | |
| 29/07 | WHOLEFDS RVR 10113 SCAMBRIDGE    MA | | |
| | 6178766990 | | |
| | Description        Price | | |
| | GROCERY | | |
| 29/07 | SEPHORA #350-CHSTNT CHESTNUT HILL    MA | | |
| | 3107836685 | | |
| | Description        Price | | |
| | COSMETIC STORE | | |
| 29/07 | MACY'S 210 CHESTNUT CHESTNUT HILL    MA | | |
| | NEOTRADITIONAL SLEEPWEA | | |
| | Description | | |
| | ALFANI MISSES | | |
| | ROC No. 2100222606 | | |

Continued  on  next  page

AMERICAN EXPRESS

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXXX-21004

Closing Date
06/10/07

Page 5 of 8

## ...e in Full continued

| | | | | | Amount $ |
|---|---|---|---|---|---|
| 05/29/07 | MACY'S 210 CHESTNUT CHESTNUT HILL MA <br> ENZO | | | | |
| 05/30/07 | MBTA - CENTRAL (RL BOSTON MA <br> 6172225999 <br> Description Price <br> GENERAL MERCHANDISE | | | | |
| 05/30/07 | THE UPS STORE #0581 CAMBRIDGE MA <br> 6178685055 <br> Description Price <br> BUSINESS SERVICES | | | | |
| 06/01/07 | HARRINGTON'S NORTH PNAPLES FL <br> 239-591-0969 | | | | |
| 06/02/07 | MBTA - HARVARD (RL BOSTON MA <br> 6172225999 <br> Description Price <br> GENERAL MERCHANDISE | | | | |
| 06/02/07 | BKST-HARVARD-C-S #30CAMBRIDGE MA <br> 6174992000 <br> Description <br> Merchandise | | | | |
| 06/02/07 | FIRE & ICE @ HRVD SQ02138 MA <br> RESTAURANT <br> FOOD/BEVERAGE <br> TIP | | | | |
| 06/02/07 | TRATTORIA IL PANINO BOSTON MA <br> 6177201338 <br> Description <br> GENERAL MERCH | | | | |
| 06/04/07 | EXXONMOBIL CHARLTON MA <br> AUTO FUEL DISPENSER <br> Description <br> GAS/SERVICES | | | | |
| 06/04/07 | HOTEL DU SOLEIL - ADRUTHERFORD CA <br> Arrival Date Departure Date <br> 06/24/07 06/04/07 <br> 00000000 | | | | |
| 06/07/07 | APPLEBEE'S ROM500420ROME NY <br> 913-967-8968 <br> FOOD <br> TIP | | | | |
| 06/09/07 | RADIO SHACK 116269ROME NY <br> 3153391899 | | | | |

REDACTED

*Boston* (handwritten)

## Total Due in Full Activity

---

## Important Notice

## Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

Please refer to page 2 for further important information regarding your account

° Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

Prepared For
JANE HALBRITTER
Account Number
XXXX-XXXXXX4-21004
Closing Date
06/10/07



CustomExtras



## PIAGET



Piaget continues to display indomitable strength in creating finely crafted Swiss timepieces and jewelry creations.

As a Platinum Card® member, you can redeem points for this Piaget reward.

Visit
**americanexpress.com/ rewards** for details on the Membership Rewards program. For a look at First Collection℠, visit **firstcollection.com**

(CE 109026)

Terms and conditions for the Membership Rewards® program apply. Visit americanexpress.com/rewards for more information. Participating partners and available rewards are subject to change without notice.

## Redeem Points for All Your Summer Needs



shopAmex® has everything you need this summer including hammocks, books, MP3 players, sandals, cameras, and BBQ's.

Redeem points on over 2 million of the latest and newest products from your favorite online merchants.

Visit **shopAmex.com/ platinum**

(CE 109027)

## The Event Ticket Protection Plan*



Using your Card to purchase Tickets provides an extra layer of protection. The Event Ticket Protection Plan* provides reimbursement benefits up to $2,000 per Occurrence and up to two Occurrences per 12-month period. Just charge the entire purchase to your Card, and contact us if the Ticketholder cannot attend due to a Covered Incident as defined in Policy.

For more information, visit **americanexpress.com/ platinum**

(CE 109028)

*The Event Ticket Protection Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI. Coverage is determined by the terms, conditions and exclusions of Policy AX0974 and is subject to change with notice. This document does not supplement or replace the Policy.

## Book a Vacation Through Platinum Destinations® Vacations



For a world of travel adventure, look to Platinum Destinations Vacations. The twelve partners will help you create one-of-a-kind, personalized vacations. Whether your ideal travel experience is a family get together or a romantic getaway, laid-back beach bumming or non-stop adventure--look to these travel specialists to create the vacation of a lifetime, and earn up to 25,000 Membership Rewards® bonus points.

Program terms and conditions apply. For full program information, visit **americanexpress.com/ platinum**

(CE 109029)

## Chopard



A family-owned, prestigious manufacturer of Swiss timepieces and jewelry renowned for remarkable quality, creativity and a successful blend of innovative design.

As a Platinum Card® member, you can redeem points for this Chopard reward.

