**AMERICAN EXPRESS Platinum Card®**
**Statement of Account**

**641,235**
**Membership Rewards® Points Available**
at 10/09/07, when charges due are paid in full and all accounts are in good standing

| ared For | Account Number | Closing Date | |
|---|---|---|---|
| ANE HALBRITTER | XXXX-XXXXX4-21004 | 10/09/07 |  |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
| | | | [redacted] |

**Please Pay By**
**10/24/07**

Please refer to page 8 for important information regarding your account

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com.**
For additional contact information, please see the reverse side of this page.

EXCLUSIVE RESORTS

**Earn Up to One Million Membership Rewards® Points**
Join Exclusive Resorts® luxury destination club using your enrolled American Express® Card and you can earn up to one million Membership Rewards points. Make your next vacation--and every one after that unforgettable--as you enjoy access to hundreds of extraordinary multi-million dollar private residences in dozens of the world's most sought-after destinations, all with the service and amenities of a luxury resort.

Call **1-866-883-2656** or visit **www.exclusiveresorts.com/effortless3** for membership information, a free Effortless Vacation DVD, and details on earning up to one million Membership Rewards points. Bonus ID: 7442.

## Activity

* Indicates posting date

| | | Amount $ |
|---|---|---|
| 09/18/07* | ELECTRONIC PAYMENT RECEIVED-THANK | |

### Due in Full Activity for JANE HALBRITTER

Card XXXX-XXXXX4-21004

| | | | Amount $ |
|---|---|---|---|
| 9/07 | TJ MAXX #865 0000008NEW HARTFORD 5083904745 GENERAL MDSE | NY | REDACTED |
| 09/09/07 | TJ MAXX #865 0000008NEW HARTFORD 5083904745 GENERAL MDSE | NY | |
| 09/10/07 | MACY'S 208 UTICA NEW HARTFORD IMPULSE | NY | |

*Continued on Page 3*

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

Account Number
3717-577374-21004

**Please Pay By:**
**10/24/07**

Please enter account number on all checks and correspondence.

Make check payable to American Express.

**Amount Due**

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side.

☐

JANE HALBRITTER
APT 1702
8231 BAY COLONY DR
NAPLES FL 34108-7794

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

0000371757737421004 001965251001965251 08 4

**ayments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the ayment address shown on your statement and must include the remittance coupon from your statement. Payments must e made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument ayable in US dollars and clearable through the US banking system, or through an electronic payment method payable in S dollars and clearable through the US banking system. Your Account number must be included on all payments. If ayment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we ccept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your ayment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be eposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and atisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks ectronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, ccount number and check serial number to your financial institution, unless the check is not processable electronically or a ss costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your ank or asset account. When we process your check electronically, your payment may be debited to your bank or asset ccount as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or sset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset ccount for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial ccount you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next ay. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits nong Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance harges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB ethod to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily eriodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily eriodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning alance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) ibtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing eriod, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the eature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next ay. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the lling period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay e New Balance on this statement by the next Closing Date, then you will avoid additional **FC** on features included in this ew Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that eature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the lling period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB nd FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a reign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is quired by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion te we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a vernment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the nversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such tablishments use. **<u>Billing Rights Summary:</u> In Case of Errors or Questions About Your Bill:** If you think your bill is correct, or if you need more information about atransaction on your bill, write us on a separate sheet of paper at the istomer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on nich the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The llar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe e item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still ligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as linquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from ur checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your ter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit ard Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you ve tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the ods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in ur home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the vertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **edit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of e six-month period following the date of the first statement indicating the credit balance, issue a check to you for the edit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to tain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and
Lost or Stolen Card
1-800-525-3355
**24 hours/7 days**

Car Rental Loss and
Damage Insurance
1-800-338-1670

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille Statements**
1-800-525-3355

Travel Emergency and
Worldwide Personal
Assistance and Fine
Dining
1-800-345-AMEX

Platinum Card Travel
Service and Fine Hotels,
Resorts & Spas
1-800-443-7672

By Invitation Only
1-800-321-RSVP

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**hange of Address**
**orrect on front**
**not use**

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

**eet Address**

**/. State**

**Code**

**a Code and ne Phone**

**a Code and rk Phone**

**ail (optional)**

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

Prepared For
JANE HALBRITTER
Account Number
XXXX-XXXXXX-21004
Closing Date
10/09/07
Page 3 of 12

Case 1:07-cv-03848-WHP   Document 26-11   Filed 01/18/2008   Page 3 of 40

| | in Full continued | Amount $ |
|---|---|---|

| Date | Description | |
|---|---|---|
| 09/10/07 | MACY'S 208 UTICA   NEW HARTFORD    NY<br>INC SPORTSWEAR<br>Description<br>JR OTHR RELATED<br>ROC No. 2080357088 | |
| 09/10/07 | THE PHOENICIAN RESTANEW HARTFORD    NY<br>THE PHOENICIAN RESTAN<br>EATING PLACES AND RESTAURANTS | |
| 09/10/07 | EXPRESS #663 0663   NEW HARTFORD    NY<br>315-732-0888 | |
| 09/10/07 | KOHL'S 155 0155   NEW HARTFORD    NY<br>315-768-1653 | |
| 09/10/07 | A PEGASUS LIMOUSINE S. HACKENSACK    NJ<br>2013930006<br>Description    Price<br>TAXICABS/LIMOUSINES | |
| 09/10/07 | TJ MAXX #865 0000008NEW HARTFORD    NY<br>5083904745<br>GENERAL MDSE | |
| 09/11/07 | RITE AID 0609 RITE AROME    NY<br>DRUG STORE/PHARMACY | |
| 09/11/07 | PRICE CHOPPER #206  ROME    NY<br>SUPERMARKET | |
| 09/12/07 | BANANA REPUBLIC #816SYRACUSE    NY<br>MEN'S/WOMEN'S CLOTHNG | |
| /07 | GAP #4107/THE GAP #4SYRACUSE    NY<br>MEN'S/WOMEN'S CLOTHNG | |
| 09/12/07 | ANN TAYLOR STR: 0338SYRACUSE    NY<br>WOMANS APPAREL/ACC | |
| 09/12/07 | MIDAS 712 ROME 712  ROME    NY<br>4192437281 | |
| 09/12/07 | LORD AND TAYLOR    SYRACUSE    NY<br>APPAREL ACCS<br>ROC No. 0700010142 | |

REDACTED

Continued  on  Page  4

Please detach here

## Travel Insurance Premium Refund/Credit Form

Please see the back if requesting refunds for TravelAssure, TravelAssure Classic or International Medical Protection. Otherwise, continue below. Please fill out this form to request refunds for travel insurance premiums incurred with the purchase of an airline ticket or a car rental. If you have been charged an insurance premium for one of the reasons listed to the right, please provide the information requested below. Please deduct the total premium refund amount from your total balance due and return this form with your payment. In order to receive a refund, you must fill out this form completely. Failure to do so may result in a delay in processing or a denial of your request.

**Please do not fill out this coupon if you cancelled an airline ticket or a car rental reservation and expect credits for these on your American Express account.** These premiums will be automatically refunded to you- any refunded premiums will appear as credits on your monthly statement.

### Reasons for Refund/Credit
- Non-fare airline services charge(s) (e.g. excess baggage, itinerary charges, upgrade, or any other non-air transportation charge)
- An uninsured person
- Non-scheduled airline flights  (e.g. private jet)
- Two or more premium charges for same car rental
- Car rental no show
- Other charges unrelated to actual car rental(e.g., gas)
- Car rental in an excluded country
- A vehicle other than a rental car
- Cancelled Trip with non-refundable ticket
- Other reason

Account Number:
3717-577374-21004

| dor Name | Ticket/Rental Amount | Ticket Number | Month Billed | No. of Premiums | Program | Total Premium Refund Requested |
|---|---|---|---|---|---|---|
| *Airline* | $374.20 | 001643835 | March | 1 | Travel Delay | $9.95 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Due in Full continued**                                                                 Amount $

| 9/12/07 | J CREW RETAIL 604 60SYRACUSE       NY |
|---------|----------------------------------------|
|         | (315) 472-7182 |
|         | Description              Price |
|         | ARGYLE TROUSER SOCK |
|         | ARGYLE TROUSER SOCK |
|         | DEEP V-NECK VEST, B |
| 9/12/07 | SPORTS AUTHORITY #49SYRACUSE      NY |
|         | 9990000000 |
| 9/12/07 | THE SAVOY SAVOY RESTROME         NY |
|         | 315-3393166 |
|         | TIP |
| 9/15/07 | HESS 32372 000000000ROME        NY |
|         | 3153364035 |
| 9/15/07 | ECKERD DRUG #5784  ROME        NY |
|         | 3153395290 |
| 9/15/07 | PRICE CHOPPER #206 ROME        NY |
|         | SUPERMARKET |
| 9/16/07 | GUESS FACTORY STORE CENTRAL VALEY      NY |
|         | 9149284511 |
| 9/16/07 | TIMBERLAND OUTLET #1CENTRAL VLY       NY |
|         | 9999999999 |
| 9/16/07 | BOLO        NEW YORK     NY |
|         | RESTAURANT |
| 9/16/07 | MICHAEL KORS       CENTRAL VLLY    NY |
|         | 9999999999 |
| 9/16/07 | BURBERRY #51      CENTRAL VLLY    NY |
|         | 9149284500 |
| 9/16/07 | ANNE FONTAINE WBU  CENTRAL VALLE     NY |
|         | FAMILY CLOTHING |
| 9/16/07 | DVF - The Outlet CenCentral Valle    NY |
|         | (845)928-5745 |
|         | DRSOTH DVF VENI D6231362Y7 GOLD 6 |
| 9/16/07 | SUNOCO   0042338401RAMAPO       NY |
|         | SUNOCO |
|         | 0015016 026025179 |
| 9/17/07 | TELECHARGE TICKETINGNEW YORK       NY |
|         | AVENUE Q SEP 17 (800)543- |

REDACTED

Continued on Page 5

**Premium Refunds for TravelAssure and TravelAssure Classic**-please consult the table below to determine how to process your refund.

| Reason for Refund | How to Process Your Premium Refund for TravelAssure or TravelAssure Classic |
|-------------------|------------------------------------------------------------------------------|
| Reason other than cancelled trip | (A) You're entitled to a full premium refund. Please deduct the total premium refund amount from your total balance due and return this form with your payment. Make sure you complete the grid on the front indicating the refunds you're requesting. |
| Cancelled my trip | (B) If you don't expect a credit for your airline ticket charge, you're entitled to a partial* premium refund as follows:<br>• For TravelAssure, please deduct $10 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, please deduct $8 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of this form indicating the refunds you're requesting, and return it with your payment.<br>(C) If you expect credit for your airline ticket charge, you don't need to fill out this form. You'll automatically receive partial* premium refunds once your ticket has been credited on your American Express account. Refunds will appear as credits on your monthly statement. |
| Insurance premium was charged for a non-insurable person | (D) If you expect credit for your airline ticket charge, you're entitled to a full premium refund as follows:<br>• For TravelAssure, deduct $18.95 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, deduct $11.95 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of the form indicating the refunds you're requesting, and return it with your payment.<br>Note: you'll automatically receive the remainder of your premium refund once your airline ticket has been credited on your American Express account. The remainder refunds will appear as credits on your monthly statement.<br>(E) If you don't expect a credit for your airline ticket charge, follow the method outlined in section (A) above. |

**Premium Refunds for International Medical Protection**
Deduct the total premium refund amount you're requesting from the total balance due and return this form with your payment. Please complete the grid on the front indicating the refunds you're requesting. **If you expect a credit for your airline ticket charge, don't fill this form out.** You'll automatically receive refunds once your ticket is credited on your American Express account. Refunds will appear as credits on your monthly statement.
**If you have any questions about requesting your refund, please call the number on the back of your American Express Card.**
*For cancelled trips, refunds aren't given for trip cancellation portion of premium since that coverage already went into effect. You'll receive partial refunds of $10 per TravelAssure and $8 per TravelAssure Classic charge. You can still submit claims to recover nonrefundable trip costs.

