EXHIBIT 6

**MODIFIED TIMELINE**

| DATE | LOCATION ON CC BILL | DESCRIPTION |
|---|---|---|
| 3/4/06 | Tokyo | Sankusu |
| 3/5/06 | Tokyo | Sankusu |
| 3/7/06 | Tokyo | JR East Shopping Center |
| 3/25/06 | Rome, NY | Eckerd Drug |
| 3/26/06 | Utica, NY<br>Naples, FL | Hertz Car Rental (3/22-3/26); USPS Vending<br>Amerada Hess |
| 3/27/06 | Naples, FL | Barnes & Noble |
| 3/28/06 | Naples, FL | CVS |
| 3/30/06 | FL | Fedex from L. Gifford |
| 3/31/06 | Naples, FL | Macy's |
| 4/2/06 | Naples, FL | Pier 1 Imports; TJ Maxx |
| 4/3/06 | Naples, FL | USPS Vending |
| 4/6/06 | Naples, FL | Citgo-7-Eleven |
| 4/9/06 | Naples, FL | Carleton Sheets; Exxon Mobil; Barnes and<br>Noble |
| 4/10/06 | Naples, FL | USPS |
| 4/11/06 | Naples, FL<br>NY | USPS<br>AOL |
| 4/13/06 | Naples, FL<br>WA | Exxon Mobil<br>Costco |
| 4/15/06 | Rochester, MN | Site Genie, LLC |
| 4/16/06 | Naples, FL | Albertson's; Sears |
| 4/17/06 | Naples, FL | USPS; Home Depot |
| 4/18/06 | Naples, FL | EVOO Bistro; Exxon Mobil |
| 4/21/06 | NY | Ez Pass |
| 4/22/06 | Ft. Myers, FL | SW Florida Int'l Airport Parking Fees |
| 4/23/06 | Ft. Myers, FL | Shell Oil |
| 5/3/06 | Naples, FL | CVS; Lane Bryant |
| 5/5/06 | Naples, FL | Publix Str |
| 5/6/06 | Naples, FL | Sally Beauty; Publix |
| 5/7/06 | Naples, FL | California Pizza; Alvin's Island |
| 5/8/06 | Naples, FL | Walgreens |
| 5/11/06 | NY | AOL |
| 5/14/06 | Naples, FL | Marshalls; Sweet Bay; Linens n Things |
| 5/16/06 | Smithfield, NC | L'eggs Hanes Bali; Carolina Pottery |
| 5/17/06 | Washington, D.C. | WHITEHSE BLKMKT |
| 5/19/06 | McLean, VA<br><br>Washington, D.C | Lord and Taylor; Sephora; Steve Madden;<br>Swarovski Jewelry<br>Filenes Basement |
| 5/21/06 | Albany, NY<br>Latham, NY | Macy's; Border's<br>Malt River Brewing Co. |

1

| | Washington, D.C.<br>Orton, VA | BWI Garage Lot<br>Shoppers Food & Pharmacy |
|---|---|---|
| 5/23/06 | Winston Salem, NC | Dillard's Dept Store; Gap |
| 5/24/06 | Jackonville, FL<br>CT | Express; Nine West<br>Health Secrets |
| 5/26/06 | Naples, FL | The Cheesecake Factory |
| 5/29/06 | Naples, FL<br>Estero, FL | Saks Fifth Ave<br>Guess; Cole Haan-Estero |
| 5/30/06 | Naples, FL | Barnes & Noble; Publix; Claires; Hendrick's Jewelry |
| 6/1/06 | Naples, FL | CVS |
| 6/2/06 | Naples, FL | Home Depot |
| 6/3/06 | Naples, FL | Target; Books a Million; Cheesecake Factory; Marissa Collections; Hendrick's |
| 6/4/06 | Naples, FL | Publix |
| 6/5/06 | Naples, FL | USPS; Macaroni Grill; Marshalls |
| 6/9/06 | Naples, FL | Harrington's |
| 6/11/06 | NY | AOL |
| 6/14/06 | Washington, D.C. | Anthropologie; Salon Allous; Ann Taylor |
| 6/15/06<br>or<br>6/16/06 | Fort Myers, FL | WHITEHSE BLKMKT |
| 6/16/06 | Naples, FL | The Paper Merchant; Publix; Smarte Carte (parking lot) |
| 6/18/06 | Fort Myers, FL | West Elm; Smarte Carte |
| 6/20/06 | Fort Myers, FL | Paradies; Cheesecake Factory |
| 6/21/06 | New York, NY | Bloomingdales; Aldo |
| 6/22/06 | Jamaica, NY | Hudson News JFK; NY Sports Grill |
| 6/24/06 | Naples, FL | Target; Best Buy; Marissa Collections; CostCo |
| 6/25/06 | Fort Myers, FL | Smarte Carte |
| 6/26/06 | Naples, FL | Dillard |
| 6/27/06 | Tulsa, OK<br>New York, NY<br>Cupertino, CA<br>Naples, FL<br>FL | Oral Roberts Evangelical<br>Allstate Private Car (Ride Date: 6/22/06)<br>Apple Computer<br>USPS<br>Sheraton Hotel |
| 6/28/06 | Naples, FL | The Fresh Market |
| 6/29/06 | Naples, FL | TJ Maxx; Office Max; Circuit City |
| 6/30/06 | Naples, FL | The Home Depot; USPS |
| 7/3/06 | Omaha, NE<br>Orlando, FL | MYOMED INC<br>Office Max |
| 7/4/06 | Naples, FL | Publix |
| 7/5/06 | Naples, FL | USPS; Pavillion BP |

