**EXHIBIT 7**

**NAPLES HealthCare Associates**

*Personalized Physician Care*

November 14, 2007

Ms. Jane Halbritter
8231 Bay Colony Dr.
Naples, FL 34108

Re:   Patient Advantage Program
      Enrollment Date:  1/25/2007
      Renewal Date:     1/25/2008
      Renewal Cost:     $5,000

Dear Ms. Halbritter:

   Thank you for participating in our Concierge Medicine Program. We hope that we have been able to fulfill your expectations in respect to quality, service and convenience.

   Our goal continues to be to provide the highest level of service possible to our Members and we look forward to continuing to meet your needs this coming year. For your convenience, I have attached a renewal form, which you should complete and forward it in the self-addressed stamped envelope.

   Thank you for your cooperation. If you have any questions, please feel free to call me at 239-596-8899.

                                              Sincerely,

                                              *Cathy R. Stroutsos*

                                              Cathy R. Stroutsos
                                              Director of Membership Services

Gulf Coast Medical Arts Center
1890 Southwest Health Parkway Suite 203 • Naples, Florida 34109
Tel: 239-596-1111 • Fax: 239-596-1659

*Lou Cracken* (signature)

212-571 0555

Patient Advantage Program
NAPLES Health Care Associates
Tel: (239) 596-1111
Fax: (239) 592-6513
Dr. Kravis Cell: (239) 825-6405
Email: pap@napleshealthcare.org
Gulf Coast Medical Arts Center
1890 SW Health Pkwy • Suite 203 • Naples, FL 34109