**EXHIBIT 8**

Case 1:07-cv-03848-WHP   Document 26-14   Filed 01/18/2008   Page 1 of 7

**Psychopharmacology Consultants**
5445 PARK CENTRAL COURT
NAPLES, FL 34109
(239)592-7535

12/14/2007

Page: 1

Patient: JANE HALBRITTER
100 N GARDEN STREET
ROME, NY 13440

**Instructions:**
Complete the patient information portion of your insurance claim form. Attach this bill, signed and dated, and all other bills pertaining to the claim. If you have a deductible policy, hold your claim forms until you have met your deductible. Mail directly to your insurance carrier.

Chart #: HAIJA000
Case #: 18553

| Date | Description | Procedure | Modify | Dx 1 | Dx 2 | Dx 3 | Dx 4 | Units | Charge |
|---|---|---|---|---|---|---|---|---|---|
| 3/20/2006 | | | | | | | | 1 | 1,200.00 |
| 4/4/2006 | | | | | | | | 1 | 0.00 |
| 4/18/2006 | | | | | | | | 1 | 0.00 |
| 5/25/2006 | | | | | | | | 1 | 200.00 |
| 5/25/2006 | | | | | | | | 1 | -200.00 |
| 7/5/2006 | | | | | | | | 1 | 200.00 |
| 7/5/2006 | | | | | | | | 1 | -1,400.00 |
| 10/3/2006 | | | | | | | | 1 | 200.00 |
| 10/3/2006 | | | | | | | | 1 | -200.00 |
| 10/10/2006 | | | | | | | | 1 | 200.00 |
| 10/10/2006 | | | | | | | | 1 | -200.00 |
| 10/26/2006 | | | | | | | | 1 | 200.00 |
| 10/26/2006 | | | | | | | | 1 | 0.00 |
| 1/5/2007 | | | | | | | | 1 | -200.00 |
| 1/5/2007 | | | | | | | | 1 | 200.00 |
| 1/5/2007 | | | | | | | | 1 | -200.00 |
| 1/19/2007 | | | | | | | | 1 | 200.00 |
| 1/19/2007 | | | | | | | | 1 | -200.00 |
| 3/16/2007 | | | | | | | | 1 | 200.00 |
| 3/16/2007 | | | | | | | | 1 | -200.00 |
| 7/12/2007 | | | | | | | | 1 | 200.00 |
| 7/12/2007 | | | | | | | | 1 | -200.00 |
| 9/5/2007 | | | | | | | | 1 | 200.00 |
| 9/5/2007 | | | | | | | | 1 | -200.00 |

**Provider Information**
Provider Name: JAMES A. HALIKAS MD
License: ME0069324
Insurance PIN:
SSN or EIN: 59 3529928

Total Charges: $ 3200.
Total Payments: -$ 3200.
Total Adjustments: $ 0.
Total Due This Visit: $ 0.
Total Account Balance: $ 0.

Assign and Release: I hereby authorize payment of medical benefits to this physician for the services described above. I also authorize the release of any information necessary to process this claim.

Patient Signature: _____    Date: _____

**EXHIBIT 9**

Case 1:07-cv-03848-WHP   Document 26-14   Filed 01/18/2008   Page 3 of 7





# JAGUAR - ASTON MARTIN NAPLES
850 NORTH TAMIAMI TRAIL    NAPLES, FL 34102
TELEPHONE (239) 263-6070   FAX (239) 263-8058
STATE OF FLORIDA REGISTRATION: MV - 01944

# LANDROVER NAPLES
40 GOODLETTE ROAD   NAPLES, FL 34102
TELEPHONE (239) 649-4241   FAX (239) 649-6356
STATE OF FLORIDA REGISTRATION: MV - 51919

PLEASE SEE REVERSE SIDE FOR INFORMATION REGARDING REPAIRS

| CUSTOMER NO. | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 501468 | THOMAS TIPTON   473 | 582 | 10/31/06 | LRCS10049 |

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 9,250 | WHITE/ALPAC | |

| YEAR/MAKE/MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 06/LAND ROVER/RANGE ROVER SPO/4 DOOR | 11/23/05 | |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| SALSF25496A921031 | | |

