**EXHIBIT 11**

REDACTED

▼ DETACH HERE ▼

---

| Form **4868** Department of the Treasury Internal Revenue Service | **Application for Automatic Extension of Time To File U.S. Individual Income Tax Return** For calendar year 2006, or other tax year beginning _____, 2006, ending _____ | OMB No. 1545-0074 **2006** |

### Part I  Identification

**1 Your name(s)**
JANE HALBRITTER

**Address**
8231 BAY COLONY DRIVE   APT. NO. 1702

**City, town or post office, state, and ZIP code**
NAPLES, FL  34108-7794

| 2 Your social security number | 3 Spouse's social security number |
|---|---|
| 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 | |

### Part II  Individual Income Tax

4  Estimate of total tax liability for 2006 ... $ ■■■
5  Total 2006 payments ........................... ■■■
6  Balance due. Subtract line 5 from line 4 .. ■■■
7  Amount you are paying ▶ ................... ■■■
8  Check here if you are "out of the country" and a U.S. citizen or resident ............................................ ▶ ☐
9  Check here if you file Form 1040NR or 1040NR-EZ and did not receive wages as an employee subject to U.S. income tax withholding ▶ ☐

LHA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.                     Form **4868** (2006)

618711
10-30-06

1

P.03/06                                                                                         DEC-21-2007 16:17



**2006**
**New York State Department of Taxation and Finance**
**Application for Automatic Six-Month Extension of Time to File for Individuals**

IT-370

| | | |
|---|---|---|
| 1 | New York State income tax liability for 2006 | 1. _____ |
| 2 | New York City income tax liability for 2006 | 2. REDACTED |
| 3 | Yonkers income tax liability for 2006 | 3. _____ |
| 4 | Sales and use tax due for 2006 (enter this amount here and on line 1 below) | 4. _____ |
| 5 | Total taxes (add lines 1 through 4) | 5. _____ |
| 6 | Total 2006 income tax already paid | 6. REDACTED |
| 7 | Total payment (subtract line 6 from line 5 and enter this amount here and on line 2 below). If line 6 is more than line 5, enter 0.00 | 7. _____ |

668301
12-02-06

▼ Detach here ▼

**2006**  New York State Department of Taxation and Finance
**Application for Automatic Six-Month Extension of Time to File for Individuals**                                                  **IT-370**

To get this extension, you must pay in full the balance due with this form. Attach check or money order payable to **New York State Income Tax**; write your social security number and 2006 Income Tax on your remittance and staple it to the top of this form.

Your social security number (SSN): 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
Spouse's SSN:

Mark an X in the box for each tax that you are subject to:
New York State tax **X**   New York City tax ___   Yonkers tax ___

Your first name and middle initial: JANE
Your last name: HALBRITTER

Spouse's first name and middle initial:
Spouse's last name:

Dollars | Cents
1. Sales and use tax    REDACTED
2. Total payment

Mailing address: 8231 BAY COLONY DRIVE
Apartment number: 1702
City: NAPLES    State: FL    ZIP code: 34108-7794

3701061019

3701061019  116444582  9    29623

P.05/06

DEC-21-2007 16:17

IRS Internal Revenue Service
P.O. BOX 9021
HOLTSVILLE NY 11742-9021

JANE HALBRITTER
8231 BAY COLONY DR APT 1702
NAPLES FL 34108-7794278

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0142428150
BODCD-SB

Use for inquiries only
Letter Number: LTR0168C
Letter Date : 2007-10-12
Tax Period : 200412

*116444582*

INTERNAL REVENUE SERVICE
P.O. BOX 9021
HOLTSVILLE NY 11742-9021

JANE HALBRITTER
8231 BAY COLONY DR APT 1702
NAPLES FL 34108-7794278

116444582 PN HALB 30 0 200412 670 00000000000

---

The IRS address must appear in the window.
0142428150
BODCD-SB

Use for payments
Letter Number: LTR0168C
Letter Date : 2007-10-12
Tax Period : 200412

