# EXHIBIT 15

03501

Allegaert Berger & Vogel LLP

Law Offices

E-mail: firm@abv.com

111 Broadway, 18th Floor
New York, New York 10006
Telephone: (212) 571-0550
Facsimile: (212) 571-0555

475 Wall Street
Princeton, New Jersey 08540
Telephone: (609) 688-9700
Facsimile: (609) 688-9701

August 17, 2006

Jane R. Halbritter
23 Sidney Street
Cambridge, Massachussets 02139

Retainer Agreement

Dear Ms. Halbritter:

REDACTED

REDACTED

Sincerely yours,

Allegaert Berger & Vogel LLP

Allegaert Berger & Vogel LLP

ACCEPTED AND AGREED TO:

Jane R. Halbritter

Jane R. Halbritter

Allegaert Berger & Vogel LLP

Law Offices

111 Broadway, 18th Floor
New York, New York 10006
Telephone: (212) 571-0550
Facsimile: (212) 571-0555

475 Wall Street
Princeton, New Jersey 08540
Telephone: (609) 688-9700
Facsimile: (609) 688-9701

September 12, 2006

Jane R. Halbritter
8231 Bay Colony Drive
Naples, Florida 34108

Invoice No.: 03501 - 15712

**Taxpayer ID. No. 11-3640790**

---

REDACTED

Allegaert Berger & Vogel LLP

Law Offices

111 Broadway, 18th Floor
New York, New York 10006
Telephone: (212) 571-0550
Facsimile: (212) 571-0555

475 Wall Street
Princeton, New Jersey 08540
Telephone: (609) 688-9700
Facsimile: (609) 688-9701

October 10, 2006

Jane R. Halbritter
8231 Bay Colony Drive
Naples, Florida 34108

Invoice No.: 03501 - 15757

**Taxpayer ID. No. 11-3640790**

---

REDACTED




ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

December 20, 2006

Jane R. Halbritter
23 Sidney Street
Cambridge, MA 02139

Invoice No.: 03501 - ~~15918~~ 15927

REDACTED



Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

January 09, 2007

Jane R. Halbritter
23 Sidney Street
Cambridge, MA 02139

Invoice No.: 03501 15953

**Taxpayer ID. No. 11-3386757**

---

REDACTED

ABV Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

April 09, 2007

Jane R. Halbritter
23 Sidney Street
Cambridge, MA 02139

Invoice No.: 03501 16145

**Taxpayer ID. No. 11-3640790**

---

REDACTED




Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

June 25, 2007

Jane R. Halbritter
8231 Bay Colony Drive
Naples, Florida 34108

Invoice No.: 03501 16331

**Taxpayer ID. No. 11-3640790**

---

REDACTED



**ABV** Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

July 18, 2007

Jane R. Halbritter
8231 Bay Colony Drive
Naples, Florida 34108

Invoice No.: 03501 16380

**Taxpayer ID. No. 11-3640790**

---

REDACTED

ABV Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

September 21, 2007

Jane R. Halbritter
8231 Bay Colony Drive
Naples, Florida 34108

Invoice No.: 03501 16477

**Taxpayer ID. No. 11-3640790**

---

REDACTED



Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

October 05, 2007

Jane R. Halbritter
8231 Bay Colony Drive
Naples, Florida 34108

Invoice No.: 03501 16498 **Taxpayer ID. No. 11-3640790**

REDACTED

ABV Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

November 06, 2007

Jane R. Halbritter
8231 Bay Colony Drive
Naples, Florida 34108

Invoice No.: 03501 16566

**Taxpayer ID. No. 11-3640790**

---

REDACTED



Allegaert Berger & Vogel LLP

ATTORNEYS

111 Broadway, 18th Floor
New York, New York 10006
212.571.0550
212.571.0555 Fax

475 Wall Street
Princeton, New Jersey 08540
609.688.9700
609.688.9701 Fax

www.ABV.com

December 05, 2007

Jane R. Halbritter
100 West Garden Street
Rome, New York 13440

Invoice No.: 03501 16606

**Taxpayer ID. No. 11-3640790**

---

REDACTED