**EXHIBIT 16**

# CALLI CALLI & CULLY

*ATTORNEYS AND COUNSELORS AT LAW*
Established 1921

WILLIAM S. CALLI
ROBERT R. CALLI
HERBERT J. CULLY
WILLIAM S. CALLI, JR.
CAROLE CALLI PEREZ*

510 BLEECKER STREET
UTICA, NEW YORK 13501
(315) 733-0455

ROCCO R. CALLI (1897-1962)
JOSEPH S. MONESCALCHI (1923-1990)
HAROLD BURGER (1919-1992)

*Also Member of Maryland and District of Columbia Bar

FACSIMILES
REAL ESTATE: (315) 733-4301 • GENERAL: (315) 733-6591
E-MAIL: firm@callilaw.com
ELECTRONIC SERVICE NOT ACCEPTED

January 10, 2007

Ms. Jane Halbritter
8231 Bay Colony Drive, Apt. 1702
Naples, FL 34108

STATEMENT

2006C605 RRC/MPM

****************************************************************************

**REDACTED**

# CALLI CALLI & CULLY

*ATTORNEYS AND COUNSELORS AT LAW*
Established 1921

WILLIAM S. CALLI
ROBERT R. CALLI
HERBERT J. CULLY
WILLIAM S. CALLI, JR.
CAROLE CALLI PEREZ*



510 BLEECKER STREET
UTICA, NEW YORK 13501
(315) 733-0455

ROCCO R. CALLI (1897-1962)
JOSEPH S. MONESCALCHI (1923-1990)
HAROLD BURGER (1919-1992)

*Also Member of Maryland and District of Columbia Bar

FACSIMILES
REAL ESTATE: (315) 733-4301 • GENERAL: (315) 733-6591
E-MAIL: firm@callilaw.com
·ELECTRONIC SERVICE NOT ACCEPTED

February 26, 2007

Ms. Jane Halbritter
8231 Bay Colony Drive, Apt. 1702
Naples, FL 34108

STATEMENT

2006C605 RRC/MPM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REDACTED

# CALLI CALLI & CULLY

### ATTORNEYS AND COUNSELORS AT LAW
Established 1921

WILLIAM S. CALLI
HERBERT J. CULLY
WILLIAM S. CALLI, JR.
CAROLE CALLI PEREZ*

510 BLEECKER STREET
UTICA, NEW YORK 13501
(315) 733-0455

ROCCO R. CALLI (1897-1962)
JOSEPH S. MONESCALCHI (1923-1990)
HAROLD BURGER (1919-1992)

*Also Member of Maryland and District of Columbia Bar

COPY

FACSIMILES
REAL ESTATE: (315) 733-4301 • GENERAL: (315) 733-6591
E-MAIL: firm@callilaw.com

ELECTRONIC SERVICE NOT ACCEPTED

**REMINDER**

June 28, 2007

<u>Orig. Bill Date: Mar., 19, 2007</u>

Ms. Jane Halbritter
100 W. Garden Street
Rome, NY 13440

STATEMENT

2006c0318 WSC

*****************************************************************************

**For Legal Services Rendered:**

REDACTED

# CALLI CALLI & CULLY
### *ATTORNEYS AND COUNSELORS AT LAW*
Established 1921

WILLIAM S. CALLI
HERBERT J. CULLY
WILLIAM S. CALLI, JR.
CAROLE CALLI PEREZ*

510 BLEECKER STREET
UTICA, NEW YORK 13501
(315) 733-0455

ROCCO R. CALLI (1897-1962)
JOSEPH S. MONESCALCHI (1923-1990)
HAROLD BURGER (1919-1992)

*Also Member of Maryland and District of Columbia Bar

FACSIMILES
REAL ESTATE: (315) 733-4301 • GENERAL: (315) 733-6591
E-MAIL: firm@callilaw.com
ELECTRONIC SERVICE NOT ACCEPTED



August 22, 2007

Ms. Jane Halbritter
100 W. Garden Street
Rome, New York 13440

File No.:

FOR LEGAL SERVICES

REDACTED