**EXHIBIT 17**

# DECLARATION

I, Eric F. Facer, hereby declare and affirm, that the following statements are true and correct to the best of my knowledge and belief.

1. I am a licensed attorney, a member of the bar of the District of Columbia, and currently employed by the law firm of Facer & Stamoulas, P.C., which is located at Suite 1000, 1025 Connecticut Avenue, N.W., Washington, D.C.

2. Facer & Stamoulas, P.C. provides professional tax advice and other legal services to Mrs. Jane Halbritter.

3. In 2006, Mrs. Halbritter advised our firm that she had changed her place of residence to 8231 Bay Colony Drive, Apartment 1702, Naples, Florida. At that time we asked Mrs. Halbritter to what address we should send our monthly invoices. She replied that it did not matter whether we sent our statements to her former residence in Rome, New York or to her new residence in Naples since she had directed the post office in Rome to forward all of her mail to Naples.

4. During October 2006 to March 2007, Mrs. Halbritter was periodically in Boston, Massachusetts. During those months, we sent our monthly invoices to a Boston address she provided to us.

5. Attached is the first page of a redacted copy of the invoices for legal services we sent to Mrs. Halbritter during the past 15 months. Although the address on most of the invoices is Rome, New York, this is not necessarily the same as the address on the envelope used to mail the invoice. To the best of my knowledge and belief, most invoices generated by our firm in 2006 and 2007 were mailed to Mrs. Halbritter in Naples (not counting those that were sent to Boston during the last part of 2006 and the first three months of 2007). Those that were mailed to Rome were, according to Mrs. Halbritter, forwarded by the Postal Service to her Naples residence.

6. About three months ago, Mrs. Halbritter advised us that she would be in Rome through the end of 2007 wrapping up a few business and personal affairs before returning to Naples. During that time we sent our monthly invoices to her Rome address via Federal Express.

7. I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

WITNESS, my signature and seal this 27th day of December, 2007.

Eric F. Facer

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

**Statement**

Mrs. Jane A. Halbritter
23 Sidney Street
Cambridge, MA 02139

| Date | Invoice no. | DUE DATE | CLIENT NO. | MATTER NO. | MATTER |
|---|---|---|---|---|---|
| 10/02/06 | 3642 | 11/02/06 | 643 | 001 | Legal Services |

| DATE | ATTY/ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/01/06 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 09/02/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 09/07/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 09/08/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 09/12/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/14/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 09/25/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/27/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 09/28/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/29/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| | | | Total | | 1,401.25 |

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

Statement

Mrs. Jane A. Halbritter
23 Sidney Street
Cambridge, MA 02139

| Date | Invoice no. | DUE DATE | CLIENT NO. | MATTER NO. | MATTER |
|---|---|---|---|---|---|
| 11/02/06 | 3662 | 12/02/06 | 643 | 001 | Legal Services |

| DATE | ATTY/ITEM | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/02/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 10/05/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/09/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/13/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/16/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/20/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/23/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/27/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 10/30/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/31/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
|  |  |  |  |  | 958.75 |
|  |  |  |  | Total |  |

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
23 Sidney Street
Cambridge, MA 02139

| Date | Invoice No. |
|---|---|
| 12/05/06 | 3686 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 01/04/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/02/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/03/06 | EFF | [redacted] | 1.75 | 295.00 | 516.25 |
| 11/08/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/09/06 | EFF | [redacted] | 1.75 | 295.00 | 516.25 |
| 11/10/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/15/06 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 11/16/06 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 11/17/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/20/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/21/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/21/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| | | | | Total | |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
23 Sidney Street
Cambridge, MA 02139

| Date | Invoice No. |
|---|---|
| 01/03/07 | 3714 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 02/03/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/05/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/10/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 12/11/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/12/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/13/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/14/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 12/15/06 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 12/18/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/18/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 12/18/06 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 12/18/06 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 12/18/06 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| | | | | Total | |

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
23 Sidney Street
Cambridge, MA  02139

| Date | Invoice No. |
|---|---|
| 02/05/07 | 3764 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 03/07/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 01/04/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 01/04/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 01/05/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 01/05/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 01/08/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 01/08/07 | MAS | [redacted] | 0.25 | 250.00 | 62.50 |
| 01/09/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 01/10/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 01/15/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 01/16/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |

# Facer & Stamoulas, P.C.
### Attorneys At Law
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

## Statement

| Send to: | Date | Invoice No. |
|---|---|---|
| Mrs. Jane A. Halbritter<br>23 Sidney Street<br>Cambridge, MA 02139 | 03/05/07 | 3793 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 04/04/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 02/02/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 02/05/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 02/05/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 02/07/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 02/07/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 02/11/07 | MAS | [redacted] | 0.25 | 250.00 | 62.50 |
| 02/11/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 02/14/07 | MAS | [redacted] | 0.25 | 250.00 | 62.50 |
| 02/14/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 02/21/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 02/22/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| | | | | Total | |

