**EXHIBIT 18**

T. Kevin Fahey
6519 Towpath Road
East Syracuse, NY 13057

(315) 445-1500																							Fax (315) 445-1516

Invoice submitted to:
Jane R. Halbritter
25 Sidney Street
Cambridge MA 02139

April 11, 2007

Invoice # 20644

Professional Services

Pd 4-30-07

Hrs/Rate   Amount