**EXHIBIT 19**

# PINTO, MUCENSKI & WATSON, P.C.
## CERTIFIED PUBLIC ACCOUNTANTS

42 MARKET STREET, P.O. BOX 109, POTSDAM, NY 13676-0109
PHONE: 315-265-6080 · FAX: 315-265-3530
443 S. MAIN STREET, P.O. BOX 109, MASSENA, NY 13662-0109
PHONE: 315-769-7430 · FAX: 315-769-8377

---

MORRIS PINTO, CPA
WILLIAM M. DOX, CPA
EDWARD S. MUCENSKI, CPA
THOMAS C. PEET, CPA

JACQUELINE E. MILLER, CPA
ANN S. BRADBURD, CPA
BARBARA A. MARTEN, CPA

December 28, 2007

Louis A. Craco, Jr.
Allegaert, Berger & Vogel, LLP
111 Broadway, 18th Floor
New York, NY 10006

Fax: 212-571-0555

Dear Lou,

    Attached please find a recap of U.P.S. packages sent to Jane from October 2006 through November 28, 2007. In addition I noticed that we had begun to change the address on some tax files to:

    8231 Bay Colony Drive, Apt. 1702
    Naples, FL 34108-7794

Hope this helps. Happy New Year!

                      Very truly yours,

                      Pinto, Mucenski & Watson, P.C.

                      Edward S. Mucenski, C.P.A.

ESM/sl

Attachment

UPS Packages sent to Jane Halbritter

| Addressed To | Mailed On | Mailed To |
|---|---|---|
| Jane Halbritter | 10/25/2006 | 23 Sydney St. Apt. 214 Cambridge, MA |
| Jane Halbritter | 10/16/2006 | 23 Sydney St. Apt. 214 Cambridge, MA |
| Jane Halbritter | 6/14/2006 | The Brighton 8231 Bay Colony Blvd., Naples Florida |
| Jane Halbritter | 11/28/2007 | 100 West Garden Street Rome NY |
| Jane Halbritter | 10/23/2007 | 100 West Garden Street Rome NY |
| Jane Halbritter | 10/8/2007 | 100 West Garden Street Rome NY |
| Jane Halbritter | 10/1/2007 | 100 West Garden Street Rome NY |
| Jane Halbritter | 2/7/2007 | 1200 Laurel Court Marco Island, FL |
| Jane Halbritter | 3/19/2007 | 8231 Bay Colony Drive, Apt. 1702 Naples |
| Jane Halbritter | 3/12/2007 | 1200 Laurel Court Marco Island, FL |
| Jane Halbritter | 1/3/2007 | 1200 Laurel Court Marco Island, FL |
| Jane Halbritter | 1/24/2007 | 1200 Laurel Court Marco Island, FL |

**EXHIBIT 20**



**BAY COLONY**
**COMMUNITY ASSN.**
8700 BAY COLONY DRIVE
NAPLES, FLORIDA 34108
(239) 591-2202
FAX (239) 591-1685
www.bay-colony.org

# Statement

Mr. & Mrs. Arthur Halbritter
5218 Patrick Road
Verona, NY  13478

| 1150 | Jul 31/07 |
|---|---|
| MEMBER | DATE |

AMOUNT PAID $ _____

>---- PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT ----<



150

Florida
Club

**EXHIBIT 21**

**JRH**
Jane R. Halbritter

23 Sidney Street · Cambridge, Massachusetts 02139
8231 Bay Colony Drive · Naples, Florida 34108
janehalbritter@aol.com
315·271·8734

*Jane Halbritter*
CARD

**EXHIBIT 22**





Collier County, Florida / Condeada De Collier, La Florida
Voter Registration Information Card / Tarjeta de información del votante

Jane A Halbritter
8231 Bay Colony Dr APT 1702
Naples FL 34108

Registration No.: 115603298
Registration Date: Nov/15/2007

St William's Catholic Church
601 Seagate Dr, Naples, FL 34103   255

Rep F 5
Nov19/2007

| CONGRESS | SENATE | HOUSE | COUNTY | SCHOOL | FIRE |
|---|---|---|---|---|---|
| 14 | 37 | 76 | 2 | 2 | NN |

**EXHIBIT 23**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF MADISON



2007 DEC 13 P 3: 17

FILED
MADISON CO CLERK

ARTHUR R. HALBRITTER,

                Plaintiff,

-against-

JANE R. HALBRITTER,

                Defendant.

