# EXHIBIT "A"



New York State Insurance Fund
LEGAL DEPARTMENT
WRITER'S DIRECT TELEPHONE: (212) 312-7893

January 11, 2008

Robert Rimberg, Esq.
Goldberg Rimberg & Friedlander, PLLC
115 Broadway – 3rd Floor
New York, New York 10006

Re: Jane A. Halbritter v. Stonehedge Acquisition Rome II, LLC, et. al.
Subpoena served upon State Insurance Fund

Dear Mr. Rimberg:

Enclosed please find copies documents demanded in the subpoena issued by Judge Pauley dated January 4, 2008.

Very truly yours,

Edward D. Siegel
Supervising Attorney



THE STATE INSURANCE FUND

ELIOT SPITZER
GOVERNOR

CHRISTOPHER G. BARCLAY
SECRETARY
BOARD OF COMMISSIONERS

Certification

I, Christopher G. Barclay, the First Deputy Executive Director and Secretary to the Board of Commissioners of the State Insurance Fund, hereby certifies that the documents produced on January 11, 2008 to the law firm of Goldberg, Rimberg & Friedlander pursuant to a subpoena issued by Judge William H. Pauley of the U.S. District Court, Southern District of New York were true copies of the original records in the custody of the State Insurance Fund. These documents included: a) directory listing maintained by the State Insurance Fund for Commissioner Halbritter as of July 16, 2007; b) minutes of the regular meetings of the Commissioners of the State Insurance Fund held in New York City of February 21, 2007, March 21, 2007, June 20, 2007, July 18, 2007 and September 19, 2007; c) expense reimbursement requests submitted by Commissioner Halbritter for reimbursement from the State Insurance Fund for her travel to New York to participate in the February 2007 meeting of the Board of Commissioners of the State Insurance Fund; d) several letters relating to Commissioner Halbritter's appointment and subsequent reappointments to the Board of Commissioners of the State Insurance Fund, and e) several e-mails to and from Commissioner Halbritter .

I further certify that these records were made in the regular course of business of the State Insurance Fund and it is in the regular course of business of the State Insurance Fund to make such records and such records were made at or near the time of the occurrence of the matters set forth therein.

Dated:

Christopher G. Barclay

Sworn to before me this 24th day of January , 2008.

Patricia T. Famolaro

PATRICIA T. FAMOLARO
Notary Public, State of New York
No. 01FA6015399
Qualified in Schenectady County
Commission Expires Oct. 26, 2010

15 Computer Drive West
Albany, NY 12205
518-437-5220
Fax: 518-437-5260

199 Church Street
New York, NY 10007
212-312-7003
Fax: 518-437-5260

**State of New York**
**EXECUTIVE DEPARTMENT**
**Executive Chamber**
**State Capitol**
**Albany, N.Y. 12224**
**COPY**

August 2, 1997

Dear Comptroller McCall:

I have the honor to advise you that on June 2, 1997, Governor Pataki nominated Jane Rees, of Rome, as a Commissioner of the State Insurance Fund for a term to expire December 31, 1999, succeeding Charles Moerdler, who has resigned.

On August 2, 1997, the Senate confirmed the nomination of Ms. Rees.

Sincerely,

Honorable H. Carl McCall
Comptroller
State Department of Audit and Control
Alfred E. Smith State Office Building
Albany, New York 12236

/s/ Bradford J. Race, Jr.

cc: Secretary of State
Honorable James Dillon
Cecilia E. Norat
Carol Borst



# THE STATE INSURANCE FUND

199 CHURCH STREET - NEW YORK, N.Y. 10007

(212) 312-7001

HENRY NEAL CONOLLY
EXECUTIVE DIRECTOR

September 3, 1997

Dear Ms. Rees:

Congratulations on the Senate confirmation of your appointment to the Board of Commissioners of The State Insurance Fund.

The Board is gratified that you have accepted this appointment, and confident that you will serve the people of our State with dedication and distinction.

A meeting of the Board is scheduled for September 25, 1997, at 9:30 A.M., at the above address. We look forward to meeting you.

We are making plans for a dinner the evening of the 24th. Ms. Mary Tragale, Secretary to the Board, will be in touch with you about the particulars.

Congratulations and best wishes.

Sincerely,

/s/ NYC

H. Neal Conolly
Executive Director

Ms. Jane Rees
Stonehedge Nursing Home
801 North James Street
Rome, New York 13440

STATE OF NEW YORK
EXECUTIVE CHAMBER
ALBANY 12224

GEORGE E. PATAKI
GOVERNOR

THOMAS F. DOHERTY, JR.
APPOINTMENTS SECRETARY
TO THE GOVERNOR

Sept 1-10-2000

December 29, 1999

Jane

Dear Ms. Rees:

I'm pleased to advise you that you are being considered for reappointment as a Member of the State Insurance Fund. In a few days, you will receive Pre-Appointment Forms from James M. McGuire, Counsel to the Governor. This questionnaire must be submitted prior to your appointment.

We will request that the New York State Police conduct a background investigation. All gubernatorial appointments include this procedure, which normally takes about four weeks to complete.

To ensure that our information is up-to-date, please review the enclosed copy of your resume. If it is accurate, complete the enclosed verification form, attach it to your resume, and return them both to Sheila Osterhout in the Appointments Office. If the enclosed resume is inaccurate, attach a copy of your current resume to the completed verification form and return them both to Ms. Osterhout.

If you have any questions, or if for any reason you do not wish to be considered for this appointment, please call Ms. Osterhout at (518) 474-0491.

Sincerely,

Tom

Ms. Jane Rees
11203 North George St.
Rome, New York 13440

Enclosure



-19-01 11:58A Stonehedge Nursing Home



Alice

STATE OF NEW YORK
EXECUTIVE CHAMBER
ALBANY 12224

GEORGE E. PATAKI
GOVERNOR

April 18, 2000

Dear Ms. Halbritter:

Pursuant to Section 77 of the Worker's Compensation Law, I have today nominated you to the Senate for reappointment as a Commissioner of the State Insurance Fund for a term to expire December 31, 2002.

I am pleased that you are willing to accept this reappointment, and am confident that upon confirmation you will continue to serve the people of our State with dedication and distinction.

Very truly yours,

George E. Pataki

Ms. Jane A. Halbritter
1203 North George Street
Rome, New York 13440

printed on recycled paper

JAN-1-1998 04:21P FROM: Jim Dunn @ SWRG, Inc TO:18666513196 P:10/18