EXHIBIT "B"

# THE STATE INSURANCE FUND

## Commissioners' Directory (as of 7/16/07)

JAN-1-1998 04:19P FROM: Jim Dunn @ SMRG, Inc   TO:18666513196   P:2/18

Jane A. Halbritter, Commissioner
James Street Management, Inc.

| | |
|---|---|
| Home Address (NY): | 100 West Garden Street<br>Rome, NY 13440 |
| Home Address (MA): | 23 Sidney Street<br>Apart. 214<br>Cambridge, Mass. 02139 |
| Home Address (FL): | 1200 Laurel Court<br>Marco Island, FL 34145 |
| Cell Telephone: | (315) 271-8734 |
| E-mail Address: | janehalbrit@aol.com |

## THE STATE INSURANCE FUND

Jane A. Halbritter, Commissioner
    James Street Management, Inc.
    Home Address:    100 West Garden Street
                              Rome, NY 13440
    Telephone:    (315) 271-8734

    E-mail Address:    janehalbrit@aol.com