EXHIBIT "D"

Oracle Applications    Page 1 of 2

# Confirmation

Expense report number 36956 for 750.30 has been submitted to BARCLAY, CHRISTOPHER for approval.

* To send required receipts to Accounts Payable, print this page and attach all required receipts.
* Make a photocopy of this page and the receipts for your records.
* Place this page and the original receipts in an interoffice envelope, and send to:

New York State Insurance Fund
Accounts Payable
15 Computer Drive West
Albany, N.Y. 12205

Your manager (or specified approver) will be notified requesting approval for this expense report. Upon approval, a notification will be sent to you and Accounts Payable. This expense report will be paid after it has been approved, and Accounts Payable verifies the receipts.

Hint: Use your browser Back button to exit the printable page view of the Confirmation page.

## Expense Report Summary

Expense Report Total   750.30 USD

## General Information

Name   HALBRITTER, JANE (3663)
Cost Center   3250
Approver   BARCLAY, CHRISTOPHER

Expense Dates   19-FEB-2007 - 21-FEB-2007
Purpose   February Board Meeting
Lines Requiring Receipts   4

## Cash and Other Expenses

### Receipt-Based Expenses

| Date | Receipt Amount | Exchange Rate | Expense Type | Expense Location | Merchant Name | Justification | Reimbursable Amount (USD) | Receipt Required | Deta |
|---|---|---|---|---|---|---|---|---|---|
| 19-Feb-2007 | 349.30 USD | 1 | Airfare (Employee Paid) | | | Airfare to NYC and back | 349.30 | ✓ | |
| 19-Feb-2007 | 55.00 USD | 1 | Taxi | | | Taxi from JFK to hotel | 55.00 | ✓ | |
| 19-Feb-2007 | 56.00 USD | 1 | Taxi | | | Taxi from meeting to JFK | 56.00 | ✓ | |
| 20-Feb-2007 | 51.00 USD | 1 | Dinner (Overnight Rate) | | | dinner (overnight rate) | 51.00 | | |
| 21-Feb-2007 | 13.00 USD | 1 | Breakfast (Overnight Rate) | | | breakfast (overnight rate) | 13.00 | | |
| | | | | | | | | ✓ | |

http://prowvltapp1.nysif.com:8000/OA_HTML/OA.jsp?akRegionCode=OIEMAINPAGE&a...   3/23/07

(PLEASE ATTACH ALL RECEIPTS TO THIS FORM.)

## THE STATE INSURANCE FUND

### Travel Voucher for Commissioners

Name: Jane Habrmek(?)

Meeting Date: 3/21/06  Location: NYC

Travel Dates: From (date and time): Feb 19 – 22

To (date and time): _____

Transportation Expenses (check all that apply):

___ Train $ _____

✓ Airplane $ 349

___ Taxi $ ____ from ____ to ____ on (date) ____

$56 Taxi $ 3/21 from NYC to JFK on (date) ____

$55 Taxi $ 3/19 from JFK to NYC on (date) ____

___ Taxi $ ____ from ____ to ____ on (date) ____

___ Car $ _____

Hotel: $ 384

Meals (check all that apply):

___ Breakfast $ ____ on (date) ____

___ Lunch $ 55 on (date) 2/21

___ Dinner $ 50 on (date) 2/20

___ Breakfast $ ____ on (date) ____

(3/04)                    (OVER)

JAN-1-1998 Case 1:07-cv-03848-WHP Document 28-6 Filed 01/28/2008 Page 4 of 13
GSR of Tim Bohm & SWRG, Inc          TO:18666513196         P:4/20

TripDetails                                                                 Page 1 of 3



| HOME | PERSONAL CARDS | FINANCIAL SERVICES | TRAVEL | SMALL BUSINESS | CORPORATIONS | MERCHANTS |

## TRAVEL

Site Help | Search | Contact Us | Log Out | VII

Flights   Hotels   Cars   Vacations   Cruises   Deals   For Your Trip

# Your Trip Details

### Know Before You Go

- Print this page and keep for your records. This is your receipt and will not be available after your trip date.
- Read the policies.

Note: We sent a confirmation message to the email address you provided: (janehalbrit@aol.com).

