EXHIBIT "F"

*NYS DMV Internet Office*                                                        Home
## DMV Customer Service

Find Answers   Ask a Question   Login                                            Help

To find an answer to your question, enter the important, uncommon keywords from your question. To narrow your search, you can select a Category and/or Sub-category.

| Category ❶ | Keywords | Advanced Search Tips | |
|---|---|---|---|
| 1. Driver License/Permit/Non-Driver ID | return drivers license | | Search |
| All Subs | | | Powered by RIGHT NOW |

| Answer ID |
|---|
| 219 |
| **Category** |
| 1. Driver License/Permit/Non-Driver ID |
| h. Other License, Permit, ID FAQs |
| 2. Own, Insure & Register a Vehicle |
| f. Surrender or Transfer Plates |

 Print Answer

 Email Answer

### How to Surrender Your NYSDMV Documents and Vehicle Plates When You Move to Another State

**Question**
What is the procedure to surrender my driver license, vehicle registration, vehicle plates, and title certificate when I move from NYS to another state?

**Answer**

**Driver License**

Go to a motor vehicle office in your new state to exchange your NYS driver license for a driver license from your new state. The new state will notify the NYSDMV that your NYS driver license was exchanged. The NYSDMV will update your NYS driver record to show the date and the state where you exchanged your driver license.

**Vehicle Plates and Registration Items**

**Do not surrender your NYS vehicle plates to the motor vehicle office in your new state. You must surrender your vehicle plates in NYS.** The NYSDMV web site has the instructions to surrender your vehicle plates and your registration items. The web site explains what you must do if you do not have the vehicle plates.

If your new state **requires** that you surrender your NYS vehicle plates to that state, make sure that you get the proof that you surrendered your NYS vehicle plates to that state. You can send the proof to the NYSDMV instead of your vehicle plates.

**Title Certificate**

Give your NYS title certificate to your new state when you apply for a vehicle registration and a title certificate in that state. The motor vehicle office in that state will issue a title certificate from that state.

Make sure that you have your NYS title certificate before you move to your new state. If you cannot find your NYS title certificate, read the instructions to replace a lost title certificate.

**Related Answers**

- How to Surrender Vehicle Plates and the Registration
- Replace a Form FS-6T Receipt for Surrendered Vehicle Plates
- Correcting Vehicle Information on My Registration / Title
- Change of Address
- How to Replace Vehicle Plates or Vehicle Registration Documents

Back to Search Results