EXHIBIT "J"

## Combined Closing Statement Purchase of Stock

| | | | | |
|---|---:|---|---:|---|
| Total Purchase Price | 13,000,000.00 | | $2,407,229 | AR on Books |
| | | | ($657,229.00) | Held by Jane |
| **Credits Due Seller** | | | | Balance Sheet Summary |
| Purchase Price | 13,000,000.00 | | $1,810,934.58 | Paid at closing for AR |
| Accounts Receivable | 2,468,163.50 | | $135,120.00 | Sellers Prepayments |
| Sellers Prepayments | 135,120.00 | | $22,574 | CMI Adjustment       Owed to State |
| Cash | -1,000,000.00 | | $125,000.00 | Non Work Adjustment     Owed to Employees |
| Total Credits Due Seller | 16,603,283.50 | | $373,884.00 | Accounts Payable      Owed To Vendors |
| | | | $38,004.00 | State Assessment on Accounts   Gross Receipts Tax |
| **Credits Due Buyer** | | | $2,505,516.58 | Obligations Assumed on Buyers Balance Sheet |
| Receivables Allowance | 657,229.00 | | | |
| CMI | 22,574.00 | | | |
| Chittenango payroll non work | 75,000.00 | | To be readjusted to reflect Receivables Allowance | |
| Rome payroll non work | 25,000.00 | | | |
| Accounts Payable-Rome | 257,209.00 | | | |
| Accounts Payable-Chittenango | 116,675.00 | | | |
| Assessment for A/R | 38,004.00 | | | |
| Downpayment | 500,000.00 | | | |
| Interest on Downpayment | 6,131.82 | | | |
| 12/30 Water Bill | 1,314.78 | | | |
| Total Credits Due Buyer | 1,699,137.60 | | | |
| | | | | |
| Due Jon Closing | 14,904,145.90 | | | |

Joseph Kazarnovsky

Joseph Zupnick

Samuel Kazarnovsky

Barry Adler

Jane Halbritter

Mark Rossi by Jane Halbritter

DEFENDANT'S EXHIBIT