UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
JANE A. HALBRITTER,

Plaintiff,                          07 Civ. 3848 (WHP)


-AGAINST-


STONEHEDGE ACQUISITION ROME II LLC
and STONEHEDGE ACQUISITION
CHITTENANGO II, LLC,

Defendants.
---------------------------------------

State of New York    )
                     ss.:
County of New York   )

I Joseph Zupnik hereby affirms under the penalties of perjury.

    1.   I am and have been the managing member of Stonehedge Acquisition Rome, I and Stonehedge Acquisition Chittenango I since the purchase of the stock from Jane A. Halbritter and Marc A. Rossi on January 3, 2006.

    2.   Ms. Habritter brings up, in her affidavit in opposition to Defendants' Motion to Dismiss that as part of Defendants' Counterclaims there is an allegation that she had the address changed on Defendants' mail and that

allegation in some way supports her claim as a Florida domiciliary.

3. As this Court will see, Plaintiff's submission of a change of address for Defendants mail, POST CLOSING, does not support her contention that she is domiciled in Florida, but rather shows how devious and malicious she is and her lack of respect for the law.

4. In and around May, 2006 it came to our attention that mail was not being received from vendors, patients and governmental offices.

5. Upon inquiry to the United States Postal Service (Mr. Brian Czarmencki - Post master for Rome, New York) it was discovered that an "Official Mail Forwarding Change of Address Order" was filled out by Jane Halbritter.

6. A copy of the "Official mail Forwarding Change of Address Order" was obtained directly from the United States Postal Service (a copy of the correspondence is annexed hereto as Exhibit "A").

7. The "Official mail Forwarding Change of Address Order" was filled out by Jane Halbritter on behalf of Stonehedge, the same company sold several months prior.

8. After communicating with Ms. Halbritter's accountant and other agents that Ms. Halbritter should be advised what she had done was illegal, I received a large

package from Naples Florida with mail that was diverted as a result of the falsified "mail Forwarding Change of Address Order."

9. The package of mail received from Naples Florida had both opened and unopened mail. It seems that Ms. Halbritter was screening the mail as it was received.

10. Annexed as Exhibit "B" is some of the correspondence that was diverted.

11. Although the "Official mail Forwarding Change of Address Order" was cancelled it has not been full proof. To date, there are many items of mail that are still being diverted. We know this based on calls from the senders.

12. The "Official mail Forwarding Change of Address Order" to Naples Florida reflects only that Ms. Halbritter is manipulative and has no regard for the laws of this country.

_____
Joseph Zupnick

Sworn to before me this
28th Day of January, 2008

_____
Notary Public

KENNETH ROZENBERG
Notary Public, State of New York
No. 01RO4989790
Qualified in Rockland County
Commission Expires Dec. 16, 20 09