EXHIBIT "A"

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UTICA NY 135
08 SEP 2006 PM 1

POSTMASTER
ROME NY 13440-9998
UNITED STATES POSTAL SERVICE

Joseph Zupnik, Managing Partner
Stonehedge Health and Rehab Center
801 North James Street
Rome, NY 13440

13440+3524-01 C014

EP-51

Officer in Charge


**UNITED STATES POSTAL SERVICE**

Joseph Zupnik, Managing Partner
Stonehedge Health and Rehabilitation Center
801 North James Street
Rome, NY  13440

Subject: Request for Change of Address Information

Dear Mr. Zupnik:

In response to your August 15, 2006 request for "a copy of the falsified or forged document . . . . indicating that Ms. Halbritter filed for a change of address . . . ." please find enclosed a copy of the PS Form 1093 submitted to the Postal Service on or about April 6, 2006.

Sincerely,

Brian Czarnecki
Officer in Charge

110 E Garden Street
Rome, NY 13440-9998

www.usps.com

# OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER

Please PRINT items 1-10 in blue or black ink. Your signature is required in Item 9.

**OFFICIAL USE ONLY**

Zone/Route ID No. 13440 14

Date Entered on Form 3982
M M D D Y Y
0 1 / 1 0 / 0 6

Expiration Date
M M D D Y Y
1 1

Clerk/Carrier Endorsement: R1

1. Change of Address for: (Read Attached Instructions)
   Individual (#5) [✓]   Entire Family (#5) [ ]   Business (#6) [ ]

2. Is This Move Temporary? Yes [ ] No [✓]

3. Start Date: (ex. 02/27/03) 4 / 4 / 06

4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/06) ____

5a. LAST Name & Jr/Sr/etc: HALBRITTER

5b. FIRST Name and MI: Jane

6. If BUSINESS Move, Print Business Name: Stonehedge

7a. OLD Mailing Address: 8101 N James St

7a. OLD APT or Suite: ____

7b. For Puerto Rico Only: ____

7c. OLD CITY: Rome

7d. State: NY

7e. ZIP: 13440

8a. NEW Mailing Address: PO Box 110656

8a. NEW APT/Ste or PMB: ____

8b. For Puerto Rico Only: ____

8c. NEW CITY: Naples

8d. State: FL

8e. ZIP: 34107

9. Print and Sign Name (see conditions on reverse)
   Print: Jane Halbritter
   Sign: [signature]

10. Date Signed: (ex. 01/27/06) 04 03 06

OFFICIAL USE ONLY   0106

PS FORM 3575, JANUARY 2006    Visit usps.com to change your address online or call 1-800-ASK-USPS (1-800-275-8777)

Copyright© 2002-2006, Siemens. All Rights Reserved (v3.1.0 Build 1072) coaweb-06

https://coars.usps.gov/pls/usps/coa_search_print_image_info?p_coa_id=20060400061972&p_action=i&p_image_height=469&p_image_width...

