EXHIBIT "B"

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
SYRACUSE NY
PERMIT NO. 4238

ROME MEMORIAL HOSPITAL
1500 NORTH JAMES STREET
ROME, NY 13440

ROME
MEMORIAL HOSPITAL
Total commitment. Total care.

227

RESIDENT CHARGES STONEHED
801 N JAMES ST
ROME NY 13440-3524

E-GFSP1 34107

CH-CP PO BOX 70855 34107

UnitedHealthcare
A UnitedGroup Company

UnitedHealthcare of Upstate New York, Inc.
P.O. BOX 659769
SAN ANTONIO TX 78265-9769

PRESORTED
FIRST CLASS

U.S. POSTAGE
$00.293
JUL 07 2006
ZIP 28202
000045
21-0240853

STONEHEDGE ACQUISITION LLC
STONEHEDGE NURSING HOME
801 N JAMES ST
ROME NY 13440-3524



Empire BlueCross BlueShield
p.o. box 1407, church street station
new york, ny 10008-1407
www.empireblue.com

DATE: July 03, 2006

STONEHEDGE NURSING HOME
801 NORTH JAMES ST
ROME NY 13440

EXPIRES 34107

PRESORTED FIRST CLASS
U.S POSTAGE
$0.293
ALBANY NY
JUL --/06

DC01 36185185 06188 0680

Manage your health plan online.
Log on to Online Member Services
at www.empireblue.com

CDXF1 PO BOX 77056 3107



HIGHMARK.
BLUE SHIELD
An Independent licensee of the Blue Cross and Blue Shield Association
Camp Hill, PA 17089

PRESORTED
FIRST CLASS
US POSTAGE
$00.293

ADDRESS SERVICE REQUESTED

#BWNDBQH
#CDS0996343836365#
LILLIAN MAY
ADM STONEHEDGE NRS
801 N JAMES ST
ROME    NY 13440-3524

FXDBTNS 34107

CDAXDB PO BOX 770656 34107



PAT WILLSON
MEDICAL 8th FLR.
ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES
COUNTY OFFICE BUILDING 800 PARK AVENUE UTICA NEW YORK 13501
Return Service Requested

DROP SHIPMENT
AUTHORIZATION 47
MAILED AT SYRACUSE NY
PRESORTED FIRST CLASS

STONEHEDGE NURSING HOME
801 N JAMES STREET
ROME NEW YORK 13440
ATTN KIM AUGUSTINE

Empire
BlueCross BlueShield
p.o. box 1407, church street station
new york, ny 10008-1407
www.empireblue.com

Manage your health plan online.
Log on to Online Member Services
at www.empireblue.com

STONEHEDGE NURSING HOME
801 NORTH JAMES ST
ROME NY 13440







Quest Diagnostics Laboratory
P.O. Box 7302
Hollister, MO 65673-7302

FORWARDING SERVICE REQUESTED

**PERSONAL AND CONFIDENTIAL**

716167  PGH 5HY134446          3796
JAMES CASTLEBERRY
STONEHEDGE
801 NORTH JAMES ST
ROME, NY 13440-3595

**INVOICE ENCLOSED**

PRESORTED
FIRST CLASS

DrkDRSDMM   CDR*GR   PO BOX 770655   34107
                     34107

ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES
301 W. DOMINICK STREET
ROME, NEW YORK 13440

RETURN SERVICE REQUESTED

DROP SHIPMENT
AUTHORIZATION 47
MAILED AT SYRACUSE NY
PRESORTED FIRST CLASS

UNITED STATES POSTAGE $00.326 JUL 05 2006
MAILED FROM ZIP CODE 13501

STONEHEDGE NSG HOME
801 N JAMES ST
ROME NY 13440
ATTN: KIM AUGUSTINE

E-GPSMK 34107

013860 A 70955349

STATE OF NEW YORK
DEPARTMENT OF TAXATION AND FINANCE
DIVISION OF THE TREASURY
PO BOX 22119
ALBANY, NEW YORK 12201-2119

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS

UNITED STATES POSTAGE $00.390 JUL 07 2005
MAILED FROM ZIPCODE 12207

BETH A KIRK
STONEHEDGE REHAB CTR
801 N JAMES ST
ROME    NY 13440-3524

NOTIFY SENDER 122 NO 1 405 I 02 07/03/05
OF NEW ADDRESS
:STONEHEDGE
PO BOX 770656
NAPLES FL 34107-0656

BC: 341070856556    *2637-15D21-07-41

94107@0556

OTDA-4587A (01/01)

NEW YORK STATE
OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE
40 NORTH PEARL STREET
ALBANY, NEW YORK 12243-0001

PRESORTED
FIRST CLASS
US POSTAGE
$00.293
JUL 08 2008
ZIP 12204
021A2635

RETURN SERVICE REQUESTED

ADM STONEHEDGE NRSG HM
801 N JAMES ST
ROME, NY 13440-3524

E-EMSMS 34107

CON-EW PO BOX 70456 34107

**CSC** CSC Federal Sector — Civil Group
1 CSC Way
Rensselaer, NY 12144-3140

RETURN SERVICE REQUESTED

$00.390

FIRST CLASS MAIL

34107/0656 34107000002

Stonehedge Hlth & Rehab Ctr
PO Box 77056
Naples, FL 34107-0656

All Rec 7/19/06

CITY ELECTRIC CO., INC.
Established 1919
P.O. Box 1018
Syracuse, New York 13201

salespa
3111

STONEHEDGE NRSG HOME ROME INC.
803 NORTH JAMES ST
ROME, NY 13440

13440+3524-01

NOTIFY SENDER
:STONEHEDGE OF NEW AL
130 N1 1406
BOX 770685
NAPLES FL 34107-0656

BC: 341070655556 *063