UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JANE A. HALBRITTER,                         :

                  Plaintiff,       :       07 Civ. 3848 (WHP)

                -against-              :       ORDER

STONEHEDGE ACQUISITION ROME II,             :
LLC and STONEHEDGE ACQUISITION
CHITTENANGO II, LLC,                        :

                  Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel to the parties and counsel for Epstein Becker & Green, P.C. ("Epstein Becker") having appeared for a conference on February 22, 2008, the Court concludes as follows:

        (1) Epstein Becker shall produce by February 29, 2008 any e-mails, dated prior to January 1, 2007, between deal counsel for the buyers and sellers of Stone Hedge Nursing Home Rome, Inc. and Stone Hedge Nursing Home Chittenango, Inc., any non-privileged e-mails dated on or after January 1, 2007 between Epstein Becker and any of the parties involved in this action or the transaction underlying this action (the "Epstein Becker E-mails"), and a privilege log for any e-mails that are withheld on the basis of attorney-client privilege;

        (2) Defendants shall submit an application to the Court if, after reviewing the Epstein Becker E-mails, they wish to re-open the depositions of the Epstein Becker & Green, P.C. witnesses, and this Court will reopen the depositions only if Defendants can make a significant showing of necessity;

(3) Plaintiff and Epstein Becker's objections to questions at the depositions of the Epstein Becker witnesses regarding conversations between former and current counsel for Plaintiff are sustained;

(4) Defendants' request to depose Eric Facer is granted, and Defendants are directed to complete the deposition by March 31, 2008;

(5) Saunders, Kahler, Amoroso & Locke shall produce any documents withheld on the basis of attorney-client privilege;

(6) Edward Mucenski's objection to questions regarding conversations with law enforcement officials is sustained;

(7) Defendants shall produce documents relating to the corporate formalities and ownership interests of 801 North James Street, LLC and 331 Russell Street, LLC by March 4, 2008;

(8) Defendants' request that Plaintiff's sur-reply memorandum of law in further opposition to Defendants' motion to dismiss be stricken is denied;

(9) This Court will hold a status conference on April 4, 2008 at 9:45 a.m.; and

(10) Defendants shall serve a copy of this order on Saunders, Kahler, Amoroso & Locke.

Dated:   March 7, 2008
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

Louis A. Craco, Esq.
Allegaert, Berger & Vogel, L.L.P.
111 Broadway
18th Floor
New York, NY 10006
*Counsel for Plaintiff*

Julie Grow Denton, Esq.
M. Stuart Goldberg, LLC
81 Main Street
White Plains, NY 10601
*Counsel for Defendants*

Robert L. Rimberg, Esq.
Goldberg Rimberg & Friedlander, PLLC
115 Broadway, 3rd Fl
New York, NY 10006
*Counsel for Defendants*

*Copy Mailed to:*

Robert DeRight, Esq.
250 Park Avenue, 12th Floor
New York, NY 10177
*Counsel for Epstein Barr & Becker, P.C.*