Visit **americanexpress.com/ rewards** for details on the Membership Rewards program. For a look at First Collection℠, visit **firstcollection.com**

(CE 109030)

Terms and conditions for the Membership Rewards® program apply. Visit americanexpress.com/rewards for more information. Participating partners and available rewards are subject to change without notice.

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

## in Exclusive Resorts® Now and Save Up to $10,000



Join Exclusive Resorts using your Platinum Card® from American Express and you can save up to $10,000. Make your next vacation--and every one after that--better as you enjoy access to hundreds of multi-million dollar private homes in dozens of beach, mountain, metropolitan and leisure destinations worldwide, all with the service and amenities of luxury resorts.

Terms and conditions apply.

To find out more about Exclusive Resorts and receive a free Effortless Vacation DVD, call **1-866-884-3457** or visit **exclusiveresorts.com/ platinum1**

(CE 109014)

## u Can Help End Childhood Hunger in America!



In support of Share Our Strength on their ongoing effort to end childhood hunger, The Capital Grille is mixing a martini unlike any other. The Carolina Blue Martini is made with Ciroc Vodka, Crème de Mure and fresh berries served with an exquisite Blue Topaz & Diamond Caviar™ Rope Bracelet from acclaimed designer Steven Lagos. A martini is priced at $1,000, and $500 from each martini sale will be donated to Share our Strength. Please join us in this most elegant way to support a most worthy cause.

$1,000 is inclusive of all applicable taxes, purchase is not tax-deductible. For more information on Share Our Strength, a national non-profit organization, visit **strength.org** Must be at least 21 years of age to consume alcohol.

To find The Capital Grille nearest you, please visit **capitalgrille.com**

(CE 108980)

## ay at a Marriott Resort and Get Up to $250 to Spend!



Treat yourself to a premium room with a beautiful view of sun-swept beaches, breathtaking desert oases or a signature golf course. When you book a premium room at a participating Marriott and Renaissance Resorts and pay with your American Express® Card, you will receive an American Express branded reward card valued at $50 for each night you stay--up to a total of five nights.

You must book a premium room and pay with your American Express Card to qualify. Offer valid for reservations booked through September 30, 2007 with travel by December 30, 2007. Offer valid on Promotion code AX6 only. Offer valid for a limited number of rooms. Offer not applicable to groups of ten or more. Other restrictions, including blackout dates may apply. Day of week availability may vary by hotel. Reward card terms and conditions apply.

Visit **Marriott.com/ amexresorts** or call **1-877-MARRIOTT, (627-7466)** to book your resort package today!

Use Promotion code **AX6.**

(CE 109036)

## ste. Sample. Explore. Where to Next



Taste, sample and explore everything a destination has to offer and make your next vacation truly memorable. Explore an online listing of exclusive Cardmember offers to featured destinations and find out what you simply can't miss. Discover some of the best in dining, shopping and entertainment, and locate those hidden gems that make a location truly unique.

Visit **amexnetwork.com/ whereto1**

(CE 109025)

## e Purchase Protection Plan



The cat knocked over the brand new vase--good thing you bought it with your Card. The Purchase Protection Plan will repair, replace, or reimburse the amount you charge to the Card for covered items, up to $10,000 per Occurrence, if they are accidentally damaged, stolen or lost within 90 days from the date of purchase.

Purchase Protection Plan is underwritten by AMEX Assurance Company, Administrative Office, Green Bay, WI. Coverage is determined by the terms, conditions, and exclusions of Policy AX0951 and is subject to change with notice. This document does not supplement or replace the Policy.

For more information, visit us online at **americanexpress.com/ pp**

(CE 109083)

ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.

 

**Membership Rewards®**
**Points Available**
at 05/31/07, when charges due are paid in
full and all accounts are in good standing

566,521

| | | |
|---|---|---|
| Jed For | Account Number | Closing Date |
| JANE HALBRITTER<br>STONEHEDGE HEALTH | 3727-150517-31001 | 06/24/07 | Page 1 of 6 |

| Previous Balance $ | Payment Activity $ | New Activity $<br>Inc. Adjustments | Credit<br>Balance $ |
|---|---|---|---|
| | | | |

**Payment Not Required**

Please refer to page 2
for important information
regarding your account

An existing Credit Balance on your Due in Full account will be applied to your Flexible Minimum Amount Due. Any remaining Credit Balance can be applied to your Flexible Payment Option Account (Sign & Travel and/or Extended Payment Option) Balance, against future charges or you may request a refund.

To manage your Account online or to pay your bill, please visit us at **open.americanexpress.com**.
For additional contact information, please see the reverse side of this page.

 **OPEN** FOR BUSINESS

### New Domestic Companion Airfare Program

Traveling with a companion just got easier and more affordable--four times each year! Receive a complimentary airfare when you bring a business associate, friend or family member on your next trip. Purchase a coach airfare for yourself for $299 or more for travel within the 48 states, and receive a complimentary airfare--four times a year. You can also use your companion airfare for flights to Honolulu, Hawaii and Anchorage, Alaska if the flight costs $899 or more.

To book travel, call **1-866-241-3477**. Terms and conditions apply.