AMERICAN EXPRESS

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXXX-21004

Closing Date
10/09/07

Page 5 of 18

## ...e In Full continued

| Date | Description | | Amount $ |
|---|---|---|---|
| 09/17/07 | BEACH BUM TANNING  NEW YORK  HEALTH & BEAUTY SPA | NY | |
| 09/17/07 | BEACH BUM TANNING  NEW YORK  HEALTH & BEAUTY SPA | NY | |
| 09/17/07 | IL CORTILE RESTAURANNEW YORK  2122266060  FOOD/BEVERAGE  TIP | NY | |
| 09/17/07 | GAP #7243/THE GAP #7NEW YORK  FAMILY CLOTHING | NY | |
| 09/17/07 | ALLURE DAY SPA AND HNEW YORK  2126445500 | NY | |
| 09/18/07 | ITUNES MUSIC STORE  CUPERTINO  COM*PUTER/SOFTWARE  ROC No. 3153363664 | CA | |
| 09/18/07 | NORDSTROM 520 0520  PARAMUS  DEPARTMENT STORE  Description  BP DENIM | NJ | |
| 09/18/07 | CAFFE NAPOLI 8819000NEW YORK  CAFFE NAPOLI NEW Y  TIP | NY | |
| 09/18/07 | THE LIMITED 773 0773PARAMUS  201-226-1330 | NJ | |
| 09/18/07 | GUESS #2004    PARAMUS  2015879499 | NJ | |
| 09/18/07 | NEIMAN MARCUS 28 000PARAMUS  DEPARTMENT STORE  Description      Price  LADIES' SHOE | NJ | |
| 09/19/07 | CITY HALL    NEW YORK    NY  RESTAURANT  FOOD/BEVERAGE  TIP | NY | |
| 09/20/07 | SAKS FIFTH AVENUE NYNEW YORK    NY  2129402818  Description      Price  RESTAURANT  GRATUITIES | NY | |
| 09/20/07 | HMSHOST-NY-THRWY #0QPATTERSONVILL    NY  5188872028  Description  FOOD/BEV | NY | |
| 09/20/07 | VZWRLSS-MYACCTVN 3361-800-922-0204    CA  VZWRLSS-MYACCTVN 1  TELECOM SVC:PREPAID & RECURRING PHONE SE | CA | |
| 09/20/07 | New York Palace HoteNew York    NY  Arrival Date        Departure Date  09/16/07        09/20/07  00000000  LODGING | NY | |
| 09/20/07 | New York Palace HoteNew York    NY  Arrival Date        Departure Date  09/16/07        09/20/07  00000000  LODGING | NY | |

REDACTED

*Continued on reverse*

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX4-21004

## Due in Full continued

Amount $

| | | |
|---|---|---|
| 09/21/07 | New York Palace HoteNew York    NY<br>Arrival Date    Departure Date<br>09/16/07    09/20/07<br>00000000<br>LODGING | |
| 09/22/07 | MARSHALLS #251 00000ROME    NY<br>5083904745<br>GENERAL MDSE | |
| 09/22/07 | BLOCKBUSTER VIDEO #3ROME    NY<br>9999999999 | |
| 09/22/07 | New York Palace HoteNew York    NY<br>Arrival Date    Departure Date<br>09/16/07    09/20/07<br>00000000<br>LODGING | |
| 09/22/07 | #265 FORT STANWIX  ROME    NY<br>3153370397<br>Description    Price<br>GENERAL MERCH    ISE 59.42 | |
| 09/23/07 | RITE AID 0609 F    AROME    NY<br>DRUG STORE/PHARMACY | |
| 09/23/07 | PRICE CHOPPER #206  ROME    NY<br>SUPERMARKET | |
| 09/24/07 | USPS 3571759550    ROME    NY<br>3153361500 | |
| 09/25/07 | CARMEL CAR SERVICE 0MAMARONECK    NY<br>2126629807 | |
| 09/25/07 | VICTORIA'S SECRET #1NEW HARTFORD    NY<br>315-793-0838 | |
| 09/25/07 | H&M #11 0011    NEW HARTFORD    NY<br>3157970387 | |
| 09/25/07 | BEECHES RESTAURANT BROME    NY<br>315-3361700<br>TIP | |
| 09/25/07 | HESS 32372 000000000ROME    NY<br>3153364035 | |
| 09/25/07 | TJ MAXX #865 0000008NEW HARTFORD    NY<br>5083904745<br>GENERAL MDSE | |
| 09/26/07 | DICK'S SPORTINGGOODSDEWITT    NY<br>SPORTING GOODS STORE | |
| 09/26/07 | BONEFISH #9352 30680FAYETTEVILLE    NY<br>3156370491<br>FOOD/BEVERAGE<br>TIP | |
| 09/27/07 | TARGET 1476 1476  FAYETTEVILLE    NY<br>DISCOUNT STORE | |
| 09/27/07 | GERTRUDE HAWK CANDY SYRACUSE    NY<br>CIGAR STORE & STAND | |
| 09/27/07 | APPLESTORE R107-CAROSYRACUSE    NY<br>COMPUTER STORE | |
| 09/27/07 | LORD AND TAYLOR    SYRACUSE    NY<br>APPAREL ACCS<br>ROC No. 0700010320 | |
| 09/27/07 | LORD AND TAYLOR    SYRACUSE    NY<br>APPAREL ACCS<br>ROC No. 0700710226 | |

REDACTED

Continued on next page

Prepared For
JANE HALBRITTER
Account Number
XXXX-XXXXX1-61004
Closing Date
10/09/07
Page 7 of 12
Case 1:07-cv-03848-WHP    Document 26-10    Filed 01/18/2008    Page 7 of 40

## in Full continued

| | | | Amount $ |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1/27/07 | AT&T YS30 7606 654  SYRACUSE          NY | | |
| | 8003310500 | | |
| 1/27/07 | BORDERS BOOKS 000991SYRACUSE          NY | | |
| | 3154666100 | | |
| 1/27/07 | BORDERS BOOKS 000991SYRACUSE          NY | | |
| | 3154666100 | | |
| 1/27/07 | SPIRIT HALLOWEEN 677DEWITT          NY | | |
| | 6096455690 | | |
| | Description                      Price | | |
| | SPECIALTY RETAIL ST | | |
| 1/27/07 | TJMAXX #0750 0000007FAYETTEVILLE          NY | | |
| | 3156377990 | | |
| | GENERAL MDSE | | |
| 1/27/07 | BANANA REPUBLIC #816SYRACUSE          NY | | |
| | MEN'S/WOMEN'S CLOTHNG | | |
| 1/28/07 | ELM HEALTH 1      NEW YORK      NY | | |
| | 2123488500 | | |
| 1/30/07 | PRICE CHOPPER #206  ROME          NY | | |
| | SUPERMARKET | | |
| 1/30/07 | AMAZON.COM      AMZN.COM/BILL    WA | | |
| | MERCHANDISE | | |
| 1/30/07 | AMAZON.COM      AMZN.COM/BILL    WA | | |
| | MERCHANDISE | | |

REDACTED

| | | | |
|---|---|---|---|
| 1/01/07 | US AIRWAYS      PHOENIX    AZ | | |
| | US AIRWAYS | | |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| GREENSBORO NC | CHARLOTTE NC | US , | GX |
| | FT MYERS FLORIDA | US | 2 |
| | CHARLOTTE NC | US | G |
| | GREENSBORO NC | US | F2 |
| | | Date of Departure: 10/08 | |

Ticket Number: 03721470946034
Passenger Name: UVANNI/MICHAELJ
Document Type: PASSENGER TICKET

| | | | |
|---|---|---|---|
| 1/01/07 | FEDEX PAY-BY-PHONE 8MEMPHIS          TN | | |
| | 8006221147 | | |
| | Description                      Price | | |
| | TRUCKING/MOV | | |
| 1/02/07 | LIGHT RELIEF 3050718800-7439852          CA | | |
| | CATALOG MERCHANDISE | | |
| 1/03/07* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | | |
| | AIRFLIGHT INSURANCE PREMIUM 800-437-9209 | | |
| | TKT NO. 03721470946034 | | |
| 1/03/07* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | | |
| | BAGGAGE INSURANCE PREMIUM | | |
| | TKT NO. 03721470946034 | | |
| 1/03/07 | MARSHALLS #251 00000ROME          NY | | |
| | 5083904745 | | |
| | GENERAL MDSE | | |
| 1/03/07 | RITE AID 0609 RITE AROME          NY | | |
| | DRUG STORE/PHARMACY | | |
| 1/03/07 | JCPENNEY STORE 2008 ROME          NY | | |
| | DEPARTMENT STORE | | |
| | Description | | |
| | JR BOTTOMS | | |
| | CATALOG BOOKS | | |
| 1/03/07 | STAPLES      ROME      NY | | |
| | OFFICE SUPPLIES | | |

*Continued on reverse*

## Due in Full continued

| | | | Amount $ |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 10/04/07 | BARNES & NOBLE 2908 WESTBURY<br>BOOK STORE | NY | |
| 10/05/07 | APPLE ONLINE STORES CUPERTINO<br>COM*PUTER/SOFTWARE<br>ROC No. 3153363664 | CA | |
| 10/05/07 | EZ PASS PREPAID TOLL800-333-8655<br>8003338655 | NY | |
| 10/05/07 | ORIGINAL GRIMALDI'S UTICA<br>RESTAURANT<br>FOOD<br>TIP | NY | |
| 10/07/07 | HESS 32372 000000000ROME<br>3153364035 | NY | |
| 0/08/07 | APPLE ONLINE STORES CUPERTINO<br>COM*PUTER/SOFTWARE<br>ROC No. 3153363664 | CA | |
| 0/08/07 | APPLE ONLINE STORES CUPERTINO<br>COM*PUTER/SOFTWARE<br>ROC No. 3153363664 | CA | |
| 0/08/07 | ITUNES MUSIC STORE  CUPERTINO<br>COM*PUTER/SOFTWARE<br>ROC No. 3153363664 | CA | |
| 0/08/07 | PRICE CHOPPER #206  ROME<br>SUPERMARKET | NY | |

REDACTED

**Total Due in Full Activity**

---

## Important Notice

## Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 18.24%, the DPR is 0.0500%

Please refer to page   2
for further important
information regarding
your account

## ay Your Quarterly Taxes with Your Card and Earn Rewards

Earn rewards while paying your taxes. You can pay your Quarterly Estimated (1040ES) federal, state, and local property taxes as well as Quarterly Employee Withholdings (Form 941) business taxes with your American Express® Card.

For additional information, visit **www.americanexpress.com/taxes**

All federal, state, local and business tax payments made with your Card are subject to a convenience fee charged by either of the two IRS-approved payment processors, Official Payments Corp. and PAY1040.com. All Card terms and conditions apply.

**www.americanexpress.com/taxes**

(CE 109658)

## elect Individual Charges on This Statement to Pay Later

CARDMEMBER BENEFITS

Your Platinum Card from American Express has a special service called *Select & Pay Later* that gives you the option to choose virtually any purchase on your statement to pay over time, regardless of size or type. There's no enrollment required, and no fee.

Not all Cardmembers are eligible. Eligibility is based upon Cardmember tenure, creditworthiness and payment history.

(CE 109674)

## low Earn Rewards When You Pay Your Mortgage!

IndymacBank

Indymac Bank® is now offering the Express Rewards Mortgage℠ Program in which you can earn valuable rewards on eligible new purchase or refinanced loans by paying your monthly mortgage payments with your rewards-eligible American Express® Card. Plus, Indymac Bank offers competitive rates and fast closing times, making your loan process simple and hassle-free.

It is important to understand the features associated with the loan program you choose and how it may impact your financial situation. To qualify, you must close on an eligible new home loan and be authorized by American Express for the anticipated monthly payment. Subject to Program terms and conditions, underwriting approval and loan related closing costs including an initial Program fee. American Express and Indymac Bank are not affiliated and neither is responsible for financial services offered by the other.

To learn more about Indymac Bank and the Express Rewards Mortgage Program, please visit **www.ndymacloans.com/Rewards_19** or call **1-800-217-6850**.

(CE 109706)

## njoy Fine Dining Around the World

For dinner reservations across town, across the country, or across the ocean, look to the Platinum Dining℠ Reservations program available to you as a Platinum Card® member. Every day, a reservation is held at more than 1,300 of the most highly acclaimed restaurants worldwide. So when the need arises for a reservation at a hometown favorite or an outstanding restaurant in another city, we can help.

Reservations are based on a first-come, first-served basis. All cancellations must be made by calling at least 24 hours in advance of your reservation, otherwise you will be subject to a cancellation fee of $15 per person (minimum of $60, maximum of $120).

To make a Dining Program reservation, please call **1-800-345-2639**, option **2**.

(CE 109673)

## :arn Double Points by Donating to Your Favorite Charities

The GivingExpress® Program FROM AMERICAN EXPRESS

The Giving*Express*® program from American Express connects you to important causes including education, health, and more. Through December 31, 2007, donate to any of the 1 million charitable organizations listed on **americanexpress.com/give0005** and you can earn double Membership Rewards® points* for virtually every dollar you donate with an eligible, enrolled American Express® Card.

Terms and conditions of the Membership Rewards program apply. For more information, visit **www.americanexpress.com/rewards**. *Bonus Points will be credited to your Membership Rewards account within 6-8 weeks after charges appear on your billing statement. 50,000 maximum bonus points per account. Bonus ID: 0549

To make a donation, go to **americanexpress.com/give0005**

(CE 109690)

**ffers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be isclosing to the merchant that you meet these criteria.**

## arn Up to One Million Membership Rewards® Points

XCLUSIVE
RESORTS

Earn up to 1,100,000 Membership Rewards points and save up to $11,000 off the Membership Fee when you join Exclusive Resorts® luxury destination club using your Platinum Card® from American Express. Make your next vacation--and every one after that unforgettable--as you enjoy access to hundreds of extraordinary multi-million dollar private residences in dozens of the world's most sought-after destinations, all with the service and amenities of a luxury resort. Bonus ID: 7442

To find out more about Exclusive Resorts and recieve a free Effortless Vacation DVD, call **1-866-883-2463** or visit **www.exclusiveresorts.com/effortless**. Terms and conditions apply.

(CE 109648)

## ow Accepting American Express® Cards!

CARDS
WELCOME

**Food Lion** - Now welcomes American Express Cards. This is another convenience brought to you by your friends at Food Lion. Good neighbors. Great prices. **www.foodlion.com**

**4checks.com** - Use your American Express Card for great prices on over 800 check designs. Visit **www.4checks.com** or call **1-800-518-5622** between 8:30am - 7:00pm daily.

**Loggerhead Club & Marina™** - Offers wet and dry slips for lease at 10 locations from Daytona Beach south to Miami. Visit **www.loggerheadclubandmarina.com** or call **1-888-LOGGER2**.