| | | |
|---|---|---|
| 7/6/06 | Totowa, NJ<br>Naples, FL | David A. Furs Inc.<br>Books A Million; Hendrick's Jewelry |
| 7/7/06 | Naples, FL | Dillards; Reeves Park; USPS; Verizon;<br>Naples Packaging and Shipping; Bakers<br>Footwear |
| 7/8/06 | Naples, FL<br>NY | Noodles Italian; Best Buy<br>EZ Pass |
| 7/10/06 | Naples, FL | CostCo;<br>Delta Airlines: Naples to Atlanta, LaGuardia,<br>Syracuse, Atlanta (Departure Date: 7/18)<br>Delta Airlines: Naples to Atlanta, Boston,<br>Atlanta, Naples (Departure Date: 8/08) |
| 7/11/06 | Syracuse, NY | Delta Airlines: Syracuse to Atlanta,<br>Greenville, SC, Atlanta, Naples (Departure<br>Date: 7/12) for Alicia Scanlon |
| 7/12/06 | Atlanta, GA | Brookstone; Bath & Body Works; Hudson<br>News |
| 7/14/06 | Greenville, SC<br><br><br><br><br><br>Fort Myers, FL<br>Naples, FL | Delta Airlines: Greenville to Atlanta, Ft.<br>Myers, Atlanta, Syracuse (Departure Date:<br>7/14) for A. Scanlon<br>Delta Airlines: Greenville to Atlanta, Ft.<br>Myers (Departure Date: 7/14) for JH<br>Marriott Greenville: Arrive: 7/12 Depart:<br>7/14<br>SW FL Int'l Airport (parking fees)<br>PF Changs |
| 7/15/06 | Naples, FL<br>Rochester, MN | Alvin's Island<br>Site Genie, LLC |
| 7/16/06 | Naples, FL | Best Buy; Ritz Carlton; Quiet Storm; Costco |
| 7/17/06 | Naples, FL<br>Ft. Meyers, FL | USPS; Verizon; Noodles Italian CA; Target<br>Delta: Ft. Meyers, FL to Atlanta, GA to<br>Syracuse, NY; to Atlanta GA |
| 7/18/06 | Fort Myers, FL<br>Syracuse, NY | Delta Airlines: Excess Baggage; Paradies<br>The Limited; Coach; Lens Crafters; H & M;<br>Forever 21; Smarte Carte Syrap-Parking<br>Garage; Matthew's Hallmark |
| 7/19/06 | TN | Asurion Lock/Line |
| 7/20/06 | NY<br>Rome, NY | Time Warner Cable<br>P & C Foods |
| 7/21/06 | Syracuse, NY<br><br>Rome, NY | Hertz: Rent: Syracuse on 7/18, Return: Utica<br>on 7/21<br>Blockbuster; Liberty Car Wash |
| 7/22/06 | Naples, FL | Home Depot |
| 7/24/06 | Rome, NY | Sherwin-Williams; Fastrac Market |
| 7/25/06 | New York, NY | Lush handmade Cosmetics; Dean Leather &<br>Luggage |

3

| | Albany, NY | Amtrak; Albany to Penn, NY |
|---|---|---|
| 7/26/06 | New York, NY<br><br>Rome, NY | Shoe Service Plus; Café Tea Box; Asl Beauty II; Le Parker Meridien<br>Fedex from JH to A. Rossi |
| 7/27/06 | Albany, NY<br>Pattersonville, NY | New York & Company; Desmond Hotel<br>Sunoco |
| 7/28/06 | Rome, NY | Lowes. |
| 7/31/06 | Salt Lake City, UT<br>New York<br>Naples, FL | Movie on Jetblue<br>Jet Blue: Syracuse to JFK to Ft. Meyers<br>Bottoms Up Liquor; SW Florida Int'l Airport parking fees |
| 8/1/06 | Naples, FL<br>Fort Myers<br>Rome, NY | Pristine Dry Cleaners<br>Smarte Carte Swap<br>FedEx from JH to Loft 23 MA |
| 8/2/06 | Naples, FL | The Fresh Market; Publix; USPS |
| 8/3/07 | Naples, FL | Trulucks |
| 8/4/06 | Naples, FL | Citgo 7-11 |
| 8/5/06 | Naples, FL<br>Estero, FL | Saks Fifth Ave; Steinmart<br>Rug Décor of Miromar; Kenneth Cole; Banana Republic; Guess |
| 8/7/06 | Naples, FL<br>Salt Lake, UT | USPS; Naples Packaging<br>Jetblue: Syracuse to JFK, Ft. Myers, Depart 8/08 |
| 8/8/06 | Naples, FL | Cheesecake Factory: Coastland Center; Claire's Boutiques, Abercrombie & Fitch; American Eagle; Baker's Footwear; Wet Seal |
| 8/9/06 | MA<br>FL<br>Naples, FL | Hotel Marlowe<br>Melting Pot<br>Alvin's Island |
| 8/10/06 | Naples, FL | The Ritz Carlton; Enterprise: Rent: 8/03, Return: 8/10; Citgo 7-Eleven; Best Buy; Home Depot |
| 8/11/06 | Salt Lake, UT<br>New York<br>Naples, FL | JetBlue: Ft. Myers to JFK, Depart 8/11<br>Il Cortile<br>Naples Packaging & Shipping |
| 8/12/06 | Salt Lake, UT<br>Jamaica, NY<br>New York, NY | Jetblue: JFK to Boston, Depart: 8/13<br>Smarte Carte JFK; Serafina<br>Express |
| 8/13/06 | Salt Lake, UT<br><br>New York, NY<br>Cambridge, MA<br>Boston, MA | Jet Blue: Syracuse to JFK, Boston, Depart: 8/14<br>New York Place: Arrive: 8/11, Depart:8/13<br>La Groceria; Bo Concept<br>Smarte Carte |
| 8/14/06 | Boston, MA | Fire & Ice; Cuoio; Macy's; Crate & Barrel |
| 8/15/06 | Chestnut Hill, MA<br>Boston, MA | Papa Razzi<br>Barnes & Noble; Sephora, Barami, |