| R.T.E. NO. | P.O. NO. | B.O. DATE | |
|---|---|---|---|
| | | 08/23/06 | REPRINT# 2 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | MILEAGE OUT |
|---|---|---|---|
| 515-271-8734 | | EP 4.9 LITER | MO: 9250 |

```
                                  JOB # 4 TOTAL LABOR & PARTS
J# S+30LRZ08       AUTO TRANS RECALL        TECH(S):378            WARRANTY
Added Operation    (37TIPTONT @ 10/31/2006 10:19)
               B023 IMPROPER FUNCTION OF THE AUTOMATIC TRANSMISSION RECALL
               PERFORM B023 MODIFICATION
PARTS------QTY---FP-NUMBER---------------DESCRIPTION------------------UNIT PRICE
                                  JOB # 5 TOTAL PARTS
                                  JOB # 5 TOTAL LABOR & PARTS
COMMENTS
THERE HAVE BEEN SEVERAL PARTS DELAYS ON THIS VEHICLE. THE LAST
ENCOUNTERED WAS DUE TO THE BODY CONTROL MODULE/FUSEBOX. CURRENTLY
THE POWER SUNROOF DOES NOT WORK, THE DRIVERS POWER SEAT WORKS IN
INTERVALS OF 2 INCHES AT A TIME AND THE ADAPTIVE HEADLAMPS DO
NOT FUNCTION. THESE ARE ALL RELATED TO AN APPEARANT FAULTY CODED
PART SUPPLIED BY LANDROVER. THERE IS A PARTS WARRANTY ON THESE
REPAIRS. CURRENTLY THE PROMISE DATE FOR THE FUSE BOX IS LAST
WEEK OF NOVEMBER.
DELETED OPERATION(S):
00LRZ           QUICK SERVICE
TOTALS
***********************************************************
* NEXT RECOMMENDED SERVICE:                                *
* 01/31/2007 / 10000 MI 01JAZ010      10000 MILE SERVICE   *
***********************************************************
```

**ALL PARTS ARE NEW UNLESS OTHERWISE INDICATED**

REDACTED

TOTAL LABOR....
TOTAL PARTS....
TOTAL SUBLET...
TOTAL G.O.G....
TOTAL MISC CHG.
TOTAL MISC DISC
TOTAL TAX......

REDACTED

**TOTAL INVOICE $**

CUSTOMER SIGNATURE
*************************      D U P L I C A T E   I N V O I C E      *****************************

The Travelers Indemnity Company

DATE: 10/20/06
LOSS DATE: 07/10/06
FILE NUMBER: 263 AD URH0811 N

JANE A HALBRITTER
23 SIDNEY STREET
CAMBRIDGE MA 02139

AGENT:
STAGNITTA INSURANCE AGCY

ACCOUNT NAME:
JANE A HALBRITTER

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## EXPLANATION OF PAYMENT

COMPREHENSIVE
　AUTO MISCELLANEOUS
TOTAL PAID

REDACTED

DAMAGES TO YOUR VEHICLE

FOR ADDITIONAL INFORMATION, CONTACT: KEVIN BUCKLEY AT (518)862-7835

293001643
DETACH CHECK

UNSUMM -050799
OVRPUNS1-12129E
DETACH CHECK

Citibank Delaware
One Penn's Way
New Castle DE 19720

The Travelers Indemnity Company
PO BOX 22005
ALBANY NY 12201-2005
(518)862-7835

883B    74401803    62-20/311
THIS CHECK HAS A RED BACKGROUND

DATE          ACCOUNT NUMBER       FILE NUMBER
10/20/06          J98              263 AD URH0811 N

VOID IF NOT PRESENTED WITHIN
ONE YEAR AFTER DATE OF ISSUE

REDACTED

PAY: $                    KJB

PAY
TO THE        LAND ROVER OF NAPLES
ORDER OF      AND JANE A HALBRITTER
              40 GOODLETTE
001643        NAPLES FL 34102
UA01643

_Douglas H. Russell_
AUTHORIZED SIGNATURE

⑈74401803⑈  ⑆031100209⑆    386226 73⑈

EXHIBIT 10

004474/01157 F3115AH7 6483 11/18/07

**NEW YORK STATE INSURANCE IDENTIFICATION CARD**

341
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

NAME AND ADDRESS OF ISSUER:   AGENT: 0FK525

TRAVELERS
P.O. BOX 4831, SYRACUSE, NY, 132214831

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

HALBRITTER, JANE

8231 BAY COLONY DR
NAPLES FL 34108

Policy Number: 9788883442 101 2
Effective Date: 12/07/2006 12:01 a.m.
Expiration Date: 12/07/2007 12:01 a.m.

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2006    BMW
Year    Make

WBAEK134X6CN76140
Vehicle Identification Number

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.
**See Important Notice On Reverse Side**   FS-20
Rev. 8-01



---

**NEW YORK STATE INSURANCE IDENTIFICATION CARD**

341
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

NAME AND ADDRESS OF ISSUER:   AGENT: 0FK525

TRAVELERS
P.O. BOX 4831, SYRACUSE, NY, 132214831

An authorized NEW YORK insurer has issued an Owner's Policy of Liability Insurance complying with Article 6 (Motor Vehicle Financial Security Act) of the NEW YORK Vehicle and Traffic Law to:

HALBRITTER, JANE

8231 BAY COLONY DR
NAPLES FL 34108

Policy Number: 9788883442 101 2
Effective Date: 12/07/2006 12:01 a.m.
Expiration Date: 12/07/2007 12:01 a.m.

(Not acceptable to obtain registration after 45 days from effective date.)
Applicable with respect to the following Motor Vehicle:

2006    BMW
Year    Make

WBAEK134X6CN76140
Vehicle Identification Number

REPLACEMENT VEHICLE NOTATION:
DMV WILL ONLY PROCESS A VEHICLE CHANGE (RE-REGISTRATION) USING THE REPLACED VEHICLE'S CURRENT REGISTRATION.
**See Important Notice On Reverse Side**   FS-20
Rev. 8-01