*116444582*

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0149

JANE HALBRITTER
8231 BAY COLONY DR APT 1702
NAPLES FL 34108-7794278

116444582 PN HALB 30 0 200412 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

P.O. BOX 9021
HOLTSVILLE   NY   11742-9021

In reply refer to: 0142428150
Oct. 12, 2007   LTR 168C   EO
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   200412 30 000   H
                              00001804
                    BODC: SB

JANE HALBRITTER
8231 BAY COLONY DR APT 1702
NAPLES   FL   34108-7794278

```
Taxpayer Identification Number:  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
              Tax Period(s):  Dec. 31, 2004

                        Form:  1040
```

Dear Taxpayer:

Thank you for your inquiry dated July 26, 2007.

Your request to remove the failure to file penalty has been granted based solely on your compliance history. This is a one-time consideration available only for a first-time penalty charge. You will receive a notice of adjustment in a few weeks with your new balance due. Any future penalties will be removed only if you provide information that meets reasonable cause criteria.

The estimated tax penalty can not be removed for reasonable cause. However, if you don't receive your taxable income evenly throughout the year, it may be to your benefit to figure your required installment using the annualized income installment method. If you use the annualized income installment method, complete Form 2210. We are enclosing Form 2210 for your convenience.

If you have any questions, please call us toll free at 1-800-829-8374.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )_____ Hours_____

A copy of this letter and any referenced enclosures have been forwarded to your authorized representative(s).

**EXHIBIT 12**



```
                                       T                    PAGE     1

    JANE A HALBRITTER                              ACCOUNT NUMBER
    8231 BAY COLONY DR                               7002303528
    NAPLES FL 34108-7789
                                                   STATEMENT DATE
                                                       3-06-07

                                                   BRANCH NUMBER
                                                         348

                                                   DAYS IN PERIOD
                                                         28
```

================================================================
STAR PRIVILEGE CHECKING                    ACCOUNT NUMBER    7002303528

* ACCOUNT SUMMARY ------------------------------------------------

                                                    DATE     2-06-07
  LAST STATEMENT BALANCE                                       
  + DEPOSITS / CREDITS          REDACTED          NUMBER       1
  - CHECKS / DEBITS                               NUMBER       7
  - SERVICE CHARGE
  BALANCE THIS STATEMENT

* TRANSACTION DETAIL --------------------------------------  AMOUNT
  DATE        TRACER    DESCRIPTION
  2-13         9044     INTERNET BANKING FUNDS XFER
                        CHECKING
  2-16            1     WITHDRAWAL
  2-20           89     EFT WTH RF#005329 02/17
                        GLOBAL CAS
                        VERONA, NY
  2-20           89     EFT WTH RF#008298 02/17
                        GLOBAL CAS
                        VERONA, NY
  2-20           89     EFT WTH RF#6905 02/19                REDACTED
                        855 BLACK RIVER BLVD
                        ROME, NY
  2-20            1     WITHDRAWAL
  2-20           89     EFT WTH SERVICE CHARGE
                        RF#005329
  2-20           89     EFT WTH SERVICE CHARGE
                        RF#008298