Page 1

**FACER & STAMOULAS, P.C.**
ATTORNEYS AT LAW
1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

# Statement

Send to:
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 04/04/07 | 3808 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 05/04/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/01/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 03/02/07 | EFF | [redacted] | 2 | 295.00 | 590.00 |
| 03/08/07 | EFF | [redacted] | 2.25 | 295.00 | 663.75 |
| 03/12/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 03/14/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 03/15/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/16/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/16/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/19/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 03/21/07 | EFF | [redacted] | 0.55 | 295.00 | 162.25 |
|  |  |  |  | Total |  |

Page 1

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 05/02/07 | 3842 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 06/01/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/05/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 04/05/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 04/06/07 | EFF | [redacted] | 2.25 | 295.00 | 663.75 |
| 04/06/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 04/09/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 04/11/07 | EFF | [redacted] | 2.5 | 295.00 | 737.50 |
| 04/12/07 | EFF | [redacted] | 3 | 295.00 | 885.00 |
| 04/12/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 04/13/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 04/14/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 04/16/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 04/16/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
|  |  |  |  | Total |  |

Page 1

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 06/01/07 | 3871 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 07/01/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 05/02/07 | EFF | [redacted] | 2 | 295.00 | 590.00 |
| 05/02/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 05/02/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 05/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 05/03/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 05/04/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 05/07/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 05/07/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 05/08/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 05/08/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| | | | | Total | |

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

**Send to:**
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 07/03/07 | 3908 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 08/02/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/07 | EFF | | 0.25 | 295.00 | 73.75 |
| 06/06/07 | EFF | | 0.5 | 295.00 | 147.50 |
| 06/08/07 | EFF | | 1.25 | 295.00 | 368.75 |
| 06/09/07 | EFF | | 0.5 | 295.00 | 147.50 |
| 06/10/07 | EFF | | 0.5 | 295.00 | 147.50 |
| 06/10/07 | EFF | | 0.25 | 295.00 | 73.75 |
| 06/11/07 | EFF | | 4 | 295.00 | 1,180.00 |
| 06/12/07 | EFF | | 4.5 | 295.00 | 1,327.50 |
| 06/13/07 | EFF | | 4 | 295.00 | 1,180.00 |
| 06/14/07 | EFF | | 0.5 | 295.00 | 147.50 |
| 06/14/07 | EFF | | 2.5 | 295.00 | 737.50 |
| 06/15/07 | EFF | | 0.75 | 295.00 | 221.25 |
| | | | | Total | |

Page 1

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

**Send to:**
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 08/02/07 | 3920 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 09/02/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 07/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 07/05/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 07/06/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 07/09/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 07/11/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 07/12/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 07/13/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 07/13/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 07/16/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 07/16/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |

Total

# FACER & STAMOULAS, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

**Send to:**
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 09/04/07 | 3945 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 10/04/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/02/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 08/03/07 | EFF | [redacted] | 2 | 295.00 | 590.00 |
| 08/03/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 08/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 08/06/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 08/06/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 08/07/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |
| 08/08/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 08/08/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 08/08/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 08/09/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| | | | | Total | |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 10/03/07 | 3965 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 11/02/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/05/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/06/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/06/07 | EFF | [redacted] | 1 | 295.00 | 295.00 |
| 09/06/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 09/06/07 | MAS | [redacted] | 0.25 | 250.00 | 62.50 |
| 09/07/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 09/07/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 09/10/07 | EFF | [redacted] | 2 | 295.00 | 590.00 |
| 09/11/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 09/11/07 | EFF | [redacted] | 1.25 | 295.00 | 368.75 |

Total

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
(202) 464-0400

## Statement

| Send to: |
|---|
| Mrs. Jane A. Halbritter |
| 100 West Garden Street |
| Rome, New York 13440 |

| Date | Invoice No. |
|---|---|
| 11/01/07 | 3986 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 12/01/07 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/01/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/01/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| 10/02/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 10/02/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 10/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 10/03/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 10/03/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/03/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/03/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 10/04/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 10/04/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| | | | | Total | |

# Facer & Stamoulas, P.C.
ATTORNEYS AT LAW

1025 CONNECTICUT AVENUE, N.W.
SUITE 1000
WASHINGTON, D.C. 20036
(202) 464-0400

## Statement

Send to:
Mrs. Jane A. Halbritter
100 West Garden Street
Rome, New York 13440

| Date | Invoice No. |
|---|---|
| 12/05/07 | 4018 |

| Due Date | Client No. | Matter No. | Matter |
|---|---|---|---|
| 01/04/08 | 643 | 001 | Legal Services |

| Date | Atty/Item | Work Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 11/02/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/02/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/02/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/02/07 | EFF | [redacted] | 0.75 | 295.00 | 221.25 |
| 11/04/07 | EFF | [redacted] | 1.75 | 295.00 | 516.25 |
| 11/05/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/05/07 | MAS | [redacted] | 2.25 | 250.00 | 562.50 |
| 11/06/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/06/07 | EFF | [redacted] | 0.25 | 295.00 | 73.75 |
| 11/07/07 | EFF | [redacted] | 0.5 | 295.00 | 147.50 |
| 11/07/07 | EFF | [redacted] | 1.5 | 295.00 | 442.50 |
| | | | | Total | |