**ORDER**

Index No.   06-1530
RJI No.     06-0443-C

PRESENT: <u>HONORABLE DENNIS K. McDERMOTT</u>,
                    Acting Supreme Court Justice

The Defendant, Jane R. Halbritter, having moved this Court by Notice of Motion dated June 15, 2007, by which she seeks interim spousal maintenance and exclusive use and occupancy of a condominium in Naples, Florida, and the Defendant having offered her Affidavit sworn to the 15th day of June, 2007, in support thereof, and the Plaintiff, Arthur R. Halbritter, having submitted his Cross-Motion for use of the condominium and his Affidavit as well as the Affirmation of Gerald H. Taylor, Esq., both dated July 25, 2007, in support of his Cross-Motion and in opposition to the Defendant's Motion, and the Defendant having submitted her Reply Affidavit sworn to the 2nd day of August, 2007, and the Defendant having also moved this Court by Order to Show Cause by which she seeks an Order directing the Plaintiff to reactivate the security alarm system at 100 West Garden Street, Rome, New York, and further directing the Plaintiff to reinstate the Defendant's membership at the Teugega Golf Club in Rome, New York, and the Defendant having submitted the Affidavit of Jon W. Brenizer, Esq., sworn to the 11th day of July, 2007, in

LAW OFFICES
HT BRENIZER
LINGOLD, P.C.

support thereof, and the Plaintiff having submitted the Affidavit of Gerald H. Taylor, Esq., sworn to the 23rd day of July, 2007, in opposition thereto, and the Plaintiff and Defendant having both acknowledged under oath in open court that they had each reviewed the contents of the sworn Affidavits of their respective attorneys and stated under oath in open court that the contents thereof were true and accurate, and the Defendant having appeared in person and through her attorneys, Macht, Brenizer & Gingold, P.C., Jon W. Brenizer, Esq., of counsel on July 23, 2007, with regard to the Motion concerning the security alarm system and the golf club, and the Plaintiff having appeared in person and through his attorney, Gerald H. Taylor, Esq., and the Court having heard oral argument in regard thereto, and the Defendant having appeared in person and through her aforesaid attorneys on August 3, 2007, with regard to the Defendant's Motion for interim spousal maintenance and use of the Naples, Florida condominium, and in regard to the Plaintiff's Cross Motion for use of the Naples, Florida condominium, and the Plaintiff having appeared in person and through his aforesaid attorney, and the Court having heard oral argument from both counsel, and the Court having given this matter due deliberation, it is

**ORDERED**, that the Defendant, Jane R. Halbritter, shall have the exclusive use and occupancy of the Naples, Florida condominium and with the Plaintiff and Defendant each continuing to pay the carrying charges on the condominium that each has been paying, all until the further order of this Court, and it is further

**ORDERED**, that the Defendant's request for interim spousal maintenance shall be

and hereby is denied, and it is further

**ORDERED**, that the Defendant's request for a direction that the Plaintiff be ordered to immediately reactivate the security alarm system at 100 West Garden Street, Rome, New York, shall be and hereby is denied, and it is further

**ORDERED**, that the Defendant's request for an Order directing that the Plaintiff reinstate the Defendant's membership at the Teugega Golf Club in Rome, New York, shall be and hereby is denied.

Dated: December 10, 2007
Wampsville, New York

ENTER:

_____
HONORABLE DENNIS K. McDERMOTT
Acting Supreme Court Justice

LAW OFFICES
CHT, BRENIZER
GINGOLD, P.C.

**EXHIBIT 24**



STATE OF NEW YORK
EXECUTIVE CHAMBER
ALBANY 12224

**GEORGE E. PATAKI**
GOVERNOR

September 14, 2006

Dear Ms. Rees-Halbritter:

    Pursuant to Section 77 of the Workers' Compensation Law, I have today nominated you to the Senate for appointment as a Commissioner of the State Insurance Fund for a term to expire on December 31, 2006.

    I am pleased that you are willing to accept this appointment and am confident that, upon confirmation, you will serve the people of our State with dedication and distinction.

Very truly yours,

*[signature]*

Ms. Jane A. Rees-Halbritter
100 West Garden Street
Rome, New York 13440

printed on recycled paper



STATE OF NEW YORK

ELIOT SPITZER
GOVERNOR

October 18, 2007

Ms. Jane A. Rees-Halbritter
100 West Garden Street
Rome, New York 13440

Dear Ms. Rees-Halbritter:

Today, I plan to nominate your successor as a Commissioner of the State Insurance Fund.

Before doing so, I want to thank you for the time and energy you have devoted to the concerns of this Board. Your service to the people of our State is deeply appreciated.

Sincerely,

EXECUTIVE CHAMBER   STATE CAPITOL   ALBANY 12224
www.ny.gov