**Your American Express Travel Trip ID is:** 1704 9708 4806

Your phone number for this trip. 315.271.8734

### Itinerary

| | | | |
|---|---|---|---|
| | Hotel | Tribeca Grand Hotel<br>TWO AVENUE OF THE AMERICAS<br>New York, NY 10013 | ⓢ LOW RATES GUARANTEED<br>Map |
| | Telephone: | 800-297-2977 for questions about this reservation.<br>1-877-519-6600 for questions about this hotel | |
| | Fax: | | |
| | Check-in: | Mon, Feb 19, 2007 | |
| | Check-out: | Wed, Feb 21, 2007 | |
| | Nights: | 2 | |
| | Room: | Room 1: Grand King (1 Adult, 1 Child), JANE HALBRITTER | |
| | Status: | Confirmed | |
| | Confirmation Code: | 103562952 | |
| | Primary Contact: | JANE HALBRITTER | |

### Pricing

Room: Grand King (1 Adult, 1 Child)
**Nightly rates are based upon 1 person in the room.**
2 Nights:

| | |
|---|---|
| Mon, Feb 19 | $304.00 |
| Tue, Feb 20 | $384.00 |
| Sum of nightly rates: | $688.00 |
| Taxes & Fees: | $116.97 |
| Total for 1 Room: | $804.97 |

https://go.americanexpress-travel.com/checkout/RetrievePurchase.do?firstView=true        2/19/2007

JAN-1-1998 05:00 FROM:03848-WHP SWRO Case 1:07-cv-03848-WHP Document 28-6 Filed 01/28/2008 Page 5 of 13 TO:18665513196 P:5/20

JetBlue Online Booking                                              Page 2 of 4

## HOTEL DEALS - AVAILABLE NOW

We've found the following hotel deals for your trip to New York City.



**$174\***
Radisson Lexington Hotel New York
☆☆☆
BOOK NOW >>

Park Central New York ... ☆☆☆    $188*    BOOK >>
Milford Plaza ☆☆☆               $118*    BOOK >>
VIEW AND BOOK MORE HOTELS NOW >>

## RENT A CAR

Enjoy terrific savings when you add rental car to JetBlue flight itinerary.

Pickup location    New York City (JFK)
Pickup date        02/19 at 11:00 am
Return date        02/21 at 11:00 am
Preferred Renter   ⦿ Hertz   ○ No preference

BOOK MY RENTAL CAR NOW >>
BOOK DIFFERENT DATES OR LOCATION >>

*Prices are per night and do not include applicable taxes and fees. Conditions apply.

X 16 TDP

## CONFIRMATION

Book date:              15 February 2007
Confirmation number:    **YV1ZLQ**
Status:                 **CONFIRMED** (see payment details)

You will need to provide this confirmation number and government issued I.D. at check-in to receive your boarding pass.

If traveling on an international flight, please check your international documentation requirements

- Aruba
- The Bahamas
- Bermuda
- Dominican Republic
- Mexico

## DEPARTING FLIGHTS

**From Ft Myers, FL (RSW) to New York, NY (JFK)**

Monday, 19 Feb 07    Flight 36    Depart Ft Myers, FL (RSW) at 4:55 pm and arrive in New NY (JFK) at 7:45 pm

## RETURNING FLIGHTS

JetBlue Online Booking

## From New York, NY (JFK) to Ft Myers, FL (RSW)

Wednesday, 21 Feb 07    Flight 137    Depart New York, NY (JFK) at 3:45 pm and arrive in Ft FL (RSW) at 6:55 pm

**CONTACT INFORMATION**

JANE HALBRITTER
8231 BAY COLONY DRIVE
NAPLES  FL  34108
UNITED STATES

janehalbrit@aol.com

3152718734 (Tel)

**PASSENGER INFORMATION**

1 Passenger:
  Adult 1:    JANE HALBRITTER

**PRICING**

Total for 1 Passenger
  Fare price        $   440.00 USD
  Taxes             $    53.80 USD
Total price         $   493.80 USD

**PAYMENT**

*Payment via Credit Card*
Form of payment      American Expres
Payment Status       **CONFIRMED**
Cardholder name      jane halbritter
Card Number          xxxxxxxxxxxx100
Payment amount       $493.80 USD

**SEATS GOING OUT**

Ft Myers, FL (RSW) to New York, NY (JFK)
  JANE HALBRITTER                          Seat 10C                    Flight 36

**TERMS AND CONDITIONS**

Fare Restrictions:
- This fare is nonrefundable and name changes are not permitted.
- Reservations made with this fare may be changed or canceled by calling 1-800-JETBLUE prior to scheduled departure for a fee of $30 p plus any applicable difference in airfare. Save $5 by changing or canceling your flight online at jetblue.com. Any remaining balance will be p JetBlue credit and may be applied toward a future reservation for one year.
- If a reservation made with this fare is not changed or canceled prior to scheduled departure, all money associated with this fare is forfeite
- This fare is capacity controlled. Seats offered at this fare are limited and may not be available on all flights.
- All fares are subject to change until purchased.