## Activity
Indicates posting date

| | | Amount $ |
|---|---|---|
| 05/30/07 | ELECTRONIC PAYMENT RECEIVED-THANK | |

Due in Full Activity for JANE HALBRITTER

XXX-XXXXX7-31001

| | | Amount $ |
|---|---|---|
| 05/24/07* | 5% OPEN Savings at FedEx<br>FEDEX #853226970734 $    05/18/07 | |
| 05/24/07* | 5% OPEN Savings at FedEx<br>FEDEX #859242106279 $    05/18/07 | |
| 05/25/07* | 5% OPEN Savings at FedEx<br>FEDEX #854005947474 $    05/21/07 | |
| 05/28/07* | 5% OPEN Savings at FedEx<br>FEDEX #860045506921 $    05/24/07 | |
| 06/07/07* | 5% OPEN Savings at FedEx<br>FEDEX #859760980721 $    05/29/07 | |

REDACTED

Continued on Page 3

**Payment Coupon**

Account Number
3727-150517-31001

**Payment Not Required**

To Pay by Computer, visit open.americanexpress com. To Pay by Phone, call 1-800-472-9297.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

**Total Amount Due**

Please enter account number on all checks and correspondence.

Make check payable to American Express

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

ANE HALDRITTER
STONEHEDGE HEALTH



**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-492-8468
**24 hours/7 days**

**Express Cash**
1-800-CASH-NOW

**Lost or Stolen Card**
1-800-492-3344

**International Collect**
1-623-492-7719

**Hearing Impaired**
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille**
**Statements**
1-800-492-8468

**Extended Payment**
**Option/Select and Pay**
**Option Customer**
**Service**
1-800-403-1288



**americanexpress.c**

**Customer Service**
P.O. Box 981535
El Paso, TX
79998-1535

**Express Cash**
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by phone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made on any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any representments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of this check. **Authorization for Electronic Payments:** By using the American Express Pay by Computer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us immediately at the number indicated on your paper statement or click on the Customer Service link online. Outside the U.S., call collect or contact the nearest American Express Travel Service Office or other local American Express office. **Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (excluding current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, and fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement by the next Closing Date, then you will avoid additional **Finance Charges** on features included in this New Balance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum **Finance Charge** for any billing period in which Finance Charges are imposed is $0.50. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a government agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the conversion date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction which appears on your statement, write or call the Customer Service department indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have a Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe and explain why you believe there is an error. If you need more information, describe the item you are unsure about. While we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not in question. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name and account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment is required. You may make charges against the credit balance or request a refund. Requests for refunds should be made in writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer Service link online. **Creditor:** American Express Bank, FSB. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

---

**Change of Address**
correct on front
of use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

State

Code

Code and
e Phone

Code and
t Phone

il (optional)

Please provide your
e-mail address to
receive important
account updates and
exclusive Cardmember
offers and benefits

You may visit the American Express Privacy Statement at
www.americanexpress.com/privacy for more details and to set your email preferences.

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Closing Date
06/24/07

| **L..e in Full continued** | | Amount $ |
|---|---|---|

| | | |
|---|---|---|
| 06/12/07* | 5% OPEN Savings at FedEx<br>FEDEX #853245501235 $ 06/06/07 | |
| 06/12/07* | 5% OPEN Savings at FedEx<br>FEDEX #860045507321 $ 06/06/07 | |
| 06/12/07* | 5% OPEN Savings at FedEx<br>FEDEX #853245501084 $ 06/06/07 | |
| 06/19/07* | 5% OPEN Savings at FedEx<br>FEDEX #792360503691 $ 06/13/07 | |
| 06/22/07* | 5% OPEN Savings at FedEx<br>FEDEX #858359789240 $ 06/18/07 | |
| 06/22/07* | 5% OPEN Savings at FedEx<br>FEDEX #858359789230 $ 06/18/07 | |
| 06/24/07* | 5% OPEN Savings at FedEx<br>FEDEX #858359789251 $ 06/18/07 | |
| 06/24/07* | 5% OPEN Savings at FedEx<br>FEDEX #861913022194 $ 06/18/07 | |
| 05/21/07 | FEDEX #854005947474 ROME          NY<br>77002<br>TO: S TX COLLER OF LAW/W MORROW TX<br>FROM: JEN HAIBITTHER 13440<br>001 PRIORITY LTR 1LB AWB854005947474<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 4005947474 | |
| 1/07 | FEDEX #860045506921 NAPLES          FL<br>02139<br>TO: - MA<br>FROM: BABARA WATERS 34108<br>001 PRIORITY BOX 6LB AWB860045506921<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 0045506921 | |
| 05/29/07 | FEDEX #859760980721 NAPLES          FL<br>13440<br>TO: CITY HALL NY<br>FROM: J HALBRITTIER 13440<br>001 PRIORITY LTR 1LB AWB859760980721<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 9760980721 | |
| 05/31/07 | AMAZON.COM          AMZN.COM/BILL   WA<br>98101<br>AMAZON.COM<br>MERCHANDISE<br>ROC No. 0035478898 | |
| 06/01/07 | FEDEX #791698158085 NAPLES          FL<br>02139<br>TO: Jane Halbritter MA<br>FROM: Matt Corio 34103<br>001 FIRST PKG 2LB AWB791698158085<br>FEDEX CUSTOMER SERVICE #1-800-622-1147<br>ROC No. 1698158085 | |
| 06/05/07 | NYSTA - E-ZPASS -NY STATEN ISLAND          NY<br>150683653<br>Description<br>FOR BILLING QUESTIO<br>ACCT 7709023 B | |