If there are other places where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 109598)

## assically Elegant Mikimoto Cultured Pearls

CARDMEMBER
BENEFITS

The Mikimoto Akoya Cultured Pearl Graduated Necklace with 18k white gold signature clasp can be every woman's necessity and the classic gift for a loved one. It features Mikimoto 9x7mm graduated Akoya cultured pearls, and is 18 inches long.

Reward Code: **CMP1088**. Points: **250,000**.

Terms and conditions for the Membership Rewards First℠ program apply. Visit **www.membershiprewards.com/terms** for more information. Participating partners and available rewards are subject to change without notice.

Reward yourself with the Mikimoto Akoya Cultured Pearl Graduated Necklace. Visit **www.membershiprewards.com** or call **1-800-AXP-EARN (297-3276)** for reward code **CMP1088**.

(CE 109672)

## perience Baccarat's Elegant Barservice Creations

CARDMEMBER
BENEFITS

Baccarat has been the King of crystal and the crystal of kings for over two centuries. Their Harmonie Tumbler #2 Double Old Fashioned bar service has been a best-seller since its creation in 1975. The tumblers are engraved with fine vertical beveled lines, giving this glass a sober and discreet elegance and highlighting the light which is reflected in the served drinks.

Set of two #2 tumblers. Code: **HLX680**. Points: **22,500**.

Terms and conditions for the Membership Rewards First℠ program apply. Visit **www.membershiprewards.com/terms** for more information. Participating partners and available rewards are subject to change without notice.

Reward yourself with the Baccarat Harmonie Tumbler #2 Double Old Fashioned barware. Visit **www.membershiprewards.com** or call **1-800-AXP-EARN (297-3276)** for reward code **HLX680**.

(CE 109631)

## ejuvenate with a Starwood Spa Collection Package

TARWOOD
A COLLECTION

The Starwood Spa Collection offers American Express® Cardmembers our exclusive Spa Package which includes a Welcome Spa Gift, $50 Spa Credit, daily Continental Breakfast and 4pm late checkout with any two-night stay. The Starwood Spa Collection is one of the world's largest international associations of premier-level spas with 50+ properties featured in 26 countries worldwide.

Valid at participating Starwood Spa Collection Hotels for reservations booked in advance, completed by 12/31/07, and paid with any American Express® Card. $50.00 USD Spa Credit cannot be applied to taxes, gratuities or spa products--not redeemable for cash. Unused credit will be forfeited. 2-night minimum stay required. Stay up to 7 nights at offered rates. Rates are per room, per night, based on availability at time of reservation, does not include additional per room, per night charges imposed or state/local taxes.

Book your qualifying stay today at **www.StarwoodSpaCollection.com/SpecialOffer** or call your nearest Starwood Customer Call Center and mention promo code **TSC**.

(CE 109645)

**ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.**

 

AMERICAN EXPRESS **Business Platinum Card®** OPEN SM

**413,165 Membership Rewards® Points Available**
at 09/30/07, when charges due are paid in full and all accounts are in good standing.

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JANE HALBRITTER<br>STONEHEDGE HEALTH | XXXX-XXXXX7-31001 | 10/23/07 | Page 1 of 3 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
| | | | [redacted] |

**Please Pay By 11/07/07**

**Amount Due Includes:**
Past due amount

Please refer to page 2 for important information regarding your account

Your account is past due. Please pay the past due amount immediately. Pay your bill online anytime, anywhere at **www.americanexpress.com/paybill.**

To manage your Account online or to pay your bill, please visit us at **open.americanexpress.com**.
For additional contact information, please see the reverse side of this page.

## Activity

* Indicates posting date — Amount $

**Total of Payment Activity**

**Due in Full Activity for JANE HALBRITTER** — Amount $
Card XXXX-XXXXX7-31001

| | | Amount $ |
|---|---|---|
| 10/23/07 | 60 Day Late Payment Fee | REDACTED |
| **Total Due in Full Activity** | | |

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

Account Number
3727-150517-31001

**Please Pay By: 11/07/07**

**Amount Due**

To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297.

Please enter account number on all checks and correspondence.

Make check payable to American Express.

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

JANE HALBRITTER
STONEHEDGE HEALTH
8231 BAY COLONY DR
NAPLES FL 34108-7794

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

000037271505173100l 00001562000015620 20 H

**ayments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business ay. Payments must be in US Dollars and drawn on a bank located in the US. Unless you are paying by computer or by hone, please submit your payment in the enclosed envelope with the payment coupon and the account number indicated n the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other orm or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at st presentment and any representments, by transmitting the amount of the check, routing number, account number and heck serial number to your financial institution. Your checking account may be debited as soon as the same day we eceive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your ccount for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay by omputer, Pay by Phone or any other American Express electronic payment service, you will be authorizing American xpress to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By omputer, please visit us at www.americanexpress.com. **Lost or Stolen Card:** If the Card is lost or stolen, telephone us mediately at the number indicated on your paper statementor click on the Customer Service link online. Outside the U.S., all collect or contact the nearest American Express Travel Service Office or other local American Express office. **inance Charges: Average Daily Balance Method for Calculation of Finance Charges:** /e use the Average Daily Balance method to calculate FinanceCharges on your Account. Under this method, e figure the Finance Charges on your Account by applying the dailyperiodic rate to the Average Daily Balance is described below) for each feature (such as Purchase, Cash Advance andBalance Transfer features) of your Account cluding current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for e feature each day (including unpaid Finance Charges from previous billingperiods), (2) add any new transactions, debits, fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after e first day of the billing period, we also add an amount of interest equal to the previous day's daily balance ultiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and e beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we dd up all the daily balances for the feature for the billing period and divide the total by the number of days in the lling period. This gives us the Average Daily Balance for the feature. If you pay the New Balance on this statement the next Closing Date, then you will avoid additional **Finance Charges** on features included in this New alance. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the ily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations used by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in ily compounding of Finance Charges.* The minimum **Finance Charge** for any billing period in which Finance Charges e imposed is $0.50. **Transactions Made in Foreign Currencies:** If you incur a Charge in a foreign currency, it will be nverted into US dollars on the date it is processed by us or our agents. Unless a particular rate is required by plicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion rate e use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a vernment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the nversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates effect on the date of your Charge. Charges converted by establishments (such as airlines) will be billed at the rates ch establishments use. **In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you ed more information about a transaction which appears on your statement, write or call the Customer Service department indicated on your paper statement, or click on the Customer Service link online. We must hear from you no later than 60 ys after we sent you the first bill on which the error or problem appeared. **What We Need From You When You Have Billing Inquiry:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe d explain why you believe there is an error. If you need more information, describe the item you are unsure about. hile we are investigating the amount in question, you are still obligated to pay the parts of your bill that are not question. Please retain any receipts pertinent to your claim. **In Case of Errors or Questions About Your Electronic ansfers:** Please contact us by visiting us online at open.americanexpress.com, or you can call us at 1-800-IPAY-AXP Pay By Phone and Pay By Computer issues, or 1-800-CASH-NOW for Express Cash and automatic payment issues. u can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt r transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent u the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name and account mber; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, d explain as clearly as you can why you believe there is an error or why you need more information. We will investigate ur complaint and correct any error promptly. If we take more than 10 business days to do this, we will credit your count for the amount you think is in error, so that you will have use of the money during the time it takes us to mplete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, no payment required. You may make charges against the credit balance or request a refund. Requests for refunds should be made writing to the Refund Unit at the Customer Service address indicated on your paper statement, or click on the Customer rvice link online. **Creditor:** American Express Bank, FSB. **New York residents** may contact the New York Banking partment to obtain a comparative listing of credit card rates fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service
1-800-492-8468
**24 hours/7 days**

Express Cash
1-800-CASH-NOW

Lost or Stolen Card
1-800-492-3344

International Collect
1-623-492-7719

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille Statements**
1-800-492-8468

Extended Payment Option/Select and Pay Option Customer Service
1-800-403-1288

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**ange of Address**
orrect on front
not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

eet Address

r, State

Code

a Code and ne Phone

a Code and rk Phone

ail (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.



# OPEN Savings Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 3 of 3

| | Total Savings to Date For This Account | Savings Since Jan 2007 | Savings This Period Through Oct 22 |
|---|---|---|---|
| $ | | | |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2007 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing | | | | |
| HERTZ - Car rentals in the U.S. | Ongoing | | | | |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| DELTA - Flight purchases | Ongoing | | | | |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | | | | |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing | | | | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | | | |
| JETBLUE - Flight purchases | Ongoing | | | | |
| RUBY TUESDAY - Casual dining | Ongoing | | | | |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing | | | | |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | | | | |
| WINGATE BY WYNDHAM- Hotels in the U.S. | Ongoing | | | | |
| 1-800-FLOWERS.COM - Flowers and gifts | Ongoing | | | | |

REDACTED

Totals

## Other Ways To Save!

AMERICAN EXPRESS **Gold Card®**
**Statement of Account**

Earn points on all of your purchases everywhere you use the Card.
Visit www.americanexpress.com/rewards

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JANE HALBRITTER | XXXX-XXXXX2-64001 | 11/08/07 | Page 1 of 6 |

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustments | New Balance $ |
|---|---|---|---|
| | | | |

**Payment Not Required**

Please refer to page 3 for important information regarding your account

Account cancelled at your request.

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com**. For additional contact information, please see the reverse side of this page.

## Introducing Gold Card Destinations

No matter how or where you travel, with Gold Card Destinations you can enjoy special amenities, savings, and unique experiences for Gold Card members. From fun family getaways and rejuvenating spa retreats to exciting adventure travel and cruises, there's always something for everyone. Experience travel upgraded.

Visit **www.americanexpress.com/goldtravel**

**Activity** * Indicates posting date — Amount $

**Total of Payment Activity**

**Due in Full Activity for JANE HALBRITTER** — Amount $
Card XXXX-XXXXX2-64001

| | | Amount $ |
|---|---|---|
| 11/05/07* | Reversal of Balance Transfer | REDACTED |

**Total Due in Full Activity**

*Continued on Page 3*

**Payment Coupon**

Account Number 3727-682012-64001

**Payment Not Required**

Please enter account number on all checks and correspondence.

Make check payable to American Express.

**Amount Due**

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side

JANE HALBRITTER
APT 1720
8231 BAY COLONY DR
NAPLES FL 34108-7795

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

000037276820126400l 0000000000000000000 07 d

**ayments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the ayment address shown on your statement and must include the remittance coupon from your statement. Payments must e made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument ayable in US dollars and clearable through the US banking system, or through an electronic payment method payable in S dollars and clearable through the US banking system. Your Account number must be included on all payments. If ayment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we ccept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your ayment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be eposited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and atisfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks ectronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, ccount number and check serial number to your financial institution, unless the check is not processable electronically or a ss costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your ank or asset account. When we process your check electronically, your payment may be debited to your bank or asset ccount as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or sset account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset ccount for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial ccount you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next y. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits nong Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance harges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB ethod to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily eriodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily riodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning lance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) btract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing riod, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the ature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next y. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the ing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay e New Balance on this statement by the next Closing Date, then you will avoid additional FC on features included in this w Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that ature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the ing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB d FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a eign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is quired by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion e we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a vernment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the nversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such ablishments use. **<u>Billing Rights Summary:</u> In Case of Errors or Questions About Your Bill:** If you think your bill is orrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the stomer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on ich the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The lar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still igated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as inquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from ir checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your er must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit rd Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you ve tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the ods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in ir home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the vertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **edit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of six-month period following the date of the first statement indicating the credit balance, issue a check to you for the dit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to ain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service
1-800-528-4800
**24 hours/7 days**

Lost or Stolen Card
1-800-992-3404

Express Cash
1-800-CASH-NOW

International Collect
1-336-393-1111

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

Large Print and Braille Statements
1-800-528-4800

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**ange of Address**
rrect on front
not use

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

et Address

, State

Code

Code and
e Phone

Code and
k Phone

l (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.

## Important Notice

### Information on Flexible Payment Features

You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 17.74%, the DPR is 0.0486%

Please refer to page 2 for further important information regarding your account

## Now Earn Rewards When You Pay Your Mortgage!

Indymac Bank® is now offering the Express Rewards Mortgage℠ Program in which you can earn valuable rewards on eligible new purchase or refinanced loans by paying your monthly mortgage payments with your rewards-eligible American Express® Card. Plus, Indymac Bank offers competitive rates and fast closing times, making your loan process simple and hassle-free.

It is important to understand the features associated with the loan program you choose and how it may impact your financial situation. To qualify, you must close on an eligible new home loan and be authorized by American Express for the anticipated monthly payment. Subject to Program terms and conditions, underwriting approval and loan related closing costs including an initial Program fee. American Express and Indymac Bank are not affiliated and neither is responsible for financial services offered by the other.

To learn more about Indymac Bank and the Express Rewards Mortgage Program, please visit **www.indymacloans.com/Rewards_19** or call **1-800-217-6850**.

(CE 109706)

## Pay Your Quarterly Taxes with Your Card and Earn Rewards

Earn rewards while paying your taxes. You can pay your Quarterly Estimated (1040ES) federal, state, and local property taxes as well as Quarterly Employee Withholdings (Form 941) business taxes with your American Express® Card.

For additional information, visit **www.americanexpress.com/taxes**

All federal, state, local and business tax payments made with your Card are subject to a convenience fee charged by either of the two IRS-approved payment processors, Official Payments Corp. and PAY1040.com. All Card terms and conditions apply.