4

| | | Cheesecake Factory; Aldo |
|---|---|---|
| 8/16/06 | Cambridge, MA | Budget Rent a Car: Rent: 8/15, Return: 8/16; BKST-Harvard-C-S, Star Market |
| | Boston, MA | Border Café; James Joseph Studio; LUSH Stephanie's on New Bur |
| | Salt Lake, Ut | Jet Blue: Boston to JFK, Depart 8/17 |
| | NY | Carmel Car Service |
| 8/17/06 | Salt Lake, UT | Jet Blue: JFK to Boston, Depart 8/17 |
| | New York, NY | Les Halles; Sephora, Century 21 |
| 8/18/06 | Rome, NY | FedEx from JH to Russell FL, From JH to B. LeClair |
| | Cambridge, MA | Best Buy; Banana Republic; Gap; Arden; Abercrombie & Fitch |
| 8/19/06 | Cambridge MA | Doubletree: Arrive: 8/13, Depart: 8/19; Ikea; Jordan's |
| 8/20/06 | Cambridge, MA | Bo Concept; Crate & Barrel |
| 8/21/06 | Cambridge, MA | Budget Rent a Car: Rent: 8/18, Return: 8/21 |
| | Chestnut Hill, MA | Bloomingdales |
| 8/23/06 | Chestnut Hill, MA | Bloomingdales |
| 8/25/06 | New York, NY | Sephora; WD 50 |
| | Naples, FL | Fedex: From JH to Floor Club FL |
| 8/26/06 | New York, NY | Express; Morgane; Zara |
| 8/27/06 | New York, NY | New York Place: Arrive 8/25, Depart 8/27 |
| 8/28/06 | New Hartford, NY | Bath & Body Works; Macy's; H&M; Bed Bath & Beyond; Michael's; Matthew's Hallmark; Best Buy; Carmella's Cafe |
| | Rome, NY | Eckerd; Price Chopper |
| 8/29/06 | Rome, NY | Eckerd; Fast Trac Market |
| 8/30/06 | New Hartford, NY | Target; TJ Maxx |
| 8/31/06 | New Hartford, NY | Victoria's Secret |
| 9/1/06 | Syracuse, NY | Express, Banana Republic; Ann Taylor; Arden; H&M |
| | Naples, FL | Harrington's North |
| 9/3/06 | Rome, NY | Eckerd; Price Chopper; Radio Shack |
| 9/4/06 | Rome, NY | Hess |
| 9/5/06 | Dewitt, NY | Victoria's Secret |
| | Syracuse, NY | UPS Store; Pastabilities, Joey's |
| 9/6/06 | Lee, MA | Mikasa; American Eagle |
| | Cambridge, MA | Star Market |
| | Syracuse, NY | Hampton Inn: Arrive 9/5/06, Depart 9/6/06; Dakota's Brick House |
| | Old Chatham, NY | Citgo |
| 9/7/07 | Cambridge, MA | The Asgarid Irish Pub |
| 9/8/06 | Cambridge, MA | Star Market; BKST-Harvard-C-S; Border Cafe |
| 9/9/06 | Cambridge, MA | Economy True Value, Gap |

| | | |
|---|---|---|
| 9/10/06 | Cambridge, MA | Best Buy; Guess; Whole Foods; Borders Books; Dream Futon |
| 9/11/06 | Cambridge, MA | Star Market |
| 9/12/06 | Salt Lake, UT | Jet Blue: Boston to Dulles, Boston, Depart 9/18 |
| | Chestnut Hill, MA | Container Store |
| | Boston, MA | Exxon Mobil, Whole Foods |
| 9/13/06 | Cambridge, MA | Whole Foods, Containers Store; Wild Pair |
| 9/14/06 | Cambridge, MA | Walgreen's; Star Market; Bob Slate; Crate & Barrel; Harvard Bookstore |
| 9/15/06 | Cambridge, MA | Papyrus; Store to Door LLC; BKST-Harvard-C-S |
| 9/16/06 | Boston, MA | Madura; Thai Basil; Hollywood Nails; Filene's Basement; H&M; Neiman-Marcus; Banana Republic |
| 9/17/06 | Cambridge, MA | Economy True Value |
| 9/18/06 | Boston, MA | HMSHOST-BOS-AIRPT (Food/Bev) |
| 9/19/06 | Washington, D.C. | Smarte Carte |
| | Huntsville, AL | Hastings Business |
| 9/20/06 | Atlanta, GA | Delta: From Washington D.C. to LaGuardia, Depart 9/20; From LaGuardia to Boston, Depart: 9/20 |
| 9/21/06 | Washington, D.C. | Palomar DC |
| | Cambridge, MA | Star Market; Harvard Continuing |
| | Naples, FL | Harrington's North |
| 9/23/06 | Somerville, MA | AJ Wright; Target |
| | Cambridge, MA | Bertucci's |
| 9/24/06 | Somerville, MA | AJ Wright; Target |
| | Boston, MA | Karen Millen U.S.; The Artful Hand; Monroe Salt Works |
| 9/25/06 | Boston, MA | Madura |
| | Cambridge, MA | Star Market; Best Buy; H&M; Cheesecake Factory; Abercrombie & Fitch; Old Navy |
| 9/26/06 | Cambridge, MA | Whole Foods; Harvard Continuing; UPS Store |
| | Salt Lake, UT | Jet Blue: Boston to JFK, Ft. Myers, Depart: 9/29 |
| 9/29/06 | MA | Lavanderia; Hudson News |
| | Ft. Myers | SW FL Int'l Airport Parking Fees |
| | Naples, FL | Target |
| 9/30/06 | Naples, FL | The Home Depot |
| 10/2/06 | Naples, FL | Publix |
| 10/3/06 | Naples, FL | Walgreen; Marshalls; Harrington's North |
| 10//4/06 | MA | PTS |
| 10/5/06 | Naples, FL | Pad Thai Inc.; USPS; Office Depot |
| 10/6/06 | Naples, FL | The Fresh Market; Books A Million; Linens |