* DAILY BALANCE INFORMATION ---------------------------------------
  DATE         BALANCE    DATE      BALANCE    DATE      BALANCE
  2-06                    2-13                 2-16
  2-20
```

REDACTED

**EXHIBIT 13**

**Select Client**
**FMA PLUS Statement**
**Forms 1099 and 2006 Year End Summary**

Account Number 687-29919-11 123

*Important income tax return document enclosed. For tax advice, please consult your tax advisor.*

*If you have questions about your Forms 1099 or Year End Summary, call toll-free Monday through Friday, 9:00 a.m. to 5:00 p.m. EST., 1(888)SEL-1099*

6H7M0612323091000000805  30 881AE01 WEB00157A
JANE HALBRITTER
8231 BAY COLONY DRIVE
APT 1702
NAPLES FL 34108-7794

*Please review the enclosed brochure for information you may need to prepare your state and local tax returns on your Legg Mason Funds, Smith Barney Funds, Consulting Group Capital Markets Funds, or CitiFunds.*

**EXHIBIT 14**

**INVESTORS**
BANK & TRUST
200 Clarendon Street, ABO-113
P.O. Box 9130
Boston, MA 02117-9130

**Account Statement**
April 1, 2007 - April 30, 2007

JANE HALBRITTER
Account Number: 3201194

JANE HALBRITTER
6231 BAY COLONY BOULEVARD
THE BRIGHTON
NAPLES, FL 34108

**TABLE OF CONTENTS**
Account Summary
Account Holdings
Account Activity
Printable Version

For Account Inquiries Call 1-800-392-9244

Your Investment advisor:
Strategic Investment Advisors, Inc.
114 Business Park Dr.
Utica, NY 13502

This site is best when viewed at 1024 x 768 resolution.

## INVESTORS
### BANK & TRUST
200 Clarendon Street, ABO-113
P.O. Box 9130
Boston, MA 02117-9130

# Account Statement
May 1, 2007 - May 31, 2007

JANE HALBRITTER
Account Number: 3201194

JANE HALBRITTER
8231 BAY COLONY BOULEVARD
THE BRIGHTON
NAPLES, FL 34108

### TABLE OF CONTENTS
Account Summary
Account Holdings
Account Activity
Printable Version

For Account Inquiries Call 1-800-392-9244

Your Investment advisor:
Strategic Investment Advisors, Inc.
114 Business Park Dr.
Utica, NY 13502

This site is best when viewed at 1024 x 768 resolution.

## INVESTORS
### BANK & TRUST
200 Clarendon Street, ABO-113
P.O. Box 9130
Boston, MA 02117-9130

# Account Statement
June 1, 2007 - June 30, 2007

JANE HALBRITTER
Account Number: 3201194

JANE HALBRITTER
8231 BAY COLONY BOULEVARD
THE BRIGHTON
NAPLES, FL 34108

**TABLE OF CONTENTS**
Account Summary
Account Holdings
Account Activity
Printable Version

For Account Inquiries Call 1-800-392-9244

Your Investment advisor:
Strategic Investment Advisors, Inc.
114 Business Park Dr
Utica, NY 13502

This site is best when viewed at 1024 x 768 resolution.





**STATE STREET**
1200 Crown Colony Drive, CC1-3
Quincy, Ma. 02169-0938

**Account Statement**
July 1, 2007 - July 31, 2007

JANE HALBRITTER
Account Number: 3201194

JANE HALBRITTER
8231 BAY COLONY BOULEVARD
THE BRIGHTON
NAPLES, FL 34108

**TABLE OF CONTENTS**
Account Summary
Account Holdings
Account Activity
Printable Version

For Account Inquiries Call 1-800-392-9244

State Street Corporation's acquisition of Investors Financial was completed on July 2, 2007.

As you may know, Investors Bank & Trust entered into an agreement to be purchased by State Street Bank. With a combined technology budget of $1.2 billion in 2007 and offices and services in virtually every capital market in the world, the combination of Investors and State Street offers you a partner that is uniquely positioned to support your business needs. Please be assured that this transaction and transition period will in no way impact our ability to service your account. The integration of technology, services and business units will be substantially completed by the end of 2008.
To help ensure a smooth transition for this account:
1. Your customer service and account teams will continue to support you.
2. Core processing and accounting technology for your relationship will be maintained
3. There will be no need to convert to new systems for statements, tax reporting and other data
4. All current contracts and fee schedules remain intact
If you have any questions, please contact your advisor.

Your Investment advisor:
Strategic Investment Advisors, Inc.
114 Business Park Dr.
Utica, NY 13502

This site is best when viewed at 1024 x 768 resolution.



# STATE STREET

1200 Crown Colony Drive, CC1-3
Quincy, Ma. 02169-0938

**Account Statement**
August 1, 2007 - August 31, 2007