Fare Restrictions:
- This fare is nonrefundable and name changes are not permitted.
- Reservations made with this fare may be changed or canceled by calling 1-800-JETBLUE prior to scheduled departure for a fee of $30 p plus any applicable difference in airfare. Save $5 by changing or canceling your flight online at jetblue.com. Any remaining balance will be p JetBlue credit and may be applied toward a future reservation for one year.
- If a reservation made with this fare is not changed or canceled prior to scheduled departure, all money associated with this fare is forfeite
- This fare is capacity controlled. Seats offered at this fare are limited and may not be available on all flights.
- All fares are subject to change until purchased.

Conditions of Contract:
All travel on JetBlue, whether it is domestic or international travel, is subject to JetBlue's Contract of Carriage, the terms of which are incorp herein by reference. International travel may also be subject to JetBlue's International passenger rules tariffs on file with the U.S. and other governments, and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. Incor terms include, but are not restricted to: 1. Liability limitations for baggage, including special rules for fragile and perishable goods and the a

https://www.jetblueairways.com/cgi-bin/skylights.cgi                                         2/15/2007

```
                                          JetBlue Airways
                                          P.O. BOX 17435
                                          Salt Lake City, UT   84117-7435
                                          Agent Number: INET


HALBRITTER/JANE                           Confirmation Number:   V2EIBW
8231 bay colony drive                     Date Booked:           15FEB07
naples, FL 34108                          Modified:              19FEB07
                                          Booked By:     HALBRITTER/JANE

Welcome Aboard:   Jane Halbritter

Date         Flt    Depart                Arrive                     Stops
----------   ----   ----------------      ---------------------      -----
                    Total for 01 guest(s)         Fare:               0.00
                                                  Tax:                0.00
                                         Security Fee:                0.00
                                                  PFC:                0.00
                                                                  --------
                                                Total:              $0.00

                                      American Express:           $349.30-
                                      Credit Shell [+]:            $349.30

                                          Balance Due:              $0.00
```

IMPORTANT NOTICE TO CUSTOMERS TRAVELING ON CAPE AIR-OPERATED FLIGHTS
Customers must be able to climb three stairs to board Cape Air-operated flights. One standard size collapsible wheelchair may be stowed onboard each aircraft behind the last row of seats, on a first come first serve basis. Non-folding wheelchairs and electric or motorized wheelchairs cannot be accommodated on Cape Air operated flights due to the aircraft type being used. Any carry-on baggage will be checked air-side and returned on arrival. Excess baggage is accepted on a space-available basis due to aircraft size.

DOMESTIC TRAVEL:
All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. *Changes and cancellations can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $30 per person plus applicable fare adjustment. Save $5 by changing or canceling your flight online at jetblue.com. Any remaining balance will be placed in a JetBlue air-only credit and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. DIRECTV service is not available on flights between New York City and Puerto Rico. JetBlue provides beverage and snack service only. Other restrictions apply.

* TrueBlue Award flights cannot be canceled and are nontransferable. Changes can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $30 per person.

INTERNATIONAL TRAVEL:
All customers must provide proof of return or onward travel prior to check in  Although you do not need your itinerary to check in, we strongly recommend that you bring it as proof of your return or onward travel. All JetBlue travel is via electronic ticketing, and fares must be purchased at time of reservation. All fares are one-way, nonrefundable and nontransferable. *Changes and cancellations can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $30 per person plus applicable fare adjustment. Save $5 by changing or canceling your flight online at jetblue.com. Any remaining balance will be placed in a JetBlue air-only credit and may be applied toward future travel for one year. If a reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited.

* TrueBlue Award flights cannot be canceled and are nontransferable. Changes can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $30 per person.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue, whether it is domestic or international travel, is subject to JetBlue's Contract of Carriage, the terms of which are incorporated herein by reference. International travel may also be subject to JetBlue's international passenger rules tariffs on file with



**TRIBECA GRAND HOTEL**

2 Avenue of the Americas
New York, NY 10013
Phone 212 519 6600
Fax 212 519 6700

US Reservations 877 519 6600
UK Reservations 0800 028 9874

www.tribecagrand.com

HALBRITTER, MS. JANE

100 NORTH GARDEN
ROME, NY 13440 USA

ACCOUNT: 40505233291
ARRIVAL: 2/19/2007
DEPARTURE: 2/21/2007
ROOM: 628

| DATE | DESCRIPTION | COMMENT | CHARGES | CREDITS |
|---|---|---|---|---|
| 2/20/2007 | IN ROOM DINING | 628/4988/10:12/IN ROOM DINING | $39.89 | |
| 2/20/2007 | REFRESHMENT CTR | 628/124556/75983 | $10.86 | |
| 2/21/2007 | REFRESHMENT CTR | 628/130835/76137 | $32.58 | |
| 2/21/2007 | CHURCH LOUNGE | 628/1048/13:36/CHURCH LOUNGE | $55.60 | |
| 2/21/2007 | AMERICAN EXPRESS | AMERICAN EXPRESS | | $138.93 |

BALANCE DUE:    $0.00

FOR FUTURE RESERVATIONS PLEASE CALL
US 800 965 3000   UK 00800 7646 4726

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON OR COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OF THE FULL AMOUNT OF THESE CHARGES.