REDACTED

*Continued on reverse*

**Due in Full continued**

Amount $

06/06/07    FEDEX #853245501084 NAPLES        FL
            21202
            TO: - MD
            FROM: J HALBRETTES 34108
            001 PRIORITY LTR 1LB AWB853245501084
            FEDEX CUSTOMER SERVICE #1-800-622-1147
            ROC No. 3245501084

06/06/07    FEDEX #853245501235 NAPLES        FL
            13440
            TO: - NY
            FROM: ANGELA NANDIREHOOF 34108
            001 PRIORITY PKG 10LB AWB853245501235
            FEDEX CUSTOMER SERVICE #1-800-622-1147
            ROC No. 3245501235

06/06/07    FEDEX #860045507321 NAPLES        FL
            13440
            TO: - NY
            FROM: BRIGHTON AT BAY COLONY 34108
            001 STANDARD BOX 4LB AWB860045507321
            FEDEX CUSTOMER SERVICE #1-800-622-1147
            ROC No. 0045507321

06/13/07    FEDEX #792360503691 NAPLES        FL
            02139
            TO: Jane Halbritter MA
            FROM: Matt Corio 34103
            001 PRIORITY PKG 1LB AWB792360503691
            FEDEX CUSTOMER SERVICE #1-800-622-1147
            ROC No. 2360503691

06/15/07    SITE GENIE, LLC 0000ROCHESTER        MN
            507-535-7550

6/18/07     FEDEX #858359789240 NAPLES        FL
            20036
            TO: - DC
            FROM: JANE HILBRITTON 34108
            001 PRIORITY LTR 1LB AWB858359789240
            FEDEX CUSTOMER SERVICE #1-800-622-1147
            ROC No. 8359789240

6/18/07     FEDEX #858359789230 NAPLES        FL
            13502
            TO: HARB COLLEY NY
            FROM: HALBRITTER, JANE 34108
            001 PRIORITY LTR 1LB AWB858359789230
            FEDEX CUSTOMER SERVICE #1-800-622-1147
            ROC No. 8359789230

6/18/07     FEDEX #861913022194 NAPLES        FL
            13440
            TO: JANE HALBRITTER NY
            FROM: HALBRITTER, JANE 34108
            001 2DAY BOX 4LB AWB861913022194
            FEDEX CUSTOMER SERVICE #1-800-622-1147
            ROC No. 1913022194

6/18/07     FEDEX #858359789251 NAPLES        FL
            13669
            TO: - NY
            FROM: JANE HALBRITTON 34108
            001 PRIORITY LTR 1LB AWB858359789251
            FEDEX CUSTOMER SERVICE #1-800-622-1147
            ROC No. 8359789251

REDACT

**Total Due in Full Activity**



# OPEN Savings Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 5 of 6

|  | Total Savings to Date For This Account | Savings Since Jan 2007 | Savings This Period Through Jun 24 |
|---|---|---|---|
| $ |  |  |  |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2007 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing |  |  |  |  |
| HERTZ - Car rentals | Ongoing |  |  |  |  |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing |  |  |  |  |
| DELTA - Flight purchases | Ongoing |  |  |  |  |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing |  |  |  |  |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing |  |  |  |  |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing |  |  |  |  |
| HYATT - Hotels and resorts in the U.S. | Ongoing |  |  |  |  |
| JETBLUE - Flight purchases | Ongoing |  |  |  |  |
| RUBY TUESDAY - Casual dining | Ongoing |  |  |  |  |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing |  |  |  |  |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing |  |  |  |  |
| WINGATE BY WYNDHAM- Hotels in the U.S. | Ongoing |  |  |  |  |
| 1-800-FLOWERS.COM - Flowers and gifts | Ongoing |  |  |  |  |
| Totals |  |  |  |  |  |

REDACTED

---

## Other Ways To Save!

# Did You Know? You Can Use Your Business Card at -

(CE 108900)

**GoDaddy.com** allows you to create a web presence for your business, sell your products online, attract more visitors to your site, and market to your best customers with e-mail while securing their transactions with an SSL Certificate. All at prices up to 70% below their competitors.

GoDaddy.com:
godaddy.com/AmexOPEN

**Orkin Commercial Services** serves approximately 1.7 million residential and business customers from its 400 locations in the U.S. and Canada. Call for a free, on-site consultation.

Orkin Commercial Services:
orkincommercial.com or call 1-800-ORKIN-NOW

**Avaya** supplies phone systems for more than 90% of Fortune 500 companies and offers simple, secure online account management to their customers through Avaya Global eBill, a free service that makes it easier than ever for customers to manage their accounts.

Avaya: avaya.com/ebill

# Great New Places to Use Your Business Card

(CE 108904)

**Coke Solutions** provides independent restaurant owners with business building ideas, industry insights, customized promotions and more.