**www.americanexpress.com/taxes**

(CE 109658)

## Raise a Glass: Exclusive Case of Wines. Less Than Half Price

Order a 12-bottle case of fine wines from the country's leading home delivery wine merchant for just $89.99 (plus $16.95 shipping & tax)--that's under half the regular price of $188.99! The case contains wines from around the world, including rich Australian Shiraz, classic French Pinot Noir, crisp, zesty New Zealand Sauvignon and light, refreshing Italian Pinot Grigio. Delivered direct to your door, complete with tasting notes and food matches. Covered by our 100% money-back guarantee of satisfaction. Please drink responsibly.

Offer valid when you pay with any American Express® Card. Must be 21 years old to consume alcohol. Valid in states: AZ, CA, CO, CT, DC, FL, ID, IL, IA, IN, LA, MA, MI, MN, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OR, TX, VA, VT, WA, WV, WI, WY.

To order, call **1-800-982-1906** quoting **ANS001**. (Customer lines open Mon-Fri 7:30am-10pm, Sat-Sun 8am-5pm CST). Or visit **www.4seasonswine.com/ANS001**. Allow 10-14 days for delivery. One time offer. Valid until December 31, 2007.
(CE 109661)

## Travel Medical Protection - Travel with Peace of Mind

Travel Medical Protection, offered exclusively to American Express® Cardmembers, provides insurance coverage for up to $100,000 for eligible expenses related to evacuations and medical and dental emergencies, while on a Covered Trip traveling anywhere in the world, when more than 150 mile radius from Your Permanent Residence for up to 45* days whether driving, on a cruise ship, flying on a Scheduled Airline or taking the railroad.

Travel Medical Protection is underwritten by AMEX Assurance Company, Administrative Office, De Pere, Wisconsin. Coverage is subject to the terms, conditions, and exclusions of Master Policies: (varies per state) AX0950, AX0916, AX0124 or Policy Form Number TMP-IND and is subject to change with notice. *In most states.

There are some things you can't pack in a suitcase, like adequate insurance. So, travel with peace of mind! To learn more about the coverage or how You can enroll yourself and your loved ones, call **1-800-618-8302** and mention RSVP code **E64**.
(CE 109678)

## Earn Up to One Million Membership Rewards® Points

EXCLUSIVE RESORTS

Join Exclusive Resorts® luxury destination club using your enrolled American Express® Card and you can earn up to one million Membership Rewards points. Make your next vacation--and every one after that--unforgettable--as you enjoy access to hundreds of extraordinary multi-million dollar private residences in dozens of the world's most sought-after destinations, all with the service and amenities of a luxury resort. Bonus ID: 7442

Call **1-866-871-5186** or visit **www.exclusiveresorts.com/effortless2** for membership information, a free Effortless Vacation DVD, and details on earning up to one million Membership Rewards points.

(CE 109644)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

## eceive a $50 Resort Credit & Free Night at Hyatt Resorts

Book Sunshine on Sale® at a participating Hyatt Resort in the U.S. and Caribbean this fall for stays between August 1 and December 19, 2007, and receive a free night. When you book and pay with an American Express® Card you can also receive a $50 Hyatt resort credit. Take advantage of all the romance our resort destinations have to offer.

Valid 8/1/07-12/19/07 at participating Hyatt Resorts in the U.S. and Caribbean. Subject to availability. Advance reservations required. Must use offer code **AEFALL**. Free night offer requires a minimum length of stay, which varies by date and hotel. Free night is deducted at checkout. Based on double occupancy, standard guestroom accommodations unless otherwise noted. No refunds for any unused portion of offer. Offer not valid for groups/conventions. Not combinable with other offers. Blackout periods may apply.

Book your stay today at **www.hyattfall.com/axppromo**. Must book and pay with an American Express Card to receive $50 resort credit issued at checkout.

(CE 109708)

## o Beyond the Beach with American Express Travel

Plan your next vacation to the Caribbean, Bermuda, or the Islands of the Bahamas and receive American Express Exclusives* including double Membership Rewards® points** when you book through American Express Travel.

Valid on new vacation package bookings through 12/31/08 for travel through 12/31/08. Deposit and final payment must be made on an American Express® Card. Offer, participating destinations, prices and suppliers subject to availability and changes without notice. Restrictions may apply. **To be eligible to earn bonus points, you must be enrolled in the Membership Rewards program ("Program") at time of purchase of vacation package through an American Express Travel Services location in the U.S. and must charge your qualifying vacation package to an eligible, enrolled American Express Card. Some Cards require enrollment and the payment of an annual program fee. Terms and conditions may vary. Double Membership Rewards points are awarded on vacation package spend only. Airfare, other purchases and arrangements made during your vacation stay, and any charges not included in the vacation package are not eligible for double Membership Rewards points. Promo Code C6560001

Bonus points will be credited to your Program account within 10-12 weeks after completion of travel. May not be combined with other Membership Rewards bonus points offers. For more information on Program, visit **www.americanexpress.com/rewards**, or call **1-800-AXP-EARN (297-3276)**. Bonus ID: 1777

To earn Double Membership Rewards points on your beach vacation, call your local American Express Travel professional at **1-866-AXP-2809** or visit **www.americanexpress.com/gocaribbean**. CST# 1022318-10, Washington UBI# 600 469 694, ML# 1192, TA 002 Registered Iowa Travel Agency, NV# 2001-0126.
(CE 109642)

## omplimentary Golf at Some of World's Best Resorts!

PREFERRED GOLF CLUB

The Preferred Golf Club offers one complimentary round of golf at each of the 40 world-class participating resorts, such as The K Club, The Broadmoor, Mauna Lani Resort and Ginn Reunion. The annual membership fee is $595, paid with any American Express® Card and is based on a minimum two-night stay. For a complete list of resorts and other Club benefits, visit **www.preferredgolf.com**

The annual membership fee is $595, which must be paid for with any American Express Card. Complimentary golf offer is valid based on a minimum of a two-night stay at participating Preferred Hotel Group Hotels and Resorts. For full offer details and complete terms and conditions, please visit www.preferredgolf.com

Join the Preferred Golf Club, exclusively for American Express Cardmembers. To receive exclusive access to world-class golf, enter Promotion Code **AMEXST01** and receive member benefits through December 31, 2008!

(CE 109707)

## Million More Reasons to Redeem

shopAmex

Browse, compare prices and then redeem Membership Rewards® points. Don't have enough points? Partial points allow you to pay part of your purchase by redeeming available points and charging the remainder, if any, to your Card. Need it overnight? shopAmex® has popular merchants, most offering second-day and overnight shipping. Redeem now: **www.shopAmex.com/cardstatement**

Terms and conditions for the Membership Rewards® program apply. Visit www.americanexpress.com/rewards for more information. Participating partners and available rewards are subject to change without notice

Start shopping now: **www.shopAmex.com/cardstatement**

(CE 109676)

**ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.**



# Membership Rewards First℠ Monthly Statement and Program News

r questions about your
mbership Rewards account,
 ct
00-297-1300

w.americanexpress.com/rewards

erican Express
mbership Rewards
). Box 297813
Lauderdale, FL 33329-9785

Statement Period
**June 1, 2007 - June 30, 2007**
Account activity after this period does not appear on this statement

MEMBERSHIP rewards FIRST℠

Prepared for
**JANE HALBRITTER**
Membership Rewards® Account Number
**1M84761600**

**Total Points Balance**
**600,437**

**Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.** Points Earned this Period may include Bonus Points.

**Points Earned this Period**
**13,916**

## ccount Summary

| | |
|---|---|
| Opening points balance | 586,521 |
| Points earned this period | +13,916 |
| Points used this period | 0 |
| Reinstated points and adjustments | 0 |
| Total points balance | =600,437 |

## oints Earned this Period

| 6/01/07 - 06/30/07 | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| latinum XXX-XXXXX4-21004 | 13,382 | 0 | 13,382 |
| usiness Platinum XXX-XXXXX7-31001 | 467 | 0 | 467 |
| iold XXX-XXXXX2-64001 | 67 | 0 | 67 |
| otals | 13,916 | 0 | 13,916 |

nts used this period includes Redemptions and Transfers. Points earned may be used as long as all enrolled Card accounts are in good nding. Points used cannot be reversed back into your program account. **Forfeited points can be reinstated for a fee by calling the number ted below.** Eligible Card charges are outlined in the Membership Rewards program Terms & Conditions in your Program Guide. If you have ons, please visit **www.americanexpress.com/rewards** or call 1-800-297-1300. For international, call collect 305-816-2799.

MEMBERSHIP rewards FIRST℠

### Introducing the Membership Rewards First℠ Program

Introducing a new level of the Membership Rewards program, featuring more flexible benefits and sought-after brands than ever before. These enhancements have been designed to reflect your life, making this an exclusive rewards program unlike any other.

Experience everything that's been enhanced for you at **www.membershiprewards.com/whatsnewfirst**

(MR Message 9305)

### Dine at Fleming's Prime Steakhouse & Wine Bar!

Turn an evening out into a memorable occasion. Fleming's Prime Steakhouse & Wine Bar is renowned for its stylish steakhouse dining, lively atmosphere and innovative wine list, offering 100 wines by the glass. Private dining rooms are also available. Redeem Membership Rewards® points for a $50 or $100 Gift Card good towards your dining experience at Fleming's Prime Steakhouse & Wine Bar. For more information or to find a location nearest to you, visit **www.flemingssteakhouse.com**

To start redeeming today, log on to **www.membershiprewards.com** or call **1-800-AXP-EARN (297-3276).**

(MR Message 3253)

*Continued on reverse*

**ffers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be sclosing to the merchant that you meet these criteria.**

JANE HALBRITTER
Membership Rewards® Account Number
1M84761600

MEMBERSHIP rewards FIRST

**Earn Double Membership Rewards® Points from DiscountOfficeSupplies.com**

Discount OfficeSupplies .com

Shop at DiscountOfficeSupplies.com, an ultimate online source for everyday office essentials, and earn double points. Stock up your small business or home office with an amazing selection of over 40,000 items ranging from office basics to the latest electronics. Enter promotion code **AMEXMR26** and receive free shipping*!

Bonus points offer valid through 12/31/07. To be eligible to earn bonus points, you must be enrolled in the Membership Rewards program ("Program") at the time of purchase and you must charge your purchase to an eligible, enrolled American Express® Card. Bonus points will be credited to your Program account within 6-8 weeks after charges appear on your billing statement. Bonus ID 4309. *Free standard shipping offer valid through 12/31/07 only when you enter promotion code AMEXMR26 (in all capital letters) during checkout. Free shipping cannot be combined with any other offers and may not apply to select oversize and furniture items nor on orders to Hawaii or Alaska.

Shop at **DiscountO Supplies.com** and earn double points PLUS free shipping when you enter code **AMEXMR26** (ALL CAPS) through 12/31/07.

(MR Message 3461)

**Mix It Up! Redeem Now for the KitchenAid Artisan Series Stand Mixer!**

KitchenAid

Powerful 325-watt KitchenAid Artisan unit is the perfect addition to your kitchen. It mixes up to 9 cups of flour or whips 7 pounds of mashed potatoes with ease! Features a flat beater, dough hook and wire whip accessories to effortlessly beat, knead and whip a wide variety of ingredients. 5 qt capacity.

(Reward Code: **HLX25**; Points: **44,500**; Expiration Date: **9/15/07**).

Terms and conditions of the Membership Rewards® program apply.

To redeem, visit **www.membershiprewards.com/KitchenAid StandMixer** or call **1-800-AXP-EARN (297-3276)** by September 15, 2007.

(MR Message 4500)

**Redeem Membership Rewards® Points for a L'Occitane Gift Card!**

A True Story. L'OCCITANE EN PROVENCE

Experience the essence of the Mediterranean by choosing L'Occitane Gift Cards for $25, $50, $100 and $150. World-renown for luxurious personal care products and gift giving, enjoy L'Occitane for the skin, hair, body and home.

To start redeeming Membership Rewards points today, log on to **www.membershiprewar com** or call **1-800-AXP-EARN (297-3276)**.

(MR Message 8375)

**Redeem Membership Rewards® Points for a Sharper Image Gift Card!**

THE SHARPER IMAGE

Discover all kinds of innovative products that you can buy today--fantastic gifts, great games, and fun toys--in every price range for work, home and play.

To start redeeming today, log on to **www.membershiprewards.com** or call **1-800-AXP-EARN (297-3276)**.
(MR Message 7381)

**1 Million More Reasons to Redeem**

shopAmex

Browse, compare prices and then redeem Membership Rewards® points. Don't have enough points? Partial points allow you to pay part of your purchase by redeeming available points and charging the remainder, if any, to your Card. Need it overnight? shopAmex® has popular merchants, most offering second-day and overnight shipping.

Redeem now: **www.shopAmex.com/cardstatement**

Terms and conditions for the Membership Rewards program apply. Visit www.americanexpress.com/rewards for more information. Participating partners and available rewards are subject to change without notice.

Start redeeming now: **www.shopAmex.com/cardstatement**

(MR Message 0436)

**rs are made only to Cardmembers who meet certain qualifying criteria. By responding you will be losing to the merchant that you meet these criteria.**




CustomExtras

## nchanting Experiences at Raffles Hotels & Resorts

CARDMEMBER BENEFITS

Raffles Hotels & Resorts is a collection of award-winning, landmark hotels that are distinguished by their signature residential charm. Each is located in destinations of extraordinary appeal and is richly infused with the inimitable Raffles service "like a gentle breeze." Reward yourself with a legendary Raffles experience--one that is reserved for the privileged travellers only.

Terms and conditions for the Membership Rewards® First program apply. Visit **www.membershiprewards.com/terms** for more information. Participating partners and available rewards are subject to change without notice.