| | | |
|---|---|---|
| | | n Things; Naples Packaging |
| 10/8/06 | Naples, FL | Tri Amici Ristorante |
| 10/10/06 | Naples, FL | Naples Packaging |
| 10/11/06 | Salt Lake, UT<br><br>Phoenix, AZ<br><br>Boston, MA | Jet Blue: From Ft. Meyers to Boston, Depart 10/11<br>United Airlines: Boston to Chicago, Boston, Depart: 10/12<br>Smarte Carte |
| 10/11/06 | Paramus, NJ<br>FL | Coach USA O'Hare (or 10/12/06)<br>A.L.P.C. Limosine |
| 10/15/06 | Chicago, IL<br><br>Cambridge, MA | Hudson News; Comfort Suites: Arrive: 10/12<br>Depart: 10/15<br>Economy True Value |
| 10/16/06 | Cambridge, MA | Whole Foods; Thom Brown; CVS |
| 10/17/06 | Chicago, IL | SCI Carts-O'Hare Parking |
| 10/18/06 | Boston, MA | DSW Shoe; Macy's |
| 10/19/06 | Cambridge, MA | Whole Foods |
| 10/20/06 | Cambridge, MA | Star Market; Harvest; MBTA Central; BKST-Harvard |
| 10/21/06 | Boston, MA | Urban Outfitters; Sephora |
| 10/22/06 | Somerville, MA | AJ Wright; Target |
| 10/24/06 | Salt Lake, UT<br><br>Naples, FL | Jet Blue: Boston to JFK, Ft. Myers, Depart 10/24<br>Naples Transp & Tours |
| 10/25/06 | Naples, FL | The Fresh Market |
| 10/26/06 | Naples, FL | Harrington's North; Naples Packaging |
| 10/27/06 | Naples, FL | Mr. Toad's Toy Company; Geraci's Pizzeria; Citgo-7-Eleven |
| 10/30/06 | Naples, FL | Gap Kids; Abercrombie & Fitch; Suncoast; Macy's; Dillards; Chevron |
| 10/31/06 | Sarasota, FL<br>Fenton, MO | Exxon Mobil<br>United Van Lines |
| 11/1/06 | Brunswick, GA<br><br>NC<br>Lumberton, NC | Parker's Crispen; Fairfield Inn: Arrive 10/31, Depart 11/1/06<br>Trade Mart Gas<br>Atikinson's Cigar Citgo |
| 11/2/06 | VA<br>Chester VA<br>FL<br>Sturbid, MA<br>Newark, DE | Ann Taylor; Tysons Cornor<br>Homewood Suites: Arrive 11/1, Depart: 11/2<br>Dixie Plumbing<br>Exxon Mobil<br>Exxon Mobil |
| 11/3/06 | Cambridge, MA | Star Market |
| 11/4/06 | Boston, MA | Barami Studio; James Joseph Studio |
| 11/5/06 | NY | Aquinos Restaurant |
| 11/6/06 | Rome, NY | Lowes; Price Chopper; Citgo; Teddy's of Rome |

|  | Rockford, IL | Chronicles |
|---|---|---|
| 11/7/06 | Syracuse, NY | The Limited; Brookstone; Macy's; NY & Co.; Bath & Body Works; Erawan Thai |
| 11/8/06 | Syracuse, NY<br>Rome, NY | Applebees<br>Marshall's |
| 11/9/06 | Rome, NY | Teddy's of Rome |
| 11/10/06 | Fenton, MO<br>Rome, NY | United Van Lines<br>Price Chopper |
| 11/12/06 | Rome, NY | Price Chopper |
| 11/14/06 | Rome, NY | Staples; Blockbuster |
| 11/15/06 | New Hartford, NY | Lupinos Bella Cucina |
| 11/16/06 | Rome, NY | Exxon Mobil; Super Center |
| 11/17/06 | Rome, NY | Price Chopper |
| 11/21/06 | Syracuse, NY | Erawan Thai; Uno Chicago Grill; The Limited; Express; Macy's; Lord & Taylor; Gap; Abercrombie; American Eagle; Borders; Charlotte Russe |
| 11/22/06 | Rome, NY | Teddy's of Rome; Price Chopper |
| 11/25/06 | New Hartford, NY | Target; TJ Maxx; Best Buy; Bed Bath & Beyond; H&M; Pier 1; Staples; Citgo |
| 11/26/06 | NC | US Airways: Syracuse to Washington, DC , Depart 11/27 |
| 11/27/06 | Washington, D.C. | Filene's Basement; 5th Ave Beauty |
| 11/28/06 | Bonita Spring, Fl | Noland Plumbing |
| 11/29/06 | Syracuse, NY<br>Washington, D.C.<br>Phoenix, AZ | H&M; Forever 21; Victoria's Secret<br>Olssons Books; Williard Intercom<br>US Airways: Washington, DC to Syracuse<br>Depart: 11/29 |
| 11/30/06 | Rome, NY | Marshalls; Lowes; Price Chopper; Applebees |
| 12/2/06 | Syracuse, NY<br>Verona, NY | Macys; William-Sonoma<br>Savon Gas |
| 12/3/06 | Rome, NY | Joe Tahan's Furniture |
| 12/4/06 | Rome, NY | P&C Foods |
| 12/5/06 | New Hartford, NY | Bed Bath & Beyond; Macy's; H&M; Best Buy; Bremer's Wine & Liqour |
| 12/7/06 | Yorkville, NY<br>New Hartford, NY | Raymour & Flanigan; Joe Tahan's<br>Target; TJ Maxx; Express; Bed Bath & Beyond |
| 12/13/06 | Utica, NY | Original Grimaldi's |
| 12/15/06 | Rome, NY<br>Verona, NY | Hess<br>Savon Gas |
| 12/16/06 | Boston, MA | Fire & Ice |
| 12/18/06 | Cambridge, MA | Grendel's Den |
| 12/26/06 | Rome, NY | Savory Restaurant |
| 12/28/06 | Rome, NY | Staples |