JANE HALBRITTER
Account Number: 3201194

JANE HALBRITTER
8231 BAY COLONY BOULEVARD
THE BRIGHTON
NAPLES, FL 34108

**TABLE OF CONTENTS**
Account Summary
Account Holdings
Account Activity
Printable Version

For Account Inquiries Call 1-800-392-9244

State Street Corporation's acquisition of Investors Financial was completed on July 2, 2007.

As you may know, Investors Bank & Trust entered into an agreement to be purchased by State Street Bank. With a combined technology budget of $1.2 billion in 2007 and offices and services in virtually every capital market in the world, the combination of Investors and State Street offers you a partner that is uniquely positioned to support your business needs. Please be assured that this transaction and transition period will in no way impact our ability to service your account. The integration of technology, services and business units will be substantially completed by the end of 2008.
To help ensure a smooth transition for this account:
1. Your customer service and account teams will continue to support you.
2. Core processing and accounting technology for your relationship will be maintained
3. There will be no need to convert to new systems for statements, tax reporting and other data
4. All current contracts and fee schedules remain intact
If you have any questions, please contact your advisor.

Your Investment advisor:
Strategic Investment Advisors, Inc.
114 Business Park Dr.
Utica, NY 13502

This site is best when viewed at 1024 x 768 resolution.

https://www3.onlinefinancialdocs.com/tf/FANMedia?tx=Router&cz=3080119&tidx=761...   12/28/2007




**STATE STREET.**
1200 Crown Colony Drive, CC1-3
Quincy, Ma. 02169-0938

# Account Statement
September 1, 2007 - September 30, 2007

JANE HALBRITTER
Account Number: 3201194

JANE HALBRITTER
8231 BAY COLONY BOULEVARD
THE BRIGHTON
NAPLES, FL 34108

## TABLE OF CONTENTS
Account Summary
Account Holdings
Account Activity
Printable Version

For Account Inquiries Call 1-800-392-9244

State Street Corporation's acquisition of Investors Financial was completed on July 2, 2007.

As you may know, Investors Bank & Trust entered into an agreement to be purchased by State Street Bank. With a combined technology budget of $1.2 billion in 2007 and offices and services in virtually every capital market in the world, the combination of Investors and State Street offers you a partner that is uniquely positioned to support your business needs. Please be assured that this transaction and transition period will in no way impact our ability to service your account. The integration of technology, services and business units will be substantially completed by the end of 2008.
To help ensure a smooth transition for this account:
1. Your customer service and account teams will continue to support you.
2. Core processing and accounting technology for your relationship will be maintained
3. There will be no need to convert to new systems for statements, tax reporting and other data
4. All current contracts and fee schedules remain intact
If you have any questions, please contact your advisor.

Your Investment advisor:
Strategic Investment Advisors, Inc.
114 Business Park Dr.
Utica, NY 13502

This site is best when viewed at 1024 x 768 resolution.



 **STATE STREET**
1200 Crown Colony Drive, CC1-3
Quincy, Ma. 02169-0938

## Account Statement
October 1, 2007 - October 31, 2007

JANE HALBRITTER
Account Number: 3201194

JANE HALBRITTER
8231 BAY COLONY BOULEVARD
THE BRIGHTON
NAPLES, FL 34108

### TABLE OF CONTENTS
Account Summary
Account Holdings
Account Activity
Printable Version

For Account Inquiries Call 1-800-392-9244

Your Investment advisor:
Strategic Investment Advisors, Inc.
114 Business Park Dr.
Utica, NY 13502

This site is best when viewed at 1024 x 768 resolution.



# STATE STREET
1200 Crown Colony Drive, CC1-3
Quincy, Ma. 02169-0938

**Account Statement**
November 1, 2007 - November 30, 2007

JANE HALBRITTER
Account Number: 3201194

JANE HALBRITTER
8231 BAY COLONY BOULEVARD
THE BRIGHTON
NAPLES, FL 34108

**TABLE OF CONTENTS**
Account Summary
Account Holdings
Account Activity
Printable Version

For Account Inquiries Call 1-800-392-9244

Your Investment advisor:
Strategic Investment Advisors, Inc.
114 Business Park Dr.
Utica, NY 13502

This site is best when viewed at 1024 x 768 resolution.