SIGNATURE _____

PAGE 1 OF 1

JAN-1-1998 03:01P FROM: Jim Dunn @ SWRG, Inc    Case 1:07-cv-03848-WHP   Document 28-6   Filed 01/28/2008   TO: 18668513198   Page 9 of 13   P:9/20

bio



**To:** mtrag@nysif.com

I run a number of family owned companies including two skilled nursing homes with a total of 240 beds. We are in the process of developing an assisted living facility here in Rome, New York which we expect to be open early in 2003. I am married to Ray Halbritter who is CEO of the Oneida Nation Enterprises and we currently live in Rome, New York.

ale iProcurement : View Requisition Details

Page 1 of 2

# ORACLE
## iProcurement

Return to Portal  Shopping Cart  My Profile
Requisition Status

| Requisitions | Notifications | Receiving | Approvals |

Requisition Status: Requisitions > Requisition Details

## View Requisition Details

▲ View Approval History

**Requisition 65194** (In Process)     Total (USD) 94.14

Created By SOTO, DAISY
Creation Date 20-FEB-2007
Description INV# 000291 DATED 1/31/07 FLOWERS FOR COMM. HALBRITTER

Urgent Requisition No
P-Card Number
Deliver-To SOTO, DAISY
199 CHURCH ST
NEW YORK, NY 10007

Note To Approver
Note To Buyer

Attention To
Attachments Miscellaneous

Type File
Description FLOWERS FOR COMM. HALBRITTER

### Items
To view additional details for a line item, click its View link.

| Line | Order Type | Order Number | Item Description | Need-By | Unit | Quantity | Price | Total (USD) |
|---|---|---|---|---|---|---|---|---|
| ▲ View 1 | Purchase | | INV# 000291 DATED 1/31/07 FLOWERS FOR COMM. HALBRITTER | 22-FEB-2007 | EACH | 1 | 94.14 | 94.14 |

http://prowvltapp1.nysif.com:8000/oa_servlets/oracle.apps.icx.por.apps.AppsManager  2/20/07

Oracle iProcurement : View Requisition Details

Total (USD)  94.14

[Copy to Cart] [Cancel] [Withdraw]

Home | Shop | Requisition Status | My Profile | Shopping Cart | Help

REG # 65194

Langdon Florist  
62 Reade Street  
New York City    NY 10007

(212) 962-4370

01/31/07

94.14

000291

STATE INSURANCE FUND  
Albert K DiMeglio  
199 Church Street  
NEW YORK        NY 10007

| 01/17/07 | 178337 Order Reference: | ARG/DESIGNER CH ALBERT | 75.00 | 12.95 | 6.19 | 94.14 |

Dont Forget To Order Your Roses For Valentines Day On February 14    000291

94.14    .00    .00    .00    .00    (94.14)

OK to pay flowers for Com. Hallbritter per my e-mail to Mr. Mullen  
n DiMeglio

2/15/07

```
       Langdon Florist                              01/31/07
          (INVOICE COPY)                    ORDER NO: 178337
```

Deliver On:  W E D N E S D A Y  01/17/07

```
                              ORDER TAKEN AT: 11:50AM  01/16/07
                              STORE: 01-Langdon Florist
                              SOLD BY: Rosemary
```

```
C                                           acct no: 000291
U   sale type: Charge
S      NAME: STATE INSURANCE FUND           WIRE SERVICE:TEL
T   ATTN OF: Albert K DiMeglio
O  ORDERED BY: ALBERT                       SHOP CODE:19-345900
M   ADDRESS: 199 Church Street
E   CITY,ST,ZP: NEW YORK         NY 10007   H PHONE: (212)312-7020
R                                           @ PHONE: (   )   -
```

| UNITS | PRODUCT DESCRIPTION | AMT |
|---|---|---|
| 1 | TROPICAL FLOWERS IN VASE | $75.00 |
|  | DEL CHG: | $.00 |
|  | SERVICE CHG: | $.00 |
|  | RELAY CHG: | $12.95 |
|  | TAX AMT: | $6.19 |
|  | TOTAL AMT: | $94.14 |

```
            ( C A R D   M E S S A G E )    MISC  -  N1
              Best Wishes For A Speedy
                    Recovery!
           From The Board Of Commissioners &
                  Executive Staff
                State Insurance Fund
```

SP.INSTR: \

```
S
E   NAME: JANE HALBRITTER              TEL:315 271 8734
N
D   ADDRESS: 1200 LAUREL COURT
T   CITY,ST,ZP: MARCO ISLAND     FL 34145
O
```