Coke Solutions:
cokesolutions.com

**Triad Freightliner of Greensboro** is one of the largest class-8 truck dealerships in NC. Conveniently located off I-40 at exit 211 in Greensboro.

Triad Freightliner of Greensboro:
triadfreightliner.com or call 1-800-822-1750

---

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

## roducing FedEx Kinko's℠ Direct Mail Services



FedEx Kinko's Office and Print Centers® can help design, print, fold, stuff, address and mail your custom communication pieces. Visit any of 1,200 FedEx Kinko's Office and Print Centers and outsource your business' direct mail campaign. Or, use the online tool to prepare direct mail pieces at your office or home. And, as always, you can save 5% at FedEx Kinko's when you pay with your American Express® Business Card.

Payment must be made with the Business Card. Valid at all channels through which FedEx Kinko's accepts the Business Card in the U.S., except officeproducts.fedexkinkos.com Maximum annual savings is $1,000 per Card account.

Go to fedexkinkos.com to create and send a professional direct mail piece with FedEx Kinko's Direct Mail Services.

(CE 109045)

## n Exclusive Resorts Now and Save Up to $10,000



Join Exclusive Resorts using your Business Platinum Card® and you can save up to $10,000. Make your next vacation--and every one after that--better as you enjoy access to hundreds of multi-million dollar private homes in dozens of beach, mountain, metropolitan and leisure destinations worldwide, all with the service and amenities of luxury resorts.

To find out more about Exclusive Resorts and receive a free Effortless Vacation DVD, call 1-866-450-1658 or visit exclusiveresorts.com/platinum2

(CE 109044)

Terms and conditions apply.

## erican Express® Gift Cards for Rewards and Incentives!



The American Express Gift Card can be a perfect solution for your business, helping you to acquire customers, build loyalty and reward employees. Use Gift Cards as incentives, performance awards, customer promotions, or just to say thank you. And now every Gift Card includes special offers from participating retailers and restuarants nationwide and can be used at millions of places.

Visit americanexpress.com/corpalliances

(CE 109050)

Terms and conditions apply to Gift Cards. For U.S., use only at merchants that accept American Express. Usage restrictions and guidlines apply. Review terms of merchant offers at americanexpress.com/specialoffers

## vel Medical Protection - Travel with Peace of Mind



Travel Medical Protection, offered exclusively to American Express® Business Cardmembers, provides insurance coverage for up to $100,000 for eligible expenses related to evacuations and medical and dental emergencies, while on a Covered Trip traveling anywhere in the world, when more than 150 mile radius from Your Permanent Residence for up to 45* days whether driving, flying on a Scheduled Airline or taking the railroad.

Travel Medical Protection is underwritten by AMEX Assurance Company, Administrative office, De Pere, Wisconsin. Coverage is subject to the terms, conditions, and exclusions of Master Policies' (varies per state) AX0950, AX0916, AX0124 or Policy Form Number TMP-IND and is subject to change with notice. *In most states.

There are some things you can't pack in a suitcase, like adequate insurance. So, travel with peace of mind! To learn more about the coverage or how You can enroll yourself and your loved ones, call 1-800-618-8302 and mention RSVP code 4ZS.
(CE 109049)

s are made only to Cardmembers who meet certain qualifying criteria. By responding you will be osing to the merchant that you meet these criteria.

**586,521**
**Points Available**
at 07/09/07, when charges due are paid in
full and all accounts are in good standing.

**Platinum Card®**
**Statement of Account**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| `NE HALBRITTER | 3717-577374-21004 | 07/09/07 | Page 1 of 12 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | **New Balance $** |
|---|---|---|---|
| | | | |

**Please Pay By**
**07/24/07**

Please refer to page 7
for important information
regarding your account

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**.
For additional contact information, please see the reverse side of this page.

## Double Your Rewards

Redeem Membership Rewards® points for a Neiman Marcus gift card to discover luxury merchandise and exceptional service. Also, double your rewards and enroll your Platinum Card® with Neiman Marcus to earn points in the InCircle® program as well as the Membership Rewards program. Reach InCircle status at 5,000 points and receive valuable benefits, including access to special events and publications. Redeem InCircle points for luxurious travel, exclusive merchandise, and once-in-a-lifetime experiences.
Program terms and conditions apply. For full program information, visit **www.americanexpress.com/platinum**. To enroll in the InCircle program, or for more information, call **1-888-InCircle (462-4725)**.

## Activity   * Indicates posting date

| | | Amount $ |
|---|---|---|
| 06/21/07* | PHONE PAYMENT RECEIVED-THANK YOU | |

**Due in Full Activity for JANE HALBRITTER**
Card XXXX-XXXXX4-21004

| | | | Amount $ |
|---|---|---|---|
| 06/12/07* | Dispute - BEN FRANKLIN PLUMBING | | |
| 06/08/07 | PRICE CHOPPER #206  ROME | NY | |
| | SUPERMARKET | | |
| 06/10/07 | ORIGINAL GRIMALDI'S UTICA | NY | |
| | RESTAURANT | | |
| | FOOD | | |
| | TIP | | |
| 06/11/07 | TIME WARNER CABLE  800-8CABLE6 | NY | |
| | CABLE | | |
| | ROC No. 0042472397 | | |

REDACTED

Continued on Page 3

✂ Please fold on the perforation below, detach and return with your payment ✂

**Payment Coupon**

| Account Number | **Please Pay By:** |
|---|---|
| 3717-577374-21004 | 07/24/07 |

Please enter account
number on all checks and
correspondence.