**www.firstcollection.com**

(CE 109328)

## oin Exclusive Resorts Now and Save Up to $10,000

XCLUSIVE
RESORTS

Join Exclusive Resorts using your Platinum Card® from American Express and you can save up to $10,000. Make your next vacation--and every one after that--better as you enjoy access to hundreds of multi-million dollar private homes in dozens of beach, mountain, metropolitan and leisure destinations worldwide, all with the service and amenities of luxury resorts.

To find out more about Exclusive Resorts and receive a free Effortless Vacation DVD, call **1-866-884-3457** or visit **www.exclusiveresorts.com/platinum1**. Terms and conditions apply.

(CE 109322)

## our Event Tickets Have Extra Protection

CARDMEMBER BENEFITS

Small crises can derail even the best-laid plans. You have less to worry about with the Event Ticket Protection Plan*. Ticketholders who are unable to use an eligible Ticket due to a Covered Incident like theft, Destroyed Tickets, and Medical Emergencies may receive reimbursement up to $2,000 per Occurrence. Coverage is limited to two Occurrences per 12-month period for Tickets purchased entirely with the Card.

*The Event Ticket Protection Plan is underwritten by AMEX Assurance Company, Administrative Office, De Pere, WI. Coverage is determined by the terms, conditions and exclusions of Policy AX0974 and is subject to change with notice. This document does not supplement or replace the Policy.

For more information, please call the number on the back of your Card.

(CE 109329)

## ar Rental Loss and Damage Insurance Plan*

INSURANCE

Use your Platinum Card to reserve and pay for an auto rental! The Car Rental Loss and Damage Insurance Plan provides coverage for theft of or damage to most rental vehicles. Simply decline the collision damage waiver (CDW) or similar option offered by the Commercial Car Rental Company. This coverage is excess to your other sources of insurance and applies for the first 30 days of an auto rental if rented from a Car Rental Company.

*Car Rental Loss and Damage Insurance is underwritten by AMEX Assurance Company, Administrative Office, Green Bay, WI. Coverage is determined by the terms, conditions, and exclusions of Policy AX0925 and is subject to change with notice. This document does not supplement or replace the Policy.

Just call **1-800-338-1670** for more information and eligibility requirements.

(CE 109327)

## low Earn Rewards When You Pay Your Mortgage!

IndymacBank

Indymac Bank® is offering the Express Rewards Mortgage℠ program in which you can earn valuable rewards on eligible new loans by paying your monthly mortgage payments with your rewards-eligible American Express® Card. Plus, Indymac Bank offers competitive rates and fast closing times, making your loan process simple and hassle-free.

It is important to understand the features associated with the loan program you choose and how it may impact your financial situation. To qualify, you must close on an eligible new home loan and be authorized by American Express for the anticipated monthly payment. Subject to Program terms and conditions, underwriting approval and loan related closing costs including an initial Program fee. American Express is not responsible for financial services offered by Indymac Bank.

To learn more about Indymac Bank and the Express Rewards Mortgage program, please visit **www.indymacloans.com/Rewards_08** or call **1-888-917-3863**.

(CE 109314)

**ffers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be sclosing to the merchant that you meet these criteria.**



## ow Accepting American Express® Cards!

**Sport Clips** - Top 50 fastest-growing hair-care franchise specializing in men and boys. Sports on TV. Hot towels. Massaging shampoos. Visit **www.SportClips.com** for one near you.

**Troy University** - Enroll now at over 60 campuses serving more than 28,000 students in 16 states and through eCampus. Go to **www.troy.edu** or call **1-800-551-9716.**

**Voyage by Pascale** - Your Caribbean and Mexico specialist for the discerning traveler. For more information or reservations, call **1-866-312-1440** or e-mail **pascale@voyagebp.com**

If there are other plac. where you would like to see the Card accepted, please call the Customer Service number that is located at the top of your statement or the number that is on the back of your Card.

(CE 109237)

## rn Double Miles with the Delta SiteSeer Challenge

. DELTA

Delta and American Express are sending teams of people around the world and capturing their adventures on video. Cardmembers can earn up to 2,000 bonus miles from Delta SkyMiles® by voting for their favorites and double flown miles by purchasing tickets.

Enroll by 9/30/07 at **www.delta.com/challenge**

Terms and conditions apply. Visit www.delta.com/challenge for complete offer details and terms and conditions.

Enroll at **www.delta.com/challenge**

(CE109271)

## EE Nike Golf Amenity Package

Use any American Express® Card when enrolling in the ESPN Golf Schools and receive an exclusive amenity package from Nike Golf worth over $125. ESPN Golf Schools offers a variety of programs across the U.S. to help you improve your golf game. The latest equipment from Nike Golf is included in all programs. Log on to **www.espngolfschools.com** for dates and locations.

Offer valid through 12/31/07 on enrollment for 2007 schools only and cannot be combined with any other offers. An American Express Card must be used at time of golf school purchase to be eligible to receive amenity package. Eligible participants will receive their amenity package onsite at their golf school. Participants in corporate golf schools are not eligible for the package. Cardmembers redeeming Membership Rewards® points will not be eligible to receive the amenity package.

**www.espngolf schools.com**

(CE 109357)

## perience the Regent Palms, Turks & Caicos

Book your stay with any American Express® Card and enjoy a $100 credit during your stay at the luxurious Regent Palms. Relax on the pristine shores of the Grace Bay Beach and enjoy world-class amenities.

To redeem offer, you must use any American Express Card and mention offer code AMX75CRD. Valid for stays completed by December 31, 2007. Offer not valid with other promotions or towards existing bookings. Cancellation charges and blackout dates may apply. Cancellation must be received 24 hours before arrival. One $100 credit per room applicable to all non-room hotel stay charges. Guest forfeits any of the credit not used during eligible stay. The credit has no cash value. "Stay" is defined as one night.

Visit **www.RegentHotels.com/AmericanExpress** and use promo code **AMX75CRD** when making your reservation.

(CE 109358)

## y Your Quarterly Taxes with Your Card and Earn Rewards

Earn rewards while paying your taxes. You can pay your Quarterly Estimated (1040ES) federal, state, and local property taxes as well as Quarterly Employee Withholdings (Form 941) business taxes with your American Express® Card. For additional information, visit **www.americanexpress.com/taxes**

All federal, state, local and business tax payments made with your Card are subject to a convenience fee charged by either of the two IRS-approved payment processors, Official Payments Corp. and PAY1040.com. All Card terms and conditions apply.

**www.americanexpress.com/taxes**

(CE 109312)

**ers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be closing to the merchant that you meet these criteria.**

**Platinum Card® Statement of Account**

**Membership Rewards® Points Available** at 11/09/07, when charges due are paid in full and all accounts are in good standing

Prepared For: JANE HALBRITTER

Account Number: XXXX-XXXXX4-21004

Closing Date: 11/09/07

| Previous Balance $ | Payment Activity $ | New Activity $ Inc. Adjustme. | New Balance $ |
|---|---|---|---|
| | | |  |

**Please Pay By 11/24/07**

Please refer to page 7 for important information regarding your account

To manage your Card account online or to pay your bill, please visit us at **www.americanexpress.com.** For additional contact information, please see the reverse side of this page.

**Protect Your Identity. Protect Your Credit**

With CreditSecure® from American Express, you'll get the tools you need to help protect one of your most valuable assets--your credit. You'll receive unlimited access to your credit reports and scores from all three national credit bureaus, along with 24/7 credit monitoring, and much more. . .

To learn more, or to take advantage of our 30-day review period, visit us at **www.americanexpress.com/creditprotection**

## Activity

* indicates posting date

** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

| | | Amount $ |
|---|---|---|
| 10/15/07* | ELECTRONIC PAYMENT RECEIVED-THANK | |

**Due in Full Activity for JANE HALBRITTER**

Card XXXX-XXXXX4-21004

| | | Foreign Spending | Amount $ |
|---|---|---|---|
| 10/24/07 | AMAZON.COM AMZN.COM/BILL WA<br>DIRECT MKTG INTERNET | | REDACTED |
| 11/05/07* | Balance Transfer | | |
| 10/04/07 | FEDEX# 861913022540 MEMPHIS TN<br>FedEx #1-800-622-1147<br>TO: JANE HALBRILTER NY<br>FROM: HALBRITTER, JANE 34108<br>001 2DAY PAK 2LB AWB861913022540<br>FedEx #1-800-622-1147 | | |

*Continued on Page 3*

Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

Account Number 3717-577374-21004

**Please Pay By: 11/24/07**

Please enter account number on all checks and correspondence.

Make check payable to American Express.

**Amount Due**

See Finance Charges section on reverse side for a description of when additional Finance Charges are not assessed on Features.

Check here if address or telephone number has changed. Please note changes on reverse side.

JANE HALBRITTER
APT 1702
8231 BAY COLONY DR
NAPLES FL 34108-7794

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360001
FT LAUDERDALE FL 33336-0001

000037175773742100 4 00227545400227545 4 08 d

**yments:** Payments received after 12:00 noon may not be credited until the next day. Payments must be sent to the yment address shown on your statement and must include the remittance coupon from your statement. Payments must made with a single check or draft drawn on a US bank and payable in US dollars, or with a negotiable instrument yable in US dollars and clearable through the US banking system, or through an electronic payment method payable in dollars and clearable through the US banking system. Your Account number must be included on all payments. If yment does not conform to these requirements, crediting may be delayed and additional Charges may be imposed. If we cept payment made in a foreign currency, we will choose a conversion rate that is acceptable to us to convert your yment into US dollars, unless a particular rate is required by law. Please do not send post-dated checks. They will be posited upon receipt. Our acceptance of any payment marked with a restrictive legend will not operate as an accord and isfaction without our express prior written approval. **Authorization for Electronic Debit:** We will process checks ctronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, count number and check serial number to your financial institution, unless the check is not processable electronically or a s costly process is available. By submitting a check for payment, you authorize us to initiate an electronic debit from your nk or asset account. When we process your check electronically, your payment may be debited to your bank or asset count as soon as the same day we receive your check, and you will not receive that cancelled check with your bank or set account statement. If we cannot collect the funds electronically we may issue a draft against your bank or asset count for the amount of the check. **Authorization for Electronic Payments:** By using Pay By Computer, Pay By Phone any other electronic payment service of ours, you will be authorizing us to initiate an electronic debit to the financial count you specify in the amount you request. Payments received after 5:00 p.m. MST may not be credited until the next y. **Allocation of Payments and Credits:** Subject to applicable law, we will apply and allocate payments and credits iong Features and Charges on your Account in any order and manner determined by us in our sole discretion. **Finance arges: Average Daily Balance (ADB) Method for Calculation of Finance Charges (FC):** We use the ADB thod to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the Daily riodic Rate (DPR) to the ADB (as described below) for each Feature (including current transactions). Different daily riodic rates may be applied to separate Feature balances. To get the ADB for each feature, we (1) take the beginning lance for each day (including unpaid FC from previous billing periods) (2) add any new transactions, debits, or fees, (3) otract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing riod, we also add an amount of interest equal to the previous day's daily balance multiplied by the DPR for the ature.* This gives us the daily balance for the Feature for that day and the beginning balance for that Feature for the next y. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the Feature for the ing period and divide the total by the number of days in the billing period. This gives us the ADB for the Feature. If you pay New Balance on this statement by the next Closing Date, then you will avoid additional **FC** on features included in this w Balance. If you multiply the ADB for each Feature by the number of days in the billing period and the DPR for that ature, the result will be the FC assessed on that Feature, except for variations caused by rounding. The total FC for the ing period is calculated by adding the FC assessed on all Features of the Account. *This method of calculating the ADB d FC results in daily compounding of FC.* **Transactions Made in Foreign Currencies:** If you incur a Charge in a eign currency, it will be converted into US dollars on the date it is processed by us or our agents. Unless a particular rate is quired by applicable law, we will choose a conversion rate that is acceptable to us for that date. Currently, the conversion e we use for a Charge in a foreign currency is no greater than (a) the highest official conversion rate published by a vernment agency, or (b) the highest interbank conversion rate identified by us from customary banking sources, on the nversion date or the prior business day, **in each instance increased by 2%.** This conversion rate may differ from rates effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such ablishments use. **Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is orrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the stomer Service address noted to the right. We must hear from you no later than 60 days after we sent you the first bill on ich the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The llar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still ligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as linquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from ur checking or savings account, you can stop the payment on any amount you think is wrong. To stop the payment your er must reach us three business days before the automatic payment is scheduled to occur. **Special Rule for Credit rd Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you ve tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the ods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in ur home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the vertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.) **edit Balance:** If a credit balance (designated CR) is shown on this statement, it represents money owed to you. If you not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of six-month period following the date of the first statement indicating the credit balance, issue a check to you for the edit balance if the amount is $1.00 or more. **New York residents** may contact the New York Banking Department to tain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

To Pay By Phone
1-800-472-9297

Customer Service and Lost or Stolen Card
1-800-525-3355
**24 hours/7 days**

Car Rental Loss and Damage Insurance
1-800-338-1670

Hearing Impaired
**(9am-5pm EST)**
TTY: 1-800-221-9950
FAX: 1-800-695-9090
In NY: 1-800-522-1897

**Large Print and Braille Statements**
1-800-525-3355

Travel Emergency and Worldwide Personal Assistance and Fine Dining
1-800-345-AMEX

Platinum Card Travel Service and Fine Hotels, Resorts & Spas
1-800-443-7672

By Invitation Only
1-800-321-RSVP

**americanexpress.com**

Customer Service
P.O. Box 981535
El Paso, TX
79998-1535

Express Cash
P.O. Box 981531
El Paso, TX
79998-1531

**Payments**
PO BOX 360001
FT LAUDERDALE
FL
33336-0001

**ange of Address**
**orrect on front not use**

- **To change your address online, visit www.americanexpress.com/updatecontactinfo**
- **For Name or Company Name changes, please call the Customer Service number on the back of your Card.**
- **If your address or phone number has changed to a FOREIGN ADDRESS OR PHONE, please call Customer Service.**
- **Please print clearly in blue or black ink only in the boxes provided.**

eet Address

/. State

Code

a Code and me Phone

a Code and rk Phone

ail (optional)

Please provide your e-mail address to receive important account updates and exclusive Cardmember offers and benefits.