| 12/29/06 | Syracuse, NY | Antonio's |
|---|---|---|
| 1/3/07 | Naples, FL | PF Changs |
| 1/4/07 | Naples, Fl | Citgo 7-Eleven; Naples Jaguar Landrover; Ritz Carlton: Arrive 1/2, Depart ¼ |
| 1/5/07 | Marco Island, FL | Winn-Dixie |
| 1/10/07 | Naples, Fl | AP Naples Children |
| 1/11/07 | Naples, FL | Robb & Stucky |
| 1/13/07 | Marco, FL | Chevron |
| 1/14/07 | Naples, FL | Bealls Coastal; TJ Maxx |
| 1/15/07 | Seefner, FL Bonita Springs, FL | Rooms to Go The Floor Club |
| 1/16/07 | Rome, NY Marco Island, FL | D and D Carpets Walgreen; Bill Smith Inc |
| 1/17/07 | Naples, Fl | Home Depot |
| 1/19/07 | Naples, FL | Haverty's; Marshalls |
| 1/20/07 | Marco Island, FL | Bealls Outlet |
| 1/22/07 | Naples, Fl | Bed Bath & Beyond; Target; Hess |
| 1/23/07 | Naples, FL | CostCo |
| 1/26/07 | Naples, FL | Publix |
| 1/29/07 | Naples, FL | AP Naples Children |
| 1/30/07 | Naples, FL | AP Naples Children; Sunoco |
| 1/31/07 | Rome, NY | Fast Trac Market |
| 2/2/07 | Naples, FL | Anchor Rode |
| 2/9/07 | Marco Island, FL | USPS |
| 2/11/07 | Marco Island, FL | NW Pet Corp |
| 2/12/07 | Naples, FL | Borders Books |
| 2/13/07 | Naples, FL | Cheesecake Factory |
| 2/15/07 | Salt Lake, UT | Jet Blue: Syracuse to JFK, FT. Myers, Depart: 2/19 |
| 2/17/07 | Naples, FL | Comcast |
| 2/18/07 | Marco Island, FL | Progressive Auto |
| 2/19/07 | New York, NY | Pepolino Restaurant |
| 2/20/07 | New York, NY | Asia De Cuba at Morgans; Del Posto |
| 2/21/07 | Fort Myers, FL Naples, FL | SW FL Int'l Airport Parking Fees Carrabba's |
| 2/22/07 | NY | Tribeca Grand Hotel |
| 2/23/07 | Naples, FL | Barnes & Noble |
| 2/24/07 | Naples, FL | Exxon Mobil |
| 2/26/07 | Marico Island, FL Mamaroneck, NY | Progressive Auto; Doino Classic Trans Carmel Car Service |
| 3/2/07 | Naples, Fl | Naples Packaging; Chevron |
| 3/9/07 | Naples, FL | Best Buy; CostCo |
| 3/10/07 | Naples, Fl | Tickled Pink |
| 3/12/07 | Naples, Fl | Barnes & Noble; Anne Fontaine Paris |
| 3/13/07 | Bonita Springs, FL | Circle K |

9

| | | |
|---|---|---|
| | Estero, FL | Mobelform; Guess; Black & Lenet; Ellen Tracy; Jardin de Ville |
| | Naples, Fl | USPS |
| 3/14/07 | Marco Island, FL | Critter Café |
| 3/15/07 | Naples, FL | PF Changs; Home Depot; Shane's Rib Shack |
| 3/16/07 | Fl | Publix; Tuesday Morning |
| 3/17/07 | FL | Marshalls; Linens n Things |
| 3/18/07 | Naples, FL | TJ Maxx; Bottoms Up Liquor; Stein Mart; Chevron |
| 3/19/07 | Naples, FL | Ben Franklin Plumbling |
| 3/20/07 | FL | Home Depot; Supercuts; Pier 1; USPS |
| 3/21/07 | Naples, FL | Best Buy; Wild Oats |
| 3/22/07 | Naples, FL | Pad Thai Inc.; Publix |
| 3/23/07 | Naples, FL | USPS |
| 3/25/07 | Naples, FL | Wild Oats; Best Buy; TJ Maxx; Target |
| 3/26/07 | Naples, FL | Stein Mart |
| 3/27/07 | Phoenix, AZ | US Airways: From Ft. Myers to NC, Depart 3/28 |
| | Naples, FL | Robb & Stucky |
| 3/28/07 | Ft. Myers, FL | Paradies; HMS Host RSW Airport |
| | Naples, FL | Stein-Mart |
| 3/31/07 | Jamestown, NC | Drexel Heritage |
| | Greensboro, NC | Hertz: 3/28-3/31; Embassy Suites: Arrive 3/28, Depart 3/31 |
| 4/1/07 | Naples, FL | Publix |
| 4/2/07 | Naples, FL | Target |
| 4/3/04 | Naples, Fl | Tuesday Morning; USPS; Marshalls; Bottoms Up Liquor; Pier 1; Same Day Cleaners; Linens n Things; Harringtons North |
| 4/5/07 | Naples, FL | Best Buy; Pet Co; Publix; Target; TJ Maxx; Wild Oats |
| 4/6/07 | Naples, FL | Target; Publix; Chevron; TJ Maxx; Wild Oats |
| 4/7/07 | Naples, FL | Publix; Bottoms Up Liquor |
| 4/9/07 | Naples, FL | Costco; Express; Victoria's Secret; Dillard |
| 4/10/07 | Estero, FL | Aldo; Nine West; TJ Maxx; Bed Bath & Beyond; Victoria's Secret; Guess; Kirklands |
| | Bonita Springs, FL | Shane's Rib Shack; DSW |
| 4/13/07 | Naples, FL | Publix; Macy's; Gap; Body Shop; Dixon's Towing |
| 4/14/07 | Naples, FL | Shell Oil |
| 4/15/07 | Naples, FL | Publix |
| 4/16/07 | Naples, FL | The Diplomat; USPS; SweetBay |
| 4/18/07 | Naples, FL | Brio Naples |