Make check payable to
American Express.

JANE HALBRITTER
100 W GARDEN ST
ROME NY 13440-3424

**Total Amount Due**

See Finance Charges
section on reverse side for
a description of when
additional Finance
Charges are not assessed
on Features.

Check here if address or
telephone number has
changed. Please note
changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 2855
NEW YORK NY 10116-2855

0000371757737421004  00352146300352146300352146 08

**yments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the /ment address shown on your statement and must include the remittance coupon from your statement. Payments must made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument rable in US dollars and clearable through the US banking system, or through an electronic payment method payable in dollars and clearable through the US banking system. Your Account number must be included on all payments. If /ment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we :ept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your /ment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be posited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and isfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks ctronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, ount number and check serial number to your financial institution, unless the check is not processable electronically or a costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your ik or asset account. When we process your check electronically, your payment may be debited to your bank or asset ount as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or set account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset ount for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial ount you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next y. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits long Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance arges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB thod to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily riodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily riodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning ance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) btract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing iod, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the ature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next y. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the ng period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay New Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this w Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that ture, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the ng period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB 1 FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a ign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is uired by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion : we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a ernment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the version date or the prior business day, in each instance increased by 2%. This conversion rate may differ from rates in ffect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such ablishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is orrect, or if you need more information about atransacation on your bill, write us on a separate sheet of paper at the stomer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on ch the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still igated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as nquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from r checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your r must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit d Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you e tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the ds or services. You have this protection only when the purchase price was more than $50 and the purchase was made in r home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the ertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **dit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of six-month period following the date of the first statement indicating the credit balance, issue a check to you for the dit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to ain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service and
Lost or Stolen Card
1-800-525-3355
**24 hours/7 days**

Car Rental Loss and
Damage Insurance
1-800-338-1670

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille
Statements**
1-800-525-3355

Travel Emergency and
Worldwide Personal
Assistance and Fine
Dining
1-800-345-AMEX

Platinum Card Travel
Service and Fine Hotels,
Resorts & Spas
1-800-443-7672

By Invitation Only
1-800-321-RSVP



americanexpress.com

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
P.O. BOX 2855
NEW YORK NY
10116-2855

---

**ange of Address**
rrect on front
of use

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name or Company Name changes, please call the Customer Service number on the back of your Card.
- If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.
- Please print clearly in blue or black ink only in the boxes provided.

et Address

State

Code

Code and
e Phone

Code and
k Phone

(optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.


## Due in Full continued

Amount $

| | | |
|---|---|---|
| 06/13/07 | H&M #11 0011   NEW HARTFORD   NY<br>3157970387<br>Description<br>APPAREL/ACCESS | |
| 06/13/07 | MACY'S 208 UTICA   NEW HARTFORD   NY<br>NEOTRADITIONAL SLEEPWEA | |
| 06/13/07 | BED BATH & BEYOND 51NEW HARTFORD   NY<br>MISC HOME FURNISHINGS | |
| 06/13/07 | BED BATH & BEYOND 51NEW HARTFORD   NY<br>MISC HOME FURNISHINGS | |
| 06/13/07 | EXPRESS  NEW HARTFORD   NY<br>EXPRESS APPAREL<br>ROC No. 0020003296 | |
| 06/13/07 | JCPENNEY STORE 1445 NEW HARTFORD   NY<br>MISSES SLEEPWEAR | |
| 06/13/07 | NEW YORK & COMNEW HARTFORD   NY<br>WOMANS APPAREL<br>ROC No. 0020000261 | |
| 06/13/07 | TJ MAXX #865 0000008NEW HARTFORD   NY<br>5083904745 | |
| 06/13/07 | ECKERD DRUG #5784 ROME   NY<br>3153395290 | |
| 06/14/07 | MARSHALLS #251 00000ROME   NY<br>5083904745 | |
| 06/14/07 | HARRINGTON'S NORTH PNAPLES   FL<br>239-591-0969 | |
| 06/14/07 | RUE 21 464 343   ROME   NY<br>3153363282<br>Description<br>APPAREL/ACCESS | |
| 06/15/07 | CACHE #255   SYRACUSE   NY<br>9999999999 | |
| 06/15/07 | ANN TAYLOR STR: 0338SYRACUSE   NY<br>WOMANS APPAREL/ACC | |
| 06/15/07 | LORD AND TAYLOR   SYRACUSE   NY<br>APPAREL ACCS<br>ROC No. 0700650339 | |
| 06/15/07 | EXXONMOBIL   PORT BYRON   NY<br>AUTO FUEL DISPENSER<br>Description<br>GAS/SERVICES | |
| 06/15/07 | HOYT CAROUSEL MALL 1SYRACUSE   NY<br>865-925-9483 | |
| 06/16/07 | SIRIUS RADIO   888-539-7474   NY<br>SAT RADIO<br>ROC No. 0044900492 | |
| 06/16/07 | RITE AID 0609 RITE AROME   NY<br>DRUG STORE/PHARMACY | |
| 06/16/07 | ECKERD DRUG #5784  ROME   NY<br>3153395290 | |
| 06/16/07 | PRICE CHOPPER #206 ROME   NY<br>SUPERMARKET | |
| 06/17/07 | RITE AID 0609 RITE AROME   NY<br>DRUG STORE/PHARMACY | |