You may visit the American Express Privacy Statement at www.americanexpress.com/privacy for more details and to set your email preferences.



Prepared For
JANE HALBRITTER
Case 1:07-cv-03848-WHP Document 36-11 Filed 01/18/2008 Page 27 of 40

Account Number
XXXXXXXXXXX06-11

Closing Date
11/09/07

Page 3 of 12

## Due in Full continued

** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details.

| | | Foreign Spending | Amount $ |
|---|---|---|---|

| Date | Description | | |
|---|---|---|---|
| 10/04/07 | FEDEX# 861913024315 MEMPHIS   TN | | |
| | FedEx #1-800-622-1147 | | |
| | TO: CONNIE DECEMBER FL | | |
| | FROM: HALBRITTER, JANE 34108 | | |
| | 001 EXP SVR PKG 15LB AWB861913024315 | | |
| | FedEx #1-800-622-1147 | | |
| 10/08/07 | GARY M PRICE MD FACP238-415-1111   FL | | |
| | 239-415-1111 | | |
| 10/10/07 | US AIRWAYS      PITTSBURGH  PA | | |
| | US AIRWAYS | | |
| | Routing Details Not Available | | |
| | Ticket Number: 03721478173766 | | |
| | Passenger Name: UVANNI/MICHAEL,J   Date of Departure: 10/10 | | |
| | Document Type: PASSENGER TICKET | | |
| 10/10/07 | SKECHERS-USA #0011 0CENTRAL VALLE   NY | | |
| | 8459281459 | | |
| | Description | | |
| | GENERAL MERCHANDISE | | |
| 10/10/07 | WALDORF ASTORIA GAR#NEW YORK   NY | | |
| | 2128724640 | | |
| | Description   Price | | |
| | PARKING LOT/GARAGE | | |
| 10/10/07 | SUNOCO   0587018301WALLKILL   NY | | |
| | SUNOCO | | |
| | 0121100 028427204 | | |
| 10/11/07 | ITUNES MUSIC STORE CUPERTINO   CA | | |
| | COM*PUTER/SOFTWARE | | |
| | ROC No. 3153363664 | | |
| 10/11/07 | FEDEX# 861913022530 MEMPHIS   TN | | |
| | FedEx #1-800-622-1147 | | |
| | TO: JANE HALBRITTER NY | | |
| | FROM: HALBRITTER, JANE 34108 | | |
| | 001 2DAY PAK 4LB AWB861913022530 | | |
| | FedEx #1-800-622-1147 | | |
| 10/12/07* | TRANSACTION PROCESSED BY AMERICAN EXPRESS | | |
| | AIRFLIGHT INSURANCE PREMIUM 800-437-9209 | | |
| | TKT NO. 03721478173766 | | |

REDACTED

Continued on Page 4

Please detach here

---

## Travel Insurance Premium Refund/Credit Form

Please see the back if requesting refunds for TravelAssure, TravelAssure Classic or InternationalMedicalProtection. Otherwise, continue below. Please fill out this form to request refunds for travel insurance premiums incurred with the purchase of an airline ticket or a car rental. If you have been charged an insurance premium for one of the reasons listed to the right, please provide the information requested below. Please deduct the total premium refund amount from your total balance due and return this form with your payment. In order to receive a refund, you must fill out this form completely. Failure to do so may result in a delay in processing or a denial of your request.
**Please do not fill out this coupon if you cancelled an airline ticket or a car rental reservation and expect credits for these on your American Express account.** These premiums will be automatically refunded to you- any refunded premiums will appear as credits on your monthly statement.

### Reasons for Refund/Credit
- Non-fare airline services charge(s) (e.g. excess baggage, itinerary charges, upgrade, or any other non-air transportation charge)
- An uninsured person
- Non-scheduled airline flights (e.g. private jet)
- Two or more premium charges for same car rental
- Car rental no show
- Other charges unrelated to actual car rental(e.g., gas)
- Car rental in an excluded country
- A vehicle other than a rental car
- Cancelled Trip with non-refundable ticket
- Other reason

Account Number:
3717-577374-21004

| Vendor Name | Ticket/Rental Amount | Ticket Number | Month Billed | No. of Premiums | Program | Total Premium Refund Requested |
|---|---|---|---|---|---|---|
| "Airline" | $374.20 | 001643835 | March | 1 | Travel Delay | $9.95 |
| | | | | | | |
| — | — | — | — | | — | — |
| — | — | — | — | | — | — |

**ue in Full continued**

** Foreign Currency conversion rate
is base rate plus 2%. See page 2 for details.

| | Foreign Spending | Amount $ |
|---|---|---|

| /12/07 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | — |
| | BAGGAGE INSURANCE PREMIUM | |
| | TKT NO. 03721478173766 | |
| /12/07 | ECKERD DRUG #5784  ROME      NY | — |
| | 3153395290 | |
| /13/07 | MAX MARA     FIRENZE | — |
| | WOMEN'S CLOTHING | |
| /14/07 | SOGGIORNO RONDINELLIFIRENZE | — |
| | LODGING | |
| /14/07 | OSTERIA DEL TEATRO  CORTONA | — |
| | RESTAURANT | |
| /15/07 | I ROCCHI      CORTONA | — |
| | FAMILY CLOTHING | |
| /15/07 | GALLERIA NAZIONALE  CORTONA | — |
| | FURNITURE/HOME STORE | |
| /17/07 | FATAMORGANA     MONTEPULCIANO | — |
| | FAMILY CLOTHING | |
| /18/07 | OSCAR DE LA RENTA  CENTRAL VALLE    NY | — |
| | WOMEN'S CLOTHING | |
| /18/07 | ALBERGO RIST LA CHIUMONTEFOLLONICO | — |
| | LODGING | |
| /18/07 | FEMME SISTINA    ROMA | — |
| | BEAUTY/BARBER SHOP | |
| /18/07 | GIANFRANCO FERRE'  ROMA | — |
| | FAMILY CLOTHING | |
| /19/07 | HOTEL EDEN     ROMA | — |
| | LODGING | |
| /19/07 | PRADA STORES     ROMA | — |
| | MEN'S/WOMEN'S CLOTHING | |
| /19/07 | STESAMI WOLFORD   ROMA | — |
| | FAMILY CLOTHING | |
| /20/07 | HOTEL EDEN     ROMA | — |
| | LODGING | |
| /20/07 | HOTEL EDEN     ROMA | — |
| | LODGING | |

REDACTED

**European Union
Euro

Continued  on  Page 5

**Premium Refunds for TravelAssure and TravelAssure Classic**-please consult the table below to determine how to process your refund.

| Reason for Refund | How to Process Your Premium Refund for TravelAssure or TravelAssure Classic |
|---|---|
| Reason other than cancelled trip | **(A) You're entitled to a full premium refund.** Please deduct the total premium refund amount from your total balance due and return this form with your payment. |
| Cancelled my trip | **(B) If you don't expect a credit for your airline ticket charge, you're entitled to a partial* premium refund as follows:**<br>• For TravelAssure, please deduct $10 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, please deduct $8 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of this form  indicating the refunds you're requesting, and return it with your payment.<br>**(C) If you expect credit for your airline ticket charge, you don't need to fill out this form.** You'll <u>automatically</u> receive partial* premium refunds once your ticket has been credited on your American Express account. Refunds will appear as credits on your monthly statement. |
| Insurance premium was charged for a non-insurable person | **(D) If you expect a credit for your airline ticket charge, you're entitled to a full premium refund as follows:**<br>• For TravelAssure, deduct $18.95 from your total balance due for each premium charge you'd like refunded.<br>• For TravelAssure Classic, deduct $11.95 from your total balance due for each premium charge you'd like refunded.<br>Make sure you complete the grid on the front of the form indicating the refunds you're requesting, and return it with your payment.<br>Note: you'll <u>automatically</u> receive the remainder of your premium refund once your airline ticket has been credited on your American Express account. The remainder refunds will appear as credits on your monthly statement.<br>**(E) If you don't expect a credit for your airline ticket charge, follow the method outlined in section (A) above.** |

**Premium Refunds for International Medical Protection**
Deduct the total premium refund amount you're requesting from the total balance due and return this form with your payment. Please complete the grid on the front indicating the refunds you're requesting. If you expect a credit for your airline ticket charge, don't fill this form out. You'll <u>automatically</u> receive refunds once your ticket is credited on your American Express account. Refunds will appear as credits on your monthly statement
If you have any questions about requesting your refund, please call the number on the back of your American Express Card.
*For cancelled trips, refunds aren't given for trip cancellation portion of premium since that coverage already went into effect. You'll receive partial refunds of $10 per TravelAssure and $8 per TravelAssure Classic charge. You can still submit claims to recover nonrefundable trip costs.

Prepared For
JANE HALBRITTER

Account Number
XXXX-XXXXX4-21004

Closing Date
11/09/07

Page 5 of 11

| Due in Full continued | ** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details. | Foreign Spending | Amount $ |
|---|---|---|---|
| 0/20/07 | HOTEL EDEN      ROMA<br>LODGING | — | |
| 0/20/07 | DUFRY ITALIA DFS FIUFIUMICINO<br>DUTY-FREE STORE | — | |
| 0/20/07 | FERRARI SHOP     FIUMICINO<br>MEN'S/WOMEN'S CLOTHNG | — | |
| 0/20/07 | GUCCI          FIUMICINO<br>MEN'S/WOMEN'S CLOTHNG | — | |
| 0/21/07 | PRICE CHOPPER #206 ROME     NY<br>SUPERMARKET | | |
| 0/22/07 | FEDEX# 861913022529 MEMPHIS      TN<br>FedEx #1-800-622-1147<br>TO: - NY<br>FROM: HALBRITTER JANE 34108<br>001 2DAY BOX 10LB AWB861913022529<br>FedEx #1-800-622-1147 | | |
| 0/23/07 | MARSHALLS #251 00000ROME      NY<br>5083904745<br>GENERAL MDSE | | |
| 0/23/07 | STAPLES      ROME    NY<br>OFFICE SUPPLIES | | |
| 0/24/07 | BED BATH & BEYOND 51NEW HARTFORD     NY<br>MISC HOME FURNISHINGS | | |
| 0/24/07 | EXPRESS #663 0663  NEW HARTFORD     NY<br>315-732-0888 | | |
| 0/24/07 | MACY'S 208 UTICA   NEW HARTFORD    NY<br>LANCOME | | |
| 0/24/07 | TJ MAXX #865 0000008NEW HARTFORD      NY<br>5083904745<br>GENERAL MDSE | | |
| 0/24/07 | VERIZON WRLSD0160-01NEW HARTFORD      NY<br>VERIZON WRLSD0160-01N<br>MISC & SPECIALTY RETAIL STORES | | |
| 0/24/07 | TOM CAVALLO'S RESTAU40 GENESEE ST    NY<br>RESTAURANT<br>FOOD/BEVERAGE | | |
| 0/24/07 | KIRKLAND'S #340 0000NEW HANFORD     NY<br>3157242066 | | |
| 0/24/07 | #228 UPTOWN FASTRA  UTICA      NY<br>3156240480<br>Description       Price<br>GENERAL MERCHANDISE | | |
| 0/24/07 | #228 UPTOWN FASTRA  UTICA      NY<br>3156240480<br>Description       Price<br>GENERAL MERCHANDISE | | |
| 10/25/07 | AEROPOSTALE #140   SYRACUSE     NY<br>3154664714 | | |
| 10/25/07 | MACY'S 148 CAROUSEL SYRACUSE     NY<br>OTHER COLOR & TREATMENT | | |
| 10/25/07 | LENSCRAFTERS 007235SYRACUSE     NY<br>3154748490 | | |
| 10/25/07 | EXPRESS #389 0389  SYRACUSE     NY<br>315-466-1606 | | |