| 4/19/07 | Estero, FL<br><br>Naples, FL | Pet Smart; Trendy With A Twist; Swoozies; TJ Maxx;<br>Hertz: Rental: 4/14-4/19 |
|---|---|---|
| 4/20/07 | Estero, FL<br>Naples, FL | Jardin De Ville<br>Cheesecake Factory |
| 4/21/07 | Naples, FL | Roys |
| 4/22/07 | Naples, FL | Bottoms Up Liquor; Publix; Stein Mart |
| 4/24/07 | Estero, FL<br>Naples, FL | Jardin De Ville<br>Chevron, Harrington's |
| 4/25/07 | Leesburg, FL<br>Lake Wales, FL | Circle K<br>JCPenney |
| 4/26/07 | Haines City, FL<br>Jax Beach, FL | Beef O' Brady's; Leila Delicious Fashion; Rosie True; CVS; Elizabeth's Tea Room |
| 4/27/07 | Jacksonville, FL | World Grill; Davari Salon |
| 4/29/07 | Jacksonville, FL | Chevron; Mikasa; Tommy Bahama; Polo Factory; Quality Suites: 4/25-4/29; Corning Revere; Hess |
| 4/30/07 | Jacksonville, FL<br>Naples, FL | Quality Suites: 4/25-4/30<br>Brio Naples; Wild Oats; Barnes & Noble; White House Blk Mkt |
| 5/1/07 | Naples, FL | USPS; Target; Home Depot; Walgreen; Publix; Borders Books |
| 5/2/07 | Naples, FL<br>Jacksonville, FL | Naples Packaging<br>Quality Suites: 4/25-5/02 |
| 5/3/07 | Naples, FL | Naples Packaging |
| 5/4/07 | Naples, FL | PF Changs; Best Buy |
| 5/5/07 | Naples, FL | Brio Naples; Max Mara; UNISA; Dillard; Gap |
| 5/7/07 | Naples, FL | Exxon Mobil; Noodles Italian; Drivers Village Coll. |
| 5/8/07 | Naples, FL | Naples Packaging |
| 5/9/07 | Palm Beach, Fl | Trevini Restaurant |
| 5/10/07 | Naples, FL<br>Palm Beach, FL | Brick Tops<br>Chesterfield Hotel: 5/9-5/10 |
| 5/11/07 | Naples, FL | Chevron; Anne Fontaine Paris; Banana Republic; Naples Packaging |
| 5/12/07 | Daytona Beach, FL | Hess |
| 5/13/07 | Yemassee, SC<br>St. George, SC<br>Emporia, VA | Hampton Inn: 5/12-5/13<br>Shell Oil<br>Shell Oil |
| 5/14/07 | Largo, MD<br>Central Valley, NY<br><br>Frankfort, NY<br>Penns Grove, NJ | Hampton Inn: 5/13-5/14<br>Jimmy Choo; MaxMara; Burberry; General Store<br>Exxon Mobil<br>Sunoco |
| 5/15/07 | Chicago-Aurora, IL | General Store |

11

| | Cicero, NY | Burdick Volkswagon |
|---|---|---|
| 5/16/07 | Syracuse, NY | Julie's Place |
| 5/17/07 | Rome, NY | Walmart; Erie Blvd. Fash |
| 5/20/07 | Cambridge, MA<br>NY | Star Market<br>Sunoco |
| 5/21/07 | Cambridge, MA | Pyara Spa and Salon |
| 5/22/07 | Cambridge, MA | Whole Foods |
| 5/25/07 | Cambridge, MA<br>Boston, MA | Old Navy; Banana Republic; Macy's<br>Karen Millen; Nine West; |
| 5/28/07 | Cambridge, MA | Walgreen |
| 5/29/07 | Cambridge, MA<br>Chestnut Hill, MA | Whole Foods<br>Sephora; Macy's |
| 5/30/07 | Cambridge, MA | UPS Store |
| 6/1/07 | Naples, FL | Harrington's North |
| 6/2/07 | Boston, MA | MBTA-Harvard; BKST-Harvard; Fire and Ice; Trattoria Il Panino |
| 6/4/07 | Charlton, MA<br>Rutherford, CA | Exxon Mobil<br>Hotel de Soleil |
| 6/7/07 | Rome, NY | Applebees |
| 6/8/07 | Rome, NY | Price Chopper |
| 6/9/07 | Rome, NY | Radio Shack |
| 6/10/07 | Utica, NY | Original Grimaldi's |
| 6/11/07 | New York | Time Warner Cable |
| 6/13/07 | New Hartford, NY<br><br>Rime, NY | H&M; Macy's; Bed Bath & Beyond; Express; JC Penny; New York & Company; TJ Maxx;<br>Eckerd |
| 6/14/07 | Rome, NY<br>Naples, FL | Marshalls; Rue 21<br>Harrington's North |
| 6/15/07 | Syracuse, NY<br>Port Byron, NY | Cash; Lord and Taylor; Hoyt Carousel Mall<br>Exxon Mobile |
| 6/16/07 | Rome, NY | Sirius Radio; Rite Aid; Eckerd Drug; Price Chopper |
| 6/17/07 | Rome, NY | Rite Aid; York Liquors; Eckerd Drug |
| 6/18/07 | Rome, NY | Wal-Mart; Sunoco; |
| 6/19/07 | New York, NY | Salon AKS; Saks Fifth Ave; |
| 6/20/07 | New York, NY | Waldorf Astoria Garage; Exxon Mobile; |
| 6/21/07 | New York, NY | Waldorf Astoria: arrive: 6/18 depart: 6/21<br>Price Chopper |
| 6/22/07 | Rome, Ny | Hess |
| 6/23/07 | Costa Mesa, CA | Christian Dior; |
| 6/24/07 | San Francisco, CA | Campton Place – arrive: 6/23 depart: 6/24 |
| 6/25/07 | Helena, CA | Dean & Deluca; Foot Candy |
| 6/26/07 | Rutherford, CA | Spa Du Soleil |
| 6/27/07 | Rutherford, CA | Hotel Du Soleil – arrive: 6/24 depart 6/27 |