REDACTED

Continued  on  reverse

Prepared For
ANE HALBRITTER
Account Number
XXXX-XXXXX4-21004
Page 4 of 12
Case 1:07-cv-03848-WHP    Document 26-9    Filed 01/18/2008    Page 48 of 52
Due in Full continued
Amount $

| Date | Description | | | |
|---|---|---|---|---|
| 6/17/07 | YORK LIQUORS      ROME      NY<br>LIQUOR STORE | | | |
| 6/17/07 | ECKERD DRUG #5784  ROME      NY<br>3153395290 | | | |
| 6/18/07 | WAL-MART 2234    ROME      NY<br>GENERAL MERCHANDISE | | | |
| 6/18/07 | SUNOCO   0723331501LAKE KATRINE   NY<br>SUNOCO<br>0035116 017027695 | | | |
| 6/19/07 | SALON AKS 0000    NEW YORK      NY<br>BEAUTY/BARBER SHOP<br>Description<br>BARBER AND BEA | | | |
| 6/19/07 | SAKS FIFTH AVE  -001NEW YORK      NY<br>VUITTON HARD SIDED LUGG<br>Description<br>TTON HARD SIDED<br>ROC No. 0015033046 | | | |
| 6/19/07 | SAKS FIFTH AVE  -001NEW YORK      NY<br>2ND FL REST. FOOD SALES<br>Description<br>S<br>ROC No. 0015710042 | | | |
| 6/19/07 | SAKS FIFTH AVE  -001NEW YORK      NY<br>SHEATH<br>Description<br>ATH<br>SSES<br>ROC No. 0010423566 | | | |
| 6/19/07 | SAKS FIFTH AVE  -001NEW YORK      NY<br>DUSAN KNITWEAR RTW<br>Description<br>D RANGE COLLECT<br>ROC No. 0011502395 | | | |
| 6/20/07 | WALDORF ASTORIA GAR#NEW YORK      NY<br>2128724640<br>Description      Price<br>PARKING LOT/GARAGE | | | |
| 6/20/07 | EXXONMOBIL      LITTLE FALLS   NY<br>AUTO FUEL DISPENSER<br>Description<br>GAS/SERVICES | | | |
| 6/21/07 | WALDORF ASTORIA HILTNEW YORK      NY<br>Arrival Date      Departure Date<br>06/18/07      06/21/07<br>00000000 | | | |
| 6/21/07 | PRICE CHOPPER #206  ROME      NY<br>SUPERMARKET | | | |
| 6/22/07 | HESS 32372 000000000ROME      NY<br>3153364035 | | | |
| 6/23/07 | Verizon Wrls 29675-0San Francisco   CA<br>94102<br>TELECOMMUNICATION EQUIPMENT AND TELEPHON<br>ROC No. 78976586 | | | |
| 6/23/07 | Verizon Wrls 29675-0San Francisco   CA<br>94102<br>TELECOMMUNICATION EQUIPMENT AND TELEPHON<br>ROC No. 78976587 | | | |

REDACTED

Continued  on  next  page


**Due in Full continued**                                                      Amount $

| 06/23/07 | CHRISTIAN DIOR 31098COSTA MESA      CA |
|---|---|
| | 7145494700 |
| | Description              Price |
| | WOMEN'S READY-TO-WE |

| 06/23/07 | CHRISTIAN DIOR 31101SAN FRANCISCO      CA |
|---|---|
| | 2122234646 |
| | Description              Price |
| | WOMEN'S READY-TO-WE |

| 06/24/07 | CAMPTON PLACE,SF,A TSAN FRANCISCO      CA |
|---|---|
| | Arrival Date      Departure Date        No of Nights |
| | 06/23/07          06/24/07              1 |
| | 00000000 |
| | LODGING |

| 06/24/07 | CAMPTON PLACE,SF,A TSAN FRANCISCO      CA |
|---|---|
| | Arrival Date      Departure Date        No of Nights |
| | 06/23/07          06/24/07              1 |
| | 00000000 |
| | LODGING |

| 06/25/07 | DEAN & DELUCA 000000ST HELENA      CA |
|---|---|
| | 7079679980 |
| | Description |
| | GENERAL MERCHANDISE |

| 06/25/07 | DEAN & DELUCA 000000ST HELENA      CA |
|---|---|
| | 7079679980 |
| | Description |
| | GENERAL MERCHANDISE |