REDACTED

Continued on reverse

ared For
NE HALBRITTER    Case 1:07-cv-03848-WHP  Account Number  XXXX-XXXXX4-21004  Filed 01/18/2008  Page 8 of 12  Page 30 of 40
e in Full continued

| | | | ** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details. | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 25/07 | BORDERS BOOKS 000991SYRACUSE | NY | | | |
| | 3154666100 | | | | |
| 25/07 | FOREVER 21 #92 0000 SYRACUSE | NY | | | |
| | 8009661355 | | | | |
| | Description | | | | |
| | APPAREL ACC | | | | |
| 25/07 | FEDEX# 861913024326 MEMPHIS | TN | | | |
| | FedEx #1-800-622-1147 | | | | |
| | TO: JANE HALBRITTER FL | | | | |
| | FROM: HALBRITTER, JANE 34108 | | | | |
| | 004 EXP SVR PKG 70LB AWB861913024326 | | | | |
| | FedEx #1-800-622-1147 | | | | |
| 27/07 | NYSTA - E-ZPASS -NY STATEN ISLAND | NY | | | |
| | 160194466 | | | | |
| | Description | | | | |
| | FOR BILLING QUESTIO | | | | |
| | ACCT: 5914134 B | | | | |
| 27/07 | ECKERD DRUG #5784  ROME | NY | | | |
| | 3153395290 | | | | |
| 27/07 | ECKERD DRUG #5784  ROME | NY | | | |
| | 3153395290 | | | | |
| 27/07 | PRICE CHOPPER #206 PROME | NY | | | |
| | GROCERY STORE | | | | |
| 27/07 | #276 BLACK RIVER B  ROME | NY | | | |
| | 3153364014 | | | | |
| | Description            Price | | | | |
| | GENERAL MERCHANDISE | | | | |
| 30/07 | ELM HEALTH 0339   NEW YORK | NY | | | |
| | 2123488500 | | | | |
| | Description | | | | |
| | PRESCRIPTIONS/ | | | | |
| 30/07 | MARSHALLS #251 00000ROME | NY | | | |
| | 5083904745 | | | | |
| | GENERAL MDSE | | | | |
| 30/07 | JCPENNEY STORE 2008 ROME | NY | | | |
| | DEPARTMENT STORE | | | | |
| | Description | | | | |
| | JR BOTTOMS | | | | |
| 30/07 | RUE 21 464 343    ROME     NY | | | | |
| | 3153363282 | | | | |
| | Description | | | | |
| | APPAREL/ACCESS | | | | |
| 30/07 | FEDEX# 861913024554 MEMPHIS | TN | | | |
| | FedEx #1-800-622-1147 | | | | |
| | TO: - FL | | | | |
| | FROM: HALBRITTER, JANE 34108 | | | | |
| | 001 STANDARD PKG 18LB AWB861913024554 | | | | |
| | FedEx #1-800-622-1147 | | | | |
| 01/07 | PEARLE VISION 063627UTICA | NY | | | |
| | 3157357596 | | | | |
| 01/07 | BJ'S 064 UTICA   UTICA | NY | | | |
| | BJS CLUB 1-800-257-2582 | | | | |
| 01/07 | LIGHT RELIEF 3050718800-7439852 | CA | | | |
| | CATALOG MERCHANDISE | | | | |
| 02/07 | LOWES      ROME     NY | | | | |
| | HOME IMPROVEMENT | | | | |
| 02/07 | WAL-MART  2234    ROME     NY | | | | |
| | GENERAL MERCHANDISE | | | | |

REDACTED

Continued  on  next  page



Prepared For
JANE HALBRITTER
Case 1:07-cv-03848-WHP Document 26-11 Filed 01/18/2008 Page 7 of 13 Page 31 of 40
Account Number
XXXX-XXXXX4-21004
Closing Date
11/09/07

| Due in Full continued | ** Foreign Currency conversion rate is base rate plus 2%. See page 2 for details. | Foreign Spending | Amount $ |
|---|---|---|---|

**11/04/07** PRICE CHOPPER #206 PROME NY
GROCERY STORE

**11/06/07** JETBLUE SALT LAKE UT
AIRLINE CHARGE
From: | To: | Carrier: | Class:
SYRACUSE NY | J F KENNEDY A/P NY | B6 | Q_
| WEST PALM BEACH FL
Ticket Number: 99900567792630 | Date of Departure: 11/06
Passenger Name: HALBRITTER/JANE
Document Type: PASSENGER TICKET

**11/06/07** FEDEX# 861913024532 MEMPHIS TN
FedEx #1-800-622-1147
TO: - FL
FROM: HALBRITTER, JANE 34108
001 PRIORITY PKG 8LB AWB861913024532
FedEx #1-800-622-1147

REDACTED

**11/06/07** FEDEX# 861913024543 MEMPHIS TN
FedEx #1-800-622-1147
TO: - FL
FROM: HALBRITTER, JANE 34108
003 PRIORITY PKG 95LB AWB861913024543
FedEx #1-800-622-1147

**11/08/07*** TRANSACTION PROCESSED BY AMERICAN EXPRESS
AIRFLIGHT INSURANCE PREMIUM 800-437-9209
TKT NO. 99900567792630

**11/08/07*** TRANSACTION PROCESSED BY AMERICAN EXPRESS
BAGGAGE INSURANCE PREMIUM
TKT NO. 99900567792630

**Total Due in Full Activity**

**Important Notice**

**Information on Flexible Payment Features**
You may have access to one or more Flexible Payment Features as part of your Card account. The current Annual Percentage Rates (APRs) and Daily Periodic Rates (DPRs) for the Flexible Payment Features are as follows:

For Sign & Travel®, the APR is 17.74%, the DPR is 0.0486%

Please refer to page 2 for further important information regarding your account



# OPEN Savings™ Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Page 33 of 8

Account Number
XXXX-XXXXX7-31001

|  | Total Savings to Date For This Account | Savings Since Jan 2006 | Savings This Period Through Sep 24 |
|---|---|---|---|
| $ |  |  |  |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2006 |
|---|---|---|---|---|---|
| FEDEX - GROUND, EXPRESS AND INTERNATIONAL SHIPMENTS | Ongoing |  |  |  |  |
| HERTZ - CAR RENTALS | Ongoing |  |  |  |  |
| HYATT - HOTELS & RESORTS IN THE U.S. | Ongoing |  |  |  |  |
| FEDEX - 10% BONUS SAVINGS ON GROUND UP TO $30 IN SAVINGS PER CARD ACCOUNT | Expired |  |  |  |  |
| AMERICAN EXPRESS GIFT CARDS - GIFTING SOLUTIONS | Ongoing |  |  |  |  |
| AT&T - LOCAL AND LONG DISTANCE SMALL BUSINESS CALLING PLANS | Ongoing |  |  |  |  |
| COURTYARD BY MARRIOTT - FOR PARTICIPATING HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing |  |  |  |  |
| FAIRFIELD INN BY MARRIOTT - FOR PARTICIPATING HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing |  |  |  |  |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - DOCUMENT SOLUTIONS AND BUSINESS SERVICES | Ongoing |  |  |  |  |
| RUBY TUESDAY - CASUAL DINING | Ongoing |  |  |  |  |
| SPRINGHILL SUITES BY MARRIOTT - FOR PARTICIP. HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing |  |  |  |  |
| UNITEDHEALTH ALLIES - HEALTH DISCOUNT CARD MEMBERSHIP | Expired |  |  |  |  |
| USA TODAY - ALL SUBSCRIPTIONS | Expired |  |  |  |  |
| ...GATE INNS - HOTELS IN THE U.S. | Ongoing |  |  |  |  |
| ...-FLOWERS.COM - FLOWERS AND GIFTS | Ongoing |  |  |  |  |
| Totals |  |  |  |  |  |

REDACTED

## Other Ways To Save!

### Save on Business Purchases with OPEN Savings Partners

As a #1 Club Gold member, get faster reservations and returns, discounted rates and special offers, earn free rental days, and more - all from Hertz. Enjoy fee waived membership for the first year, a $50 value, for you and your employees that travel. Visit **hertz.com/open.**

Earn points toward hotel stays, airlines miles and much more every time you stay at any of Marriott's hotels worldwide as a Marriott Rewards member. To learn more, visit **opensavings.com/marriott** or call **1-866-914-OPEN** (6736).

Sign up for '**So Connected**' at Ruby Tuesday to receive email offers for birthdays and updates on new menu items and promotions.

For more information about OPEN Savings parnters and terms and conditions, visit **opensavings.com.**

(OWTS 11104)

### Save 25% on ExpensAble Expense Management Software

Reporting and tracking expenses does not have to be a hassle. ExpensAble replaces paper forms or spreadsheets with an intuitive, easy-to-use software solution. It comes loaded with powerful convenience features and can even pre-fill reports with American Express® Business Card data at the touch of your mouse! Save 25% when purchasing with your Business Card.

*Valid on all purchases in the U.S. Payment must be made with an American Express Business Card.

To purchase, or for more information, visit **opensavings.com/ expensable.**

(CE 107803)

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

## d You Know? You Can Use Your Business Card to -

**Protect Your Most Valuable Asset** - Your earning power provides the foundation that supports all of your other financial plans. Disability income insurance from Ameriprise Financial can replace that earning power when the unexpected happens. For groups of three or more, a special 10% savings may apply. Disability income insurance is made available through **Ameriprise Financial Services**, Inc. CA State Insurance License #1565-1 or its licensed insurance agency affiliates.

**Miele** - Providing commercial and residential appliances that are engineered to provide superior results coupled with ease of use and flexibility.

**Ameriprise Financial Services:** call **1-866-227-3697** to schedule an appointment with a financial advisor.

**Miele:** visit **www.miele.com** for more information.

(CE 107896)

## eat New Places to Use the Card

**Vonage** - Save up to 50% on your phone bill with the NEW Vonage V-Phone. It turns virtually any PC or laptop into a phone, so it's as mobile as you are.

**Yankee Candle Co., Inc.** - Is a leading designer, manufacturer, retailer and wholesaler of premium scented candles in the U.S. Since 1969, the company has marketed distinctive products as affordable luxuries and consumable gifts.

**Hill-ROM** - Offers a wide variety of products and services from patient care beds, stretchers, headwalls & furniture to therapeutic surfaces.

(CE 107895)

*Vonage:* **www.vonage.com/savings80** or **1-800-921-1735**

*Yankee Candle:* **www.yankeecandle.com**

*HILL-ROM:* **www.hill-rom.com**

## ıd the Right Flights, Right Now eSkyGuide®

ɜSKYGUIDE

In your office, at the airport, even in your taxi--now you have access to worldwide flight schedules anytime, anywhere with eSkyGuide. Look up flights via PDA, laptop or cellphone. Convenient look ups, unbiased timetables, even connections: eSkyGuide is always available when you schedule--or reschedule--your travel. Plus, purchase with your American Express® Business Card and save 20%!

*Payment must be made with an American Express Business Card. Participation and offers are subject to change without notice. Terms and conditions apply. For more information, visit **open.americanexpress.com/savings**.

To purchase, or for more information, visit **eskyguide.com/open**.

(CE 107802)

## ıre Ways to Save on Your Business Car Rentals!

'ertz
ɩent Wisely

Save 5% off your total car rental charge at Hertz® every time you rent--Just use your Business Card and receive 5% off your Hertz car rental, including taxes and surcharges.* The savings automatically appear on your billing statement. Plus, get additional savings when you enroll in Hertz' Business Account Program. Join the Business Account Program and you can receive up to 20% off business travel rates, free rental day certificates and fee-waived membership in Hertz #1 Club Gold® (a $50 value).

*Payment must be made with an American Express® Business Card. Valid only at Hertz corporate-owned U.S. locations. Participation and offer are subject to change without notice. Terms and conditions apply. For more information, visit **www.hertz.com/open**.

Enroll now online at **http://offers.hertz.com/enrollac** and you will automatically receive 10 rental credits and double credit on every rental day for the first 90 days after you enroll.

(CE 107799)

## ve 5% at Courtyard by Marriott®*

Now pay with your American Express® Business Card at over 450 participating Courtyard locations and save 5% on your entire bill. For a complete list, visit **marriott.com/opensavings**. In addition to your room charge, you'll also save on all other charges on the bill, which may include telephone, Internet access, fitness center access, meetings, and even taxes and other miscellaneous fees. Savings at Courtyard are valid at participating locations in the U.S.

Payment must be made with an American Express Business Card. Maximum annual savings is $1,500. Participation and offers are subject to change without notice. Terms and conditions apply. For more information, visit **open.americanexpress.com/savings**.

For reservations, visit **marriott.com/opensavings** or call **1-866-914-OPEN (6736)**. Then use your Business Card to pay your bill and your savings will automatically be credited to your American Express statement.

(CE 107801)

**ırs are made only to Cardmembers who meet certain qualifying criteria. By responding you will be ılosing to the merchant that you meet these criteria.**



# OPEN Savings℠ Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-

| | Total Savings to Date<br>For This Account | Savings Si<br>Jan 2 |
|---|---|---|
| $ | | |

| Program | End Date | Transactions<br>This Period | Discount %<br>or Credit |
|---|---|---|---|
| FEDEX - Ground, Express and<br>International shipments | Ongoing | | |
| HERTZ - Car rentals | Ongoing | | |
| COURTYARD BY MARRIOTT - For participating<br>hotels, visit marriott.com/opensavings | Ongoing | | |
| DELTA - Flight purchases | Ongoing | | |
| FAIRFIELD INN BY MARRIOTT - For participating<br>hotels, visit marriott.com/opensavings | Ongoing | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS -<br>Document solutions and business services | Ongoing | | |
| GATEWAY - Desktop and notebook PCs, servers,<br>storage solutions, and more | Ongoing | REDACTED | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | |
| JETBLUE - Flight purchases | Ongoing | | |
| RUBY TUESDAY - Casual dining | Ongoing | | |
| SYMANTEC - Security and Back-up software<br>including Norton(TM) products | Ongoing | | |
| SPRINGHILL SUITES BY MARRIOTT - For particip.<br>hotels, visit marriott.com/opensavings | Ongoing | | |
| WINGATE BY WYNDHAM - Hotels in the U.S. | Ongoing | | |
| 1-800-FLOWERS.COM - Flowers and gifts | Ongoing | | |

als

Other Ways To Save!

# Great New Places To Use Your Business Card



**Sincere Hardware Supply** caters to property managers, general contractors, archite
and homeowners. Plumbing, flooring, granite, *Team Efforts* cabinetry, and more. Five
locations in northern California.



**Rona Inc.** is home to Jamaica Blue Mountain coffee and freshly roasted estate coffe
them personalize your corporate gift boxes!