12

|  | Hawthorne, NV | Shell Oil |
|---|---|---|
| 6/28/07 | Las Vegas, NV | Shoe In; Louis Vuitton; Chanel |
| 6/29/07 | Las Vegas, NV | MaxMara; Jimmy Choo; MAC; |
| 6/30/07 | Las Vegas, NV | MGM Robuchon-Mansion |
| 7/1/07 | Las Vegas, NV | Wynn Las Vegas Hotel – arrive: 6/27 depart: 7/1 |
| 7/3/07 | Westbury, NY | Barnes & Noble |
| 7/3/07 | Syracuse, NY<br><br>Rome, NY | A Eagle Outfitter; Verizon; Babies R Us; Banana Republic; H&M;<br>Fort Stanwix |
| 7/6/07 | Yorkville, NY<br>New Hartford, NY | Raymour & Flanigan<br>TJ Maxx; Pier 1 |
| 7/7/07 | New Hartford, NY<br>Rome, NY | Target<br>Price Chopper |
| 7/12/07 | Syracuse, NY | Charlette Russe; Forever 21; Lens Crafters; Joey's |
| 7/13/07 | Rome, NY | Marhsalls |
| 7/14/07 | Rome, NY | Hess |
| 7/15/07 | New Hartford, NY | Barnes and Noble |
| 7/16/07 | Rome, NY | Marshalls; Good Year; Bostwicks Liquors |
| 7/17/07 | New York | Express;Vong/Lipstick Café; Citgo; |
| 7/18/07 | New York, NY<br>Naples, FL<br><br>Woodbury, NY<br>Central Vlly, NY | ABC Carpet; Fresco by Scotto: New York Palace Hotel – arrive:7/17 depart:7/19<br>Harrington's North<br>Burberry #51; Dooney & Bourke; Furla<br>Saks Fifth Ave |
| 7/20/07 | New York | NYSTA E-Z Pass NY Staten Island |
| 7/22/07 | Rome, NY | Price Chopper |
| 7/23/07 | Rome, NY | Joe Tahan's Furniture |
| 7/25/07 | Burn, MA<br>Naples, FL | Store to Door<br>Ron Howard, MD |
| 7/26/07 | Rome, NY | Eckerd Drug |
| 7/27/07 | Natick, MA<br>Little Falls, NY<br>Stoughton, MA<br>Somerville, MA | Exxon Mobil;<br>Exxon Mobil<br>Ikea<br>Dali REstaruant |
| 7/29/07 | Boston, MA | Ann Taylor; Crate & Barrel; Strega Ristorante; |
| 7/31/07 | Blandford, MA<br>Woburn | Exxon Mobil<br>Store to Door; |
| 8/2/07 | Syracuse, NY<br>Rome, NY | Borders; H&M<br>Black River; Fort Stanwix |
| 8/4/07 | Rome, NY | Savoy Restaurant |
| 8/5/07 | Rome, NY | P&C Foods |
| 8/6/07 | Rome, NY | Applebee's |

13

| 8/7/07 | Rome, NY | Staples; Marshalls |
|---|---|---|
| 8/9/07 | Hartford, NY | Michael's Stores; Bed Bath & Beyond; TJ Maxx |
| 8/10/07 | Rome, NY | Joe Tahan's Furniture; Price Chopper |
| 8/13/07 | Rome, NY | Hess |
| 8/14/07 | New York, NY<br>East Hampton, NY | Sephora; Rue 57<br>Café Gray |
| 8/15/07 | New York, NY | Haru; Laser & Skin Surgery; Le parker Meridien arrive: 8/14 depart: 8/15 |
| 8/17/07 | Cambridge, MA | BO Concept Boston |
| 8/20/07 | Rome, NY | P & C Foods; Marshalls; Bostwicks; Staples; |
| 8/21/07 | | Baggage Insurance Premium; Airflight Insurance Premium |
| 8/22/07 | Syracuse, NY | Lord and Taylor; Urban Behavior; JC Penny; Erawan Thai Restaurant; DSW Show Warehouse; Olney's Flowers; |
| 8/24/07 | Rome, NY | Lowes; Staples |
| 8/25/07 | Rome, NY | Price Chopper |
| 8/28/07 | Hartford, NY | Sears Roebuck |
| 8/29/07 | Rome, NY | York Liquors; Price Chopper; The Savoy; |
| 8/30/07 | New Hartford, NY | Macy's; Toys R Us; Target; Gap; |
| 8/31/07 | <br>Rome, NY | Delta Airlines<br>Hess; Price Chopper |
| 9/1/07 | New Port, RI | Breakers Tickets |
| 9/2/07 | Nantucket, MA | East Coast Cashmere; Mallary Afano; Murray's Toggery Galley Beach; Café V; Haberdahsery of New Nantucket |
| 9/3/07 | Boston, MA<br>Central Valley, NY<br>Providence, RI | Mama Maria<br>Loro Piana; Valentino<br>All Occasion Limo; |
| 9/5/07 | Rome, NY | Medicine Palace; Teddy of Rome; |
| 9/6/07 | Horsham, PA<br>Syracuse, NY<br>Naples, FL | Nutri System<br>Time Warner Cable<br>Harrington's North |
| 9/7/07 | Rome, NY | Staples |
| 9/9/07 | New Hartford, NY | TJ Maxx; |
| 9/10/07 | New Hartford, NY<br><br>Hakensack, NJ | Macy's; The Phoenician Restaurant; Express; Kohl's; TJ Maxx<br>A Pegasus Limo |
| 9/11/07 | Rome, NY | Rite Aid; Price Chopper |
| 9/12/07 | Syracuse, NY | Banana Republic; Gap; Ann Taylor; Midas Lord and Taylor; J Crew; Sports Authority; The Savoy; |
| 9/15/07 | Rome, NY | Hess; Eckerd; Price Chopper |
| 9/16/07 | Central Valley, NY | Guess Factory Store; Timberland Outlet; |