REDACTED

| 06/25/07 | FOOT CANDY      ST. HELENA      CA |
|---|---|
| | SHOE STORES |
| | ROC No. 0000RC0000 |

| 06/26/07 | SPA DU SOLEIL & GIFTRUTHERFORD      CA |
|---|---|
| | RETAIL |
| | ROC No. 0016850393 |

| 06/26/07 | SPA DU SOLEIL & GIFTRUTHERFORD      CA |
|---|---|
| | RETAIL |
| | ROC No. 0016850394 |

| 06/27/07 | HOTEL DU SOLEIL    RUTHERFORD      CA |
|---|---|
| | Arrival Date      Departure Date |
| | 06/24/07          06/27/07 |
| | 00000000 |

| 06/27/07 | HOTEL DU SOLEIL    RUTHERFORD      CA |
|---|---|
| | Arrival Date      Departure Date |
| | 06/24/07          06/27/07 |
| | 00000000 |

| 06/27/07 | SHELL OIL      HAWTHORNE      NV |
|---|---|
| | 93004061952179875053870 |
| | ROC No. 0725580ISL |

| 06/28/07 | SHOE IN 800000896624LAS VEGAS      NV |
|---|---|
| | 7027702540 |
| | Description              Price |
| | SHOE STORE |

| 06/28/07 | LOUIS VUITTON # 111 LAS VEGAS      NV |
|---|---|
| | RETAIL |
| | LLSMON001M41400SIRIUSMONO70100 |
| | FCGMON001M42228TROUVILLEMONO100 |
| | LSPVVN001J52312BANDOULIEREREGLVVN |
| | LOTLOM001M65380PTECLESPASTMULTCHA |
| | ROC No. 0000303162 |

Continued on reverse

/28/07 · CHANEL #23 0023 · LAS VEGAS · · NV
WOMEN'S CLOTHING
Description
WOMENS ACC S

/29/07 · MAXMARA - LAS VEGAS LAS VEGAS · · NV
03 CLOTHING
ROC No. 0000009237

/29/07 · MAXMARA - LAS VEGAS LAS VEGAS · · NV
03 CLOTHING
ROC No. 0000009239

/29/07 · JIMMY CHOO - LV2 · LAS VEGAS · · NV
RETAIL
FSH65JCL063HUMIDSATBLACK37
ROC No. 0000105508

29/07 · MAC @ FORUM SHOPS #6LAS VEGAS · · NV
9999999999

30/07 · MGM ROBUCHON-MANSIONLAS VEGAS · · NV
7028911111

01/07 · WYNN LAS VEGAS HOTELLAS VEGAS · · NV
Arrival Date · · · · Departure Date
06/27/07 · · · · · · 07/01/07
00000000
LODGING

01/07 · WYNN LAS VEGAS HOTELLAS VEGAS · · NV
Arrival Date · · · · Departure Date
06/27/07 · · · · · · 07/01/07
00000000
LODGING

REDACTED

03/07 · BARNES & NOBLE 2908 WESTBURY · · NY
BOOK STORE

03/07 · A EAGLE OUTFTR008714SYRACUSE · · NY
412-776-4857

03/07 · VERIZON WRLS D0148-0SYRACUSE · · NY
13290
TELECOMMUNICATION EQUIPMENT AND TELEPHON
ROC No. 71153443

03/07 · VERIZON WRLS D0148-0SYRACUSE · · NY
13290
TELECOMMUNICATION EQUIPMENT AND TELEPHON
ROC No. 71153444

03/07 · BABIES 'R' US · · SYRACUSE · · NY
BABY & TODDLER PRODUCTS
ROC No. 9291011338

03/07 · BANANA REPUBLIC #816SYRACUSE · · NY
MEN'S/WOMEN'S CLOTHNG

03/07 · AT&T YS30 7606 654 · SYRACUSE · · NY
8003310500
Description
TELEPHONE SERV

03/07 · H&M #7 0007 · · SYRACUSE · · NY
3154728770
Description
APPAREL/ACCESS

03/07 · #265 FORT STANWIX · ROME · · NY
3153370397
Description · · · · · · · Price
GENERAL MERCHANDISE

Continued on next page

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX4-21004

Closing Date
07/09/07

## Due in Full continued

Amount $

| Date | Description | |
|------|-------------|---|
| 0. ./07 | #265 FORT STANWIX  ROME        NY<br>3153370397<br>Description            Price<br>GENERAL MERCHANDISE | |
| 07/06/07 | RAYMOUR & FLANIGAN 0YORKVILLE       NY<br>3157684100<br>Description<br>FURNITURE,HOME | |
| 07/06/07 | TJ MAXX #865 0000008NEW HARTFORD      NY<br>5083904745 | REDACTED |
| 07/06/07 | PIER 1    012187NEW HARTFORD     NY<br>800-2454595 | |
| 07/07/07 | TARGET 1492 1492   NEW HARTFORD      NY<br>DISCOUNT STORE | |
| 07/07/07 | PRICE CHOPPER #206  ROME      NY<br>SUPERMARKET | |

## Total Due in Full Activity

## Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

Please refer to page   2
for further important
information regarding
your account

(`    gn & Travel®, the APR is 18.24%, the DPR is 0.0500%

pared For
ANE HALBRITTER

Account Number
XXXX-XXXXX4-21004

Page 8 of 12

Case 1:07-cv-03848-WHP    Document 26-9    Filed 01/18/2008    Page 52 of 52