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

## Join Exclusive Resorts Now and Save Up To $10,000

Join Exclusive Resorts using your Business Platinum Card® and can save up to $10,000. Make your next vacation and every one that better as you enjoy access to hundreds of multi-million dolla private homes in dozens of beach, mountain, metropolitan and leisure destinations worldwide--all with the service and amenities luxury resorts.

## Save 3% on Delta® Flights

You can automatically save 3% on every Delta ticket booked dire from Delta when you pay with your American Express® Business Card. Delta and the Delta Connection carriers serve over 311 destinations in 52 countries.

Payment must be made with an American Express Business Card. Participation anc are subject to change without notice. Terms and conditions apply. Valid on flights purchased directly from Delta Air Lines by visiting delta.com, calling 1-800-221-121 your nearest Delta ticket counter. Savings do not apply to flights purchased through party. For more information, visit opensavings.com

## Save 3% at Hyatt Hotels & Resorts®

Discover the Hyatt experience and save 3% with the American Express® Business Card. No coupons, codes or special reserva procedures are required. In addition to your room charge, you c also save on all other charges on the bill, which may include telephone, room service, fitness access, taxes and other miscellaneous fees.

Payment must be made with an American Express Business Card. Maximum annua savings is $500 per Card account. Participation and offers are subject to change wit notice. Terms and conditions apply. For more information, visit opensavings.com.

## Save 5% Off Your Meal at Ruby Tuesday®

Ruby

Receive a 5% savings when you use your American Express® Business Card at any of Ruby Tuesday's U.S. restaurants. Thes savings are in addition to any specials offered directly from Rub Tuesday and they will automatically be credited to your monthly American Express statement



# OPEN Savings℠ Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

Page 3 of 6

| | Total Savings to Date For This Account | Savings Since Jan 2007 | Savings This Period Through May 23 |
|---|---|---|---|
| $ | | | |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2007 |
|---|---|---|---|---|---|
| FEDEX - Ground, Express and International shipments | Ongoing | | | | |
| HERTZ - Car rentals | Ongoing | | | | |
| COURTYARD BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| DELTA - Flight purchases | Ongoing | | | | |
| FAIRFIELD INN BY MARRIOTT - For participating hotels, visit marriott.com/opensavings | Ongoing | | | | |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - Document solutions and business services | Ongoing | | | | |
| GATEWAY - Desktop and notebook PCs, servers, storage solutions, and more | Ongoing | | | | |
| HYATT - Hotels and resorts in the U.S. | Ongoing | | | | |
| JETBLUE - Flight purchases | Ongoing | | | | |
| RUBY TUESDAY - Casual dining | Ongoing | | | | |
| SYMANTEC - Security and Back-up software including Norton(TM) products | Ongoing | | | | |
| SPRINGHILL SUITES BY MARRIOTT - For particip. hotels, visit marriott.com/opensavings | Ongoing | | | | |
| WINGATE INNS - Hotels in the U.S. | Ongoing | | | | |
| 1-FLOWERS.COM - Flowers and gifts | Ongoing | | | | |
| Totals | | | | | |

REDACTED

Other Ways To Save!

## Great New Places To Use Your Business Card

(CE 108807)

**Chopp & Company** is a quality supplier of lumber, millwork, building components, and roofing. They find a way to serve you. Serving Maryland and beyond.

**Marble of the World** offers direct-from-importer savings on some of the world's most exotic natural stone for kitchens, baths and flooring. Serving Fort Lauderdale and Stuart, FL.

**Barn Furniture** satisfies its worldwide clientele, offering all styles including traditional, contemporary, and mission furniture for commercial and office needs.

**Chopp & Company**:
301-843-2467

**Marble of the World**:
marbleoftheworld.com or
1-800-537-6995

**Barn Furniture**:
barnfurniture.com or
1-888-302-BARN

## Did You Know? You Can Use Your Business Card at -

(CE 108801)

**Select-A-Ticket** is the corporate leader in providing premier access to unique lifetime experiences, including concerts, theater and sporting events, exceeding your corporate entertaining objectives.

**GoToMyPC** is an easy and secure solution that enables your employees to quickly access everything on your office PCs from any other computer with an Internet connection. It's like taking your office with you wherever you go.

**TECHONWEB.COM** is an Internet technology superstore offering more than 200,000 products (notebooks, desktops, monitors, printers, digital cameras, accessories, supplies, networking equipment, and other IT hardware and software). Secure and encrypted web site for your protection.

**Select-A-Ticket**:
selectaticket.com or
1-800-Select-Us

**GoToMyPC**:
www.gotomypc.com/amex

**TECHONWEB**:
techonweb.com or
1-800-456-5000

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

## oin Exclusive Resorts Now and Save Up to $10,000

(CE 108835)

XCLUSIVE
RESORTS

Join Exclusive Resorts using your Business Platinum Card® and you can save up to $10,000. Make your next vacation, and every one after that, better as you enjoy access to hundreds of multi-million dollar private homes in dozens of beach, mountain, metropolitan and leisure destinations worldwide, all with the service and amenities of luxury resorts.

To find out more about Exclusive Resorts and receive a free Effortless Vacation DVD, call **1-866-450-1658** or visit **exclusiveresorts.com/platinum2**. Terms and conditions apply.

## ave 3% at Hyatt Hotels & Resorts®*

HYATT
HOTELS & RESORTS

Discover the Hyatt experience and save 3% with the American Express® Business Card. No coupons, codes or special reservation procedures are required. In addition to your room charge, you'll also save on all other charges on the bill, which may include telephone, room service, fitness access, taxes and other miscellaneous fees.

For reservations, visit **opensavings.com/hyatt** or call **1-800-233-1234**. Then use your Business Card to pay your bill and your savings will automatically be credited to your American Express statement.

(CE 108809)

*Payment must be made with an American Express Business Card. Participation and offers are subject to change without notice. Terms and conditions apply. For more information, visit **opensavings.com**

## ravel Medical Protection - Travel with Peace of Mind

INSURANCE

Travel Medical Protection, offered exclusively to American Express® Business Cardmembers, provides insurance coverage for up to $100,000 for eligible expenses related to evacuations and medical and dental emergencies, while on a Covered Trip traveling anywhere in the world, when more than 150 mile radius from Your Permanent Residence for up to 45* days whether driving, flying on a Scheduled Airline or taking the railroad.

Travel Medical Protection is underwritten by AMEX Assurance Company, Administrative office, De Pere, Wisconsin. Coverage is subject to the terms, conditions, and exclusions of Master Policies (varies per state) AX0950, AX0916, AX0124 or Policy Form Number TMP-IND and is subject to change with notice. *In most states.

There are some things you can't pack in a suitcase, like adequate insurance. So, travel peace of mind! To le. more about the coverage or how You can enroll yourself and your loved ones, call **1-800-618-8302** and mention RSVP code **ZTL**.
(CE 108814)

**fers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be sclosing to the merchant that you meet these criteria.**



# OPEN Savings℠ Summary

Prepared For
JANE HALBRITTER
STONEHEDGE HEALTH

Account Number
XXXX-XXXXX7-31001

|  | Total Savings to Date For This Account | Savings Since Jan 2006 | Savings This Period Through Apr 22 |
|---|---|---|---|
| $ |  |  |  |

| Program | End Date | Transactions This Period | Discount % or Credit | Savings This Period | Savings Since Jan 2006 |
|---|---|---|---|---|---|
| HYATT - HOTELS & RESORTS IN THE U.S. AND PUERTO RICO | Ongoing |  |  |  |  |
| HERTZ - CAR RENTALS | Ongoing |  |  |  |  |
| FEDEX - 10% BONUS SAVINGS ON GROUND UP TO $30 IN SAVINGS PER CARD ACCOUNT | Expired |  |  |  |  |
| FEDEX - GROUND, EXPRESS AND INTERNATIONAL SHIPMENTS | Ongoing |  |  |  |  |
| AMERICAN EXPRESS GIFT CARDS - GIFTING SOLUTIONS | Ongoing |  |  |  |  |
| AT&T - LOCAL AND LONG DISTANCE SMALL BUSINESS CALLING PLANS | Ongoing |  |  |  |  |
| COURTYARD BY MARRIOTT - FOR PARTICIPATING HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing |  |  |  |  |
| tax bonus offer - $25 statement credit on federal tax payments | May 01, 2006 |  |  |  |  |
| FAIRFIELD INN BY MARRIOTT - FOR PARTICIPATING HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing |  |  |  |  |
| FEDEX KINKO'S OFFICE AND PRINT CENTERS - DOCUMENT SOLUTIONS AND BUSINESS SERVICES | Ongoing |  |  |  |  |
| RUBY TUESDAY - CASUAL DINING | Ongoing |  |  |  |  |
| SPRINGHILL SUITES BY MARRIOTT - FOR PARTICIP. HOTELS, VISIT MARRIOTT.COM/OPENSAVINGS | Ongoing |  |  |  |  |
| EDHEALTH ALLIES - HEALTH DISCOUNT CARD MEMBERSHIP | Ongoing |  |  |  |  |
| USA TODAY - ALL SUBSCRIPTIONS | Ongoing |  |  |  |  |
| WINGATE INNS - HOTELS IN THE U.S. | Ongoing |  |  |  |  |
| 1-800-FLOWERS.COM - FLOWERS AND GIFTS | Ongoing |  |  |  |  |

REDACTED

**Totals**

Full terms and conditions for the offers above are available on your Summary of Accounts online. Log on to **www.opensavings.com**. Your OPEN Savings totals are updated daily.

**Other Ways To Save!**   To see a complete list of partners and ways to save, visit open.americanexpress.com/savings or call 1-800 NOW OPEN (669-6736)

## Important Information About Your Account

Please be advised that as of May 1, 2006, Administaff will no longer participate in the OPEN Savings℠ program.

For further information, call **1-800-492-3344** or the number on the back of your Card.

(CE 107027)

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

## ave 5% at SpringHill Suites by Marriott®*

Now pay with your American Express® Business Card at over 130 participating SpringHill Suites locations, and save 5% on your entire bill. For a complete list, visit **opensavings.com/marriott**. In addition to your room charge, you'll also save on all other charges on the bill, which may include telephone, fax and copy service, meetings, and even taxes and other miscellaneous fees. Savings at SpringHill Suites are valid at participating locations in the U.S.

*Payment must be made with an American Express Business Card. Maximum annual savings is $1,500. Participation and offers are subject to change without notice. Terms and conditions apply. For more information, visit **open.americanexpress.com/savings**.

For reservations, visit **opensavings.com/marriott** or call **1-866-914-OPEN (6736)**. Then use your Business Card to pay your bill, and savings will automatically be credited to your American Express statement.

(CE 107030)

## id You Know? You Can Use Your Business Card at -

**Prairie Group** - One of the largest family-owned, managed producers of ready-mixed concrete and building materials. Our website provides you with specific information for contractors, architects/engineers, and do-it-yourself enthusiasts. **www.prairiegroup.com.**
**Swift Electrical** - The Design and Lighting Studio is one of the best sources for all lighting and electrical needs. Knowledgeable professionals help determine the proper lighting system and controls for your office. **www. swiftelectrical.com**.
**Allied Building Products Corp.** - Wholesale distributor of building products specializing in siding, windows and roofing materials. Call **1-800-4-ALLIED** or **www.alliedbuilding.com**.

These merchants gladly accept the American Express® Business Card.

(CE 107009)

## id You Know? You Can Use Your Business Card at -

**GoDaddy.com** - Get your piece of the Internet from the #1 domain registrar worldwide! Save on domains, website hosting, secure certificates, and more! **www.godaddy.com/amex. 1-866-GoDaddy.**
**Ameriprise Financial** - Your earning power provides the foundation for your financial security. Disability income insurance replaces that earning power when the unexpected happens. For groups of three or more, a special 10% discount may be available. Call **1-866-227-3697** to schedule an appointment with an Ameriprise financial advisor. Disability income insurance is made available through Ameriprise Financial Services, Inc. (CA Insurance License #0684538) or its licensed insurance agency affiliates.

You can now use your American Express® Business Card at these establishments.

(CE 107003)

## ave 5% Off Your Meal at Ruby Tuesday

Receive a 5% savings when you use your American Express® Business Card at any of Ruby Tuesday's 800 U.S. restaurants. Simply use your American Express Business Card, and the 5% savings will automatically be credited to your American Express® Card account. These savings are in addition to any specials offered directly from Ruby Tuesday. And the savings are ongoing with no enrollment required. Use your Card and save! To find the nearest Ruby Tuesday location, visit **opensavings.com/rubytuesday**.

Payment must be made with an American Express Business Card. Savings will be reflected on Cardmember statement. Discount applies only at U.S. domestic locations, excluding Hawaii. Discount applies to entire bill, including taxes and gratuities.

Simply use your American Express Business Card at Ruby Tuesday, and receive a 5% discount, automatically reflected in your monthly statement.

(CE 107028)

## rotect Your Assets by Incorporating and Save 20%*

Incorporating your business or forming a limited liability company (LLC) protects your personal assets from the debts and liabilities of your business. BizFilings package prices start as low as $99+state fees. Plus, save an extra 20% when you pay with your American Express® Business Card. Savings will appear on your monthly statement.

*The OPEN Savings discount applies to all orders placed with BizFilings, except annual report and/or franchise tax filing services. Payment must be made with an American Express Business Card.

To order, visit **opensavings.com/bizfilings** or call **1-800-981-7183**.

(CE 107029)

**ffers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be isclosing to the merchant that you meet these criteria.**