| | | |
|---|---|---|
| | New York, NY | Michael Kors; Burberry; Anne Fontaine; Sunoco<br>Bolo |
| 9/17/07 | New York, NY | Telecharge Ticketing – Avenue Q; Beach Bum Tanning; Il Cortile Restaurant; Gap; Allure Day Spa; |
| 9/18/07 | Paramus, NJ<br><br>New York, NY | Nordstrom; The Limited; Guess; Neiman Marcus;<br>Caffe Napoli; |
| 9/19/07 | <br><br><br><br>New York, NY | Delta date: 8/30 from: JFK to: Rome DaVinci<br>Delta date: 8/19 from JFK to: Rome Da Vinci<br>City Hall Restaurant |
| 9/20/07 | New York, NY | Saks Fifth Avenue: New York Palace Hotel: arrive: 9/16/07 depart: 9/20/07 |
| 9/21/07 | New York, NY | New York Palace Hotel: arrive: 9/16/07 depart: 9/20/07 |
| 9/22/07 | Rome, NY | Marshalls; Blockbuster Video; Fort Stanwix; |
| 9/23/07 | Rome, NY | Rite Aid; Price Chopper; |
| 9/24/07 | Rome, NY | USPS |
| 9/25/07 | Mamaroneck, NY<br>New Hartford, NY<br>Rome, NY | Carmel Car Service;<br>Victoria's Secret; H & M; TJ Maxx<br>Beeches, Hess |
| 9/26/07 | Dewitt, NY<br>Fayetteville, NY | Dick's Sporting Goods;<br>Bonefish; |
| 9/27/07 | Fayetteville, NY<br>Syracuse, NY<br><br>Dewitt, NY | Target; TJ Maxx<br>Gertrude Hawk Candy; Applestore; Lord and Taylor; Borders; Banana Republic<br>Spirit Halloween |
| 9/28/07 | New York, NY | Elm Health 1 |
| 9/30/07 | Rome, NY | Price Chopper; Amazon.com; |
| 10/1/07 | | US Airways: Depart: 10/8 from: Greensboro, NC to Ft. Meyers, FL Passenger Uvann, Michael J. |
| 10/3/07 | <br><br>Rome, NY | Bagagge Insurance Premium; Airflight Insurance Premium<br>Marshalls; Rite Aid; JC Penny; Staples; |
| 10/4/07 | Westbury, NY | Barnes & Noble |
| 10/5/07 | New York | EZ Pass; Original Grimaldi's Restaurant |
| 10/7/07 | Rome, NY | Hess |
| 10/8/07 | Rome, NY<br>Florida | Price Chopper; Apple on line stores<br>Gary M. Price, MD |
| 10/10/07 | <br>Central Valley, NY | US Airways - departure: 10/10<br>Skechers |

|  | New York, NY<br>Wallkill | Waldorf Astoria<br>Sunoco |
|---|---|---|
| 10/12/07 | <br><br>Rome, NY | Airflight Insurance Premium; Baggage<br>Insurance Premium<br>Eckerd Drug |
| 10/13/07 | Firenze, Italy | Max Mara |
| 10/14/07 | Firenze, Italy<br>Cortona, Italy | Soggiorno Rondinelli Lodging;<br>Osteria Del Teatro |
| 10/15/07 | Cortona, Italy | I Rocchi; Galleria Nzionale; |
| 10/17/07 | Montepulciano, Italy | Fatamorgana |
| 10/18/07 | Central Valley, NY<br>Follonico, Italy<br>Roma, Italy | Oscar De La Renta;<br>Albergo Rist La Chiumonte<br>Femme Sistina; Gianfranco Ferre; |
| 10/19/07 | Roma, Italy | Hotel Eden; Prada Stores; Stesami Wolford; |
| 10/20/07 | Roma, Italy<br>Fiufiumicino | Hotel Eden<br>Dufry Italia DFS; Ferrari Shop; Gucci; |
| 10/21/07 | Rome, NY | Price Chopper; |
| 10/23/07 | Rome, NY | Marshalls; Staples; |
| 10/24/07 | New Hartford, NY<br><br><br>Utica, NY | Bed Bath & Beyond; Express; Macy's; TJ<br>Maxx; Tom Cavallo's Restaurant;<br>Kirkland's;<br>Uptown Fastra |
| 10/25/07 | Syracuse | Aeropostale; Macy's; Express; Borders;<br>Forever 21; |
| 10/27/07 | New York<br>Rome, NY | NYSTA EZ Pass NY Staten Island<br>Eckerd Drug; Price Chopper; Black River; |
| 10/30/07 | New York, NY<br>Rome, NY | Elm Health<br>Marshalls; JC Penny; Rue 21 |
| 11/01/07 | Utica, NY | Pearle Vision; BJ's |
| 11/2/07 | Rome, NY | Lowes; Walmart; |
| 11/4/07 | Rome, NY | Price Chopper |
| 11/6/07 |  | JetBlue – departure: 11/6 from: Syracuse to:<br>JFK |
|  |  |  |